## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:25-CV-03552-JLR

Date Filed: 4/30/2025

Plaintiff:
**Joseph Cartagena**

vs.

Defendant:
**Terrance Dixon, et al.**

**State of New York, County of Albany)ss.:**

For:
Reed Smith LLP
599 Lexington Avenue
30th Floor
New York, NY 10022

Received these papers to be served on **T.A. Blackburn Law, PLLC**.

I, Dylan Jones, being duly sworn, depose and say that on the **1st day of May, 2025** at **3:15 pm, I:**

served the within named Limited Liability Company, **T.A. Blackburn Law, PLLC** by delivering two true copies of the **Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibits and Civil Cover Sheet pursuant to New York State Section 303 LLCL together with statutory service fee in the amount of $40.00** to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

Subscribed and Sworn to before me on the 2nd day of May, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, 2006

*Dylan Jones*

Dylan Jones

Our Job Serial Number: SRN-2025003362
Ref: 1498056

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b