**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Attorney: Reed Smith LLP - New York
Address: 599 Lexington Avenue  New York , NY 10022

| | |
|---|---|
| JOSEPH CARTAGENA<br><br>*Plaintiff*<br><br>**vs**<br><br>TERRANCE DIXON, et al.,<br><br>*Defendant* | Civil Action No.: 1:25-cv-03552-JLR<br>Client's File No.:<br>Court Date:<br><br>**Date Filed: 04/30/2025** |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

# AFFIDAVIT OF SERVICE

**Hector Nunez**, being sworn says:
Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **4/30/2025**, at **8:48 PM** at: **683 EAST 140TH STREET, APT. 2G, BRONX, NY 10454** Deponent served the within **Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibits and Civil Cover Sheet**

On: **TERRANCE DIXON**, therein named.

Said documents were conformed with index number and date of filing endorsed thereon.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Emy Dixon  (Grandmother) a person of suitable age and discretion.   Said premises is recipient's :[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☒ **#2 PERCEIVED DESCRIPTION**
Gender: Female    Race: Black    Color of hair: Black/Covered    Glasses: No
Age: 51 - 65 Yrs.    Height: 5ft 4inch - 5ft 8inch    Weight: 131-160 Lbs.    Other Features:

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#5 OTHER**
Said address is listed in the Subject's certified DMV address history report performed by the attorney.

☒ **#6 MAILING**
Hector Nunez being duly sworn, deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by First Class mail on:  **05/05/2025** to TERRANCE DIXON at **683 EAST 140TH STREET, APT. 2G, BRONX, NY 10454** in an official depository of the United States Postal Service in the State of New York. **The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.**

Sworn to before me on 05/07/2025

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026

Hector Nunez
License # 2126994-DCWP

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*