UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                        Case No. 1:25-cv-03552 (JLR)

             Plaintiff,

    -against-                 **CERTIFICATE OF SERVICE**

TERRANCE DIXON, TYRONE
BLACKBURN, and T.A. BLACKBURN
LAW, PLLC,

             Defendants

I, Jose A. Castillo, Jr., pursuant to 28 U.S.C. § 1746, declare the following:

On May 2, 2025, I served a true and accurate copy of the Amended Complaint with Exhibits

[ECF Dkt. No. 14], Notice of Initial Pretrial Conference dated May 2, 2025 [ECF Dkt. No. 15],

and Hon. Jennifer L. Rochon Individual Rules of Practice in Civil Cases dated March 27, 2025,

via USPS First Class Mail upon the following addresses:

Terrance Dixon
683 East 140th Street, Apt. 2G
Bronx, New York 10454

T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

I declare under penalty of perjury that the foregoing is true and correct. Executed on May

7, 2025

                        By: _____
                             Jose A. Castillo, Jr.