UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

-against-

TERRANCE DIXON, TYRONE
BLACKBURN, and T.A. BLACKBURN
LAW, PLLC,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**AFFIDAVIT OF SERVICE**

STATE OF ~~NEW YORK~~ Florida )
                           PalmBeach ss.:
COUNTY OF ~~NEW YORK~~ )

I, James Hunt, being duly sworn, say that:

1.      I am not a party to the action; am over 18 years of age; reside in the State of New Jersey; and am a licensed private investigator in the State of New York

2.      On **MAY 12, 2025,** at or around **6:15 P.M.,** deponent served the **SUMMONS IN A CIVIL ACTION, PLAINTIFF JOSEPH CARTAGENA'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS, CIVIL COVER SHEET, HON. JENNIFER L. ROCHON INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES - MARCH 27 2025 AND SO-ORDERED NOTICE OF INITIAL PRETRIAL CONFERENCE ("Documents")** on **TYRONE BLACKBURN ("Defendant")** at **1242 EAST 80TH STREET, BROOKLYN, NEW YORK 11236 ("Address")** by delivering a true copy of each to and leaving with **DEFENDANT.**

3.      A description of the **DEFENDANT** is as follows:  Male, Black Skin Color, Black Hair, Age 35-45 years old, Height: Unknown (sitting in a car), Weight of 180+., Wearing Glasses.

4.      **DEFENDANT** was driving a Mercedes-Benz GLE 350, New York license plate number KMC5516, on the driveway in front of the Address. I approached the driver's side of the vehicle and stated in sum and substance: Tyrone, you are served. **DEFENDANT** acknowledged

the name Tyrone but did not lower the window of his vehicle. I placed the legal papers underneath the windshield wiper of his vehicle while **DEFENDANT** was still in the driver's seat of the vehicle.

5.      On **MAY 14, 2025**, I also deposited the Documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" to **DEFENDANT** at the Address in an official depository of the United States Postal Service in the State of New Jersey. The envelope did not indicate on the outside therefore, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

6.      This Address is (a) listed in **DEFENDANT'S** New York State voter registration records and his New York State Department of Motor Vehicle records; and (b) held out by **DEFENDANT** as his actual place of business on his website, https://www.tyroneblackburn.com.

_____
James Hunt

Sworn to before me on this
____16____ day of May, 2025

_____
Notary Public

JULIE ADAMS
Notary Public · State of Florida
Commission # HH 654142
My Comm. Expires Apr 15, 2029

Physical Presence
J.H. Produced NJDL-H93 00 38371 1 0584 exp - 10/25/28

- 2 -

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Job #:** 1498154

Attorney: Reed Smith LLP - New York
Address: 599 Lexington Avenue  New York , NY 10022

| | |
|---|---|
| JOSEPH CARTAGENA<br><br>*Plaintiff*<br><br>**VS**<br><br>TERRANCE DIXON, et al.,<br><br>*Defendant* | **Civil Action No.:** 1:25-cv-03552-JLR<br><br>**Client's File No.:**<br>**Court Date:** 08/01/2025<br><br>**Amended D/F:** 05/01/2025 |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Vincent J. Mannetta**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **5/7/2025**, at **12:09 PM** at: **1242 EAST 80TH STREET, 3RD FLOOR, BROOKLYN, NY 11236** Deponent served the within **Summons in a Civil Action, Amended Complaint and Demand for Jury Trial with Exhibits, So Ordered Notice of Initial PreTrial Conference by Hon. Jennifer L. Rochon dated May 2, 2025, Individual Rules of Practice In Civil Cases of Jennifer L. Rochon, United States District Judge and Civil Cover Sheet**
On: **TYRONE BLACKBURN**, therein named.

Said documents were conformed with index number endorsed thereon.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendant's
[X] actual place of business / employment  [X] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#3 OTHER**
I attempted service on 05/05/25 @ 8:20 p.m., on 05/06/25 @ 7:29 a.m. and on 05/07/25 I arrived at the location at 10:00 a.m. and waited at the location until 12:09 p.m. There was no answer on all attempts. At the end of my final attempt, as searches ran by my office confirm this address to be the Subject's current address, I affixed the documents to the white front door of the building as I could not gain access to the 3rd floor. The building is red brick and there is a slate and concrete walkway leading up to the door. I was unable to ascertain military status.
Said address is listed in the Subject's certified DMV address history report performed by the attorney.

☒ **#6 MAILING**
**Vincent J. Mannetta** being duly sworn, affirms and says:  that deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by  mail  on **05/08/2025** to **TYRONE BLACKBURN** at **1242 EAST 80TH STREET, 3RD FLOOR, BROOKLYN, NY 11236** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.
:

Sworn to before me on 05/13/2025

Lauren A. Vasil
Notary Public, State of New York
Registration No. 01VA6184115
Qualified in Nassau County
Commission Expires 05/29/2028

Vincent J. Mannetta
License # 2067589-DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*


## SEARCH CRITERIA

**First Name:** TYRONE    **Last Name:** BLACKBURN    **DOB:** 11/20/1984    **Options:** Full Record

## LICENSE   SYSTEM

| | | |
|---|---|---|
| **Client ID:** ███380 | **MI:** B12024 61736 977339-84 | |
| **Name:** BLACKBURN,TYRONE,A | **DOB:** 11/20/1984 | **Sex:** M |
| **Address:** 1242 E 80TH ST 3FLR | **Resident County:** KINGS | **Eye Color:** BRN |
| BROOKLYN, NY  11236-4160 | **Mailing County:** KINGS | **Height:** 6-00 |

**Non-Domiciled/Temp Visitor:** NO    **Military:** NO    **Bad Check:** NO    **Organ Donor:** NO

**SSN Last 4:** ███    **Verified:** 12/17/2021    **Verify Type:** SSN VERIFIED    **Veteran:** NO

**Driving Restrictions:** CORRECTIVE LENSES    **Proof Submitted:** 12/17/2021    **Renewal Photo Req:** NO

**Suspension/Revocation Summary - Total Open:** 1    **(Open Scofflaws:** 0  **On:** 0 Dates)    **Judgment $:** 0



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Ochroeder*

ABS-2 (2/19)    COMMISSIONER OF MOTOR VEHICLES