UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,
                          *Plaintiff*,

v.

TERRANCE DIXON,
TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,
                          *Defendants*.

Civil Action No. 25-cv-03552

AFFIDAVIT OF
TYRONE A. BLACKBURN, ESQ.

I, Tyrone A. Blackburn, hereby declare according to 28 U.S.C. § 1746:

1. I am the managing attorney of T.A. Blackburn Law, PLLC, counsel for Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC, in the above-captioned matter. I submit this declaration in support of Defendants' motion to dismiss the Complaint according to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b).

2. As set forth more fully in the accompanying Memorandum of Law, Plaintiff's Complaint fails as a matter of law. The defamation claim does not plead facts showing actual malice, as required under *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964), nor does it allege falsity or overcome the substantial protections afforded by the First Amendment and New York's litigation and anti-SLAPP privileges.

3. The plaintiff's intentional infliction of emotional distress (IIED) claim is duplicative of his defamation theory and independently deficient for failure to allege outrageous conduct or severe distress, as required under New York law.

4. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in Dixon v. Cartagena et al., Case No. 25-cv-5144 (S.D.N.Y.), which sets forth in detail the factual basis for the challenged statements. That action includes claims under the Racketeer Influenced and Corrupt Organizations Act (RICO) and the Trafficking Victims Protection Act (TVPA) and remains pending before this Court.

5. The statements at issue in the instant case are either quoted directly from that litigation or were made in anticipation of it. Accordingly, they are absolutely or qualifiedly privileged under New York law and are protected speech within the meaning of the First Amendment and New York Civil Rights Law §§ 70-a and 76-a.

6. For the reasons stated in the accompanying memorandum and based upon the pleadings and record in this matter, Defendants respectfully request that the Court dismiss the Complaint in its entirety, with prejudice, and grant such other relief as it deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2025
Brooklyn, New York

*/s/ Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com

Exhibit A – Complaint in Dixon v. Cartagena et al., Case No. 25-cv-5144 (S.D.N.Y.)

2