# EXHIBIT I



Its Officially Over For Fat Joe

Fat Joe Investigated for Sexual Assault

FAT JOE'S (
AND GHOSTW
T.A.THE LEGEND B

T.A Calls in

@LAUGHHOUSEPRODUCTIONLLC

Fat Joe former employee finally speaks out



**thatstrategy** • Follow



**thatstrategy** #FATJOE Milwaukee was scary the girl wasn't lying look up the story this happened in Wisconsin joe was being a thirsty nigga and almost got us locked up for #sexualassault #whitehouse #donaldtrump #politicians #ladodgers @laughhouseproductionllc @poppyfrombxriver @tonybuzbee #tonybuzbee

Edited - 16w



**daniel.sesm** When did this call in happen?

16w  1 like  Reply



**hidneyyoung** Where is this interview?

16w  2 likes  Reply



**jay_bee_84** Cuban Link been spitting the truth for years and Joe was trying to shut him down! The truth always comes out

16w  3 likes  Reply



**mrdipmusic** Yesssssss

16w  1 like  Reply

   

**98 likes**

December 28, 2024

  Add a comment...                                    Post