# EXHIBIT T



#FATJOE DONT NEVER FORGET WHO KEPT YOU BREATHING I WROTE THIS FOR YOU HOMIE
YOU ARE THE DEFINITION OF A SUCKER
TA DID FOR YOU I MUST REMIND YOU 💯



