# EXHIBIT U



