# EXHIBIT Z

1

# EAST ORANGE POLICE DEPARTMENT
## INVESTIGATION REPORT

| | 2. Mun. Code 0706 | 3. Phone Number 973-266-5000 | 4. CAD Incident# 2024-0035814 | 5. Other Agency Case # | | 6. Department Case Number 24-0035848 | |
|---|---|---|---|---|---|---|---|
| EAST ORANGE POLICE DEPARTMENT | | 8. NJS 2657 | 9. Victim/s GRANGER, MYORI SHAWNEE | | | | 10. SSN |
| 7. Crime/Incident HARASSMENT | | | 11. Age 30 | 12 DOB 10/17/1993 | 13. Sex FEMALE | 14. Race B/AF-AMER | 15. Eth NON HISPANIC |

| DATE 16. Between | 17. Hour 22:17 | 18. Day SUN | 19. Mo. 04 | 20. Date 14 | 21. Yr. 2024 | 22. Victim(s) Home Address 122 SAW MILL ROAD, LONG POND, PA 18334 | | 23. Home Phone / Cellular / 973-738-2212 |
|---|---|---|---|---|---|---|---|---|
| AND TIME | | | | | | 25. Victim's Employer | | 26. Phone # |

| 24. Crime/Incident Location 182 N ARLINGTON AVE, APT 29, EAST ORANGE CITY, NJ 07017 | | | | 30. Person Reporting Crime/Incident GRANGER, MYORI SHAWNEE | 31. Date and Time 04/14/2024 22:17 |
|---|---|---|---|---|---|
| 27. Municipality EAST ORANGE CITY | 28. County ESSEX | 29. Code 0706 | | | 35. Home Phone / Cellular / 973-738-2212 |
| 32. Type of Premises RESIDENCE / HOUSE | 33. Weapons / Tools Other Action | | | 34. Address 122 SAW MILL ROAD, LONG POND, PA 18334 | |

| 36. Modus Operandi victim stated her best friend fiancé harassed her. | | | | | 41. Body Type |
|---|---|---|---|---|---|
| 37. Vehicle | 38. Year | 39. Make | | 40. Model | |
| 42. Color | 43. Registered Number & State | | 44. Serial Number or Identification | 45. Towing Company | |
| | 46. Currency | 47. Jewelry | 48. Furs | 49. Clothing | 50. Auto | 51. Misc. |
| Value of Stolen/Recovered Property | | | | 55. Technical Services | 56. Technician-Agency | |
| 52. Total Value Stolen | 53. Total Value Recovered | 54. Teletype Alarm | | | | |

| 57. Weather CLEAR | | | 58. NIC | 59. Assisting Agencies | | 66. Date Cleared |
|---|---|---|---|---|---|---|
| 60. No. of Accused 0 | 61. Adult 0 | 62. Juvenile 0 | 63. Status Crime Closed | 64. Status Case Closed | 65. UCR Status Month Yr. | |

70.Age 71.Sex 72.Race 73.Eth 74.DOB 75. HM 76. WK 77. C

| 67. Code | 68. Name | 69. Address |
|---|---|---|
| [OTHER] | BLACKBURN, TYRONE A - 1242 E 80TH STREET, 3RD FL, BROOKLYN, NY 11236 - 39 - M - B - N - 11/20/1984 - - - - | |

Case No. 24-0035848

**78. Narrative**

On 04/17/2024 at approximately 2217 hours, this undersigned officer along with Officer M. Huerta responded to 15 South Munn Avenue (Headquarters) for a harassment complaint. Upon arrival, we met with Ms. Myori Granger who stated she was harassed by her best friend's boyfriend.

According to Ms. Granger, on this date, she received a text message from Mr. Tyrone Blackburn where he called her a "bitch" numerous times, texted her, " I hope your mother has a life insurance policy because you are worth more dead than alive", and made various statements to her that she claimed were false. Ms. Granger stated Mr. Blackburn does not know where she lives however, stated she is in fear of her safety because she does not know what Mr. Blackburn is capable of.

The victim advised these officers she believes that these harassing text messages stemmed from Mr. Blackburn believing she was the reason for him and her best friends' recent breakup. The victim also stated Mr. Blackburn is a lawyer who practices out of New York and New Jersey, mutually knows him through her best friend, and has represented her as her counsel in a lawsuit. She went on to state she has never met or seen Mr. Blackburn and has only communicated with him in the past regarding her case with her former employer.

Ms. Granger showed me a text message sent by Mr. Blackburn where he called her a "bitch" multiple times, accused her of stealing from her best friend, accused her of having sex with multiple people, and having venereal diseases which the victim stated those statements were not true.

[illegible] and Sergeant Ortiz were advised. [illegible] were advised.

| | | | Report Date | Reviewed By: |
|---|---|---|---|---|
| | 98 | 1002 | | SERGEANT KIMBERLY FERRELL |
| | | | | Supervisor Signature |