UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br><br>    Plaintiff,<br><br>-against-<br><br>TERRANCE DIXON, T.A. BLACKBURN LAW PLLC, and TYRONE BLACKBURN,<br><br>    Defendants. | Case No. 1:25-cv-03552 (JLR) |
| TERRANCE DIXON, a/k/a/ TA,<br><br>    Plaintiff,<br><br>-against-<br><br>JOSEPH ANTONIO CARTAGENA, p/k/a/ Fat Joe, PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, and ABC CORPORATIONS 1-10,<br><br>    Defendants. | Case No. 1:25-cv-05144 (JLR)<br><br>**<u>CONSOLIDATION ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record during the initial pretrial conference in *Cartagena v. Dixon*, No. 25-cv-03552 (JLR), the cases are hereby CONSOLIDATED.

  The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 25-cv-03552 (JLR), to file this Order in each of the above-captioned cases, and to terminate

the motion at Dkt. 5, *Dixon v. Cartagena*, No. 25-cv-05144. All future filings shall be on the 25-cv-03552 docket.

Dated: August 1, 2025
      New York, New York

                                       SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge