UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Cartagena,<br><br>    *Plaintiff*,<br><br>    v.<br><br>Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PPLC,<br><br>    *Defendants*. | No. 1:25-cv-03552 (JLR) |
| Terrance Dixon, a/k/a "TA,"<br><br>    *Plaintiff*,<br><br>    v.<br><br>Joseph Antonio Cartagena p/k/a "Fat Joe,"<br>Peter "Pistol Pete" Torres,<br>Richard "Rich Player" Jospitre,<br>Erica Juliana Moreira,<br>Sneaker Addict Touring LLC,<br>Slate, Inc.,<br>Roc Nation, LLC,<br>John Does 1–10, and Jane Does 1–10, and ABC Corporations 1–10,<br><br>    *Defendants*. | No. 1:25-cv-05144 (JLR) |

**DECLARATION OF JOANNA MENILLO IN SUPPORT OF
<u>DEFENDANT ROC NATION, LLC'S REPLY IN FURTHER SUPPORT OF ITS
MOTION FOR SANCTIONS</u>**

I, Joanna Menillo, pursuant to 28 U.S.C. 1748, hereby declare as follows:

1. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP and a member of the Bar of this Court. I submit this declaration in support of Roc Nation, LLC's reply in further support of its motion for sanctions. The matters in this declaration are based on my personal knowledge and my review of documents in connection with this case.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of a June 30, 2025, 2:26 p.m., email sent to Tyrone Blackburn, attaching a copy of Roc Nation's Rule 11 letter and accompanying notice of motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on August 15, 2025.

_____
Joanna Menillo