

# T. A. Blackburn Law

**TYRONE A. BLACKBURN**
_____

MEMBER OF
NY & NJ BAR
_____

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ
_____

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

September 8, 2025

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** *Joseph Cartagena v. Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

We represent Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC in the above-captioned matter. Pursuant to Your Honor's Individual Practices and the Federal Rules of Civil Procedure, we respectfully submit this letter motion requesting leave to amend and correct certain citation errors that appear in Defendants' previously filed Memorandum of Law in Support of the Second Motion to Dismiss (ECF No. 46).

Upon internal review, Defendants identified a number of inadvertent citation inaccuracies within the original brief. The corrected citations do not change or alter the substance of the arguments previously presented, nor do they introduce any new legal theories or facts. This correction is submitted solely for the purpose of clarity and to ensure accuracy in the record.

Defendants now submit a corrected version of the Memorandum of Law as **Exhibit A** to this letter motion. The corrections include, among others:

1. Substitution of misquoted or outdated case citations with accurate and complete references.
2. Correction of Lexis and Westlaw citation formats and pinpoints.
3. Clarification of the legal authorities that more directly support the propositions stated.
4. Clarification or removal of misattributed quotations or parentheticals that were not found in the sources cited.



347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com



These corrections are ministerial in nature and made in good faith. The acceptance of the corrected version will not prejudice Plaintiff, and the interests of judicial economy would be served by allowing the amended brief to substitute the earlier filed version. The defendants have corrected the following inadvertent errors:

1. **Page [6]** – <u>The citation</u>: "See *Kraus v. Brandstetter*, 2023 N.Y. Misc. LEXIS 1901, at *7–8 (N.Y. Sup. Ct. March 30, 2023)." is incorrect. <u>The correct citation is</u>: See *Vodopia v. Ziff-Davis Pub. Co., 243 A.D.2d 368 (1997); Gottwald v. Sebert,* 193 A.D.3d 573 (2021); *Michelo v. Natl. Collegiate Student Loan Tr.* 2007-2, 419 F. Supp. 3d 668, 692 (S.D.N.Y. 2019); *Front. Inc. v. Khalil,* 24 N.Y.3d 713, 718, 4 N.Y.S.3d 581, 28 N.E.3d 15 (2015), *Lipin v. Hunt, No.* 14 Civ. 1081 (RJS), 2015 WL 1344406, at *8 (S.D.N.Y. March 20, 2015) (quoting *Officemax, Inc. v. Cinotti,* 966 F. Supp. 2d 74, 79 (E.D.N.Y. 2013)).

2. **Page [7]** – <u>The citation</u>: "*Barbash v. STX Fin., LLC*, 2020 U.S. Dist. LEXIS 210331, at *10 (S.D.N.Y. November 10, 2020)." is incorrect. <u>The correct citation is</u>: *Flaherty v. Dixon*, 2023 U.S. Dist. LEXIS 26876, *9.

3. **Page [8]** – <u>The citation</u>: *Flaherty v. Dixon*, 2023 U.S. Dist. LEXIS 26876 is incorrect. <u>The correct citation is</u>: *Fowler v. Conforti*, 583 N.Y.S.2d 789 (N.Y. Sup. Ct. 1992), <u>aff'd,</u> 598 N.Y.S.2d 782 (N.Y. App. Div. 1st Dept. 1993).

4. **Page [17]** – <u>The citation</u>: "See *Marmelstein v. Kehillat New Hempstead*, 11 N.Y.3d 15, 22 (2008); *Anderson v. City of Mount Vernon*, 2024 U.S. Dist. LEXIS 87787, at *21–22." is incorrect. <u>The correct citation is</u>: *Taggart v. Moody's Inv'rs Serv., Inc.,* No. 06 CIV. 3388 (PKC), 2007 WL 2076980, at *6 (S.D.N.Y. July 17, 2007*); HC2, Inc. v. Delaney,* 510 F. Supp. 3d 86, 105 (S.D.N.Y. 2020).

5. **Page [21]** – <u>The citation</u>: "*Curiano v. Suozzi*, 63 N.Y.2d 113, 119 (1984)." is incorrect. <u>The correct citation is</u>: *Walentas v. Johnes*, 683 N.Y.S.2d 56, 58 (N.Y. App. Div. 1st Dept. 1999).

6. **Page [21]** – <u>The citation</u>: "*Immuno AG. v. Moor-Jankowski*, 567 N.E.2d 1270, 1280 (N.Y. 1991)" and "*Mann v. Abel*, 885 N.E.2d 884, 885 (N.Y. 2008)" are both correct. Quotation marks for "accompanied by a recitation of facts on which they are based" or "that do not imply the existence of undisclosed facts" have been removed. The cases both stand for the premise that the claims raised by the Plaintiff as "defamatory" are classic examples of non-actionable opinion and statements of fact, protected under both federal and state constitutional principles.

7. **Page [26]** – <u>The citation</u>: "*Klein v. McGauley*, 29 A.D.3d 432, 432 (1st Dep't 2006)." is incorrect. <u>The correct citation is</u>: *Fischer v. Maloney, 43 N.Y.2d 553, 558, 402 N.Y.S.2d 991, 373 N.E.2d 1215 [1978];* accord *Sweeney v. Prisoners' Legal Servs. of N.Y.*, 146 A.D.2d 1, 7, 538 N.Y.S.2d 370 [1989], appeal dismissed 74 N.Y.2d 842, 546 N.Y.S.2d 558, 545 N.E.2d 872 [1989]) *Xiaokang Xu v. Xiaoling Shirley He*, 48 N.Y.S.3d 530, 535 (N.Y. App. Div. 3d Dept. 2017).



8. **Page [28]** – The citation: "*Howell v. New York Post Co.,* 81 N.Y.2d 115 (1993)." is incorrect. The correct citation is: *Rother v. NYS Dep't of Corr. & Cmty. Supervision*, 970 F. Supp. 2d 78, 85.
9. **Page [28]** – The citation: "*Greenberg v. Spitzer*, 62 N.Y.S.3d 372, 386 (N.Y. App. Div. 2017)." is incorrect. The correct citation is: *Dongguk Univ. v. Yale Univ.*, 734 F.3d 113, 129 (2d Cir. 2013); *Moore v. Cohen*, 548 F. Supp. 3d 330, 345 (S.D.N.Y. 2021), *aff'd sub nom. Moore v. Baron Cohen*, No. 21-1702-CV, 2022 WL 2525722 (2d Cir. July 7, 2022).
10. **Page [28]** – The citation: "*Sheila C. v. Povich*, 11 A.D.3d 120 (N.Y. App. Div. 2004)." is incorrect. The correct citation is: *Chanko v. Am. Broad. Companies Inc.,* 49 N.E.3d 1171, 1179 (N.Y. 2016).

Accordingly, Defendants respectfully request that the Court:

1. Accept the corrected Memorandum of Law, attached hereto as **Exhibit A**; and
2. Disregard the previously filed version at ECF No. 46.

We sincerely apologize to the Court for any inconvenience caused and appreciate Your Honor's attention to this matter.

Respectfully,

/s/ Tyrone A. Blackburn, Esq.<br>Tyrone A. Blackburn, Esq.<br>T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.




347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com