UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br>       *Plaintiff*,<br>v.<br>TERRANCE DIXON,<br>TYRONE BLACKBURN, and<br>T.A. BLACKBURN LAW, PLLC,<br>       *Defendants*. | Civil Action No. 25-cv-03552<br><br>AFFIDAVIT OF<br>TYRONE A. BLACKBURN, ESQ. |

**AFFIDAVIT OF TYRONE A. BLACKBURN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

I, Tyrone A. Blackburn, an attorney duly admitted to practice before this Court, and the principal of T.A. Blackburn Law, PLLC, hereby affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel of record for Defendants Terrance Dixon, myself, and my firm, T.A. Blackburn Law, PLLC, in the above-captioned matter. I submit this affidavit in further support of Defendants' motion to dismiss Plaintiff's Second Amended Complaint ("SAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. On or about September 9, 2025, Defendants filed a letter asking for leave to substitute the original memorandum of law for Defendants' motion to dismiss. The Court instructed Defendant to explain the corrections in the Reply. **Attachment A** is the corrected memorandum of law.

3. The following ten citations in the original memorandum of law were identified as inaccurate and have been corrected in **Attachment A**. Each correction is reflected in the corrected version and should be relied upon in lieu of the earlier mis-cited authorities:

**LIST OF CORRECTIONS TO CITATIONS:**

4. **Page 6** – The citation: "See Kraus v. Brandstetter, 2023 N.Y. Misc. LEXIS 1901, at *7–8 (N.Y. Sup. Ct. March 30, 2023)." **Corrected to:** *See Vodopia v. Ziff-Davis Pub. Co., 243 A.D.2d 368 (1997); Gottwald v. Sebert, 193 A.D.3d 573 (2021); Michelo v. Natl. Collegiate Student Loan Tr. 2007-2, 419 F. Supp. 3d 668, 692 (S.D.N.Y. 2019); Front. Inc. v. Khalil, 24 N.Y.3d 713, 718, 4 N.Y.S.3d 581, 28 N.E.3d 15 (2015); Lipin v. Hunt, No. 14 Civ. 1081 (RJS), 2015

WL 1344406, at *8 (S.D.N.Y. Mar. 20, 2015) (quoting *Officemax, Inc. v. Cinotti*, 966 F. Supp. 2d 74, 79 (E.D.N.Y. 2013))*.

5. **Page 7** – The citation: "*Barbash v. STX Fin., LLC*, 2020 U.S. Dist. LEXIS 210331, at *10 (S.D.N.Y. Nov. 10, 2020)." <u>**Corrected to:**</u> **Flaherty v. Dixon*, 2023 U.S. Dist. LEXIS 26876, 9*.

6. **Page 8** – The citation: "*Flaherty v. Dixon*, 2023 U.S. Dist. LEXIS 26876". **Corrected to:** *Fowler v. Conforti, 583 N.Y.S.2d 789 (N.Y. Sup. Ct. 1992), aff'd, 598 N.Y.S.2d 782 (1st Dep't 1993)*.

7. **Page 17** – The citation: "*See Marmelstein v. Kehillat New Hempstead*, 11 N.Y.3d 15, 22 (2008); *Anderson v. City of Mount Vernon*, 2024 U.S. Dist. LEXIS 87787, at *21–22." <u>**Corrected to:**</u> **Taggart v. Moody's Inv'rs Serv., Inc.*, No. 06 Civ. 3388 (PKC), 2007 WL 2076980, at *6 (S.D.N.Y. July 17, 2007); HC2, Inc. v. Delaney, 510 F. Supp. 3d 86, 105 (S.D.N.Y. 2020)*.

8. **Page 21** – The citation: "*Curiano v. Suozzi*, 63 N.Y.2d 113, 119 (1984)." <u>**Corrected to:**</u> *Walentas v. Johnes, 683 N.Y.S.2d 56, 58 (1st Dep't 1999)*.

9. **Page 21** – The citations: "*Immuno AG. v. Moor-Jankowski*, 567 N.E.2d 1270, 1280 (N.Y. 1991)" and "*Mann v. Abel*, 885 N.E.2d 884, 885 (N.Y. 2008)". These are correct. The quotation marks have been removed to better reflect the summary of the holdings.

10. **Page 26** – The citation: "*Klein v. McGauley*, 29 A.D.3d 432, 432 (1st Dep't 2006)." <u>**Corrected to:**</u> *Fischer v. Maloney, 43 N.Y.2d 553, 558 (1978); accord Sweeney v. Prisoners' Legal Servs. of N.Y., 146 A.D.2d 1, 7 (1989), appeal dismissed 74 N.Y.2d 842 (1989); Xiaokang Xu v. Xiaoling Shirley He, 48 N.Y.S.3d 530, 535 (3d Dep't 2017)*.

11. **Page 28** – The citation: "*Howell v. New York Post Co.*, 81 N.Y.2d 115 (1993)." Corrected to**:** *Rother v. N.Y.S. Dept. of Corr. & Cmty. Supervision, 970 F. Supp. 2d 78, 85*.

12. **Page 28** – The citation: "*Greenberg v. Spitzer*, 62 N.Y.S.3d 372, 386 (2017)." **Corrected to:** *Dongguk Univ. v. Yale Univ., 734 F.3d 113, 129 (2d Cir. 2013); Moore v. Cohen, 548 F. Supp. 3d 330, 345 (S.D.N.Y. 2021), aff'd, 2022 WL 2525722 (2d Cir. July 7, 2022)*.

13. **Page 28** – The citation: "*Sheila C. v. Povich*, 11 A.D.3d 120 (2004)." <u>**Corrected to:**</u> *Chanko v. Am. Broad. Cos. Inc., 49 N.E.3d 1171, 1179 (N.Y. 2016)*.

14. All case law relied upon in defendants Reply Memorandum of law in further support of Defendants Motion to Dismiss is attached hereto as **Attachment B**. A courtesy copy will be delivered to chambers.

15. Finally, a copy of the U.S. Copyright Office public records for the three songs Defendant Terrance Dixon co-wrote and performed on with Plaintiff Cartagena—*Money Over Bitches*, *Ice Cream*, and *Congratulations*—is attached hereto as **Attachment C**.

16. These records are referenced as "Blackburn Attachment A" in Defendants' Memorandum of Law and demonstrate Mr. Dixon's creative contributions and ownership claims.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2025
Brooklyn, New York

*/s/ Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
