UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"** <br><br> *Plaintiff*, <br><br> v. <br><br> **JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** <br><br> *Defendants*. | Civil Action No. 25-cv-05144 |

**DECLARATION OF JORDAN W. SIEV IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, JORDAN W. SIEV, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner with the law firm Reed Smith LLP. I make this declaration in support of Defendants' Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict Touring LLC And Slate Inc.'s Omnibus Motion To Dismiss Plaintiff's complaint. I have personal

knowledge of the matters set forth herein, and if called upon to testify, I could and would competently testify to the best of my knowledge to the matters set forth below.

2. A true and correct copy of the certificate of registration of the song "Cocobaby," registered with the U.S. Copyright Office with the registration number PA 1-655-887 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit A**.

3. A true and correct copy of the certificate of registration of the song "Get It For Life," registered with the U.S. Copyright Office with the registration number PA 1-638-148 and available on the U.S. Copyright Office Public Records System is attached hereto as **Exhibit B**.

4. A true and correct copy of the certificate of registration of the song "The Crackhouse," registered with the U.S. Copyright Office with the registration number PA 1-667-223 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit C**.

5. A true and correct copy of the certificate of registration of the song "Winding On Me," registered with the U.S. Copyright Office with the registration number PA 1-768-729 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit D**.

6. A true and correct copy of the certificate of registration of the song "Congratulations," registered with the U.S. Copyright Office with the registration number PA 1-768-745 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit E**.

7. A true and correct copy of the certificate of registration of the song "Cupcake," registered with the U.S. Copyright Office with the registration number PA 1-768-886 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit F**.

8. A true and correct copy of the certificate of registration of the song "Porn Star," registered with the U.S. Copyright Office with the registration number PA 1-768-885 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit G**.

9. A true and correct copy of the certificate of registration of the song "Ice Cream," registered with the U.S. Copyright Office with the registration number PA 1-770-840 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit H**.

10. A true and correct copy of the certificate of registration of the song "Okay Okay," registered with the U.S. Copyright Office with the registration number PA 1-768-887 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit I**.

11. A true and correct copy of the certificate of registration of the song "Music," registered with the U.S. Copyright Office with the registration number PA 1-953-504 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit J**.

12. A true and correct copy of the certificate of registration of the song "No Problems," registered with the U.S. Copyright Office with the registration number PA 1-774-933 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit K**.

13. A true and correct copy of the certificate of registration of the song "How Did We Get Here," registered with the U.S. Copyright Office with the registration number PA 1-847-903 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit L**.

14. A true and correct copy of the certificate of registration of the song "Money Over Bitches," registered with the U.S. Copyright Office with the registration number PA 1-847-908 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit M**.

15. A true and correct copy of the certificate of registration of the song "(Ha Ha) Slow Down," registered with the U.S. Copyright Office with the registration number PA 1-847-902 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit N**.

16. A true and correct copy of the certificate of registration of the song "Take a Look at My Life" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001104732 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit O**.

17. A true and correct copy of the certificate of registration of the song "Bust At You" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001249997 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit P**.

18. A true and correct copy of the certificate of registration of the song "TS Piece" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001248971 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit Q**.

19. A true and correct copy of the certificate of registration of the song "Turn Me On" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001131451 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit R**.

20. A true and correct copy of the certificate of registration of the song "Crush Tonight" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001105373 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit S**.

- 5 -

21. A true and correct copy of the certificate of registration of the song "All I Need" on Cartagena's album *Loyalty*, registered with the U.S. Copyright Office with the registration number PA0001105373 and available on the U.S. Copyright Office Public Records System, is attached hereto as **Exhibit T**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 10, 2025

*/s/ Jordan W. Siev*
Jordan W. Siev
