# Exhibit A

| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Siev, Jordan W.; Carnes, Rob; Chad Seigel; Joe Tacopina |
| **Subject:** | RE: Cartagena v. Dixon, No. 25-cv-03552 |
| **Date:** | Monday, November 3, 2025 1:10:10 PM |
| **Attachments:** | Revised Civil Case Management Plan and Scheduling Order.pdf |

Counsel,

Please let us know if the protective order is agreeable. Also, please let us know whether you consent to the attached revised scheduling order, which reflects our earlier agreement.

Thanks.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, October 31, 2025 3:41 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

I'll take a look when I get home and let you know.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, Oct 31, 2025 at 3:39 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

Thank you. Also, please let us know if the protective order we previously circulated (attached) is agreeable. We would like to get it on file on Monday.

Best,

Ian

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, October 30, 2025 9:56 AM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

Yes, that works.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any

information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Thu, Oct 30, 2025 at 9:51 AM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel:
>
> Thank you for your prompt response. In our view, 90-days is too long of an extension. Please let us know if a 60-day extension is agreeable.
>
> Thank you.
>
> **Ian M. Turetsky**
> ituretsky@reedsmith.com
> D: +1 212.549.0352
> M: +1 917.514.8747
>
> **reedsmith.com**
>
> **From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
> **Sent:** Wednesday, October 29, 2025 10:45 PM
> **To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
> **Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
> **Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

I would consent to an extension of all deadlines by 90 days.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Wed, Oct 29, 2025 at 10:12 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel,

We write in response to your filing today opposing our pre-motion to compel conference request. While we disagree with your positions therein, and will take them up with the Judge if necessary, we are willing to stipulate to mutual use of electronic mail for service of all future documents in this case if you consent to extending the outstanding discovery deadlines. As you know, the close of fact discovery is in just over one month. Given that none of the parties have produced any documents, we intend to request that the Court extend all case deadlines by one and a half months as indicated in the table below so that the parties can exchange documents and written discovery responses prior to taking depositions.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Last day to take Depositions | December 1, 2025 | January 16, 2026 |
| Completion of Fact Discovery | December 1, 2025 | January 16, 2026 |
| Plaintiff's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) | December 19, 2025 | February 5, 2026 |
| Defendant's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) | January 6, 2026 | February 24, 2026 |
| Completion of Expert Discovery | January 20, 2026 | March 10, 2026 |

Please let us know if you agree to this schedule so that we may note as much in a forthcoming letter motion seeking an extension of the Fact Discovery and Expert Discovery cutoffs. If not, please let us know if you have an alternative proposal.

Ian M. Turetsky
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Wednesday, October 15, 2025 11:45 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>

**Subject:** Cartagena v. Dixon, No. 25-cv-03552

Counsel,

Please see the attached letter.

**Ian M. Turetsky**
Global Commercial Disputes

ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021