# Exhibit B

| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | "Tyrone Blackburn" |
| **Cc:** | Siev, Jordan W.; Carnes, Rob; "Chad Seigel"; "Joe Tacopina" |
| **Subject:** | RE: Cartagena v. Dixon, No. 25-cv-03552 |
| **Date:** | Wednesday, November 19, 2025 4:26:53 PM |
| **Attachments:** | 2025-11-19 Letter to T. Blackburn.pdf |

Counsel:

Please see the attached letter from Jordan Siev.

Thank you.

Ian

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

**From:** Turetsky, Ian M.
**Sent:** Friday, November 14, 2025 9:57 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon, No. 25-cv-03552

Counsel:

This is now our fourth attempt to obtain your agreement to the revised protective order. We would like to avoid motion practice, but we will be left with no choice if we do not hear back from you soon.

Thank you.

Ian

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

**From:** Turetsky, Ian M.
**Sent:** Tuesday, November 11, 2025 8:59 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon, No. 25-cv-03552

Counsel:

Following-up on the below, please let us know whether the protective order is agreeable. We would appreciate you getting back to us today.

Thanks.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Monday, November 10, 2025 9:32 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552

Counsel:

Please advise whether the revised protective order is agreeable.

Thanks.

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Wednesday, November 5, 2025 5:08 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon, No. 25-cv-03552

Tyrone,

Thank you for your comments. I'm attaching a redline version of the agreement that accepts many, but not all, of your proposed changes. Please let us know if the attached is agreeable.

Thank you.

Ian

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Tuesday, November 4, 2025 4:28 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Carnes, Rob <RCarnes@reedsmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon, No. 25-cv-03552

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

Hi Ian,

I've attached the edits to the proposed protective order. The proposed scheduling order seems fine.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer

agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Wed, Oct 15, 2025 at 11:46 AM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel,
>
> Please see the attached letter.
>
> **Ian M. Turetsky**
>
> Global Commercial Disputes
>
> ituretsky@reedsmith.com
> D: +1 212.549.0352
> M: +1 917.514.8747
>
> **Reed Smith**
> 599 Lexington Avenue
> New York, NY 10022-7650
> T: +1 212 521 5400
> F: +1 212 521 5450
> **reedsmith.com**
>
> This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
>
> RSUSv12021