# Exhibit C



**Driving progress through partnership**

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 19, 2025

**VIA EMAIL**

Tyrone A. Blackburn
T.A. Blackburn Law
1242 East 8th Street, 3rd Floor
Brooklyn, NY 11236
tblackburn@tablackburnlaw.com

      Re:    *Cartagena v. Dixon et al.*, No. 25-cv-03552-JLR

Dear Mr. Blackburn:

      As you know, on October 15, 2025 we sent you a draft Stipulated Confidentiality Agreement and Protective Order ("Stipulation") and requested a meet and confer to discuss your position on the draft Stipulation and our discovery requests. You did not respond until November 4, 2025, when you sent us several proposed revisions to the draft Stipulation. On November 5, 2025, we sent you a revised markup of the draft Stipulation that incorporated some of your proposed revisions and asked you to confirm if the changes were agreeable to you. Having not received a response to that email, we sent additional follow-up emails to you on November 10, 11, and 14, each attempting to obtain your agreement to the revised draft Stipulation. As of the date of this letter, we still have not received a response from you.

      Accordingly, we request a meet-and-confer call to discuss the draft Stipulation. We are available tomorrow and Friday at 4:00pm EST. Please let us know if you are available at those times, or if not, when you can speak. Should you fail to respond, we will be forced to move for a protective order and will seek appropriate sanctions/fees.

      Very truly yours,

      */s/ Jordan W. Siev*
      Jordan W. Siev

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON