

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 3, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

    Re:    *Cartagena v. Dixon et al.*, No. 25-cv-03552-JLR (S.D.N.Y.)

Dear Judge Rochon:

    Plaintiff Joseph Cartagena submits this letter under Rule 1(A) of this Court's Individual Rules of Practice in Civil Cases to inform the Court of a letter he received from LexisNexis, attached as Exhibit A. In Defendants Terrance Dixon, Tyrone Blackburn and T.A. Blackburn Law, PLLC's October 2, 2025 filing, Mr. Blackburn stated that (1) he had "adopted upgraded legal research tools, including LexisNexis Protege [sic][;]" (2) the "Protege [sic] tool generated suggestions and citation fields that [he] mistakenly incorporated without fully verifying the quotation formatting and attribution[;]" and (3) "the Protege [sic] app attributed the wrong case with the wrong citation." ECF 58 at 3-4. LexisNexis' letter addresses these representations, which LexisNexis has asked us to share with the Court.

    Respectfully submitted,

    /s/ Jordan W. Siev

cc: All counsel (via ECF)

Encl.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON