Julie Chapman

**LexisNexis, Legal & Professional**

521 Fifth Ave, 7th Floor, NY 10175

905-415-5866

[Julie.chapman@lexisnexis.ca](mailto:Julie.chapman@lexisnexis.ca)


December 2, 2025


Jordan Siev

Reed Smith LLP

599 Lexington Avenue

22nd Floor

New York, New York 10022


Re: Case No. 1:25-cv-03552 (JLR) *Joseph Cartagena v. Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*


Dear Mr. Siev,


I am writing to provide a formal clarification regarding allegations made by Mr. Tyrone Blackburn concerning his use of LexisNexis services, specifically "Lexis +AI" and "Protege". It has come to the attention of this office that Mr. Blackburn has submitted statements to the court, alleging that LexisNexis is responsible for his so-called fabricated statements. After a thorough review of the matter, it must be made clear that Mr. Blackburn was never an authorized user or subscriber to either the "Lexis +AI" or "Protege" services.


The following points summarize the matter:

1. Unauthorized Use:

Mr. Blackburn was never granted, nor did he possess, an authorized account or subscription for any LexisNexis service, including "Lexis +AI" or "Protege". Although Mr. Blackburn's firm was once a

subscriber to other LexisNexis services, that did not include the Protégé service.  Any implication or assertion to the contrary is factually incorrect.

2. Submission of False Claims:

Certain submissions made by Mr. Blackburn assert that LexisNexis should bear responsibility for statements that, upon investigation, have been determined to be fabricated. These claims are unfounded given the lack of any authorized relationship between Mr. Blackburn and the aforementioned services.

3. Implications for the Court:

 In light of these facts, it is imperative that the court recognize the veracity of the above points and regard any statements from Mr. Blackburn linking LexisNexis to his purported actions as misleading and unsupported by evidence.


It is respectfully requested that the contents of this letter be shared with the court. Should there be any questions or if additional documentation is required, please feel free to contact me at the above-listed telephone number or email address.


Thank you for your attention to this matter.


Sincerely,

Julie Chapman

Head of Legal, North America


Cc:     Ian Turetsky ITuretsky@reedsmith.com