

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ
_____
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

December 4, 2025

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

  **Re:** *Joseph Cartagena v. Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*
                        Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

  Defendants respectfully submit this letter in response to the letter filed by the Plaintiff dated December 3, 2025, regarding the research process underlying the citations in Defendants' August 11, 2025, Motion to Dismiss.

  In June 2025 and July 2025, Defendants conducted legal research utilizing LexisNexis resources. As I indicated to the Court in my September 2025 and October 2025 letters, this research tool has an AI component, Protégé. I provided the Court with the list of corrections and attached copies of the cases. The documents I provided to the Court are from LexisNexis. This writer has a shared subscription arrangement with a co-practitioner. This research generated case recommendations that Defendants incorporated into Defendants' Motion to Dismiss.

  Upon internal review in September 2025, Defendants identified specific citations that required correction to reflect the legal propositions they were intended to support accurately. Defendants promptly submitted the corrected Memorandum of Law on September 8, 2025, before the Court considered the motion.

  Defendants appreciate the Court's consideration.

                             Respectfully,

                         */s/ Tyrone A. Blackburn, Esq.*
                         Tyrone A. Blackburn, Esq.
                         T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.