

**Driving progress through partnership**

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 5, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

> The conference scheduled for December 9, 2025 at 12:00 p.m. is HEREBY ADJOURNED.
>
> Date:  December 8, 2025
>           New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Cartagena v. Dixon et al.*, No. 25-cv-03552-JLR

Dear Judge Rochon:

    I write regarding Plaintiff Joseph Cartagena's December 1, 2025 request for a pre-motion discovery conference. ECF 95. Late yesterday evening, counsel for Defendants consented to the draft stipulated confidentiality agreement and protective order that Mr. Cartagena sent him on November 5, 2025. Accordingly, Mr. Cartagena withdraws his request for a pre-motion discovery conference and respectfully requests that the Court so-order that stipulation, a copy of which is enclosed as **Exhibit A**.

    Respectfully submitted,

    /s/ *Jordan W. Siev*

cc:     All counsel by ECF

Encl.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON