

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

Request GRANTED. The conference scheduled for January 6, 2026 at 2:30 p.m is adjourned to Wednesday **January 7, 2026** at **12:30 p.m.** Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided.

Date:    January 5, 2026
         New York, New York

January 2, 2025

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Joseph Cartagena v. Terrance Dixon, et al.,*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

I write on behalf of Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC, to respectfully request a brief adjournment of the status conference currently scheduled for Monday, January 6, 2026.

Counsel has two previously scheduled court appearances on January 6, 2026, that directly conflict with the conference. One is a class action settlement conference in the Southern District of New York, and the other is a court conference in the District of New Jersey. As a result of these unavoidable conflicts, counsel is unable to appear on January 6 as currently scheduled.

I apologize for any inconvenience this request may cause the Court or opposing counsel. If the Court is amenable, counsel is available on the following alternative dates:

- Wednesday, January 8, 2026
- Thursday, January 9, 2026
- Monday, January 13, 2026
- Tuesday, January 14, 2026

Thank you for the Court's consideration. Counsel remains available at the Court's convenience and will make every effort to accommodate any date the Court selects.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

  347-342-7432   tblackburn@tablackburnlaw.com    TABlackburnlaw.com