UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>TERRANCE DIXON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-03552 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　The parties are HEREBY ORDERED to appear before the Court for a video conference on January 9, 2026 at 10:00 a.m. to address any remaining issues regarding Plaintiff's request for production of documents served on Defendant as highlighted in Dkt. 108.  Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 723 764 984 #.

Dated:　January 7, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge