UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

-against-

TERRANCE DIXON, et al.,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court conducted a discovery conference on January 9, 2016 to address any remaining issues concerning Plaintiff's First Requests to Defendants for the Production of Documents.

On consent of Defendants, Defendants are ordered to produce all non-privileged Documents that are in their possession, custody, or control that are responsive to Requests for Production Nos. 5 and 6.

Counsel for Defendants also confirmed that all responses to Plaintiff's requests for production are on behalf of all three Defendants, notwithstanding the use of the singular "Defendant" in some of the responses.

The parties agreed that their document productions will be completed by January 16, 2026.

Dated: January 9, 2026
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge