# Exhibit A

| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Siev, Jordan W.; Chad Seigel; Carnes, Rob; Joe Tacopina |
| **Subject:** | Cartagena v. Dixon |
| **Date:** | Thursday, January 8, 2026 10:42:30 PM |
| **Attachments:** | 2026-01-08 Notice of Deposition (Blackburn Law).pdf |
| | 2026-01-08 Notice of Deposition (Blackburn).pdf |
| | 2026-01-08 Notice of Deposition (Dixon).pdf |

Counsel:

Please see the attached deposition notices.

Thanks.

Ian

**Ian M. Turetsky**
Global Commercial Disputes

ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450
**reedsmith.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOSEPH CARTAGENA,

    *Plaintiff,*

    v.

TERRANCE DIXON, TYRONE
BLACKBURN, and T.A.
BLACKBURN LAW, PLLC,

    *Defendants.*

---

Civil Action No. 25-cv-03552

**NOTICE OF DEPOSITION OF
TERRANCE DIXON**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1) and 30(b)(1), Plaintiff, by and through

his undersigned counsel, will take the deposition upon oral examination of Defendant Terrance

Dixon, c/o T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York

11236 at 10:00am EST on January 21, 2026. The deposition will take place at the offices of Reed

Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under

oath, and will be recorded stenographically, audiographically, and/or videographically.

Dated:    January 8, 2026
        New York, New York

**Of Counsel:**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

*/s/ Joseph Tacopina*
Joseph Tacopina
Chad Seigel
Matthew DeOreo
**Tacopina Seigel & DeOreo**
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
Mdeoreo@tacopinalaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 8, 2026, I served the foregoing **NOTICE OF**

**DEPOSITION OF TERRANCE DIXON** by electronic mail and Federal Express upon the

following counsel of record:

Joseph Tacopina, Esq.
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016

*Attorneys for Plaintiff Joseph Cartagena*

Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022

Tyrone Blackburn, Esq.
tblackburn@tablackburnlaw.com
**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, Third Floor
Brooklyn, New York 11236

*Attorney for Defendants Terrance Dixon,*
*Tyrone Blackburn, and T.A. Blackburn Law,*
*PLLC*

*/s/ Ian M. Turetsky*
Ian M. Turetsky

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH CARTAGENA, <br><br> *Plaintiff,* <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants.* | Civil Action No. 25-cv-03552 <br><br> **NOTICE OF DEPOSITION OF TYRONE BLACKBURN** |

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1) and 30(b)(1), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant Tyrone Blackburn, c/o T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 10:00am EST on January 22, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically.

Dated:    January 8, 2026
              New York, New York

**Of Counsel:**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

/s/ Joseph Tacopina
Joseph Tacopina
Chad Seigel
Matthew DeOreo
**Tacopina Seigel & DeOreo**
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
Mdeoreo@tacopinalaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 8, 2026, I served the foregoing **NOTICE OF**

**DEPOSITION OF TYRONE BLACKBURN** by electronic mail and Federal Express upon the

following counsel of record:

Joseph Tacopina, Esq.                          *Attorneys for Plaintiff Joseph Cartagena*
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016

Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022

Tyrone Blackburn, Esq.                         *Attorney for Defendants Terrance Dixon,*
tblackburn@tablackburnlaw.com                  *Tyrone Blackburn, and T.A. Blackburn Law,*
**T.A. BLACKBURN LAW, PLLC**                   *PLLC*
1242 East 80th Street, Third Floor
Brooklyn, New York 11236

*/s/ Ian M. Turetsky*
Ian M. Turetsky

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSEPH CARTAGENA**,

*Plaintiff,*

v.

**TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,**

*Defendants.*

---

Civil Action No. 25-cv-03552

**NOTICE OF DEPOSITION OF T.A. BLACKBURN LAW, PLLC**

---

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1), 30(b)(1) and 30(b)(6), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 2:00 pm EST on January 22, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically. The matters for examination are identified in Exhibit A attached.

Dated:   January 8, 2026
       New York, New York

**Of Counsel:**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

/s/ Joseph Tacopina
Joseph Tacopina
Chad Seigel
Matthew DeOreo
**Tacopina Seigel & DeOreo**
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
Mdeoreo@tacopinalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I served the foregoing **NOTICE OF**

**DEPOSITION OF T.A. BLACKBURN LAW, PLLC** by electronic mail and Federal Express

upon the following counsel of record:

Joseph Tacopina, Esq.                               *Attorneys for Plaintiff Joseph Cartagena*
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016

Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022

Tyrone Blackburn, Esq.                              *Attorney for Defendants Terrance Dixon,*
tblackburn@tablackburnlaw.com                       *Tyrone Blackburn, and T.A. Blackburn Law,*
**T.A. BLACKBURN LAW, PLLC**                         *PLLC*
1242 East 80th Street, Third Floor
Brooklyn, New York 11236

*/s/ Ian M. Turetsky*
Ian M. Turetsky

# Exhibit A

**TOPICS OF EXAMINATION**

1. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's March 23, 2025 letter to Plaintiff.

2. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's April 21, 2025 letter to Plaintiff.

3. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's April 22, 2025 email to Plaintiff.

4. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's statements during an April 23, 2025 phone call with Plaintiff's counsel, Erica Moreira.

5. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's April 25, 2025 letter to Plaintiff.

6. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's statements during an April 28, 2025 phone call with Plaintiff's counsel, Erica Moreira.

7. The basis and/or support for Defendant Tyrone Blackburn's April 29, 2025 Instagram Post, identified in Paragraph 88 of the Second Amended Complaint.

8. The basis and/or support for Defendant Tyrone Blackburn's statements in a May 2, 2025 interview with the "Star Report" podcast, identified in Paragraph 132 of the Second Amended Complaint.

9. The basis and/or support for Defendant Tyrone Blackburn's actions on May 12, 2025 involving Plaintiff's process server, as described in Paragraph 104-05 of the Second Amended Complaint.

10. The basis and/or support for Defendant Tyrone Blackburn's claim that he was "setup," as described in Paragraph 106 of the Second Amended Complaint.

11. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's public statements that Plaintiff "is Sean Combs minus the Tusi[.]"

12. The basis and/or support for Defendant T.A. Blackburn Law, PLLC's denial of any allegation in the Second Amended Complaint.

13. The basis and/or support for any affirmative defense that Defendant T.A. Blackburn Law, PLLC intends to raise at trial.

14. The basis and/or support for any allegation in Dixon's Complaint regarding Plaintiff.