UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

-against-

TERRANCE DIXON, et al.,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It was recently brought to the attention of the Court that the Order filed at Dkt. 119 ordered Defendants "to produce all non-privileged Documents that are in their possession, custody, or control that are responsive to Requests for Production Nos. 5 and 6." The Court intended to reference Request for Production Nos. 4 and 5 since those were the items that were raised with Court at the January 9, 2026 conference.

Thus, as stated during the conference, and as agreed to by the Defendants, the Defendants are ordered to produce all non-privileged Documents that are in their possession, custody, or control that are responsive to Requests for Production Nos. 4 and 5.

Dated: January 12, 2026
       New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge