Request GRANTED.  The conference scheduled for January 15, 2026 is ADJOURNED until **January 20. 2026** at **9:30 a.m.**  Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 266 355 862 #

Date:  January 14, 2026
       New York, New York

SO ORDERED.



**JENNIFER L. ROCHON**
**United States District Judge**

---

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

January 13, 2025

VIA ECF

The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Joseph Cartagena v. Terrance Dixon, et al.,*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

I write on behalf of Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC, to respectfully request a brief adjournment of the status conference currently scheduled for Thursday, January 15, 2026.

Counsel has a previously scheduled in person appearance in Kings County Supreme Court on 1/15/2026.  The appearance time is 9:30 am, and there is no telling when my case will be called.  I am available on 1/16/2026 between 9:30 am and 12 pm, and 3pm to 5pm.  I have a previously scheduled remote pretrial conference before Judge Cogan of the EDNY at 1 pm.

Thank you for the Court's consideration. Counsel remains available at the Court's convenience and will make every effort to accommodate any date and time the Court selects.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com