# Attachment 1



# Cartagena v. Dixon

**Turetsky, Ian M.** <ITuretsky@reedsmith.com>                    Mon, Jan 12, 2026 at 9:57 AM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>
Cc: "Siev, Jordan W." <JSiev@reedsmith.com>, Chad Seigel <cseigel@tacopinalaw.com>, "Carnes, Rob"
<RCarnes@reedsmith.com>, Joe Tacopina <jtacopina@tacopinalaw.com>

Tyrone,

Thanks for the meet and confer. Both Saturdays (17th and 24th) do not work and we insist that the depositions take place in-person. We will raise both issues with the court.

Thank you.

Ian

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Sunday, January 11, 2026 8:30 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob
<RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon

**External E-Mail - FROM Tyrone Blackburn** <tblackburn@tablackburnlaw.com>

3473427432

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Sun, Jan 11, 2026 at 5:26 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> What number should we call?
>
> _____
>
> **From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
> **Sent:** Sunday, January 11, 2026 5:25:30 PM
> **To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>

**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

We can do a call at 8:45 before the first appearance.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Sun, Jan 11, 2026 at 5:10 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Can you speak before your appearance?
>
> **From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
> **Sent:** Sunday, January 11, 2026 5:07:31 PM
>
> **To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
> **Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
> **Subject:** Re: Cartagena v. Dixon
>
> **External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**
>
> I have court appearances tomorrow all day.  I'll be free at 5p
>
> Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at

347.342.7432), and delete the communication from any computer or network system.

On Sun, Jan 11, 2026 at 5:03 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

Counsel,

Given the time sensitivity of this matter, we request an immediate meet-and-confer call to address Defendants' deposition availability in January. Please let us know your availability to speak tomorrow before 2PM. If you do not agree to meet and confer by then, we will advise the court.

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, January 9, 2026 3:06 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon

**External E-Mail - FROM Tyrone Blackburn <**tblackburn@tablackburnlaw.com**>**

You can seek relief. I provided you with my availability.  You decided to wait this long to conduct depositions.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, Jan 9, 2026 at 3:04 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

Counsel,

The close of fact discovery and deadline to complete depositions is January 30, 2026. The Parties have known this for almost three months because it is explicitly stated in the Court's November 13, 2025 scheduling order. The Court will not extend this deadline, as we both heard at the discovery conference on Wednesday.

Please provide dates of availability for you and Mr. Dixon prior to January 30, 2026 by 6pm today or we will seek appropriate judicial relief.

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Friday, January 9, 2026 1:19:35 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

---

Ian

I will not be available on any of the dates cited for deposition, as I will be out of state dealing with a personal family matter. The week of January 26, 2026, I have a pre-planned medical procedure. February 2-4 is required for physical therapy after my procedure. February 5th in-person appearance in the New York State Court. February 6th: available. February 9: Available. From February 10-20th I will be out of the country on a pre-planned trip. February 23-25: available.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC

1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Thu, Jan 8, 2026 at 10:42 PM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel:
>
> Please see the attached deposition notices.
>
> Thanks.

Ian

**Ian M. Turetsky**

Global Commercial Disputes

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**Reed Smith**

599 Lexington Avenue

New York, NY 10022-7650

T: +1 212 521 5400

F: +1 212 521 5450

**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021