UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

-against-

TERRANCE DIXON, et al.,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the January 20, 2026, conference, the end of fact discovery is extended to **February 13, 2026**, depositions of Defendants shall take place on **February 6** and **February 9, 2026**, and Defendants' request for remote depositions is DENIED. This Order does not impact the other deadlines for discovery.

Dated: January 20, 2026
      New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge