# Exhibit 1



ORIGIN ID:JRBA
ROB CARNES
REED SMITH LLP
599 LEXINGTON AVE.
22ND FLOOR
NEW YORK, NY 10022
UNITED STATES US

(212) 521-5400

SHIP DATE: 23JAN26
ACTWGT: 1.00 LB
CAD: 2552273791INET4635

BILL SENDER

TO TYRONE BLACKBUM, ESQ.
T.A. BLACKBURN LAW, PLLC
1242 EAST 80TH STREET, THIRD FL

BROOKLYN NY 11236
(347) 427-5999

INV:
PO:
REF: 406054.60001.02173
DEPT:

FedEx
Express

J261026012001uv

58KJ4/747B/484B

TRK# 0201
8881 6937 9144

XP PTRA

MON – 26 JAN 5:00P
STANDARD OVERNIGHT

NY-US JFK

11236

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 <br><br> **NOTICE OF DEPOSITION OF TERRANCE DIXON** |

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1) and 30(b)(1), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant Terrance Dixon, c/o T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 10:00am EST on February 6, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically.

Dated:  January 23, 2026
        New York, New York          */s/ Joseph Tacopina*
                                    Joseph Tacopina
                                    Chad Seigel
**Of Counsel:**                     Matthew DeOreo
                                    **Tacopina Seigel & DeOreo**
Jordan W. Siev                      275 Madison Avenue, 35th Floor
**Reed Smith LLP**                  New York, New York 10016
599 Lexington Avenue, 22nd Floor    212-227-8877
New York, New York 10022            jtacopina@tacopinalaw.com
212-205-6087                        cseigel@tacopinalaw.com
jsiev@reedsmith.com                 Mdeoreo@tacopinalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I served the foregoing **NOTICE OF DEPOSITION OF TERRANCE DIXON** by electronic mail and Federal Express upon the following counsel of record:

Joseph Tacopina, Esq.                                    *Attorneys for Plaintiff Joseph Cartagena*
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016

Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022

Tyrone Blackburn, Esq.                                   *Attorney for Defendants Terrance Dixon,*
tblackburn@tablackburnlaw.com                            *Tyrone Blackburn, and T.A. Blackburn Law,*
**T.A. BLACKBURN LAW, PLLC**                             *PLLC*
1242 East 80th Street, Third Floor
Brooklyn, New York 11236

*/s/ Ian M. Turetsky*
Ian M. Turetsky

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 <br><br> **NOTICE OF DEPOSITION OF TYRONE BLACKBURN** |

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1) and 30(b)(1), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant Tyrone Blackburn, c/o T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 10:00am EST on February 9, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically.

Dated:   January 23, 2026
        New York, New York

*/s/ Joseph Tacopina*
        Joseph Tacopina
        Chad Seigel

**Of Counsel:**
        Matthew DeOreo
        **Tacopina Seigel & DeOreo**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

        275 Madison Avenue, 35th Floor
        New York, New York 10016
        212-227-8877
        jtacopina@tacopinalaw.com
        cseigel@tacopinalaw.com
        Mdeoreo@tacopinalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2026, I served the foregoing **NOTICE OF**

**DEPOSITION OF TYRONE BLACKBURN** by electronic mail and Federal Express upon the

following counsel of record:


Joseph Tacopina, Esq.                              *Attorneys for Plaintiff Joseph Cartagena*
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016


Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022



Tyrone Blackburn, Esq.                             *Attorney for Defendants Terrance Dixon,*
tblackburn@tablackburnlaw.com              *Tyrone Blackburn, and T.A. Blackburn Law,*
**T.A. BLACKBURN LAW, PLLC**              *PLLC*
1242 East 80th Street, Third Floor
Brooklyn, New York 11236




                                                          */s/ Ian M. Turetsky*
                                                          Ian M. Turetsky

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 <br><br> **NOTICE OF DEPOSITION OF T.A. BLACKBURN LAW, PLLC** |

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1), 30(b)(1) and 30(b)(6), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 2:00 pm EST on February 9, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically. The matters for examination are identified in Exhibit A attached.

Dated:    January 23, 2026
             New York, New York

**Of Counsel:**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

/s/ Joseph Tacopina
Joseph Tacopina
Chad Seigel
Matthew DeOreo
**Tacopina Seigel & DeOreo**
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
Mdeoreo@tacopinalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2026, I served the foregoing **NOTICE OF**

**DEPOSITION OF T.A. BLACKBURN LAW, PLLC** by electronic mail and Federal Express

upon the following counsel of record:


Joseph Tacopina, Esq.                               *Attorneys for Plaintiff Joseph Cartagena*
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016


Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022



Tyrone Blackburn, Esq.                              *Attorney for Defendants Terrance Dixon,*
tblackburn@tablackburnlaw.com                       *Tyrone Blackburn, and T.A. Blackburn Law,*
**T.A. BLACKBURN LAW, PLLC**                        *PLLC*
1242 East 80th Street, Third Floor
Brooklyn, New York 11236




                                                    */s/ Ian M. Turetsky*
                                                    Ian M. Turetsky

# Exhibit A

**TOPICS OF EXAMINATION**

1. The basis and/or support [GLOBAL CHANGE HERE] for Defendant T.A. Blackburn Law, PLLC's March 23, 2025 letter to Plaintiff.

2. The basis for Defendant T.A. Blackburn Law, PLLC's April 21, 2025 letter to Plaintiff.

3. The basis for Defendant T.A. Blackburn Law, PLLC's April 22, 2025 email to Plaintiff.

4. The basis for Defendant T.A. Blackburn Law, PLLC's statements during an April 23, 2025 phone call with Plaintiff's counsel, Erica Moreira.

5. The basis for Defendant T.A. Blackburn Law, PLLC's April 25, 2025 letter to Plaintiff.

6. The basis for Defendant T.A. Blackburn Law, PLLC's statements during an April 28, 2025 phone call with Plaintiff's counsel, Erica Moreira.

7. The basis for Defendant Tyrone Blackburn's April 29, 2025 Instagram Post, identified in Paragraph 88 of the Second Amended Complaint.

8. The basis for Defendant Tyrone Blackburn's statements in a May 2, 2025 interview with the "Star Report" podcast, identified in Paragraph 132 of the Second Amended Complaint.

9. The basis for Defendant Tyrone Blackburn's actions on May 12, 2025 involving Plaintiff's process server, as described in Paragraph 104-05 of the Second Amended Complaint.

10. The basis for Defendant Tyrone Blackburn's claim that he was "setup," as described in Paragraph 106 of the Second Amended Complaint.

11. The basis for Defendant T.A. Blackburn Law, PLLC's public statements that Plaintiff "is Sean Combs minus the Tusi[.]"