# Exhibit 2

| | |
|---|---|
| **From:** | Tyrone Blackburn |
| **To:** | Turetsky, Ian M. |
| **Cc:** | Siev, Jordan W.; Chad Seigel; Carnes, Rob; Joe Tacopina |
| **Subject:** | Re: Cartagena v. Dixon |
| **Date:** | Tuesday, February 3, 2026 1:10:55 PM |

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**



Counsel,

As you know I recently had medical procedure. Recovery has been difficult, and today I am having a follow up procedure. Unfortunately, I will not be able to attend the depositions on 2/6, or 2/9.

I will write the court at the conclusion of today's procedure to inform the Judge.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Tue, Feb 3, 2026 at 8:31 AM Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel:
>
> I am confirming that the depositions will begin at 10:00 AM as noticed. Please provide the names of all individuals who will be attending the deposition so that we may add them to our building's security access list.
>
> Thanks.
>
> Ian

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Wednesday, January 28, 2026 2:59 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Cartagena v. Dixon

Counsel,

Please find attached courtesy copies of the Notices of Deposition that were previously sent to you via FedEx. At your earliest convenience, please provide the names of all individuals who will be attending the deposition so that we may add them to our building's security access list.

Best,

Ian

**Ian M. Turetsky**

Global Commercial Disputes

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**Reed Smith**

599 Lexington Avenue

New York, NY 10022-7650

T: +1 212 521 5400

F: +1 212 521 5450

**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021