**GIBSON DUNN**

Michael Nadler
Of Counsel
T: +1 212.351.2306
mnadler@gibsondunn.com

February 9, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court Judge for the
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Cartagena v. Dixon*, 25 Civ. 3552 (S.D.N.Y.)

Dear Judge Rochon,

    I write pursuant to Section 2.B of Your Honor's Individual Rules of Practice to provide the name and contact information of counsel who may wish to speak on behalf on Erica Moreira during the February 10, 2026 remote conference:

- Michael Nadler – (212) 351-2306; mnadler@gibsondunn.com

Respectfully submitted,

*/s/ Michael Nadler*
Michael Nadler