# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

February 9, 2026

**By ECF**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Cartagena v. Dixon et al.*, No. 25-cv-03552-JLR

Dear Judge Rochon:

We write to update the Court in advance of the conference scheduled for February 10, 2026 regarding Defendants Tyrone Blackburn, T.A. Blackburn Law, PLLC and Terrance Dixon's continued noncompliance with Your Honor's order, dated January 20, 2026 (the "**Order**"; ECF No. 133).

The Order required Defendants to appear for depositions on February 6, 2026 and February 9, 2026. ECF No. 133. Although Plaintiff Joseph Cartagena timely noticed Defendants' depositions for those dates, Defendants failed to appear. Mr. Cartagena therefore noted their non-appearances for the record. *See* **Exhibits 1 and 2**.

Defendants' defiance of the Order is sanctionable, and the Court should hold them in contempt. *See* Fed. R. Civ. P. 37(b)(1); Fed. R. Civ. P. 37(d). Indeed, Defendants' last-minute attempt to avoid depositions due to Mr. Blackburn's purported medical issues lacks credibility, particularly given that Mr. Blackburn managed to finalize and file a sprawling 254-paragraph complaint for an unrelated matter in New Jersey state court on the same day he was scheduled to defend Mr. Dixon's deposition.[1] *See* **Exhibit 3**.

---

[1] Complaint, *YewaisisP v. Union County Savings Bank*, No. ESX-L-1116-6 (N.J. Super. Ct. Law Div. Feb. 6, 2026).

T A C O P I N A   S E I G E L   &   D E O R E O

Hon. Jennifer L. Rochon
February 9, 2026
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Tacopina

And

/s/ Jordan W. Siev
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff Joseph Cartagena*

cc:    All counsel of record (by ECF)