# Exhibit 1

1

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3

4  -------------------------------x

5  JOSEPH CARTAGENA,

6         Plaintiff,

7  V.   Civil Action No. 25-cv-03552

8  TERRANCE DIXON, TYRONE

9  BLACKBURN, and T.A.

10 BLACKBURN LAW, PLLC,

11        Defendants.

12 -------------------------------x

13    Videotaped Deposition of Terrance

14 Dixon taken pursuant to Notice, held on

15 February 6, 2026 at 10:00 a.m., at the

16 offices of Reed Smith LLP, 599

17 Lexington Avenue, New York, New York

18 10022, before Maureen Ratto, a

19 Registered Professional Reporter,

20 Certified Court Reporter and Notary

21 Public.

22

23   Case No. 7874356

24

25

2

1    A P P E A R A N C E S:

2    On Behalf of Plaintiff:

3       REED SMITH, LLP

4       599 Lexington Avenue

5       New York, New York 10022

6       BY:   ROBERT CARNES, ESQ.

7             Rcarnes@reedsmith.com

8

9    On Behalf of Defendants:

10      T.A. BLACKBURN LAW, PLLC

11      1242 East 80th Street

12      Brooklyn, New York 11236

13      BY: (No appearance)

14

15   ALSO PRESENT:

16   ROBERT RUDIS, Legal Videographer

17

18

19

20

21

22

23

24

25

♀

3

1       MR. TURETSKY:  It's about
2   10:08 and we'll go ahead and get
3   started on the record.
4       My name is Ian Turetsky.  I am
5   with the law firm of Reed Smith LLP
6   and represent Plaintiff Joseph
7   Cartagena in this matter styled
8   Cartagena V. Dixon, et al, Case No.
9   25-CV-03552 SDNY.
10      With me today is my colleague
11  Rob Carnes, also with Reed Smith
12  and also for Plaintiff.
13      During a conference before the
14  Court, Defendant Dixon's attorney
15  Tyrone Blackburn affirmed their
16  availability for deposition on

17       February 6, 2026 and February 9,
18       2026.
19              Based on Defendant Blackburn's
20       representations to the Court on
21       January 20, 2026, the Court ordered
22       Defendants to be deposed on
23       February 6, 2026 and February 9,
24       2026.
25              Pursuant to the Court's order,

♀

4

1        Plaintiff served notices of
2        deposition on January 23rd, 2026.
3        Defendant Dixon's deposition was
4        noted for February 6th at 10:00
5        a.m., Defendant Blackburn's
6        deposition was noticed for February
7        9 at 10:00 a.m.
8               It is now 10:10 and Defendant
9        Dixon and his attorney have not
10       appeared.
11              We can go off the record for
12       now but perhaps we're going to wait
13       and see if Mr. Dixon and his

14       counsel join us late.  I will also

15       make attempts to contact counsel to

16       see if he will be appearing.

17            (Recess is taken.)

18            MR. TURETSKY:  We're back on

19       the record. The time is now 11:00

20       a.m. and neither Mr. Dixon nor his

21       counsel have appeared.

22            I have attempted to reach Mr.

23       Blackburn by phone on the number

24       listed in his email signature but

25       he did not pick up.

                                        5

1             I'll note for the record, on

2        February 6, 2026 Defendants filed a

3        letter seeking extension of the

4        discovery deadlines. The Court has

5        not ruled on Defendants' motion and

6        as a result the Court's order is in

7        full force and effect, and by

8        failing to appear today Defendants

9        have violated the Court's order.

10            Defendants' refusal to not

11      comply with the Court's order has
12      greatly prejudiced Mr. Cartagena.
13           Before we go off the record, I
14      want to introduce the following
15      exhibits into the record.  What
16      I'll mark as Exhibit 1 is the
17      Court's order dated January 20,
18      2026 entered in this case; Exhibit
19      2, the Notice of Deposition of
20      Terrance Dixon, dated January 23rd,
21      2026; as Exhibit 3, the Notice of
22      Deposition of Tyrone Blackburn
23      dated January 23rd, 2026; and the
24      Notice of Deposition of T.A.
25      Blackburn Law PLLC, also dated

                                        6

1       January 23rd, 2026.
2            With that, we are done for
3       today.
4            (Exhibit 1, Court's order
5       dated January 20, 2026 was received
6       and marked on this date for
7       identification.)

```
 8              (Exhibit 2, Notice of
 9          Deposition of Terrance Dixon, dated
10          January 23, 2026 was received and
11          marked on this date for
12          identification.)
13              (Exhibit 3, Notice of
14          Deposition of Tyrone Blackburn
15          dated January 23, 2026 was received
16          and marked on this date for
17          identification.)
18              (Exhibit 4, Notice of
19          Deposition of T.A. Blackburn Law,
20          PLLC, dated January 23, 2026 was
21          received and marked on this date
22          for identification.)
23              (The proceedings were
24      adjourned at 11:02 a.m.)
25
```