# Exhibit 2

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JOSEPH CARTEGENA,

                    PLAINTIFF,


      -against-    Case No.:
                   25-cv-03552


TERRANCE DIXON, TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,

                    DEFENDANTS.
-------------------------------------------X

                    DATE: February 9, 2026

                    TIME: 10:00 A.M.




                    STATEMENT ON THE RECORD,

held at the offices of Reed Smith LLP, 599

Lexington Avenue, 22nd Floor, New York, New

York 10022, before Karyn Chiusano, a Notary

Public of the State of New York.

A P P E A R A N C E S:

REED SMITH LLP
Attorneys for the Defendants
TERRANCE DIXON, TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC
599 Lexington Avenue ~ 22nd Floor
New York, New York 10022
BY: IAN TURETSKY, ESQ.
    ROB CARNES, ESQ.
ituretsky@reedsmith.com
rcarnes@reedsmith.com

ALSO PRESENT:
ROB RUDIS, Videographer

          *        *        *

2

♀

3

* STATEMENT ON THE RECORD *

MR. TURETSKY:  It is 10:02.

This is supposed to be the deposition of defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC.

I am Ian Turetsky with the law firm Reed Smith LLP, we represent the the plaintiff, Joseph Cartegena in the in this matter.

Also with me is Rob Carnes, also from Reed Smith, and also from Plaintiff.

On January 20, 2026, the Court ordered the defendants to be deposed

on February 6, 2026 and February 9, 2026.

Pursuant to the Court's order, plaintiff served Notices of Deposition on defendants on January 23, 2026.

Defendant Blackburn's and T.A. Blackburn Law's deposition were noticed for February 9, 2026, at 10:00 A.M., that's today.

3

4

* STATEMENT ON THE RECORD *

It is now 10:03 and the defendants have not appeared.

We can go off the record in a second, to wait and see if Mr. Blackburn arrives and will join us late; and I will also attempt to contact him.

But for now, we can go off the record.

(Whereupon, a short recess was

taken.)

MR. TURETSKY:  We are back on the record.

It is now 10:58.

I attempted to reach Mr. Blackburn via his phone number in his e-mail signature block; he didn't pick up.

Defendants' refusal to comply with the Court's order has greatly prejudiced Mr. Cartegena's prosecution of this case.

Just before I go off the record, I want to mark three

4

5

* STATEMENT ON THE RECORD *
documents as part of the -- as part of the record:

Exhibit 1 is the Court's order, dated January, 20, 2026 entered in this case.

Exhibit 2 the Notice of

Deposition of Tyrone Blackburn, dated January 23, 2026.

And Exhibit 3 is the Notice of Deposition of T.A. Blackburn Law PLLC.

With that, I think we are finished for today.

(Whereupon, Plaintiff's Exhibit 1, Order, was marked for identification.)

(Whereupon, Plaintiff's Exhibit 2, Notice if Deposition of Tyrone Blackburn, was marked for identification.)

(Whereupon, Plaintiff's Exhibit 3, Notice of Deposition of T.A. Blackburn Law, PLLC, was marked for identification.)

5

6

* STATEMENT ON THE RECORD *

(Whereupon, at replace

^ A.M., ^ P.M., the Examination of

this witness was concluded.)

o         o         o         o

6

```
                * STATEMENT ON THE RECORD *

                  D E C L A R A T I O N


        I hereby certify that having been

   first duly sworn to testify to the truth, I

   gave the above testimony.


        I FURTHER CERTIFY that the foregoing

   transcript is a true and correct transcript

   of the testimony given by me at the time

   and place specified hereinbefore.




                    _____
                        ^ WITNESS NAME



   Subscribed and sworn to before me

   this _____ day of _____ 20___.


   _____
        NOTARY PUBLIC
```

* STATEMENT ON THE RECORD *

E X H I B I T S

PLAINTIFF'S  EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| 1 | DOCUMENT | |
| 2 | DOCUMENT | |
| 3 | DOCUMENT | |
| 4 | PHOTOGRAPH | |
| 5 | PHOTOGRAPH | |
| 6 | PHOTOGRAPH | |
| 7 | PHOTOGRAPH | |
| 8 | PHOTOGRAPH | |
| 9 | PHOTOGRAPH | |
| 10 | PHOTOGRAPH | |
| 11 | PHOTOGRAPH | |
| 12 | PHOTOGRAPH | |
| 13 | PHOTOGRAPH | |

14      PHOTOGRAPH

15      PHOTOGRAPH

16      PHOTOGRAPH

17      PHOTOGRAPH

18      PHOTOGRAPH

8

9

* STATEMENT ON THE RECORD *

19      PHOTOGRAPH

20      PHOTOGRAPH

(Exhibits retained by Court Reporter.)

I N D E X

EXAMINATION BY                        PAGE

MR. GALEOTA                           5

MR. GLANZBERG                         118

INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS          PAGE

(None)

QUESTIONS MARKED FOR RULINGS

PAGE LINE QUESTION

(None)

* Minimum one page for index.  Try to fit on one page, if possible, if only a small amount of information is on the last page of the index.

9

10

* STATEMENT ON THE RECORD *

* don't have a section with (None) by itself on a separate page.

* use your judgment on spacing whether to single space some entries or to leave double spacing.

10

11

* STATEMENT ON THE RECORD *

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

     I, KARYN CHIUSANO, a Notary Public
for and within the State of New York, do

hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 26th day of April, 2017.

_____
KARYN CHIUSANO

11