UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                              Plaintiff,

            -against-

TERRANCE DIXON, et al.,

                              Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the February 10, 2026 conference, Defendants have agreed to and are HEREBY ORDERED to sit for depositions on **February 24, 2026**, and **March 6, 2026**. The end of fact discovery is extended to **March 6, 2026**, but only to permit the taking of these depositions. This Order does not impact any other deadlines in this case.

Furthermore, if Plaintiff intends revisit its request for sanctions against Defendants for their failure to comply with the Court's January 20, 2026 order at Dkt. 133, he shall file a letter motion for sanctions by **February 13, 2026**. Requested sanctions could include the costs and fees incurred due to Defendants' failure to comply with the Court's January 20, 2026 Order at Dkt. 133. Defendants shall file a response by **February 24, 2026**.

Dated: February 10, 2026
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge