# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSEPH CARTAGENA,**

*Plaintiff,*

v.

**TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,**

*Defendants.*

Civil Action No. 25-cv-03552

**NOTICE OF DEPOSITION OF TERRANCE DIXON**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(a)(1) and 30(b)(1), Plaintiff, by and through his undersigned counsel, will take the deposition upon oral examination of Defendant Terrance Dixon, c/o T.A. Blackburn Law, PLLC, 1242 East 80th Street, Third Floor, Brooklyn, New York 11236 at 10:00am EST on February 6, 2026. The deposition will take place at the offices of Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022 before a court reporter, under oath, and will be recorded stenographically, audiographically, and/or videographically.

Dated: January 23, 2026
New York, New York

*/s/ Joseph Tacopina*
Joseph Tacopina
Chad Seigel
Matthew DeOreo
**Tacopina Seigel & DeOreo**
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
Mdeoreo@tacopinalaw.com

**Of Counsel:**

Jordan W. Siev
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022
212-205-6087
jsiev@reedsmith.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I served the foregoing **NOTICE OF DEPOSITION OF TERRANCE DIXON** by electronic mail and Federal Express upon the following counsel of record:

Joseph Tacopina, Esq.
jtacopina@tacopinalaw.com
Chad D. Seigel, Esq.
cseigel@tacopinalaw.com
Matthew G. DeOreo, Esq.
Mdeoreo@tacopinalaw.com
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016

*Attorneys for Plaintiff Joseph Cartagena*

Jordan W. Siev, Esq.
jsiev@reedsmith.com
**REED SMITH LLP**
599 Lexington Avenue, 22nd Floor
New York, New York 10022

Tyrone Blackburn, Esq.
tblackburn@tablackburnlaw.com
**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, Third Floor
Brooklyn, New York 11236

*Attorney for Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*

*/s/ Ian M. Turetsky*
Ian M. Turetsky