# Exhibit 1



February 27 2026

To Whom It May Concern,

This letter is to confirm that Tyrone Blackburn was under my care for a medical procedure on 1/23/2026 and 2/3/2026. He was under local anesthesia and received several prescribed medications, including antibiotics, narcotic pain relievers, and antiemetics.

Due to the nature of the treatment and required post-procedural care, the patient was advised to refrain from work for 2 weeks for recovery and pain management.

If you require any additional information, please feel free to contact my office.

Sincerely,

Jason Emer, MD
Board-Certified Dermatologist