# Exhibit 2

caMoreira<e@ericamoreira.com> wrote:

CARTAGENA_0000178

rom 1:30-230

Best, e

Erica Moreira

e@ericam

oreira.com

On Jun 18, 2025, at 12:59 PM, M

CARTAGENA_0000182

a
t
t
h
e
w
B
o
w
e
r
<
[m](#)
[a](#)
[t](#)
[t](#)
[h](#)
[e](#)
[w](#)
[@](#)
[r](#)
[e](#)
[d](#)
[s](#)
[t](#)
[a](#)
[r](#)
[m](#)
[e](#)
[r](#)
[c](#)
[h](#)
[.](#)
[c](#)
[o](#)
[m](#)
>
w
r

ng out about this. Do you have some time to hop on a call l l

CARTAGENA_0000185

ater this week? On CC is our Head of Business Developme

CARTAGENA_0000186

good for you!

-Matt

**Matthew Bower**

**Red Star Mercha**

CARTAGENA_0000188

icaMoreira<e@ericamoreira.com>Date:Tuesd

CARTAGENA_0000190

armerch.com>Cc:

Matthew Bower <matthew@reds

CARTAGENA_0000192

h.com> **Subject:**

Fat Joe Deal

CAUTION! EXTERNAL EMA

CARTAGENA_0000194

ll

Hi-
Hope
your
reding
well

I
worked
with
Matthew
B

CARTAGENA_0000195

ower and Alex Stultz (hi!) maybe 8 years ago on artists

CARTAGENA_0000196

are offering these days. I work with Fat Joe, among oth

ers, who is interested in pursuing merch.

Best,
E

CARTAGENA_0000199

Erica J Moreira, Esq.

Miami | New York

M: 678-852-4203

*Ad

mitted to practice in New York and Florida

Confidentiality Notice

CARTAGENA_0000201

:
This communication constitutes an electronic communication within the meaning of the

CARTAGENA_0000202

Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is str

CARTAGENA_0000203

ictly limited to the recipient intended by the sender of this message. This transmission,

CARTAGENA_0000204

and any attachments, may contain confidential attorney-client privileged information

CARTAGENA_0000205

and attorney work product. If you are not the intended recipient, any disclosure, copying

CARTAGENA_0000206

distribution or use of any of the information contained in or attached to this transmissi

CARTAGENA_0000207

onis STRICTLY PROHIBITED. please contact us immediately by return e-mail or at 3054761777

CARTAGENA_0000208

any manner.

Estemensajeestá dirigidoasudestinatarioexclusivamenteypuedeconten

CARTAGENA_0000210

erinformación PRIVILEGIADA Y CONFIDENCIAL. Si Ud. no es el destinatario pretendido, por

CARTAGENA_0000211

la presente le notificamos que cualquier difusión de esta comunicación de su contenido e

CARTAGENA_0000212

stá totalmente prohibido. Si ha recibido esta comunicación por error, por favor borret od

CARTAGENA_0000213

as la scopias de este mensaie y de su anexos y notifique nos de inmediato.

Gracias.

CARTAGENA_0000214

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Subject: Re: Terrance Dixon, aka TA**
**Date:** April 29, 2025 at 11:14:57 AM EDT
**To:** Erica Moreira <e@ericamoreira.com>

What are we doing?

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Tue, Apr 29, 2025 at 7:33 AM Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com> wrote:

Pistol Pete and Percy. Recording made in 2024 right before Percy died.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Apr 29, 2025, at 7:08 AM, Erica Moreira <e@ericamoreira.com> wrote:

Good morning Tyrone. Thanks for sharing this. Who are the voices on this audio and on what date was it made?

Will review with Joe and be in touch today.

Sent from my iPhone

On Apr 29, 2025, at 12:15 AM, Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com> wrote:

My client permitted me to share the attached. Hopefully, your client appreciates the seriousness of this situation. Pistol Pete is Fat Joe's henchman. This is not a secret; a few months ago, he tried to kill my client. Joe can pretend to be ignorant of these facts, but playtime is over.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Apr 28, 2025, at 10:57 PM, Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com> wrote:

Erica,

Attached is the text message between Mr. Dixon and Rich where Rich is telling him that he started on the wrong foot with you. Unfortunately I think you may have missed the opportunity to resolve this issue amicably two years ago.

Additionally, I am not providing a copy of the complaint. You can see it when it's filed.

My client has not given me permission yet to send you proof of the recording with Pistol Pete. But the complete transcript will be part of the pleading.

If you are having difficulty dealing with this case, I strongly recommend that you have Desiree Perez call me. I honestly believe you may be conflicted out since it looks like you missed the opportunity to resolve this in 2923.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

CARTAGENA_0000216

message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Apr 28, 2025, at 9:22 PM, Erica Moreira <e@ericamoreira.com> wrote:

Hi Tyrone - please send the recording as i am also interested in hearing it. For the record, my client denies this.

Sent from my iPhone

On Apr 28, 2025, at 7:27 PM, Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Erica,

This case has just expanded into a Civil RICO case. My client has provided me with a recording of Pistol Pete, a repeated felon and the current right-hand man of Mr. Cartagena, trying to get another individual (Percy), who is now deceased, to bring Mr. Dixon to a location where Pistol Pete and his gang of 30+ Terror Squad thugs could "pound him out" which is code for slicing him up (a thing Pistol Pete was known for) and killing him. Pete directly implicated Mr. Cartagena, saying that he is more worried about Mr. Dixon than Cuban Link because Mr. Dixon was in the room with him and could implicate him with all of the underage girls, several of whom I identified. Pistol Pete was also stupid enough to admit to running up into clubs and assaulting people on behalf of Mr. Cartagena. He admits to pressing Tony Yayo of G-Unit.

Additionally, in 2023, my client directly texted you to discuss his copyright claims, but you ignored him.

In any event, I am actively working on the RICO and waiting for the transcript of Pistol Pete's recording, which I will be inserting into the Civil Rico section of the complaint.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, Apr 28, 2025 at 6:05 PM Erica Moreira <e@ericamoreira.com> wrote:

Understood. You referenced an updated complaint on the call today. Will you share so I

can review with Joe?

Sent from my iPhone

> On Apr 28, 2025, at 3:00 PM, Tyrone Blackburn
> <tblackburn@tablackburnlaw.com> wrote:
>
> Hi Erica,
>
> Terrance is not willing to give more time. He said, absent a counter
> settlement offer by tomorrow morning the lawsuit will be filed by the end
> of day tomorrow. He does not care. He is 100% confident in his claims
> and the evidence he has to prove everything he alleges.
>
> Regards,
>
> *Tyrone A. Blackburn, Esq.*
> T. A. Blackburn Law, PLLC
> 1242 East 80th Street, 3rd Floor
> Brooklyn, NY 11236
> P: 347-342-7432
> E: info@tablackburnlaw.com
>
> ---
>
> Please note that using the Internet for communications with the firm will
> not establish an attorney-client relationship, and messages containing
> confidential or time-sensitive information should not be sent via this
> media.
> CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail
> transmission (and the attachment(s) accompanying it) may contain
> confidential information belonging to the sender, which is protected by the
> attorney-client privilege. The information is only for the use of the
> intended recipient. If you are not the intended recipient, you are now
> notified that any disclosure, copying, or distribution of any information in
> this transmission or taking any action in reliance on the contents of this
> transmission is strictly prohibited. Any unauthorized interception of this
> transmission is illegal under the law. If you have received this transmission
> in error, please promptly notify the sender by replying to this e-mail and
> then delete all copies. Thank you.
> CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless
> the recipient(s) and the law firm transmitting this message are parties to a
> signed retainer agreement binding the law firm to act as attorney for the
> recipient(s), neither this law firm nor any attorney in its employ is (or may
> be deemed to be) acting as such attorney. Any message or data sent to any
> recipient(s) as a courtesy is without the benefit of any actual knowledge
> about the particular situation of such recipient(s) and is without any "due
> diligence" or similar inquiry on the part of this firm. Everything stated is
> purely a general comment or suggestion based on the limited facts
> presented to this firm.

> On Mon, Apr 28, 2025 at 10:45 AM Erica Moreira <e@ericamoreira.com>
> wrote:
>
> > Thanks. I'll call you then.
> >
> > > On Apr 28, 2025, at 9:07 AM, Tyrone Blackburn
> > > <tblackburn@tablackburnlaw.com> wrote:
> > >
> > > 1pm works
> > >
> > > > On Apr 28, 2025, at 8:51 AM, Erica Moreira
> > > > <e@ericamoreira.com> wrote:
> > > >
> > > > let me know what time I can give you a call. I am
> > > > not available at 10, but I am available from noon to
> > > > 4 PM. Joe has not done anything that you state in

CARTAGENA_0000219

your email.

Sent from my iPhone

On Apr 27, 2025, at 11:36 PM, Tyrone
Anthony Blackburn, Esq.
<tblackburn@tablackburnlaw.com>
wrote:

I am not providing last names so your
private investigator can hunt them
down. Their full identities will be
disclosed during discovery. Joe knows
Nicki, Nicole, and the woman from DR

There is also Nicole's friend whose
virginity Joe took when she was 15 at
the Rolex hotel.

I have learned that Joe is talking to
many people, telling them that TA has
filed a lawsuit against him (as you
know, this is not true).

These people are now reaching out to
TA on Joe's behalf, trying to get him to
settle without my involvement. This is
very inappropriate. Although my client
objects to providing you with anything
else outside of the discovery provided,
I am sending you a snippet of Nickis
conversation.

<Nicki call .m4a>

*Regards,*

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

_____
_____
——

Please note that the use of the
internet for communications with the
firm will not establish an attorney-
client relationship, and messages
containing confidential or time-
sensitive information should not be
sent via this media.

CONFIDENTIALITY NOTICE
TO RECIPIENT(S): This e-
mail transmission (and/or the
attachment(s) accompanying it) may
contain confidential information
belonging to the sender, which is
protected by the attorney-client
privilege. The information is only for
the use of the intended recipient. If you
are not the intended recipient, you are
hereby notified that any disclosure,
copying, or distribution of any
information in this transmission or the
taking of any action in reliance on the
contents of this transmission is strictly
prohibited. Any unauthorized
interception of this transmission is

CARTAGENA_0000220

illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Apr 27, 2025, at 10:52 PM, Erica Moreira <e@ericamoreira.com> wrote:

Hi Tyrone.
Yes please do send all audio and also more details regarding Nicki. If I recall correctly you were going to send last name for her, Nicole and the Dominican woman. This will help me have a conversation with Joe.

10am is booked for me. How about noon?

Sent from my iPhone

On Apr 27, 2025, at 6:40 PM, Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com> wrote:

I have an audio of Nicki if your client is interested in hearing it, but I think at this point he knows my client is not bluffing.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

————————————
————————————
————————————
————————————
————————————
————

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly

prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion

based upon the
limited facts
presented to
this firm.

On
Apr
27,
202
5,
at
6:3
1 P
M,
Tyr
one
Ant
hon
y
Bla
ckb
urn,
Esq
.
<tpl
ack
bur
n@t
abl
ack
bur
nla
w.c
om
>
wro
te:

We
can
talk
at
10
am.

Reg
ard
s,

Tyr
one
A.
Bla
ckb
urn,
Esq
.
T.
A.
Bla
ckb
urn
Law
,
PLL
C
TAB
lack
bur

nla
w.c
om
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
Ple
ase
not
e
that
the
use
of
the
inte
rnet
for
co
mm
uni
cati
ons
wit
h
the
firm
will
not
est
abli
sh
an
atto
rne
y-

CARTAGENA_0000225

client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it)

CARTAGENA_0000226

may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any

CARTAGENA_0000227

disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have

CARTAGENA_0000228

received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law

firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any

CARTAGENA_0000230

message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated

is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Apr 27, 2025, at 12:55 PM, Erica Moreira <e@e

CARTAGENA_0000232

ricamoreira.com> wrote:

Hi Tyrone, I'll give you a citation morrow. Give me a time

CARTAGENA_0000233

frames that suit you.

Sent from my iPhone

On Apr 26, 2025, at 9:52 PM, Tyrone Antho

ny Blackburn, Esq. <tblackburn@tablackburnlaw.com> wrote:

Erica,

My client ha

s
n
o
d
e
s
i
r
e
t
o
s
h
a
r
e
a
n
y
t
h
i
n
g
.
H
e
s
a
i
d
y
o
u
r
c
l
i
e
n
t
k
n
o
w
s
h
e
i
s
n
o
t
l
y
i
n
g
,
a
n
d
i
f
h
e
i
s
c
o
n

fident the candefendthis, then endall theback and forth and see him in court.

He want

s me to file at the end of the day on Tuesday. There are no extensions and no exceptions.

CARTAGENA_0000238

I begged him for several hours to allow me to send you something, and her reluctantly

CARTAGENA_0000239

agreed to share the attached video, which he momentarily had on social media but remo

CARTAGENA_0000240

ved at the request of M. Doe 3.

This is a video of M. Doe 3's cousin, who Joe knows very w

CARTAGENA_0000241

ell. Joe purchased M. Doe 3, a black-on-black rag-top Mercedes, as well as designer b

ags and clothing.

He has decided to include Market American and its owners as defend

CARTAGENA_0000243

ants for aiding and abetting TVPA on their Yacht and in their Miami mansion.

*Regards*

CARTAGENA_0000244

,
Tyrone A. Blackburn, Esq. T.A. Blackburn Law, PLLC TABlackburnlaw.com

—
—
—
—
—
—

CARTAGENA_0000245

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—

Please note that the use of the internet for com

CARTAGENA_0000246

munications with the firm will not establish an attorney-client relationship, a

CARTAGENA_0000247

n
d
m
e
s
s
a
g
e
s
c
o
n
t
a
i
n
i
n
g

c
o
n
f
i
d
e
n
t
i
a
l
o
r
t
i
m
e
-
s
e
n
s
i
t
i
v
e

i
n
f
o
r
m
a
t
i
o
n
s
h
o
u
l
d
n
o
t
b

esent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail tr

CARTAGENA_0000249

ansmission (and/or the attachment(s) accompanying it) may contain confidentia

CARTAGENA_0000250

l information belonging to the sender, which is protected by the attorney-client

CARTAGENA_0000251

privilege. The information is only for the use of the intended recipient. If you ar

e not the intended recipient, you are hereby notified that any disclosure, copyin

g, or distribution of any information in this transmission or the taking of any act

ion in reliance on the contents of this transmission is strictly prohibited. Any

CARTAGENA_0000255

unauthorized interception of this transmission is illegal under the law. If you h

CARTAGENA_0000256

a
v
e
r
e
c
e
i
v
e
d
t
h
i
s
t
r
a
n
s
m
i
s
s
i
o
n
i
n

e
r
r
o
r
,
p
l
e
a
s
e
p
r
o
m
p
t
l
y
n
o
t
i
f
y
t
h
e
s
e
n
d
e
r

b
y
r
e
p

CARTAGENA_0000257

lye-mail and then destroy all copies of this transmission. Thank you.

CAUTIONAR

Y NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm tr

CARTAGENA_0000259

ansmitting this message are parties to a signed retainer agreement binding the la

CARTAGENA_0000260

w
f
i
r
m
t
o
a
c
t
a
s
a
t
t
o
r
n
e
y
f
o
r
t
h
e

r
e
c
i
p
i
e
n
t
(
s
)
,
n
e
i
t
h
e
r
t
h
i
s
l
a
w
f
i
r
m
n
o
r
a
n
y

a
t
t
o
r
n

CARTAGENA_0000261

eyinitsemploy is (or may be deemed to be) acting as such attorney.

Any message or da

CARTAGENA_0000262

t
a
s
e
n
t
t
o
a
n
y

r
e
c
i
p
i
e
n
t
(
s
)
a
s
a
c
o
u
r
t
e
s
y
i
s
w
i
t
h
o
u
t
t
h
e

b
e
n
e
f
i
t
o
f
a
n
y
a
c
t
u
a
l
k
n
o
w
l

CARTAGENA_0000263

edge about the particular situation of such recipient(s) and is without any "due

CARTAGENA_0000264

diligence" or similar inquiry on the part of this firm. Everything stated is purely

a general comment or suggestion based upon the limited facts presented to this fi

CARTAGENA_0000266

rm:

On Apr 26, 2025, at 9:19 AM, Erica Moreira <erica@ericamoreira.com> wrote:

Good

CARTAGENA_0000267

morning Tyrone, I, m confused by the Tuesday deadline. During the call Wednesday, yo

CARTAGENA_0000268

uindicated you would send us more details regarding names, travel and dates, as well

CARTAGENA_0000269

as provide other information like videos, photos.

Can you please send that as soon on a

CARTAGENA_0000270

s possible so I can review with Joe?

Sent from my iPhone

On Apr 25, 2025, at 4:36 PM,

CARTAGENA_0000271

Tyrone Blackburn <tblackburn@tblackburnlaw.com> wrote:

For Settlement Purpo

CARTAGENA_0000272

ses Only See attached Mr. Dixons settlement demand. This demand is negotiable.

CARTAGENA_0000273

My client is giving your client until end of the day on Tuesday to make a decision. The f

CARTAGENA_0000274

ollowing are the mediators I recommend:

Judge Belen:

https://www.iamadr.com/

belen/JudgeWhite: https://www.iamsadr.com/white/JudgeGonzales:

https://w

CARTAGENA_0000276

www.jamsadr.com/gonzalez/ JudgeCooper:

https://www.jamsadr.com/coper/ Jud

CARTAGENA_0000277

ge Hinds. Radix: https://www.imsadr.com/hinds/ Judge Junes Pichon: https://w

CARTAGENA_0000278

CARTAGENA_0000279

CARTAGENA_0000280

@ralackburnlaw.com

CARTAGENA_0000282

leasenotethatusingtheInternetforcommunicationswiththeFirmwillnotestablishpri

CARTAGENA_0000283

shanattorney-client relationship, and messages containing confidential orttime

CARTAGENA_0000284

sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE

TORECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it

)
m
a
y
c
o
n
t
a
i
n
c
o
n
f
i
d
e
n
t
i
a
l
i
n
f
o
r
m
a
t
i
o
n
b
e
l
o
u
g
i
n
g
t
o
t
h
e
s
e
n
d
e
r
,
w
h
i
c
h
i
s
p
r
o
t
e
c
t
e
d

CARTAGENA_0000287

hytheattorney—client privilege. The information is only for the use of the intended.

CARTAGENA_0000288

dreuipient. If you arent the intended recipient, you arenowtifiedthatanydise

CARTAGENA_0000289

CARTAGENA_0000290

aumentation rela inacontinentos of this transmissioni ss tritntl y prohibited

CARTAGENA_0000291

Any unauthorized interception of this transmission is illegal under the law. If you

CARTAGENA_0000292

CARTAGENA_0000293

ycnftothise-ma[andthendeleteal[coPies.Thankyou.

CAUTIONARYNOTICETOAUTH

CARTAGENA_0000294

ORIZED RECIPIENT(S), Use thereci Pient(s) and the law firm transmitting the

CARTAGENA_0000295

segatepartiestoasignedretaineragreementbindingthelawfirmtoactastorn

CARTAGENA_0000296

eyfortherecipient(s), neitherthislawfirmnoranyattorneyinitsemployis(orma

CARTAGENA_0000297

CARTAGENA_0000298

)
a
s
a
c
o
u
r
t
e
s
y
i
s
w
i
t
h
o
u
t
l
e
b
e
n
e
c
f
i
t
o
f
a
n
y
a
c
t
u
a
l
k
n
o
w
l
e
d
g
e
a
b
o
u
t
r
h
e
p
a
r
t
i
c
u
l
a
r
s
i

CARTAGENA_0000299

tationofshereceipt(s)andiswithoutanyduediligenceorsimilatquityo

CARTAGENA_0000300

n
t
h
e
p
a
r
t
o
f
t
h
i
s
f
i
r
m
.
E
v
e
r
y
r
h
i
r
n
g
s
t
a
t
e
d
i
s
p
u
t
e
l
y
a
g
e
n
e
r
a
l
c
o
m
m
e
n
t
o
r
s
u
g
g
e
s
t
i
o
n
b

CARTAGENA_0000301

a
s
e
d
o
n
t
h
e
l
i
m
i
t
e
d
f
a
c
t
s
p
r
e
s
e
n
t
e
d
t
o
t
h
i
s
f
i
r
m

On Fri, Apr 25, 2025 at 1:53 PM Eri

CARTAGENA_0000302

caMoreira<e@ericamoreira.com> wrote:

HiTyrone, thanks again for the call on Wedn

esday. I look forward to receiving the materials you mentioned so that I can discuss w

CARTAGENA_0000304

it my client and then get back to you.

Best,
Erica

Sent from my iPhone

On Apr 23,

CARTAGENA_0000305

2025, at 4:51 PM, Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

347

CARTAGENA_0000306

CARTAGENA_0000307

3rd Floor Brooklyn, NY 11236 P: 347-342-7432 E: info@talahanlawgroom

3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@talahanlawgroom

CARTAGENA_0000309

CARTAGENA_0000310

netforcommunicationswiththefirmwillnotestablishanattorneyclientrelatio

CARTAGENA_0000311

nship, and messages containing confidential or time-sensitive information shoul

CARTAGENA_0000312

do not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mailt

CARTAGENA_0000313

transmission (and the attachment(s) accompanying it) may contain confidential

ormationbelongituginder,whichisprotectedbytheattorney-clientprivil

CARTAGENA_0000315

ege. The information is only for the use of the intended recipient. If you are not the i

CARTAGENA_0000316

ntended recipient. you ate now notified that any disclosure, copying. or distribut

i
o
n
o
f
a
n
y
i
n
f
o
r
m
a
t
i
o
n
i
n
t
h
i
s
t
r
a
n
s
m
i
s
s
i
o
n
o
r
t
a
k
i
n
g
a
n
y
a
c
t
i
o
n
i
n
r
e
l
i
a
n
c
e
o
n
t
h
e
c
o

CARTAGENA_0000318

nents of this trust, a sum mission is an in structl y prohibited. Anyu nauthorized in tercep tio

CARTAGENA_0000319

n of this transmission is illegal under the law. If you have received this transmissi

CARTAGENA_0000320

oninerror.pleasepromptlynotifytheysenderbyreplye-mailandthendel

CARTAGENA_0000321

...e real l copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless t

CARTAGENA_0000322

CARTAGENA_0000323

t
a
i
n
e
r
a
g
r
e
e
m
e
n
t
b
i
u
d
i
u
g
t
h
e
l
a
w
f
i
r
m
t
o
a
c
t
a
s
a
t
t
o
r
n
e
y
f
o
r
t
h
e
r
e
c
i
p
i
e
n
t
(
s
)
,
n
e
i
t
h

CARTAGENA_0000324

e
r
t
h
i
s
l
a
w
f
i
r
m
n
o
r
a
u
y
a
t
t
o
r
n
e
y
;
i
n
i
t
s
e
m
p
l
o
y
i
s
(
o
r
m
a
y
b
e
d
e
e
m
e
d
t
o
b
e
)
a
c
t
i
n
g
a
s
s
u
c
h

attorney. Any message or data sent to any recipient(s) as a courtesy is without the be

CARTAGENA_0000326

n
e
f
i
t
o
f
a
n
y
a
c
t
u
a
l
k
u
o
w
l
e
d
g
e
a
b
o
u
t
t
h
e
p
a
r
t
i
c
u
l
a
r
s
i
t
u
a
t
i
o
n
o
f
s
u
c
h
r
e
c
i
p
i
e
n
t
(
s
)
a

CARTAGENA_0000327

ndiswithout any "due diligence" or similar inquiry ou the part of this firm. Everyth

CARTAGENA_0000328

ingstatedispurelyuaguereuealcommentorsuggestionbasedonthelimitedfactspresese

CARTAGENA_0000329

nted to this firm.

On Wed, Apr 23, 2025 at 11:26 AM Erica Moreira <e@ericamoreita...

CARTAGENA_0000330

com>wrote:

Hi Tyrone - I can assure you we are taking this seriously. There is a lot to c

CARTAGENA_0000331

onsider. I will call you around 5pm today if thats suits you. Pls let me know best number

CARTAGENA_0000332

to reach you.

Sent from my iphone

On Apr 22, 2025, at 8:57 PM, Tyrone Blackburn, t

CARTAGENA_0000333

blackburn@tablackburnlaw.com> wrote:

I hope your email is not a reflection of you u

CARTAGENA_0000334

r
c
l
i
e
n
t
'
s
a
t
t
i
t
u
d
e
t
o
w
a
r
d
s
t
h
e
s
e
c
l
a
i
m
s
.
I
c
a
n
s
a
y
w
i
t
h
o
u
t
e
q
u
i
v
o
c
a
t
i
o
n
t
h
a
t
m
y
c
l
i

CARTAGENA_0000335

e
n
t
c
a
n
p
r
o
v
e
e
v
e
r
y
c
l
a
i
m
r
a
i
s
e
d
i
n
h
i
s
c
o
m
p
l
a
i
n
t
;
h
e
h
a
s
c
h
o
s
e
n
n
o
t
t
o
a
t
t
a
c
h
t
h
e
t
r
a
n

CARTAGENA_0000336

script of recorded conversations and/or the photos and videos of your client with th

CARTAGENA_0000337

e
M
D
o
e
i
n
d
i
v
i
d
u
a
l
s
n
a
m
e
d
i
n
t
h
e
c
o
m
p
l
a
i
n
t
,
b
u
t
d
o
n
o
t
t
a
k
e
t
h
a
t
r
e
s
t
r
a
i
n
t
a
s
a
b
l
u
f
f
,
b

CARTAGENA_0000338

ecause we can for go any conversation and file everything we have without hesitation

CARTAGENA_0000339

.

My client has hundreds of photos, audio recordings, and several witnesses who hav

e already provided statements to confirm his claims. Including a statement from a w

oman who was 15 years old when she was involved with your client, and she has photos and

other evidence to substantiate it. Your client is in no opposition to play tough.

CARTAGENA_0000343

The information that my client has is irrefutable, and what is written in the complai

CARTAGENA_0000344

nt is just the tip of the iceberg.

Had it been up to me, this lawsuit would ha

CARTAGENA_0000345

ve been filed today, all evidence would have been filed, and are port

CARTAGENA_0000346

would have been made to Homeland. I don't play these games and have

zero patience for BS. My client is more Patient than I am. If my client

CARTAGENA_0000348

hears of another threat from your client, we will report him to Homeland Security and

CARTAGENA_0000349

CARTAGENA_0000350

ackburn Law, PLLC 1242 East 80th Street, 3rd Floor Brooklyn, NY 11236 P: 347-342-743

CARTAGENA_0000351

2
E
:

i
n
f
o
@
r
a
h
l
a
c
k
h
n
t
n
l
a
w
.
c
o
m

CARTAGENA_0000352

CARTAGENA_0000353

PleasentethatusingtheInternetforcommunicationswiththefirmwillno

CARTAGENA_0000354

CARTAGENA_0000355

A
I
o
r
t
i
m
e
s
e
n
s
i
t
i
v
e
i
n
f
o
r
m
a
t
i
o
n
s
h
o
u
l
d
n
o
t
b
e
s
e
n
t
v
i
a
t
h
i
s
m
e
d
i
a
.

C
O
N
F
I
D
E
N
T
I
A
L

TYNOTICE
TORECIPIENT
(S):
This
email
transmission
(and
the
attachment(s)
accomp

anying it) may contain confidential information belonging to the sender, which is p

CARTAGENA_0000358

otected by the attorney-client privilege. The information is only for the use of th

CARTAGENA_0000359

e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
I
f
y
o
u
a
r
e
n
o
t
t
h
e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
y
o
u
a
r
e
n
o
w
n
o
t
i
f
i
e
d
t
h
a

CARTAGENA_0000360

t
a
n
y
d
i
s
c
l
o
s
u
r
e
,
c
o
p
y
i
n
g
,
o
r
d
i
s
t
r
i
b
u
t
i
o
n
o
f
a
n
y
i
n
f
o
r
m
a
t
i
o
n
i
n
t
h
i
s
t
r
a
n
s
m
i
s
s
i
o
n
.

CARTAGENA_0000361

ortakinganyactioninconelianceonthecontentsofthistransmissionisstrictlyprobo

CARTAGENA_0000362

hibited. Any unauthorized interception of this transmission is illegal under the

CARTAGENA_0000363

awifyouhaverecceivedthistransmissioninerror,pleasepromptlynotifythesend

CARTAGENA_0000364

erbyrepyingtothiseemailandthendeletethecopies. Thankyou.

CAUTIONARYNOTI

CE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitti

CARTAGENA_0000366

n
g
t
h
i
s
m
e
s
s
a
g
e
u
r
e
p
a
r
t
i
e
s
t
o
a
s
i
g
n
e
d
r
e
t
a
i
n
e
r
a
g
r
e
e
m
e
n
t
b
i
n
d
i
n
g
t
h
e
l
a
w
f
i
r
m
t
o
a
c
t

CARTAGENA_0000367

CARTAGENA_0000368

ys (or may be deemed to be) acting as such attorney, Any message or data sent to any rec

CARTAGENA_0000369

ipent(s) as courtesy is with out the benefit of any actual knowledge about the part

CARTAGENA_0000370

jurisituation of such recipient(s) and is without any "due diligence" or similar

CARTAGENA_0000371

inquiry on the part of this firm. Everything stated is purely a general comment or sug

CARTAGENA_0000372

estion based on the limited facts presented to this l firm.

On Tue, Apr 22, 2025 at 2:

CARTAGENA_0000373

24 PM Erica Moreira <erica@ericamoreira.com> wrote:

Hi Tyrone-That information is to

CARTAGENA_0000374

tally false and, unfortunately, in line with the other untrue and defamatory statem

CARTAGENA_0000375

ents made by your client about Fat Joe.

We will definitely speak on or before Friday

. Please stand by.

Regards, Erica

Miami | New York M: 678-852-4203

On Apr 22,

2025, at 1:50 PM, Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.co

CARTAGENA_0000378

m
>
w
r
o
t
e
:

Hi Erica.

I was just informed that your client put a hit on my client.

I hope th

is is not true. You understand as well as I that it is a federal offense to intimate a witness.

Please confirm receipt of this email, and let's have a call by Friday as my client is angry and w

CARTAGENA_0000381

ants me to file.

Regards,

Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
TAB
lackburn

CARTAGENA_0000382

law.com

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—

Please note that the use of the in

CARTAGENA_0000383

ternet for communications with the firm will not establish an attorney-client r

CARTAGENA_0000384

elationship, and messages containing confidential or time-sensitive informat

CARTAGENA_0000385

ions should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S):

CARTAGENA_0000386

This e-mail transmission (and/or the attachment(s) accompanying it) may contai

CARTAGENA_0000387

nconfidential information belonging to the sender, which is protected by the at

CARTAGENA_0000388

torney-client privilege. The information is only for the use of the intended reci

CARTAGENA_0000389

pient. If you are not the intended recipient, you are hereby notified that any disc

CARTAGENA_0000390

losure, copying, or distribution of any information in this transmission or the t

CARTAGENA_0000391

aking of any action in reliance on the contents of this transmission is strictly pr

CARTAGENA_0000392

ohibited. Any unauthorized interception of this transmission is illegal under t

CARTAGENA_0000393

helaw.If you have received this transmission in

error, please promptly notify yth

esender by reply e-mail and then destroy all copies of this transmission. Thank yo

CARTAGENA_0000395

u.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and

CARTAGENA_0000396

the law firm transmitting this message are parties to a signed retainer agreement

CARTAGENA_0000397

binding the law firm to act as a attorney for the recipient(s), neither this law firm

CARTAGENA_0000398

nor any attorney in its employ is (or may be deemed to be) acting as such attorney.

A

CARTAGENA_0000399

ny message or data sent to any recipient(s) as a courtesy is without the benefit of a

CARTAGENA_0000400

ny actual knowledge about the particular situation of such recipient(s) and is wi

CARTAGENA_0000401

thout any "due diligence" or similar inquiry on the part of this firm. Everythings

CARTAGENA_0000402

tated ispurely a general comment or suggestion based upon the limited facts prese

CARTAGENA_0000403

nted to this firm.

On Apr 21, 2025, at 9:41 PM, Erica Moreira <e@eticamoreira.co

CARTAGENA_0000404

m
>
w
r
o
t
e
:

I
d
i
d
i
n
d
e
e
d
.
R
e
v
i
e
w
i
n
g
.
W
i
l
l
g
e
t
b
a
c
k
t
o
y
o
u
s
t
a
t
.

S
e
n
t
f
r
o
m
m
y
i
P
h
o
n
e

CARTAGENA_0000405

On Apr 21, 2025, at 12:11 PM, "Tyrone Anthony Blackburn, Esq." <tblackburn@tablackb

untaw.com>wrote:

Ms. Moreira,

Justconfirmingyourreceivedmyemail.

Regard

CARTAGENA_0000407

s,

Tyrone A. Blackburn, Esq.

T.A. Blackburn Law, PLLC

TABlackburnlaw.com

——————

CARTAGENA_0000408

———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———
———

Please note that the use of the internet for com

CARTAGENA_0000409

munications with the firm will not establish an attorney-client relationship, a

CARTAGENA_0000410

nd messages containing confidential or time-sensitive information should not b

CARTAGENA_0000411

esent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail tr

CARTAGENA_0000412

ansmission (and/or the attachment(s) accompanying it) may contain confidentia

CARTAGENA_0000413

l information belonging to the sender, which is protected by the attorney-client

CARTAGENA_0000414

privilege. The information is only for the use of the intended recipient. If you ar

CARTAGENA_0000415

e
n
o
t
t
h
e

i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
y
o
u
a
r
e
h
e
r
e
b
y

n
o
t
i
f
i
e
d
t
h
a
t
a
n
y
d
i
s
c
l
o
s
u
r
e
,
c
o
p
y
i
n

CARTAGENA_0000416

g, or distribution of any information in this transmission or the taking of any act

ion

in reliance on the contents of this transmission is strictly prohibited. Any

CARTAGENA_0000418

unauthorized interception of this transmission is illegal under the law. If you h

a
v
e
r
e
c
e
i
v
e
d
t
h
i
s
t
r
a
n
s
m
i
s
s
i
o
n
i
n

e
r
r
o
r
,
p
l
e
a
s
e
p
r
o
m
p
t
l
y
n
o
t
i
f
y
t
h
e
s
e
n
d
e
r

b
y
r
e
p

CARTAGENA_0000420

l
y
-
m
a
i
l
a
n
d
t
h
e
n
d
e
s
t
r
o
y
a
l
l

c
o
p
i
e
s
o
f
t
h
i
s
t
r
a
n
s
m
i
s
s
i
o
n
.
T
h
a
n
k
y
o
u
.

C
A
U
T
I
O
N
A
R

CARTAGENA_0000421

Y
N
O
T
I
C
E
T
O

A
U
T
H
O
R
I
Z
E
D
R
E
C
I
P
I
E
N
T
(
S
)
:
U
n
l
e
s
s

t
h
e
r
e
c
i
p
i
e
n
t
(
s
)
a
n
d
t
h
e
l
a
w
f
i
r
m

t
r

CARTAGENA_0000422

ansmitting this message are parties to a

signed retainer agreement binding the

la

w
f
i
r
m
t
o
a
c
t
a
s
a
t
t
o
r
n
e
y
f
o
r
t
h
e

r
e
c
i
p
i
e
n
t
(
s
)
,
n
e
i
t
h
e
r
t
h
i
s
l
a
w
f
i
r
m
n
o
r
a
n
y

a
t
t
o
r
n

ey in its employ (or may be deemed to be) acting as such attorney. Any message or da

CARTAGENA_0000425

t a s e n t t o a n y r e c i p i e n t ( s ) a s a c o u r t e s y i s w i t h o u t t h e b e n e f i t o f a n y a c t u a l k n o w l

CARTAGENA_0000426

edgeabout the particular situation of such recipient(s) and is without any" due

diligence," or similar inquiry on the part of this firm. Everything stated is purely

CARTAGENA_0000428

a general comment or suggestion based upon the limited facts presented to this fi

On Apr 21, 2025, at 11:28 AM, Tyrone Blackburn <tblackburn@tblackburnlaw.c

CARTAGENA_0000430

CARTAGENA_0000431

CARTAGENA_0000432

CARTAGENA_0000433

CARTAGENA_0000434

CARTAGENA_0000435

i
j
n
o
t
e
s
t
a
b
l
i
s
h
a
u
a
r
t
o
r
n
e
y
'
c
l
i
e
n
t
c
e
l
a
t
i
o
n
s
h
i
p
'
a
n
d
m
e
s
s
a
g
e
s
c
o
n
t
a
i
n
i
n
g
c
o
n
f
i
d

ential or time sensitive information should not be sent via this media.

CONFIDENT

CARTAGENA_0000437

ALITY NOTICE TO RECIPIENT(S): This [mail transmission (and the attachment(s) ac

companying it) may contain confidential information belonging to the sender, whic

CARTAGENA_0000439

CARTAGENA_0000440

ofthehinterdedecipient. Ifyouarenottheintendedrecipient, youarenotifie

dthat any disclosure, copying, or distribution of any information this transmis

CARTAGENA_0000442

sion or taking any action in reliance on the contents of this transmission is strictl

CARTAGENA_0000443

ypcohibited. Any unauthorized intecception of this transmission is illegal under

CARTAGENA_0000444

elaw. If you have received this transmission in error, please promptly notify rhe

CARTAGENA_0000445

sender by reply, i ught othise - mail and then delete all copies. Thank you.

CAUTIONARY

CARTAGENA_0000446

NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm...

CARTAGENA_0000447

CARTAGENA_0000448

o
a
c
t
a
s
a
t
t
o
r
n
e
y
f
o
r
t
h
e
r
e
c
i
p
i
e
n
t
(
s
)
,
n
e
i
t
h
e
r
t
h
i
s
l
a
w
f
i
r
m
n
o
r
a
n
y
a
t
t
o
r
n
e
y
i
n
i
r
s
e

CARTAGENA_0000449

mploys (or may be deemed embodied) a certain usable trolneyl, Any messaged at asentitloan

CARTAGENA_0000450

recipient(s) as a courtesy is without the benefit of any actual knowledge about the

CARTAGENA_0000451

particustationofscheckpient(s)andiswithoutany,dueddiligence"orsim

CARTAGENA_0000452

CARTAGENA_0000453

suggestion based on the limited facts presented to him is firm.

On Mon, Apr 14, 2025

CARTAGENA_0000454

at 1:16 PM Erica Moreira <e@ericamoreira.com> wrote:

Dear Mr. Blackburn.

It rust

CARTAGENA_0000455

this email finds you well.

I am in receipt of your letter to. Mr. Cartagena. Your cli

CARTAGENA_0000456

ent was paid for years for his services in connection with live performances as Mr. Ca

rtagena, s "hype" man. That was the extent of his services.

I am also aware of your cl

CARTAGENA_0000458

ient, s slanderous and libelous comments on social media regarding Mr. Cartagena. I

, m sure you agree that behavior should immediately cease and your client should desi

CARTAGENA_0000460

stfrommakinganyfalseclaimsaboutMr.Cartagena.Mr.CartagenasupportedMr.Dix

CARTAGENA_0000461

onformanyyearsandisshockedbyhisoffensivecommentsandhisclaimsinyourlette

CARTAGENA_0000462

r.

Kindly advise when you are available for a call to discuss your client's positio

n as we are unaware of any involvement in songwriting and your letter makes no referen

CARTAGENA_0000464

cetospecificities.

Sincerely,

Miami

New York

CARTAGENA_0000466

CARTAGENA_0000468

CARTAGENA_0000469

CARTAGENA_0000470

CARTAGENA_0000471

CARTAGENA_0000472

CARTAGENA_0000473

From:
Tyrone Blackburn <tblackbur

n
@
t
a
b
i
a
c
k
b
u
r
n
l
a
w
.
c
o
m
>
D
a
t
e
:
M
a
r
c
h
2
3
,
2
0
2
5
a
t
1
0
:
1
6
:
3
4
P
M
E
D
T
T
o
:
t
a
t
i
o
e
2
0
1
4
@
g
m
a

i
l
.
c
o
m
,
t
a
t
i
o
e
b
o
o
k
i
n
g
s
@
g
m
a
l
i
.
c
o
m
Subject:
Re:
Terrance
Dixon,
aka
TA

Se
e
a
t
t
a
c
h

ednoticeofappearancefromAttorneyTyroneBlackburnonbehalfofTerranceDixon,

CARTAGENA_0000478

th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E:

CARTAGENA_0000480

CARTAGENA_0000481

g
t
h
e
i
n
t
e
r
n
e
t
f
o
r
c
o
m
m
u
n
i
c
a
t
i
o
n
s
w
i
t
h
t
h
e
f
i
r
m
w
i
l
l
n
o
t
e
s
t
a
b
l
i
s
h
a
n
a
t
t
o
r
n
e
y
-
c
l
i
e

nterlationship, and messages containing confidential orti me - sensitive informa

CARTAGENA_0000483

tionshould not be sent via this media -

CONFIDENTIALITY NOTICE TO RECIPIENT(S): Th

CARTAGENA_0000484

is e-mail transmission (and the attachment(s) accompanying it) may contain confid

CARTAGENA_0000485

eutial information belonging to the sender, which is protected by the attorney-cli

CARTAGENA_0000486

ut privilege. The information is only for the use of the intended recipient. If you a

CARTAGENA_0000487

r
e
n
o
t
t
h
e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
y
o
u
a
r
e
n
o
w
n
o
t
i
f
i
e
d
t
h
a
t
a
n
y
d
i
s
c
l
o
s
u
r
e
,
c
o
p
y
i
n
g
,
o
r

CARTAGENA_0000488

distribution of any information that rans mission or taking any action in relian

CARTAGENA_0000489

eon the contents of this transmission is strictly prohibited. Any unauthorized in

CARTAGENA_0000490

t
e
r
e
e
p
t
i
o
n
o
f
t
h
i
s
t
t
a
n
s
m
i
s
s
i
o
n
i
s
i
l
l
e
g
a
l
u
n
d
e
r
t
h
e
l
a
w
.
I
f
y
o
u
h
a
v
e
r
e
c
e
i
v
e
d
t
h
i
s
t

CARTAGENA_0000491

transmission in error, please promptly notify the sender by replying to this e-mail a

CARTAGENA_0000492

nd the nd ele te al I copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S

CARTAGENA_0000493

):Unless the recipient(s) and the law firm transmitting this message ate partiesto

assignedretaingetementbindingthelawfirmtoactasattorneyfortherecipient

CARTAGENA_0000495

(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) act

CARTAGENA_0000496

ing as such attorney, Any message or data sent to any recipient(s) as a courtesy is wit

CARTAGENA_0000497

hout the benefit of any actual knowledge about the particular situation of such receci

CARTAGENA_0000498

ient(s) and without any duediligence"orsimilarinquiryouthepartofthisfir

m
.
E
v
e
r
y
t
h
i
n
g
s
t
a
t
e
d
i
s
p
u
r
e
l
y
a
g
e
n
e
r
a
l
c
o
m
m
e
n
t
o
r
s
u
g
g
e
s
t
i
o
n
b
a
s
e
d
o
n
t
h
e
l
i
m
i
t
e
d
f

CARTAGENA_0000500

CARTAGENA_0000501



tter-4252025.pdf>

<VIDEO-2023-11-18-13-47-29.mov>

<Nicki call .m4a>

<Pistol Pete Percy clip .m4a>

<Percy Refusing to Set up TA .m4a>

<TA and Erica .jpg>

DOCUMENT PRODUCED AS NATIVE

Confidential