# Exhibit A

| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Siev, Jordan W.; Chad Seigel; Carnes, Rob; Joe Tacopina |
| **Subject:** | URGENT: Cartagena v. Dixon |
| **Date:** | Monday, March 2, 2026 4:19:31 PM |

Counsel,

We are in receipt of the attached letter motion and exhibits. These filings attach and contain material excerpted documents produced and designated by Mr. Cartagena as "Confidential" and "Highly Confidential Attorney's Eyes Only Material." Filing them publicly violates Paragraph 21 of the Stipulated Confidentiality Agreement and Protective Order entered on December 8, 2025 (ECF 105), which requires such material to be filed under seal after a meet and confer process.

Accordingly, please contact the clerk to have ECF 152 stricken from the record immediately. Also, pursuant to Judge Rochon's rules, please confirm your availability to call the Court at 4:30 PM to discuss this matter.

Mr. Cartagena reserves all rights, including the right to seek sanctions for your continued defiance of Court orders.


**Ian M. Turetsky**
Global Commercial Disputes

ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450
**reedsmith.com**