

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 3, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 20B
New York, NY 10007

      Re:    *Cartagena v. Dixon*, 1:25-cv-03552 (S.D.N.Y.)

Dear Judge Rochon:

      We write, pursuant to Section 2.B of Your Honor's Individual Rules of Practice, to provide the names and contact information of counsel who may speak on behalf of Plaintiff Joseph Cartagena during the March 4, 2026 remote conference:

- **Jordan Siev** – (212) 205-6085, jsiev@ReedSmith.com
- **Ian Turetsky** – (212) 549-0352, ituretsky@ReedSmith.com

Respectfully submitted,

/s/ Jordan W. Siev

cc:    All counsel by ECF