

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

March 4, 2026

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Joseph Cartagena v. Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

Defendants respectfully request that the Court adjourn today's 11:00 AM remote conference to any time after 2:30 PM today, March 4, 2026. Defendants' counsel has pre-scheduled court appearances in Kings County Supreme Court and the United States District Court for the Eastern District of New York that directly conflict with and overlap the 11:00 AM conference time. These appearances were scheduled prior to the Court's conference notice and cannot be rescheduled on such short notice.

Defendants' counsel will be fully available and prepared to participate in the conference at any time after 2:30 PM today. Defendants apologize for any inconvenience this request may cause and are grateful for the Court's consideration.

Regards,

*/s/Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
Phone: 347-342-7432
Email: Tblackburn@tablackburnlaw.com

Cc:
All Counsel of Record via ECF.

