UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

-against-

TERRANCE DIXON, et al.,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated during the March 4, 2026 conference, Defendants' motion to compel and reopen discovery at Dkt. 152 is DENIED. However, the parties shall meet and confer to resolve any issues regarding the redactions in Plaintiff's production.

    With respect to the exhibits to Dkt. 152, Defendants failed to comply with the Court-ordered Protective Order dated December 8, 2025 by filing such documents without following the process set forth in that Order, including paragraph 21. Defendants are advised that future non-compliance will not be tolerated.

    Plaintiff's request to strike the documents filed as exhibits to Dkt. 152 is DENIED. By March 16, 2026, the parties shall meet and confer regarding those documents, and file a joint letter motion with the Court identifying the documents, or portions thereof, that either party wishes to remain under seal, providing justification for such sealing.

Dated: March 4, 2026
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge