UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br><br>                             Plaintiff,<br><br>               -against-<br><br>TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,<br><br>                             Defendants. | Case No. 1:25-cv-03552 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiff's request to continue the deposition of Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC ("Blackburn Law") until the week of March 23, 2026 is GRANTED. Defendants Tyrone Blackburn and Blackburn Law are ordered to sit for a deposition the week of March 23, 2026 at a time convenient for all parties and fact discovery is extended solely for this purpose. The post-discovery conference scheduled for April 21, 2026, is adjourned until April 28, 2026, at 3:00 p.m.

Dated: March 6, 2026
           New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge