EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
JOSEPH CARTAGENA,

                        PLAINTIFF,

       -against-      Case No.:
                      25-cv-03552

TERRANCE DIXON, TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,

                        DEFENDANTS.
-------------------------------------------X

                      DATE: March 6, 2026
                      TIME: 10:05 A.M.


                      VIDEOTAPED REALTIME
DEPOSITION of the Defendant,
TYRONE BLACKBURN, ESQ. Taken by the
Plaintiff, pursuant to a Subpoena and to
the Federal Rules of Civil Procedure, held
at the offices of Reed Smith LLP, 599
Lexington Avenue, 22nd Floor, New York, New
York 10022, before Karyn Chiusano, a Notary
Public of the State of New York.

```
                                           Page 2

 1
 2      A P P E A R A N C E S:
 3
 4      TACOPINA SEIGEL & DeOREO
          Attorneys for Plaintiffs
 5        JOSEPH CARTAGENA
          275 Madison Avenue ~ 35th Floor
 6        New York, New York 10016
          BY: JOSEPH TACOPINA, ESQ.
 7            CHAD SEIGEL, ESQ.
              MATTHEW DeOREO, ESQ.
 8            ELEONORA LANZONE, ESQ.
          jtacopina@tacopinalaw.com
 9        cseigel@tacopinalaw.com
          mdeoreo@tacopinalaw.com
10        elanzone@tacopinalaw.com
11
              *      and      *
12
13      REED SMITH LLP
          Attorneys for the Plaintiff
14        JOSEPH CARTAGENA
          599 Lexington Avenue ~ 22nd Floor
15        New York, New York 10022
          BY: IAN TURETSKY, ESQ.
16            ROB CARNES, ESQ.
          ituretsky@reedsmith.com
17        rcarnes@reedsmith.com
18
        T.A. BLACKBURN LAW, PLLC
19        Attorneys for the Defendants
          TERRANCE DIXON, TYRONE BLACKBURN, and
20        T.A. BLACKBURN LAW, PLLC
          1242 East 80th Street
21        Brooklyn, New York 11236
          BY: TYRONE BLACKBURN, ESQ.
22        tblackburn@tablackburnlaw.com
23
        ALSO PRESENT:
24        JAMES McAFEE, Videographer
          JORDAN W. SIEV, ESQ.
25            *         *         *
```

Page 3

```
 1
 2        F E D E R A L    S T I P U L A T I O N S
 3
 4
 5       IT IS HEREBY STIPULATED AND AGREED by and
 6     between the counsel for the respective
 7     parties herein that the sealing, filing and
 8     certification of the within deposition be
 9     waived; that the original of the deposition
10     may be signed and sworn to by the witness
11     before anyone authorized to administer an
12     oath, with the same effect as if signed
13     before a Judge of the Court; that an
14     unsigned copy of the deposition may be used
15     with the same force and effect as if signed
16     by the witness, 30 days after service of
17     the original & 1 copy of same upon counsel
18     for the witness.
19
20       IT IS FURTHER STIPULATED AND AGREED that
21     all objections except as to form, are
22     reserved to the time of trial.
23
24              *     *     *     *
25
```

```
                                       Page 4
 1            * TYRONE BLACKBURN, ESQ. *
 2              THE VIDEOGRAPHER:   Good
 3       morning.
 4              We're going on the record at
 5       10:05 A.M. on March 6, 2026.
 6              Please note that the
 7       microphones are sensitive and may
 8       pick up whispering and private
 9       conversations.
10              Please mute your phones at this
11       time.
12              Audio and video recording will
13       continue to take place unless all
14       parties agree to go off record.
15              This is Media Unit 1 of the
16       video-recorded deposition of Tyrone
17       Blackburn taken by counsel for
18       plaintiffs [sic] the matter of Joseph
19       Cartegena versus Terrance Dixon,
20       Tyrone Blackburn, and T.A. Blackburn
21       Law, PLLC, filed in the United States
22       District Court, Southern District of
23       New York.
24              Civil Action Number
25       25-cv-03552.
```

Page 5

1              * TYRONE BLACKBURN, ESQ. *
2                 The location of this deposition
3          is Reed Smith LLP, 599 Lexington
4          Avenue, New York, New York.
5                 My name is James McAfee and I'm
6          the videographer.  The court reporter
7          is Karyn Chiusano.  We're from the
8          firm Veritext.
9                 I'm not authorized to
10         administer an oath.  I'm not related
11         to any party in this action, nor am I
12         financially interested in the
13         outcome.
14                All appearances will show on
15         the stenographic record.
16                Will our court reporter swear
17         in our witness?
18                THE COURT REPORTER:  Can you
19         raise your right hand, please?
20                (Witness complies.)
21                THE COURT REPORTER:  Do you
22         swear that the testimony you are
23         about to give will be the truth, the
24         whole truth, and nothing but the
25         truth so help you God?

Page 6

```
 1              * TYRONE BLACKBURN, ESQ. *
 2                  THE WITNESS:  Yes.
 3   T Y R O N E     B L A C K B U R N, called
 4   as a witness, having been first duly sworn
 5   by a Notary Public of the State of New
 6   York, was examined and testified as
 7   follows:
 8                  THE COURT REPORTER:  Wonderful.
 9                  Can I kindly have your name;
10          spelling, please?
11                  THE WITNESS:  Tyrone,
12          T-Y-R-O-N-E.
13                  Last name Blackburn,
14          B-L-A-C-K-B-U-R-N.
15                  THE COURT REPORTER:  Wonderful.
16                  Can I kindly have your address?
17                  THE WITNESS:  Business address
18          is 1242 East 80th Street, Brooklyn,
19          New York 11236.
20                  THE COURT REPORTER:  Okay.  Any
21          time you're ready, I'm ready for you.
22                  MR. TACOPINA:  Okay.  Thank
23          you.
24                  (Whereupon, Plaintiff's Exhibit
25          1, PREVIOUSLY MARKED, Plaintiff
```

1             * TYRONE BLACKBURN, ESQ. *

2         Joseph Cartagena's Second Amended

3         Complaint and Demand Jury Trial

4         Demanded, was tendered.)

5    EXAMINATION BY

6    MR. TACOPINA:

7         Q.    My name is Joseph Tacopina.  I

8    represent Joseph Cartegena.

9              For the record, Mr. Blackburn:

10              Are you currently under the

11    influence of any medication or other

12    substances that prevent you from testifying

13    fully and truthfully today?

14         A.    Well, as I've shared with the

15    court:

16              I am on medication, have been

17    on medication, will be on medication for

18    the next, probably, four weeks at this

19    point; four to five weeks, after I had a

20    procedure earlier this year.

21         Q.    Okay.  And will that

22    medication, do you believe it will prevent

23    you from testifying truthfully and fully

24    today?

25         A.    Possibly.

Page 8

```
 1              * TYRONE BLACKBURN, ESQ. *
 2                   I don't know.
 3                   I mean, I'm not a -- I'm not a
 4     chemist.  I have no idea.
 5          Q.    Okay.  Aside from this
 6     medication, is there any other reason why
 7     you cannot testify fully and truthfully
 8     today?
 9          A.    Nope.
10          Q.    Are you a licensed attorney?
11          A.    Hum...
12                   The last time I checked, yeah.
13          Q.    Where are you licensed to
14     practice law?
15          A.    New York and New Jersey.
16          Q.    Have you ever been suspended or
17     disbarred from the practice of law in any
18     jurisdiction?
19          A.    Nope.
20          Q.    And your law firm, actually, as
21     you just mentioned, is T.A. Blackburn Law,
22     PLLC; correct?
23          A.    Yep.
24          Q.    It's a professional limited
25     liability corp- -- company?
```

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         A.    I guess that's what -- I guess
 3    that's what that means.
 4         Q.    Who are the members?
 5         A.    It's just me.
 6         Q.    Okay.  So, as the sole member,
 7    you're authorized, obviously, to speak and
 8    act on behalf of that firm; correct?
 9         A.    I believe so.
10         Q.    Are you aware that
11    Mr. Cartegena's complaint names you
12    personally and your firm as co-defendants,
13    along with Mr. Dixon?
14         A.    I don't recall what the
15    complaint says.  I don't have it in front
16    of me.
17         Q.    Okay.  With respect to your
18    overall health, would you consider your
19    mental, physical and emotional well-being
20    be compromised in any way, aside from what
21    you've said?
22         A.    I'm not really sure how the
23    medication, as well as being on local
24    anesthesia twice in the last -- in less
25    than 30 days, would actually impact that,
```

```
 1              * TYRONE BLACKBURN, ESQ. *
 2       but I've no idea.
 3            Q.    Okay.  And on December 3rd of
 4       2025, you submitted a letter to Judge
 5       Semper in the District of New Jersey
 6       advising that:
 7                  "Certain losses you've
 8       experienced have had a profoundly
 9       detrimental effect on your mental, physical
10       and emotional well-being."
11                  Do you recall su- -- submitting
12       that letter?
13            A.    I don't know.
14            Q.    You don't know?
15                  MR. TACOPINA:  Okay.  We'll put
16           it.
17                  Exhibit 2, please.
18                  It will be right before you.
19                  (Whereupon, Plaintiff's Exhibit
20           2, PREVIOUSLY MARKED, Tyrone
21           Blackburn's letter to Judge Semper
22           dated 12/3/2025, was tendered.)
23            Q.    Particular, if you look at Page
24       1, second paragraph, third sentence.
25                  (Witness complies.)
```

Page 11

```
 1              * TYRONE BLACKBURN, ESQ. *
 2                 MR. TACOPINA:  Oh, I have to
 3           look up there?
 4                 Sorry.  I think I --
 5         Q.    Reading from your letter:
 6                 The "losses have had a
 7    profoundly detrimental effect on my mental,
 8    physical and emotional well-being.  I am
 9    currently experiencing severe depression,
10    anxiety, and inability to sleep, which have
11    rendered me unable to provide my clients
12    with the quality of representation they
13    deserve and to which they are entitled."
14                 Do you recall writing that?
15         A.    Not really.
16                 I don't know.
17                 I can't remember any of that.
18         Q.    And you told Judge Semper in
19    that letter that you:
20                 "Experience severe depression,
21    anxiety and inability to sleep."
22                 You also stated that those
23    circumstances were rendering you:
24                 "Unable to provide your clients
25    with the quality representation" --
```

```
                                        Page 12
 1              * TYRONE BLACKBURN, ESQ. *
 2      "quality of representation they deserve and
 3      to which they are entitled."
 4              And as a result of that, you
 5      told Judge Semper that you are:
 6              "Actively working to help all
 7      of your clients to secure new
 8      representation."
 9              Do you see that in your letter?
10      A.    Again, I don't recall.  Like --
11      Q.    I'm asking if you see this
12      letter.
13      A.    I'm -- I'm -- I'm giving you my
14      answer.
15              That's my answer.
16              MR. TACOPINA:  Just go to the
17        signature page.
18      Q.    Okay.  That's your -- your
19      digital signature; correct?  That I'm
20      showing you, right there, on that pa- --
21      third page of that letter --
22      A.    I can't --
23      Q.    -- the last page?
24      A.    -- I can't really see that and
25      I don't recall writing this, so...
```

```
                                            Page 13

 1              * TYRONE BLACKBURN, ESQ. *
 2      Q.     Okay.
 3              MR. TACOPINA:  He's able to
 4        get --
 5      Q.     You can't see that?
 6              MR. TACOPINA:  There we go.
 7      Q.     Can you see that?
 8      A.     No.  No.  Difficult.
 9      Q.     You can't see that?
10      A.     No.  No.
11              MR. TACOPINA:  Could we get the
12        exhibits in front of Mr. Blackburn?
13              THE VIDEOGRAPHER:  We have --
14        Veritext sent your law firm
15        credentials --
16              MR. TACOPINA:  Right.
17              THE VIDEOGRAPHER:  -- to
18        ascertain access.
19              I have a laptop.
20              MR. TURETSKY:  Oh, got it.
21      Q.     Okay.  That's your letter,
22    correct, Mr. -- that was placed in front of
23    you.
24              That's your letter, Exhibit 2;
25    correct?
```

                                              Page 14

1                * TYRONE BLACKBURN, ESQ. *
2          A.     Again, I don't recall writing
3     this, but it looks -- it looks like
4     something -- it looks like my signature.
5          Q.     Okay.  Now, you stated:
6                "The reason for submitting that
7     letter was to withdraw from your cases
8     before Judge Semper."
9                And you told Judge Semper that
10    you believed:
11                "Transparency with the court
12    was essential, given your obligations to
13    your clients and the administration of
14    justice."
15                Given that you were supposedly
16    concerned about transparency and your
17    obligations to the court and your clients,
18    why did you tell Judge Semper that you were
19    actively working to help all of your
20    clients secure new representation when you
21    were continuing to actively represent
22    Mr. Dixon in this matter?
23          A.     I don't recall writing this
24    letter, sir.  So, I don't know -- I can't
25    -- I can't answer to that.

```
                                         Page 15

 1               * TYRONE BLACKBURN, ESQ. *
 2          Q.     You don't recall writing this
 3     letter?
 4          A.     No.
 5          Q.     It was December?
 6          A.     Yeah.
 7          Q.     Okay.
 8               THE WITNESS:   Sorry.
 9          A.     This medication.
10          Q.     It's medication?
11          A.     It could be.
12          Q.     Okay.  So, let me ask you this,
13     though, forget about the letter for a
14     second:
15               How is it that you're mentally,
16     physically and emotionally comprised to
17     represent clients in the State of New
18     Jersey, but somehow, you can still do
19     representing of clients in New York?
20          A.     It would be difficult to answer
21     that question, considering I don't recall
22     writing this letter.
23               So, I don't know how -- how,
24     obviously, you can answer ask me that, I
25     just told you --
```

```
                                              Page 16
 1              * TYRONE BLACKBURN, ESQ. *
 2         Q.    Well, I'm not --
 3         A.    -- I don't remember writing the
 4    letter.
 5              MR. TACOPINA:  Sorry.
 6         Q.    Well, I'm not asking you about
 7    the letter, I'm asking you a different
 8    question.
 9         A.    Yeah.
10              I -- I've never said that I
11    cannot -- I've never said, here, that I
12    cannot represent clients in New Jersey
13    so...
14         Q.    No.
15              You didn't say it here, you
16    said it in your letter.
17         A.    No.
18              I still don't recall writing
19    the letter, sir.
20         Q.    Well, let's ask -- let me ask
21    you this:
22              Did you withdraw from
23    representing clients in New Jersey?
24         A.    No.  No.
25              I never did.
```

```
                                              Page 17
 1            * TYRONE BLACKBURN, ESQ. *
 2              I don't think I did.
 3      Q.      You didn't do that?
 4      A.      Um-hum.
 5      Q.      In front of Judge Semper, you
 6   didn't?
 7      A.      No.
 8              Actually, I haven't withdrawn
 9   from any of them, no.
10      Q.      From any cases?
11      A.      No.  No.
12      Q.      Did you share with Mr. Dixon
13   the fact that you felt you couldn't
14   represent clients because of your
15   deteriorated emotional and mental state?
16      A.      Well, again, like I said
17   before:
18              I don't recall writing this
19   letter, so I don't think I would have had
20   to have that conversation with Mr. Dixon.
21      Q.      So, you -- you -- testifying
22   truthfully that you don't recall writing a
23   letter in December --
24      A.      For --
25      Q.      -- three months ago?
```

```
                                        Page 18
 1            * TYRONE BLACKBURN, ESQ. *
 2        A.     -- the medication and the local
 3    anesthesia does funny things that I don't
 4    know.
 5        Q.     Okay.
 6        A.     It's messing my head up, you
 7    know?
 8        Q.     So, let me ask you this,
 9    Mr. Blackburn:
10            How can you represent clients
11    confidently if you don't remember something
12    that you said and wrote of significance two
13    months ago?
14        A.     I -- again, like I said before:
15            I'm on medication, so...
16        Q.     We're going to get to the
17    medication that you're on and the doctor
18    who prescribed it in a little bit, but
19    let's continue.
20            You currently represent
21    Mr. Dixon as a defendant in this
22    litigation, meaning Mr. Cartegena's lawsuit
23    against him -- both you and him, under the
24    Case Number 25-cv-3552; correct?
25        A.     I don't know the case number.
```

1          * TYRONE BLACKBURN, ESQ. *
2          Q.    Do you represent Mr. Dixon as a
3     defendant in this litigation?
4          A.    In which litigation?
5          Q.    The one we're sitting here
6     today for:  The Cartagena lawsuit against
7     him and you.
8          A.    I believe so, yes.  Yes.
9          Q.    Do you have any doubt about
10    that?
11         A.    No.
12               I haven't -- I mean, again, I'm
13    on -- the medication and the anesthesia's
14    kind of messed up my brain, so I don't
15    know.
16               I believe that I am
17    representing him, yes.
18         Q.    Well, you're not sure if you're
19    representing him?
20         A.    Well, from the last time I
21    checked, I believe so.
22               I think so.
23         Q.    You believe so?
24               You're qualifying it?
25               And you -- let me ask you this

```
                                              Page 20
 1             * TYRONE BLACKBURN, ESQ. *
 2      one, this was a basic question:
 3                 But do you represent Mr. Dixon
 4      as a plaintiff in connection with his own
 5      lawsuit against Mr. Cartegena and others?
 6           A.    I -- I think so.  I believe so.
 7           Q.    You think -- you think so?
 8           A.    Yeah.
 9           Q.    Not sure?
10           A.    So many cases, I don't know.
11                 I can't just -- it's a lot of
12      cases.  I have a lot of cases, so...
13                 I just have to go back and
14      check right now.  I don't have my records
15      in front of me, so...
16           Q.    Okay.  So, the answer to that
17      question, whether you represent Mr. Dixon
18      as a plaintiff in this case, is that you're
19      not sure?
20           A.    Plaintiff, in this case?
21                 This is not -- I mean, you just
22      said that this is not -- this is not the
23      case that -- that -- that this case is for
24      Cartagena representing, you know, versus
25      Dixon --
```

```
                                            Page 21
 1              * TYRONE BLACKBURN, ESQ. *
 2        Q.     Right.  Right.
 3        A.     -- by himself, so...
 4        Q.     You said you weren't sure about
 5    that?
 6        A.     You said that if I'm not
 7    representing him?
 8               I -- I mean, yeah.
 9               I mean, I don't know.
10        Q.     And don't know if you're --
11        A.     You're confusing me.
12               MR. TACOPINA:  I'm sorry.
13        Q.     Go ahead, sir.
14        A.     No.  No.  No.
15               I was just a little confused by
16    the question.
17        Q.     Okay.  I'm sorry.  I -- let me
18    try and make it clear.
19               So, are -- you don't know then
20    if you're representing Mr. Dixon as a
21    plaintiff in his own lawsuit against
22    Mr. Cartegena?
23        A.     I think I -- I think -- I think
24    so.  I believe I am.
25        Q.     You believe you are?
```

```
1              * TYRONE BLACKBURN, ESQ. *
2              Last week, at the deposition of
3      Mr. Dixon, were you uncertain as to whether
4      you were representing him or not or did you
5      recall that then?
6         A.    I even don't recall even being
7      at the deposition.
8              I think I was at a deposition.
9              I -- I had so many different
10     things last week.  I was at a couple of
11     depositions last week, I think.
12             Yep, at three.
13        Q.    Okay.  And you don't recall
14     being at the deposition of Mr. Dixon?
15        A.    Not really, no.  Um-hum.
16        Q.    Okay.  All right.  Well, I'm
17     not sure if you can answer this, based on
18     off those last two answers:
19             But as his attorney in both
20     matters, you've obviously been advising
21     him, that's what lawyers do, advising Mr.
22     Dixon in connection with each of them;
23     correct?
24        A.    I advise a lot of people, so...
25        Q.    Yeah.
```

```
                                            Page 23
 1            * TYRONE BLACKBURN, ESQ. *
 2            I'm not really concerned about
 3    a lot of people.  I'm just -- I'm talking
 4    about the case we're here for, so Mr.
 5    Dixon.
 6            You know who he is, right:
 7            Mr. Dixon?
 8      A.    Yeah.  I believe so.
 9            Yeah.  I think so.
10      Q.    You think you know who he is?
11      A.    Yeah.
12      Q.    Okay.
13      A.    I think so.
14      Q.    Okay.  And have you been
15    advising Mr. Dixon, as a lawyer in these
16    cases; this one and the one where he's a
17    plaintiff against Mr. Cartegena?
18      A.    Advising him about what,
19    though?
20            I'm not sure.
21            "Advise" is very broad.
22      Q.    Well, legal advice regarding
23    the filing of his own lawsuit against
24    Mr. Cartegena, for example.
25            Without getting into the
```

```
                                              Page 24
 1              * TYRONE BLACKBURN, ESQ. *
 2      details, of course.
 3                  Have you been giving him advice
 4      as a lawyer regarding both his plaintiff's
 5      action against Mr. Cartegena and as
 6      defendant in this current matter?
 7          A.    We talk about different things,
 8      but I don't know about specifics.
 9          Q.    I'm not -- wouldn't -- I don't
10      want --
11          A.    I don't recall.
12          Q.    -- you to give me specifics
13      actually --
14          A.    Yeah.
15          Q.    -- because that wouldn't be
16      right.
17          A.    I'm not sure.
18          Q.    You're not sure if you advised
19      him?
20                  Okay.  When did you first meet
21      Mr. Dixon?
22          A.    I -- I don't recall that.
23                  It's such a long time ago.
24          Q.    Do you know how you met him?
25          A.    No.
```

```
                                              Page 25
 1              * TYRONE BLACKBURN, ESQ. *
 2         Q.    Okay.
 3         A.    Don't recall that, either.
 4         Q.    I assume you don't know if
 5    anyone was present, when you met him;
 6    right?
 7         A.    Yeah.
 8               I don't recall that, no.
 9         Q.    How are you being compensated
10    for the services that you render on
11    Mr. Dixon's behalf, as a plaintiff in his
12    lawsuit against Mr. Cartegena?
13               Is it a contingency?
14         A.    I -- I don't -- I don't know.
15               I don't have my retainer in
16    front of me.
17         Q.    You don't know?
18         A.    Um-hum.
19         Q.    Are you billing him hourly?
20         A.    Again, I can't -- I don't want
21    to answer incorrectly.  I don't have my
22    retainer in front of me, so I don't know.
23         Q.    Okay.
24         A.    Yeah.
25         Q.    And, Mr. Blackburn, you knew
```

```
                                              Page 26

  1            * TYRONE BLACKBURN, ESQ. *

  2     you were coming here today to be deposed;

  3     right?

  4           A.    Yeah.  Yeah.

  5           Q.    Okay.

  6           A.    That's what I was ordered to

  7     do, yeah.

  8           Q.    And let me ask you this:

  9                 Are you being compensated for

 10     your representation of Mr. Dixon in this

 11     lawsuit, where you're both defendants?

 12           A.    Is it compensated?

 13                 Like be more clear:

 14                 Compensate?

 15           Q.    Be more clear than

 16     "compensated"?

 17           A.    Yeah.

 18                 I mean --

 19           Q.    Paid?

 20           A.    In -- in which way?  In

 21     which -- like, how?

 22           Q.    Well, in legal tender.

 23           A.    Like -- like what?

 24           Q.    Well, like money.

 25           A.    Oh, no.  No.  No.  No.  Um-hum.
```

Page 27

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         Q.    You're not getting paid?
 3         A.    No.
 4         Q.    Okay.  Are you getting paid in
 5    any way, if you're not getting paid by
 6    legal tender or any money?
 7              Are you getting paid in any
 8    way?
 9         A.    No.  No.  No.
10         Q.    So, during Mr. Dixon's
11    deposition, on February 24th, that was last
12    week, you asked my colleague, Mr. Seigel:
13              "Did you file an extortion
14    claim?"
15              And that's --
16              MR. TACOPINA:  Do you want to
17         put that up there, that snippet of
18         the transcript, please?
19              Just so I'm quoting it
20         accurately.
21              That's the deposition of
22         Mr. Dixon, Page 11, Line 5 and 6.
23              That's Exhibit 3 of the record.
24              (Whereupon, Plaintiff's Exhibit
25         3, PREVIOUSLY MARKED, Terrence Dixon
```

                                              Page 28

1               * TYRONE BLACKBURN, ESQ. *

2            deposition of 2/24/26, was tendered.)

3        Q.     Okay.

4               "MR. BLACKBURN:  Did you file

5           an extortion claim?

6               "Did you?"

7        Q.     In connection with this

8    litigation, you understand that Paragraph

9    144 of Mr. Cartegena's Second Amended

10   Complaint alleges that:

11              "Dixon escalated his" cam- --

12   "Dixon escalated his campaign of harassment

13   by sending Cartagena extortionate demand

14   letters through his attorney, Blackburn,

15   threatening to initiate frivolous lawsuits

16   with false accusations of statutory rape,

17   forced labor, and coercive sex

18   trafficking."

19              The complaint --

20   Mr. Cartagena's complaint -- further

21   alleges that your and Mr. Dixon's:

22              "Publication of false

23   statements, threats of litigation alleging

24   false and vile misconduct and" your

25   "physical violence against Mr. Cartagena's

```
                                        Page 29
 1              * TYRONE BLACKBURN, ESQ. *
 2       legal team has caused Cartagena severe
 3       emotional distress."
 4                 And that's Page 42 of the
 5       amended complaint, Paragraph 158, Exhibit
 6       1.
 7                 Those allegations contained in
 8       Mr. Cartegena's Third Cause of Action
 9       accusing you, your law firm, and Mr. Dixon
10       of intentional infliction of emotional
11       distress.
12                 Given that you, personally,
13       acted as Mr. Dixon's counsel, and advised
14       him accordingly, when sending demand
15       letters and filing your complaint on his
16       behalf, do you believe there's a potential
17       conflict of interest concerning your
18       continued representation of Mr. Dixon?
19          A.    I -- I don't even know what
20       you're talking about.
21          Q.    You don't know what I'm talking
22       about?
23          A.    No.
24          Q.    Okay.
25          A.    Like, you just -- like you just
```

* TYRONE BLACKBURN, ESQ. *

rambled on for about two minutes, so I don't know.

Q. Well -- okay. Sorry that you think it was rambling. I was reading from the complaint at first.

After I finished reading from the complaint, I'm asking you a question.

I'll do that question again:

Given that you, personally, acted as Mr. Dixon's counsel and advised him accordingly, when sending demand letters and filing your complaint on his behalf, do you believe there's a potential conflict of interest concerning your continued representation of Mr. Dixon?

A. Again, that question just sounds -- I -- I don't even understand what you're asking in that question.

Conflict of interest?

Where?

How?

I don't understand.

Q. You understand that Mr. Dixon could potentially argue that the conduct

```
                                          Page 31

 1              * TYRONE BLACKBURN, ESQ. *
 2     which he's being accused of was based on
 3     your legal advice; right?
 4          A.    Conduct?
 5                What "conduct" are you -- are
 6     you referring to?
 7          Q.    Mr. Dixon's conduct in the case
 8     in which he's a defendant.
 9          A.    What conduct?
10          Q.    Okay.  I'll read it to you.
11          A.    Thank you.
12          Q.    "Dixon escalated his campaign
13     of harassment by sending Cartagena
14     extortion and demand letters through his
15     attorney, Blackburn, threatening to
16     initiate frivolous lawsuits with false
17     accusations of statutory rape, forced labor
18     and coercive sex trafficking."
19                I read you some other
20     allegations in that complaint, but let's
21     start with just that one.
22                He's being sued for extortion.
23                Do you understand that
24     Mr. Dixon, because you're the one who sent
25     that letter, could potentially argue that
```

```
                                            Page 32
 1              * TYRONE BLACKBURN, ESQ. *
 2      the conduct with which he's being accused
 3      of was based on your legal advice?
 4           A.    What specific conduct are you
 5      referring to now?
 6                 You said that he accused him
 7      of -- you said -- you -- you rambled off a
 8      lot of things, so what, specifically --
 9      what -- what -- what, specifically, are you
10      referring to about which conduct that I
11      advised him on?
12           Q.    I'm going to read it to you one
13      more time, Mr. Blackburn -
14           A.    Sure.
15           Q.    -- if you can't comprehend it
16      then, we'll just move on:
17                 "Mr. Dixon escalated his
18      campaign of harassment by sending Cartegena
19      extortionate demand letters through" you,
20      his attorney, "threatening to initiate
21      frivolous lawsuits with false allegations
22      of statutory rape, forced labor and
23      coercive sex trafficking..."
24                 That's the conduct I'm asking
25      you about.
```

```
                                            Page 33
 1              * TYRONE BLACKBURN, ESQ. *
 2              Now, the question is:
 3              You understand that Mr. Dixon
 4      could potentially argue that the conduct
 5      which he's being accused of was based on
 6      your legal advice.
 7              Do you understand that:
 8              Yes or no?
 9         A.   You're making an assumption
10      that I gave him legal advice regarding
11      sexual harassment, extortion -- I don't --
12      like -- like -- like, again, I don't
13      understand -- I don't understand the
14      question.
15         Q.   Okay.  You're having trouble
16      understanding the question?
17         A.   Yeah.
18              Difficult.
19         Q.   So, despite telling a judge in
20      New Jersey that you're emotionally and
21      mentally unable to represent clients,
22      you're still representing Mr. Dixon, right?
23              As far as you know, anyway?
24         A.   Again, like I said:
25              I don't recall ever saying
```

Page 34

```
 1              * TYRONE BLACKBURN, ESQ. *
 2      that.
 3                  Like I said before:
 4                  I'm on medication and I've had
 5      a multi- -- multiple rounds of anesthesia
 6      and things are hard for me right now.
 7          Q.    All right.  So, what meds are
 8      you on today that's preventing you from
 9      even remembering whether you wrote the
10      letter with your signature on it?
11          A.    The words -- the names of the
12      medication?  I don't recall the names.
13                  As I've said:
14                  I'm not a pharmacist, but I
15      think my doctor filed a letter saying that
16      I'm on -- he provides me with -- prescribed
17      narcotics and some other things.  I don't
18      remember the names of those things.
19                  I think about eight different
20      things, I think.
21          Q.    You took eight different things
22      this morning?
23          A.    Yeah.
24          Q.    You have them with you?
25          A.    No.  No.
```

```
                                              Page 35

  1            * TYRONE BLACKBURN, ESQ. *

  2               Why would I -- no.

  3       Q.    I'm just asking a question.

  4               So, how did you get here today,

  5   Mr...

  6       A.    Uber.

  7       Q.    Uber?

  8       A.    Yeah.

  9       Q.    Last week, February 24th, when

 10   Mr. Dixon was deposed and you were

 11   representing him, were you on those same

 12   medications?

 13       A.    I don't remember.

 14               I don't -- I don't know if I

 15   took anything that day or not.

 16       Q.    Okay.

 17               THE WITNESS:  I'm sorry.

 18       Q.    But you definitely took them

 19   today --

 20       A.    100 percent.

 21       Q.    -- is that what you're saying?

 22               "100 percent"?

 23               Okay.  In addition to being

 24   accused of intentionally inflicting

 25   emotional distress upon Mr. Cartegena, you
```

```
                                                  Page 36
 1              * TYRONE BLACKBURN, ESQ. *
 2     are also accused of defaming him, in the
 3     second cause of action.
 4              You own and maintain an
 5     Instagram account with the handle
 6     @tyroneblackburn in your personal capacity;
 7     correct?
 8          A.    I don't own any Instagram
 9     accounts, no.
10              MR. TACOPINA:  So, why don't we
11         put up Exhibit 4, please?
12              (Whereupon, Plaintiff's Exhibit
13         4, PREVIOUSLY MARKED, Defendant
14         Tyrone Blackburn's Response to
15         Plaintiff's First Set of Requests for
16         Admission, was tendered.)
17          Q.    That is your response to a
18     request for admission.
19              MR. TACOPINA:  And let's go to
20         Number 1.
21          Q.    Paragraphs 2 and 3:
22              "Admitted..."
23              That's what you're saying:
24              "Admitted."
25              "...Defendant Tyrone Blackburn
```

```
                                         Page 37

 1            * TYRONE BLACKBURN, ESQ. *
 2    owns and maintains the Instagram account
 3    with the handle" --
 4              MR. TACOPINA:  Jordan,
 5         please...
 6        Q.    -- "with the handle
 7    @tyroneblackburn in his personal capacity."
 8              You said that.
 9              Is that not the case?
10              Is that false?
11        A.    Well, own?
12              I don't -- I don't think anyone
13    can own the Instagram accounts.  I believe
14    it's owned by Meta.
15              So, I -- like I said:
16              I don't own any Instagram
17    account.
18        Q.    Okay.  Well, those are your
19    words up there, but --
20        A.    Misspoke.
21        Q.    You misspoke?  Okay.
22        A.    Yeah.
23        Q.    You maintain and you possess an
24    Instagram account that's...
25        A.    Possess?
```

Page 38

1              * TYRONE BLACKBURN, ESQ. *
2                  I mean, how could you possess
3     -- I -- I don't have possession of -- of
4     anything.
5          Q.    You don't have possession of
6     anything?
7          A.    Um-hum.
8          Q.    You have an Instagram account.
9                  Let's just cut it right down to
10    basic English:
11                 You have an Instagram account
12    with the handle @tyroneblackburn, as you
13    wrote it there?
14         A.    I don't -- no.
15                 I don't believe so.
16         Q.    You don't believe so?
17         A.    I don't -- no.
18                 That's no --
19         Q.    So, what you wrote there is
20    false?
21         A.    -- no.
22                 That's not -- that's not my
23    handle.
24         Q.    That's not your handle?
25         A.    Um-hum.

```
                                          Page 39
 1              * TYRONE BLACKBURN, ESQ. *
 2       Q.     Okay.  So, what is your handle?
 3       A.     I don't recall.
 4       Q.     However, what you wrote to a
 5    Federal Court is that your handle was
 6    @tyroneblackburn.
 7              That was a false statement;
 8    correct?
 9       A.     I said I -- I -- I may have --
10    I may have made an -- I may have made an --
11    an error.
12              I don't know when that was
13    sent.
14       Q.     Mr. Blackburn, I've just pulled
15    up the handle.
16              There's a lot of pictures of
17    someone who looks awfully a lot like you.
18              Is that you, right there, sir?
19    I'm showing you.
20       A.     I can't -- I can't see.
21       Q.     You can't see that?
22              Here.
23              I'll put it right in front of
24    you (handing.)
25              (Witness reviews document.)
```

Page 40

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         A.    It looks -- it looks like me.
 3         Q.    It looks like you?
 4         A.    Yeah.
 5         Q.    Okay.  And is that account --
 6    I'll just read what it says, right here:
 7              "Tyrone_Blackburn."
 8              Is that your Instagram account?
 9              I didn't say you own it, but is
10    that your Instagram account?
11         A.    I mean, if -- if that's what it
12    says.
13              I mean, up there, it says
14    "Tyrone Blackburn," so...
15         Q.    So, the answer is:  Yes?
16              That is yours?
17         A.    There are a couple of Tyrone
18    Blackburn accounts.
19         Q.    Yeah.
20              The one we're talking about
21    now, the one that I just showed you, is
22    that yours?
23         A.    What you showed me was a photo,
24    you didn't show me an account.
25         Q.    Okay.  Here you go,
```

Page 41

```
1              * TYRONE BLACKBURN, ESQ. *
2     Mr. Blackburn, here's the account.
3              Is that your account?
4              (Witness reviews document.)
5         A.   It looks familiar, but...
6              Again, I don't own any
7     accounts.
8              MR. TACOPINA:  For the record:
9              I'm reading an account that's
10         now up on the screen.
11             It's Tyrone_Blackburn with a
12         picture of Mr. Blackburn as his
13         profile photo.
14             And a series of posts featuring
15         Mr. Blackburn.
16             Oh, one, even, featuring me.
17             THE WITNESS:  It's a good
18         photo.
19             MR. TACOPINA:  Not really, but
20         thank you.
21        Q.   So, the one that's on the
22    screen there, will you at least agree that
23    that's your Instagram account?
24        A.   Again, I don't own any
25    Instagram account.
```

Page 42

1            * TYRONE BLACKBURN, ESQ. *

2       Q.    I didn't ask if you owned it.

3       A.    But -- well, I guess, yeah.

4             It looks like it.

5       Q.    Okay.  Now, you communicate,

6   obviously, with your 4,736 followers

7   through that Instagram account?

8       A.    I -- I don't -- I don't -- I

9   don't really post.  I don't really use

10  social media, so...

11            MR. TACOPINA:  I'm sorry.

12      Q.    Can you say that again?

13      A.    I don't really use social

14  media, so...

15            I'm not -- I'm not actively on

16  social media right now, actually.

17      Q.    Okay.  Well, between January

18  1st, 2023 and, at least, November 2025, you

19  specifically used that Instagram account to

20  post content that you authored and

21  personally created.

22            And, again, that's not me

23  saying it, it's your response to request of

24  admission on Exhibit 4, Number 3, Page 4

25  and 5.

```
                                              Page 43
1              * TYRONE BLACKBURN, ESQ. *
2                  Okay.  This is you in Federal
3      Court, again, in response to request for
4      admission:
5                  "Admitted:  Defendant Tyrone
6      Blackburn posted content to the Instagram
7      account @tyroneblackburn from January 1st,
8      2023 through the present date."
9                  Which at the time was November
10     of 2025.
11                 "Defendant authored, posted and
12     caused to be published the posts he
13     personally created and uploaded to his
14     account."
15                 And the statements you
16     published in that particular account,
17     Instagram account, included public
18     statements regarding Joseph Cartegena.
19                 And, again, that's your words,
20     not mine.
21         A.     Oh.
22         Q.     Page 4, I think Points 5 and 6.
23                 MR. TACOPINA:  I'd just like to
24          read it into the record.
25                 Again, same exhibit:  Number 4.
```

Page 44

1          * TYRONE BLACKBURN, ESQ. *
2      Q.     "Admitted:  Defendant Tyrone
3   Blackburn published statements on his
4   personal Instagram account and in podcast
5   appearances and made public statements
6   regarding Plaintiff Joseph Cartagena.
7   Defendant published such statements or
8   caused them to be published, or Defendant
9   made statements that were published by
10  others (podcast hosts, news outlets,
11  etc.)."
12          Okay.  For instance, on April
13  29th, 2025, you posted that, on your
14  Instagram account, that:
15          "Mr. Cartegena 'ordered a hit
16  job' against Mr. Dixon."
17          Do you recall that?
18     A.     No.
19          Not at all.  Um-hum.
20     Q.     Okay.  You also made public
21  statements about Mr. Cartagena in multiple
22  podcast appearances.
23          On -- on May 2nd, 2025, you
24  appeared on a podcast called the "Star
25  Report" and you said --

```
                                        Page 45
 1             * TYRONE BLACKBURN, ESQ. *
 2                MR. TACOPINA:  And just put
 3          that exhibit up, as we do it.
 4          Q.    And you said:
 5                You, Mr. Blackburn, gave me and
 6     my office:
 7                "...a one-minute clip of Pistol
 8     Pete...threatening, or actually no...trying
 9     to set is up [Mr. Dixon] to be pounded
10     out..."
11                Do you recall saying that in
12     the podcast?
13          A.    No.  Um-hum.
14          Q.    Well, is that true?
15          A.    I don't recall any of that, no.
16          Q.    No.
17                I'm asking you if it's true
18     that you gave a one-minute clip to me, or
19     my office, of Pistol Pete threatening or
20     actually trying to set up Mr. Dixon to be
21     pounded out?
22          A.    I -- I don't remember any
23     e-mails or anything that I sent or gave
24     out.
25          Q.    You don't remember any e-mails
```

```
                                              Page 46
 1              * TYRONE BLACKBURN, ESQ. *
 2      or anything you sent or gave out?
 3           A.     Nah.  Eh-eh.
 4           Q.     And you're being truthful
 5      today, right, Mr. Blackburn?
 6           A.     Yeah.
 7                  I -- I told you:
 8                  I'm on medication.
 9                  So, it's really hard.
10                  MR. TACOPINA:  Okay.  You know
11             what we're going to do?
12                  We're going to take a break
13             right here, because Mr. Blackburn is
14             struggling to recall things, so...
15                  THE VIDEOGRAPHER:  We're going
16             to go off record.
17                  The time is 10:34 A.M.
18                  And this concludes Media Unit
19             Number 1.
20                  (Whereupon, a short recess was
21             taken.)
22                  THE VIDEOGRAPHER:  We are back
23             on record.
24                  The time is 10:47 A.M.
25                  And this is the start of Media
```

```
                                          Page 47

 1              * TYRONE BLACKBURN, ESQ. *
 2          Unit Number 2.
 3                  MR. TACOPINA:  Thank you.
 4        Q.    Mr. Blackburn, when you were
 5     sued, did you advise your malpractice
 6     carrier?
 7                  Did you put them on notice?
 8        A.    I don't remember if I did.
 9        Q.    You don't remember if you did?
10        A.    No.
11        Q.    Okay.  You're scheduled to
12     start a trial on Monday; is that right?
13        A.    I believe -- I believe so.
14        Q.    Yeah.
15                  And where is that trial?
16        A.    I think it's in Brooklyn.
17        Q.    Okay.
18        A.    It's in the district, yeah.
19        Q.    Pardon?
20        A.    I said:
21                  "I think it's in Brooklyn."
22        Q.    Okay.  And are you going to be
23     taking your medications next week, as well,
24     as prescribed?
25        A.    Yeah.
```

Page 48

```
 1              * TYRONE BLACKBURN, ESQ. *
 2        Q.    Do you think you'll be able to
 3    conduct a trial next week?
 4        A.    I'll try my best.
 5              If anything, I'll -- I'll
 6    inform the court if I'm feeling any
 7    effects.
 8        Q.    Okay.  Like, for instance, if
 9    you are feeling the effects on Monday that
10    you do today, would you proceed with the
11    trial?
12        A.    I -- I probably wouldn't.
13              I'll have to let the court
14    know.
15        Q.    Okay.  I'm just going to ask
16    you some questions about this -- your
17    medications here because it's obviously
18    impacting your ability to be -- recall
19    today, I'll just put it that way.
20              (Whereupon, Plaintiff's Exhibit
21         65, PREVIOUSLY MARKED:  2/5/206
22         Letter to Judge Jennifer L. Rochon
23         from Tyrone A. Blackburn, Esq., was
24         tendered.)
25        Q.    In your letter to the court,
```

```
                                      Page 49
 1            * TYRONE BLACKBURN, ESQ. *
 2    our court, Judge Rochon, dated February
 3    5th, 2026, you claim that:
 4            "Doctors expected you to remain
 5    on medication including narcotics for six
 6    to eight weeks."
 7            Is that accurate?
 8        A.    I believe so, yes.
 9        Q.    Okay.  And because you cited
10    the medical conditions, you asked the court
11    for a two-month adjournment over the
12    discovery deadline.
13            Now, despite your February 5th,
14    2026 letter to the court, your treating
15    physician, in fact, only advised you to
16    refrain from work for two weeks.
17            Isn't that right?
18        A.    Because of the procedure, it
19    would be -- it was -- it was physically
20    taxing, yeah.
21        Q.    I understand that.
22            But he advised you to refrain
23    from work, according to your affidavit, by
24    the way, for two weeks, right?
25            MR. TACOPINA:  Exhibit 61.
```

```
                                                Page 50
 1            * TYRONE BLACKBURN, ESQ. *
 2                (Whereupon, Plaintiff's Exhibit
 3            61, PREVIOUSLY MARKED:  March 2, 2026
 4            Defendants' Opposition to Plaintiff's
 5            Motion for Sanctions and Contempt,
 6            was tendered.)
 7            A.    I mean, yes.
 8                  But that doesn't change the
 9       fact that I'm on medication.
10            Q.    Okay.  He certainly didn't tell
11       you to refrain from work for two months,
12       did he?
13            A.    He may have.
14                  I don't know.
15                  But I know that medication,
16       such as what I'm receiving, is very, very
17       difficult.
18            Q.    Okay.  I'm just going to read
19       your affidavit, the relevant portion, into
20       the record.
21                  It's Exhibit 61.
22                  It's a -- a March 2nd --
23                  MR. TACOPINA:  Josh --
24            Q.    Yeah.  March 2nd, 2026
25       affidavit, Page 3, Paragraph 15, Lines 4
```

Page 51

```
1              * TYRONE BLACKBURN, ESQ. *
2      and 5, which read --
3                   MR. TACOPINA:  Can you zoom
4            that, Ellie?
5                   MS. LANZONE:  Yeah.
6          Q.    Okay.
7                   "I was placed under local
8      anesthesia" --
9                   MR. TACOPINA:  And let me back
10           up one second.
11         Q.    Dr. Emer, is that the doctor
12     who prescribed these medications?
13         A.    Yeah.
14         Q.    Okay.  We'll get into him in a
15     minute.
16                  "Dr. Emer's letter confirms
17     that I underwent medical procedures on
18     January 23rd, 2026 and February 3rd, 2026
19     under his care, that during those
20     procedures, I was placed under local
21     anesthesia and received multiple prescribed
22     medications including antibiotics, narcotic
23     pain relievers, antiemetics, and that he
24     advised me to refrain from work for two
25     weeks following the procedures for recovery
```

Page 52

```
 1              * TYRONE BLACKBURN, ESQ. *
 2      and pain management" -- pain -- "pain
 3      management purposes."
 4              Okay.  That's your -- your
 5      affidavit; correct?
 6         A.    Yeah.
 7         Q.    Okay.  In your February 5th,
 8      2025 letter to the court seeking a
 9      two-month adjournment of the discovery
10      deadline, why did you tell Judge Rochon
11      that doctors expected you to be on
12      medication for six to eight weeks and not
13      mention that the doctor had actually said
14      you have to refrain from work for two
15      weeks?
16         A.    So, one is, I believe,
17      exclusive of the other.
18              The fact that I'm on medication
19      for six to eight weeks does not mean that I
20      have to refrain from work for six to eight
21      weeks.
22              I just mentioned that these
23      medications tend to have a detrimental
24      impact on -- on the person.
25              So to be safe, I -- I asked for
```

```
                                            Page 53
 1              * TYRONE BLACKBURN, ESQ. *
 2      an adjournment for six to eight weeks.
 3              Q.    Okay.
 4              A.    Yeah.
 5              Q.    And despite that and despite
 6      your medical condition, you were able to
 7      sit for Mr. Dixon's deposition on
 8      February 24th, 2026; correct?
 9              A.    I believe I did.
10                    I don't remember.
11                    I can't -- I can't remember
12      what happened last week.
13              Q.    You can't remember what
14      happened next week?
15              A.    No.
16              Q.    Okay.  So, obviously, whatever
17      medical procedure or medications you cited
18      in your February 5th, 2026 letter, that
19      didn't prevent you from representing
20      Mr. Dixon at his deposition, right?
21              A.    I mean, if I -- if I did, I
22      guess.
23              Q.    I just want to make sure I have
24      got your answer.
25                    It's:  If you did, I guess?
```

Page 54

1               * TYRONE BLACKBURN, ESQ. *

2          A.    I can't remember.

3               I can't -- again, I told you,

4     the medication -- my head is messed up.  I

5     can't remember.

6          Q.    Okay.  As a matter of fact, in

7     court -- and we have the transcript of that

8     court hearing -- on February 10th, Judge

9     Rochon agreed that you're claiming you

10    would be on medication for six to eight

11    weeks and couldn't sit for a deposition

12    appear to be not accurate.

13               You remember her saying that?

14         A.    I don't -- I don't remember

15    that, no.

16               (Whereupon, Plaintiff's Exhibit

17          64, PREVIOUSLY MARKED:  Remote

18          Conference 2/10/26 Transcript, was

19          tendered.)

20         Q.    Okay.  That's the transcript of

21    the court proceeding from February 10,

22    2026, Exhibit 64, Page 14, Lines 10 to 13:

23               "Two, the second thing" -- this

24    is the judge -- "I just want to point out

25    that in the letter, Mr. Blackburn said that

Page 55

1                * TYRONE BLACKBURN, ESQ. *

2      he was on medication for six to eight weeks

3      and he can't sit.  So, if that's

4      accurate..."

5                    MR. TACOPINA:  Oh, that was me

6          saying that.

7                    I'm sorry.

8                    The court then chimes in:

9                    "Well, it appears not to be."

10         Q.    Do you recall that or no?

11         A.    No.  Eh-eh.

12         Q.    No?

13                   Well, I was going to ask you:

14                   You, in fact, sat for a

15     deposition on February 24th and were very

16     vocal during it.

17                   But you don't recall that right

18     now, right?

19         A.    Eh-eh.

20         Q.    No?

21                   MR. TACOPINA:  Did you get that

22         answer, "eh-eh"?

23                   THE COURT REPORTER:  "Eh-eh."

24         Q.    Okay.  Do you remember being

25     asked by Mr. Seigel at that deposition, on

```
                                          Page 56
 1              * TYRONE BLACKBURN, ESQ. *
 2      February 24th of this year, if you were
 3      under medication at the time.
 4              You prepared a response to a
 5      request for an admission, you stated:
 6              "The same medication that
 7      you're on for transition," right?
 8              Do you remember saying that to
 9      Mr. Seigel?
10         A.    No.
11         Q.    No?
12              Do you remember asking
13      Mr. Seigel what was the date of this
14      transition surgery?
15         A.    He's -- he's having a
16      transition?
17              I thought he transitioned
18      already.
19              No.  I don't remember, no.
20         Q.    You don't remember that?
21         A.    Eh-eh.
22         Q.    Okay.  So, Exhibit 3,
23      Deposition Page 357 of Line 9 to 10:
24              "What is the date of your
25      transition surgery?"
```

```
                                              Page 57
 1              * TYRONE BLACKBURN, ESQ. *
 2              Okay.  Along those lines,
 3      during Mr. Dixon's deposition, you also
 4      told Mr. Seigel:
 5              "Don't ever disrespect me.  I'm
 6      not your husband."
 7              Do you recall saying that?
 8         A.   No.  No.
 9              I don't recall saying that.
10      No.
11         Q.   Okay.  That's Exhibit 3,
12      2/24/26 deposition, Page 601, 17 to 21.
13              I'm not going to read it.
14              Were those comments about
15      Mr. Seigel's husband and transition surgery
16      intended to be homophobics -- insults?
17         A.   What?  No.
18              I -- I don't recall saying it.
19              But no.  Why would I make any
20      homophobic insults?
21              I mean, if he's homophobic --
22      you know, if he's gay, he's gay.  He's not
23      -- I don't see anything wrong with that.
24         Q.   Okay.  Did Mr. Seigel tell you
25      he was gay?
```

Page 58

1              * TYRONE BLACKBURN, ESQ. *
2       A.     No.
3              I'm just -- I'm responding to
4    what you just said.
5              I said:
6              "I would never make a
7    homophobic insult.  I mean, if he's gay,
8    he's gay."
9              That's what I said.  I have no
10   issue with that.
11      Q.     So, what did you mean by those
12   comments:
13             "Don't ever disrespect me, I'm
14   not your husband, or did" --
15      A.     I --
16      Q.     -- "you transition"?
17      A.     -- again, I -- I don't recall
18   saying that.
19      Q.     You don't recall saying that?
20      A.     No.
21      Q.     Even with that deposition
22   testimony right in front of you, you don't
23   recall?
24      A.     Yeah, no.
25      Q.     No?

```
                                              Page 59
 1              * TYRONE BLACKBURN, ESQ. *
 2                   Speaking of surgery and
 3       transitioning and all of these other
 4       things, in your February 5th, 2026 letter
 5       to the court, you claimed to undergo a
 6       medical procedure on February 3rd, 2026
 7       that required you to be on medications.
 8                   And during our virtual court
 9       appearance, on February 10, 2026, you
10       maintained that you were, indeed, on
11       narcotics, and would even send the pills to
12       the court if it wanted to.
13                   Do you remember saying that?
14          A.    I don't recall saying that, no.
15          Q.    Okay.  Exhibit 64, 2/10/26
16       court appearance, Page 14, Lines 16 to 20,
17       Mr. Blackburn to the Court:
18                   "The 27th, there's another
19       deposition that's already preplanned in
20       another matter," you said.
21                   "But I am on medication for --
22       I can give you everything.  I mean, I'm on
23       narcotics.  If you think I'm joking, you'll
24       see.  I'll send all the pills now, if you
25       want."
```

Page 60

```
 1              * TYRONE BLACKBURN, ESQ. *
 2                 The Court said:
 3                 "Okay.  Thank you."
 4                 Did you ever send those pills
 5      to the court, or the list of narcotics?
 6          A.    I don't remember if I did.
 7          Q.    Okay.  I don't think you're
 8      going to know the answer to this, but are
 9      you taking any medication today that was
10      different than the medication that you took
11      on February 10th, 2026?
12          A.    I don't -- I don't think so,
13      no.
14          Q.    Okay.  And at our virtual
15      appearance for Judge Rochon, on
16      January 20th, during which those deposition
17      dates were selected, you didn't say, at
18      that point, that you were unable to attend
19      them because of a medical procedure
20      scheduled on February 3rd.
21                 Did you forget it at that time?
22          A.    I don't remember what I said on
23      January 20th.
24                 (Whereupon, Plaintiff's Exhibit
25          68, PREVIOUSLY MARKED:  Transcript of
```

```
                                      Page 61

1              * TYRONE BLACKBURN, ESQ. *

2         January 20, 2026 Telephone

3         Conference, was tendered.)

4      Q.    Okay.  Well, Exhibit 68,

5    1/20/26 transcript, Page 4, Line 18 to Page

6    5, Line 17:

7              "THE COURT:  So the next

8         thing" --

9              MR. TACOPINA:  I need that

10        zoomed in just a little bit more,

11        please.

12             "THE COURT:  So the next thing

13        I have here is depositions of the

14        parties, I believe the parties in

15        this case.  Now," in "fact discovery

16        is scheduled to close on

17        January 30th.

18             "I specifically tried to

19        coordinate discovery of documents so

20        that we" could "be able to have all

21        of those produced in time to have

22        discovery completed by January 30th.

23        I understand there's an issue with

24        that, and we're going to talk about"

25        that "when the defendants can be
```

Page 62

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         available for their depositions.  I
 3         will say that I'm disappointed we
 4         can't get it done by January 30th.
 5              "But on the other hand, the
 6         deposition notices were sent rather
 7         late.  Discovery's been ongoing for
 8         months, and yet, we waited until
 9         January to send deposition notices
10         for depositions we'd like to take
11         place within the next four weeks.
12         There really isn't a reason to have
13         waited that long.
14              "...so it looks like defendants
15         are available for depositions,
16         Mr. Blackburn, you say February 6th
17         and February 9th.  What about the
18         week of February 2nd?  I know you're
19         recovering the week of January 26th,
20         but what about the week of February
21         7th, Mr. Blackburn?"
22              You reply to the Court:
23              "MR. BLACKBURN:  If you want,
24         Your Honor, I can send you in-camera
25         in private, for your eyes only, the
```

Page 63

```
 1            * TYRONE BLACKBURN, ESQ. *
 2        schedule provided by my medical
 3        provider."
 4            "THE COURT:  I don't need
 5        that."
 6            And then, you go on to say:
 7            "MR. BLACKBURN:  I'll be out
 8        for literally 10 to 14 days dealing
 9        with recovery, yes.  I'm scheduled to
10        return to New York on the 3rd.  I'll
11        tell you right now the 3rd of
12        February" --
13            And then, the Court says:
14            "THE COURT:  So you're
15        available on the 4th then?  The 4th?
16        The 5th?"
17            Mr. Blackburn, you say:
18            "MR. BLACKBURN:  Hopefully,
19        I'll be up and awake.  That's the
20        plan."
21            Okay.  And so, the Court then
22        says:
23            "THE COURT:  Okay.  Great."
24    Q.    Now, nowhere in there did you
25  mention you were having a procedure on
```

```
                                            Page 64
 1               *  TYRONE  BLACKBURN,  ESQ.  *
 2      February 3rd, did you?
 3                 That -- at least what I read,
 4      right?
 5          A.    I -- I -- I didn't know that I
 6      was having a procedure on the 3rd.
 7          Q.    So, on January 20th, you didn't
 8      have a scheduled procedure yet at that
 9      point on -- for the 3rd of February?
10          A.    I can't remember back that far.
11      I don't have any of my files with me.  I
12      don't know.
13          Q.    See, instead of on January 20th
14      court appearances, what I just read,
15      instead of mentioning to the Court that you
16      had a medical procedure scheduled on
17      February 3rd, you told the Court that you
18      were scheduled to return to New York on
19      February 3rd.
20                 So, is it safe to assume that
21      your scheduled third medical procedure
22      after the January 20th court appearance and
23      after the Court ordered you and your client
24      to appear for depositions on the 6th and
25      the 9th, you came up after the January 20th
```

Page 65

```
 1              * TYRONE BLACKBURN, ESQ. *
 2     court appearance?
 3         A.    Is -- I -- I don't understand
 4     the question.
 5         Q.    Okay.  Your affidavit to the
 6     Court, on March 2nd, 2026, attaches a
 7     letter from your physician who treated you
 8     during your February 3rd medical procedure:
 9     Dr. Jason Emer.
10              MR. TACOPINA:  And let's put
11        that up.
12              That's Exhibit 61.
13              The Blackburn affidavit, Page
14        1, Paragraph 3, first sentence.
15         Q.    "Attached..."
16              This is, again, your affidavit:
17              "Attached hereto, as Exhibit 1,
18     is a true and correct copy of a letter,
19     dated February 27, 2026, from Dr. Jason
20     Emer, a Board-Certified Dermatologist,
21     located..."
22              And you give his address.
23              And then, he wants -- he --
24     that -- he confirmed that you underwent
25     medical procedures on January 23rd and
```

Page 66

```
 1              * TYRONE BLACKBURN, ESQ. *
 2      February 3rd under his care.
 3                  First of all:
 4                  Did you have to fly to
 5      California for that medical procedure?
 6          A.    I think I did.  I believe so.
 7          Q.    You think you did?
 8                  You're not sure?
 9          A.    I mean --
10                  THE COURT REPORTER:  I can't
11           hear you, sir.
12          A.    Yeah.
13                  My brain is a little foggy
14      because of the medication.
15                  But I think -- I think I did,
16      yeah.
17          Q.    Now, even though you stated in
18      your affidavit to Judge Rochon that
19      Dr. Emer is a Board-Certified
20      Dermatologist, as described on his website,
21      he's actually a cosmetic dermatologist;
22      right?
23          A.    I -- I don't know what he does.
24      I don't know.
25          Q.    No?  Okay.
```

```
                                              Page 67

 1              * TYRONE BLACKBURN, ESQ. *

 2                  MR. TACOPINA:  Let's put up his

 3           website.

 4        Q.      "Dr. Jason Emer" the "World's

 5     Best Cosmetic Dermatologist and Surgeon."

 6                  And then, it goes on to list a

 7     lot of the procedures he does:

 8                  "Face:

 9                  MR. TACOPINA:  Next...

10        Q.      "Laser;

11                  MR. TACOPINA:  For the "face."

12        Q.      "Body;

13                  "Skin."

14                  Okay.  And that's it.

15                  He does body sculpting.

16                  So -- oh, also:

17                  "Male liposuction treatments."

18                  Get a gladiator body.

19                  So, what medical procedure did

20     you undergo with Dr. Emer?

21        A.      Yeah.

22                  I don't -- I don't remember.

23        Q.      You don't remember what medical

24     procedure you --

25        A.      No.
```

Page 68

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         Q.    I mean, did you take an organ
 3    out or something or was it cosmetic?
 4         A.    I don't know.
 5               I -- I don't -- I don't recall
 6    right now.
 7               I just -- again, my brain is
 8    really foggy, so I don't remember what
 9    happened.
10         Q.    Okay.  So, you don't recall the
11    type of procedure you had that's going to
12    keep you out for two weeks and under
13    narcotics for eight weeks?
14               You have no idea what that
15    procedure was, as you sit here today?
16         A.    No.
17               I don't remember, no.
18         Q.    It was only a month ago.
19         A.    Yeah.
20               I wish I had.
21               I just don't -- I don't recall
22    it.
23         Q.    Okay.  Well, maybe I can help
24    you.
25               Let's go to the body stuff.
```

```
 1              * TYRONE BLACKBURN, ESQ. *
 2                  Let's just go through each one,
 3        maybe that will refresh your recollection.
 4        I don't know.
 5                  MR. TACOPINA:  Go to "body,"
 6           please.
 7                  Scroll up, please.
 8                  Come on.
 9                  Up.  Up.  Up.
10                  Right there.
11                  Put it down.
12                  MS. LANZONE:  It doesn't...
13                  MR. TACOPINA:  Okay.  Go to the
14           menu.  Drop down.
15                  MS. LANZONE:  Do you want me to
16           go...
17                  (Counsel confer sotto voce.)
18        Q.    Okay.  So, this is "services."
19              For example, was it:
20              "HD liposuction"?
21              Was it that?
22        A.    I don't even know what that is.
23        Q.    Okay.  Was it is a fat
24        transfer?
25        A.    No.
```

```
                                              Page 70
 1            * TYRONE BLACKBURN, ESQ. *
 2            I don't -- I don't -- I
 3   don't -- I wouldn't need a fat transfer --
 4            THE COURT REPORTER:  I can't
 5        hear you, sir.
 6       A.    I wouldn't need a fat transfer,
 7   no.
 8       Q.    Okay.  I'm assuming it wasn't a
 9   breast augmentation or anything like that;
10   correct?
11       A.    No.
12       Q.    A "Brazilian butt lift"?
13       A.    Nah.  Uh-uh.  No.
14       Q.    "Enhanced cellulite"?
15            You don't look like you have a
16   problem with that; right?
17            It wasn't that?
18       A.    I don't -- I don't know what
19   that is.
20       Q.    Okay.  Oh, it's "reduction."
21            "Enhanced cellulite reduction."
22            But that's certainly what you
23   did; right?
24       A.    I don't know.
25            I don't know what that is.  No.
```

Page 71

```
1              * TYRONE BLACKBURN, ESQ. *
2         Q.    Let's go to "face."
3               I don't know.
4               MR. TACOPINA:  Go back to
5          "body."
6               Maybe there's some more.
7          Maybe.  What was there?
8               What was that?
9               (Counsel confer sotto voce.)
10              MR. TACOPINA:  Okay.  Go to
11         "face."
12        Q.    Did you get, like, "wrinkle
13    treatments"?
14              Do you recall?
15        A.    No.  No.
16              I don't -- I don't -- I don't
17    know what wrinkle treatments are.
18        Q.    Okay.  How about a face or a
19    neck lift?
20              Did you do that?
21              I'm just reading off this
22    website, Mr. Blackburn.  I'm not trying to
23    insult you.
24        A.    I don't -- I don't know what --
25    I don't know what that is.
```

```
                                              Page 72
 1              * TYRONE BLACKBURN, ESQ. *
 2        Q.     "Facelift and neck lift;" okay.
 3               How about a "brow lift"?
 4        A.     Eh-eh.  I don't know what that
 5   is, either.
 6        Q.     Well, whether you know what it
 7   is or not, does that refresh your
 8   recollection?
 9               Is that maybe one of the
10   procedures you had or not?
11        A.     No.
12               I don't recall --
13        Q.     Definitely not?
14        A.     No.
15        Q.     Okay.  "Eyelid enhancement"?
16        A.     No.
17               I don't remember, no.
18        Q.     And "chin and cheek"?
19        A.     I don't know what that is, no.
20        Q.     That's all we have on the face.
21               Well, the other stuff seems to
22   be, like, "laser treatments" and "skin
23   treatments."
24               Those wouldn't be procedures
25   that would knock you out for two weeks and
```

Page 73

1                  * TYRONE BLACKBURN, ESQ. *
2       would cause you to be on medication two
3       months.
4                  So, between the "face" and the
5       "body," all those surgical procedures, you
6       don't recall which one you had?
7            A.    I don't know.  No.
8                  I don't think that that's --
9       that might not be the full -- the full
10      services that he provides.  I don't know.
11           Q.    Well, just based on his
12      website, it seems to be inclusive, but
13      let's see:
14                 What else does he provide?
15                 MR. TACOPINA:  Oops.
16           Q.    How about -- I don't know what
17      any of these things are.
18                 I'll read them.
19                 I don't know if you do, either,
20      Mr. Blackburn:
21                 "Venous Legacy"?
22           A.    Again, I don't know what that
23      is.  I can't...
24           Q.    "Venous Versa"?
25           A.    Never heard of that.

Page 74

```
 1              * TYRONE BLACKBURN, ESQ. *
 2        Q.    "ThermiSmooth"?
 3        A.    Uh-uh.
 4        Q.    "ThermiRF"?
 5        A.    I don't know what any -- what
 6   any of those things are.
 7        Q.    Any of them?
 8              So, I'm not -- I don't have to
 9   read them all.
10              You don't know what any of
11   those are; right?
12        A.    I can't answer -- I can't see
13   it.
14        Q.    Okay.  So, I'll read it.
15              "ThermiBreast"?
16        A.    I don't know what that is.
17        Q.    "Thermage"?
18        A.    I don't know what that is.
19        Q.    Okay.
20              MR. TACOPINA:  Zoom in, please.
21        Q.    "Exilis Ultra"?
22        A.    I don't know what that is.
23        Q.    Okay.  How about:
24              "Helium Plasma"?
25              Is that it?
```

Page 75

1              * TYRONE BLACKBURN, ESQ. *

2        A.     I don't know what that is, no.

3        Q.     You don't know what that is?

4               And well, these seem to be all

5    sort of dermatological -- dermal- --

6    dermatology treatments that are done to, I

7    guess, enhance skin or appearance.

8               But regardless, you don't know

9    what procedure you had from this doctor?

10       A.     I don't remember, no.

11       Q.     Okay?

12       A.     Eh-eh.

13              MR. TACOPINA:  I think at this

14          point, we need to call the Court

15          because I don't think we should

16          proceed any longer.

17              Mr. Blackburn completely just

18          stated multiple times on the record

19          that he just doesn't have a

20          recollection today.

21              His brain is -- as he used the

22          words -- "messed up today" and "foggy

23          because of the narcotics."

24              So, I think we have to get the

25          Court involved and maybe reset this.

```
                                          Page 76
 1              * TYRONE BLACKBURN, ESQ. *
 2              So, can we, please, reach out
 3       to the Court?
 4              THE VIDEOGRAPHER:  We're going
 5       to go off record.
 6              The time is 11:07 A.M.
 7              And this concludes Media Unit
 8       Number 2.
 9              (Whereupon, a short recess was
10       taken.)
11              LAW CLERK:  Hello, Dexter Hill.
12              MR. TACOPINA:  Hi.
13              We need Judge Rochon's
14       chambers.
15              We're in a deposition and we
16       need the Court's intervention.
17              Hello?
18              (Whereupon, a short recess was
19       taken.)
20              LAW CLERK:  Thank you for
21       holding.
22              How can I help you?
23              MR. TACOPINA:  Hi.
24              We need Judge Rochon in a
25       matter.  We're in a deposition in a
```

```
                                      Page 77
 1            * TYRONE BLACKBURN, ESQ. *
 2         case.  I can give you the case
 3         number, if need be.
 4              LAW CLERK:  Okay.  Did you call
 5         previously?
 6              MR. TACOPINA:  We -- we tried,
 7         yeah.
 8              We were -- we've been on hold
 9         for just a little bit.
10              LAW CLERK:  Okay.  I just need
11         to confirm it's the same person that
12         I spoke to before.
13              MR. SEIGEL:  It was me.
14              MR. TACOPINA:  It was my
15         partner, Chad Seigel.  Yes.
16              LAW CLERK:  Okay.  That's fine.
17              Can I have the case number?
18              MR. TACOPINA:  Sure.
19              25-cv-03552.
20              LAW CLERK:  552.
21              And it's re- -- in regard to a
22         deposition and it's an emergency;
23         right?
24              MR. TACOPINA:  Yes, it is.
25              We can't proceed at this point.
```

```
                                        Page 78
 1            * TYRONE BLACKBURN, ESQ. *
 2            LAW CLERK:  Okay.  Let me --
 3       okay.  Let me contact chambers and
 4       see if they can take the call right
 5       now; okay?
 6            MR. TACOPINA:  We're going to
 7       hold on.
 8            Thank you very much.
 9            (Whereupon, a short recess was
10       taken.)
11            LAW CLERK:  Hello?
12            MR. TACOPINA:  Hey.  Hi.
13            LAW CLERK:  Hi.  So, I -- they
14       said they need a number that they can
15       reach out to you.
16            MR. TACOPINA:  Okay.  (203),
17       right?  Or is it different?
18            MS. LANZONE:  This number.
19            MR. TACOPINA:  (203) 451-5090.
20            LAW CLERK:  5090?
21            I'm just going to inform them,
22       and give me one second; okay?
23            MR. TACOPINA:  All right.
24       Thank you.
25            (Whereupon, a short recess was
```

```
                                        Page 79

 1              * TYRONE BLACKBURN, ESQ. *
 2         taken.)
 3              LAW CLERK:  Okay.
 4              MR. TURETSKY:  Wait.
 5              Are you off?
 6              MR. TACOPINA:  I'm not off.
 7              MR. TURETSKY:  Okay.  Because
 8         this may not be the right number,
 9         right?
10              MR. TACOPINA:  I didn't give
11         him that number.
12              MR. TURETSKY:  Oh, you gave him
13         yours.
14              MR. TACOPINA:  We're here.
15         We're good.
16              Please take this pen away.
17              (Whereupon, a short recess was
18         taken.)
19              LAW CLERK:  Hello?
20              MR. TACOPINA:  Yes.  Sorry.
21              LAW CLERK:  Hi.
22              No worries.
23              So, I reached out to chambers,
24         the law clerk that's handling your
25         case, and they said they're going to
```

```
                                           Page 80

1              * TYRONE BLACKBURN, ESQ. *
2         reach out to the judge first.
3              And then, once they reach out
4         to the judge, they are going to reach
5         out -- reach back out to you, via the
6         phone number you gave me.
7              MR. TACOPINA:  Okay.  Great.
8              Yeah.  We're on pause right now
9         until that happens, so we'll just sit
10        here.
11             But thank -- thank you very
12        much.
13             LAW CLERK:  Yeah.
14             They -- they said that -- they
15        said that they're doing it right now.
16             So, it should be as soon as
17        possible.
18             MR. TACOPINA:  Oh, awesome.
19             Okay.  Thank you.
20             LAW CLERK:  Yep.
21             No problem.
22             Have a good day.
23             MR. TACOPINA:  Thanks.  Thanks.
24             You, too, man.
25             (Whereupon, a short recess was
```

```
                                            Page 81
 1           * TYRONE BLACKBURN, ESQ. *
 2      taken.)
 3           MR. TACOPINA:  Hello?
 4           JUDGE ROCHON:  Hello.
 5           This is Judge Rochon.
 6           MR. TACOPINA:  Hi, Your Honor.
 7           How are you.
 8           JUDGE ROCHON:  I'm great.  How
 9      are you?
10           MR. TACOPINA:  So -- great.
11           This is Joe Tacopina, Your
12      Honor.
13           Your Honor, could we put this
14      on the record?
15           JUDGE ROCHON:  Yes, please.
16           MR. TACOPINA:  Okay.  So, Your
17      Honor --
18           THE VIDEOGRAPHER:  Standby.
19           We'll go on the record.
20           MR. TACOPINA:  Oh, sorry,
21      sorry.
22           The videographer has to get
23      involved.
24           JUDGE ROCHON:  Yeah.
25           And you have to tell me who is
```

1              * TYRONE BLACKBURN, ESQ. *
2         present today.
3              MR. TACOPINA:  Ah, yes.
4              One second.
5              THE VIDEOGRAPHER:  We are back
6         on record.
7              The time is 11:26 A.M.
8              And this is the start of Media
9         Unit Number 3.
10             MR. TACOPINA:  I can proceed?
11             Okay.  Your Honor, so Mr.
12        Blackburn is present, myself, Mr.
13        Seigel, from our office also,
14        Eleonora Lanzone, Matt DeOreo.
15             Reed Smith is represented here
16        by Ian Turetsky.
17             MR. TURETSKY:  Turetsky.
18             MR. TACOPINA:  And Rob Carnes,
19        yes.
20             So -- and then, of course, we
21        have the videographer and the court
22        reporter, Your Honor.
23             JUDGE ROCHON:  Okay.
24             MR. TACOPINA:  Okay.  So,
25        we're -- we have run into a -- a

Page 83

1          * TYRONE BLACKBURN, ESQ. *

2          problem.  And it's not really even a

3          problem regarding the ruling.

4               I'll -- I'll speak first, and

5          then, of course, Mr. Blackburn can

6          respond, if he wants.

7               Mr. Blackburn is having trouble

8          today recalling anything.  He

9          mentioned -- he said on the record

10         that -- well, actually, to that first

11         question regarding if he is able to

12         testify truthfully and completely

13         today, he said he didn't know if he

14         was able to do that because of the

15         narcotics he took for his

16         post-surgery recovery.

17              He said he took eight.

18              He can't remember substantive

19         issues in this case at all because he

20         claims the medication has made his

21         brain foggy today.

22              And in doing so, he doesn't

23         remember if he advised Dixon

24         regarding this dispute.

25              He doesn't even remember if he

Page 84

```
 1            * TYRONE BLACKBURN, ESQ. *
 2        absolutely represented Dixon or not.
 3            He doesn't remember writing to
 4        Judge Semper in the District of New
 5        Jersey, just in December, saying that
 6        he was medically unfit to represent
 7        his clients.
 8            He doesn't remember that letter
 9        at all.
10            He doesn't remember what
11        medical procedure he had just a month
12        ago, in February, that's causing all
13        of this.
14            He doesn't remember being at
15        Mr. Dixon's deposition last week on
16        whatever it was, February 24th of
17        '26.
18            He doesn't remember multiple
19        statements he made at that
20        deposition.
21            He's not sure, as I said, if he
22        still represents Mr. Dixon in this
23        lawsuit.  You know, he appeared
24        before Your Honor this Wednesday,
25        however, but in any event...
```

```
                                        Page 85
 1              * TYRONE BLACKBURN, ESQ. *
 2                   We're just now faced with a
 3              problem, Your Honor, where going
 4              forward here anymore is -- actually,
 5              it's been a waste of an hour plus
 6              because Mr. -- Mr. Blackburn is not
 7              able to answer any questions because
 8              he doesn't have a recall because he's
 9              stating that the narcotics have made
10              his brain foggy today, fuzzy, and he
11              just can't remember anything,
12              including whether, you know, he
13              authored a letter, whether the
14              affidavit that I read into the record
15              of his is accurate or not accurate,
16              so it would just really be futile to
17              go forward.
18                   And, you know, we're faced with
19              a problem, Your Honor, that -- that,
20              you know, my concern is at trial or
21              later, you know, when this deposition
22              is over and -- and useless, he'll
23              claim that he now recalls everything,
24              and he'll be able to answer, without
25              us having the appropriate discovery
```

```
                                          Page 86
 1          * TYRONE BLACKBURN, ESQ. *
 2      process.
 3           So, I just don't think we could
 4      go forward today anymore, and I would
 5      actually like this deposition to be
 6      reset.
 7           And then, of course, Your
 8      Honor, you could get involved with
 9      that.
10           But it just needs to be
11      postponed until he is able to testify
12      without medical issues preventing him
13      from answering because he's literally
14      not able to answer any question with
15      certainty at all.
16           JUDGE ROCHON:  Okay.
17           MR. TACOPINA:  I -- I think,
18      also, Your Honor, we will want the
19      deposition in the court before Your
20      Honor or at least before a magistrate
21      judge, to avoid having to reach out
22      to you every five minutes.
23           So, that's our -- that's our
24      ask here, Your Honor.
25           And Mr. --
```

```
                                        Page 87
 1            * TYRONE BLACKBURN, ESQ. *
 2            JUDGE ROCHON:  I'm sorry.
 3       Mr. Tacopina, what's the last thing
 4       you requested?
 5            MR. TACOPINA:  Yes.
 6            JUDGE ROCHON:  You requested to
 7       have a deposition in front of a
 8       magistrate --
 9            MR. TACOPINA:  Yeah.
10            JUDGE ROCHON:  -- judge?
11            MR. TACOPINA:  Before a
12       magistrate judge, yes.
13            I mean, of course, before Your
14       Honor, if you wanted, but I'm sure
15       you have better things to do.
16            I just think we -- we need to
17       do it in the courthouse, the next
18       deposition, because I think we'll --
19       we'll have needs, they'll be reaching
20       out quickly, so...
21            JUDGE ROCHON:  I've never --
22       I've never heard of that.
23            Do you have authority for
24       having a deposition take place before
25       a judge?
```

Page 88

1                * TYRONE BLACKBURN, ESQ. *
2                MR. TACOPINA:  Well, honestly,
3           Your Honor, I -- I -- I hear you.
4           I've never heard of what I'm hearing
5           today.
6                There's -- the witness has
7           absolutely no recall whatsoever and
8           no one's ever answered the first
9           question, which is the throwaway
10          question:
11               "Are you able to testify
12          truthfully?
13               And --
14               JUDGE ROCHON:  Okay.
15               MR. TACOPINA:  -- and the
16          answer was:
17               "I don't know."
18               JUDGE ROCHON:  Okay.  So,
19          yeah --
20               MR. TACOPINA:  We'll -- we'll
21          -- we'll look into that.
22               But at least in the courthouse,
23          Your Honor, where we have access to
24          the court, it maybe a little bit
25          quicker.

Page 89

```
 1            * TYRONE BLACKBURN, ESQ. *
 2            JUDGE ROCHON:  Right.
 3            So, you're asking to reschedule
 4       the deposition and -- at a later
 5       date, and then, we'll deal with
 6       whatever else you're just asking for
 7       a forum.
 8            So, let me hear from
 9       Mr. Blackburn.
10            MR. TACOPINA:  Yes, Your Honor.
11            Hold on one second.
12            It's my phone that we're
13       talking on, so I'm going to slide it
14       over to Mr. Blackburn.
15            Here you go.
16            JUDGE ROCHON:  Okay.  Thank
17       you.
18            MR. TACOPINA:  Okay.  Your
19       Honor.
20            MR. BLACKBURN:  Okay.  So, Your
21       Honor, I'm trying to answer the
22       questions to the best of my ability.
23            And it's not true that I don't
24       remember ever- -- anything.  He's
25       asking me questions, in the manner in
```

Page 90

1          * TYRONE BLACKBURN, ESQ. *
2     which he's asking -- asking me
3     questions, the questions are
4     compounded.
5          So, I'm giving him the answers,
6     based on what he's asking.
7          I'm doing my best to recall
8     whatever it is that he's asking.
9          And, you know, he's asking me
10    questions about names of medical
11    procedure, which I don't even think
12    is relevant to this cause of action,
13    but he's asking me concerning --
14    concerned about that.
15         And matters in other courts
16    that is not before this court.  So,
17    I -- I'm -- I don't -- I don't even
18    understand a lot of what he's asking
19    me, in the manner in which he's
20    asking it, so...
21         And that's been the ba- --
22         JUDGE ROCHON:  But --
23         MR. BLACKBURN:  -- that's been,
24    like, the basis of my -- of my -- of
25    my -- of my responses.

Page 91

```
 1              * TYRONE BLACKBURN, ESQ. *
 2              And I am on medication now,
 3         like I've said to the court before, I
 4         am on medication.  I have been on
 5         medication.  I took my medication
 6         this morning.
 7              And -- and -- and -- and that's
 8         pretty much it.
 9              JUDGE ROCHON:  So, you -- do
10         you rem- -- it -- were you asked if
11         you remember if you represent
12         Mr. Dixon and you said you do not
13         remember; is that correct?
14              THE WITNESS:  No.
15              I said -- I said -- I believe
16         that I said to that:
17              That I believe -- that -- no.
18              I said -- I think I -- my
19         answer was that I have a lot of
20         clients or something to that effect
21         and that -- and that I -- I'm not
22         even sure what I said, honestly.
23              MR. TACOPINA:  Well, I have the
24         transcript.
25              I'm sorry, Mr. Blackburn.
```

Page 92

```
 1            * TYRONE BLACKBURN, ESQ. *
 2            I didn't mean to cut Mr.
 3      Blackburn off.
 4            I have the transcript, though.
 5            JUDGE ROCHON:  I'm just -- just
 6      -- Mr. Tacopina, one moment.
 7            MR. TACOPINA:  Yes.
 8            JUDGE ROCHON:  Do you represent
 9      Mr. Dixon, Mr. Blackburn?
10            THE WITNESS:  Yes, of course.
11      Yeah.
12            JUDGE ROCHON:  Okay.  All
13      right.
14            And are you unable to answer
15      these questions today because you are
16      taking narcotics?
17            Is that what you're saying?
18            THE WITNESS:  No.
19            I said that I have taken
20      narcotics today and that I do think
21      that it's kind of int- -- interfering
22      a little bit with -- with -- with my
23      ability to remember.
24            You know, like the letter from
25      my provider said I was on local
```

```
                                                    Page 93
  1              * TYRONE BLACKBURN, ESQ. *
  2         anesthesia, as well as multiple
  3         different types of narcotics, which
  4         I'm still on because I haven't fully
  5         healed from my procedure.
  6              So I -- you know, how -- how it
  7         effects me, or how it impacts me?
  8         I'm not a doctor, I can't tell you.
  9              JUDGE ROCHON:  Okay.  Thank
 10         you.
 11              Mr. Tacopina, do you want to
 12         read me a couple of --
 13              MR. TACOPINA:  Yes.
 14              JUDGE ROCHON:  -- the
 15         transcript entries, please?
 16              MR. TACOPINA:  Yes, Your Honor.
 17              I'm going to read -- on that
 18         specific point, regarding
 19         representation of Mr. Dixon, from
 20         today's transcript.
 21              Question by me:
 22              "You're qualifying it.  Let me
 23         ask you this, this was a basic
 24         question:
 25              "What -- do you represent Mr.
```

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         Dixon as a plaintiff in this lawsuit
 3         against Mr. Cartagena and others?
 4              "ANSWER:  I think so.  I
 5         believe so.
 6              "QUESTION:  You think so?
 7              "ANSWER:  Yeah.
 8              "You're not sure?
 9              "QUESTION:  You're not sure?
10              "ANSWER:  It's a lot of cases.
11         I can't be sure.  It's a lot of
12         cases.  I have a lot of cases, I just
13         have to go back and check.  Right now
14         I don't have any of my records in
15         front of me, so...
16              "QUESTION:  And the answer to
17         the question whether you represent
18         Mr. Dixon as a plaintiff in this
19         case, is that you're not sure?
20              "ANSWER:  As -- as of in this
21         case, just said that this is not --
22         the case that -- that this" --
23              I'm just reading the
24         transcript.
25              -- "that this social security
```

```
                                          Page 95
 1            * TYRONE BLACKBURN, ESQ. *
 2        for Cartagena is represented first
 3        Dixon by himself?
 4             "QUESTION:  You said you
 5        weren't sure about that.
 6             "ANSWER:  I mean, yeah.  I
 7        don't know.
 8             So, Your Honor.  That's what is
 9        the transcript says.
10             So, I guess --
11             JUDGE ROCHON:  Where is it --
12        he represents Mr. Dixon as a
13        plaintiff in this action, he's not a
14        plaintiff in this action.
15             THE WITNESS:  Exactly.
16             MR. TACOPINA:  No.
17             I also asked, Your Honor:  If
18        you represent him as a plaintiff in
19        this action and also -- and not in
20        this action -- and a defendant in
21        this case that we're -- that's before
22        the court right now.
23             I mean, it's a question:
24             "Do you represent Mr. Dixon as
25        a plaintiff?"
```

Page 96

```
 1              * TYRONE BLACKBURN, ESQ. *
 2              That -- I mean, he brought a
 3         lawsuit on behalf of Mr. Dixon.  I
 4         think that's a fair question.
 5              MR. BLACKBURN:  He's combining
 6         both of the cases --
 7              MR. TACOPINA:  No.
 8              MR. BLACKBURN:  -- Your Honor.
 9              JUDGE ROCHON:  I'm sorry.  I'm
10         sorry.
11              Only one person can speak,
12         please.
13              Go ahead, Mr. Taco- --
14         Tacopina.
15              MR. TACOPINA:  Okay.  So,
16         again, I asked, in both cases, if he
17         was representing Mr. Dixon here.
18              The one where he's a plaintiff
19         and, again, the one where he is a
20         defendant and in both cases --
21              JUDGE ROCHON:  But this -- this
22         deposition is to take place regarding
23         Cartagena versus Dixon.
24              MR. BLACKBURN:  Thank you.
25              MR. TACOPINA:  Correct.
```

```
                                    Page 97
 1            * TYRONE BLACKBURN, ESQ. *
 2            JUDGE ROCHON:  That's the case.
 3       Okay.
 4            MR. TACOPINA:  Right.
 5            I understand that, Your Honor.
 6            And he doesn't recall or he's
 7       not sure, according to this
 8       transcript, if he represents
 9       Mr. Dixon in either case.
10            JUDGE ROCHON:  Okay.  All
11       right.
12            And can you read me the
13       transcript, if you have it, for the
14       beginning questions about whether
15       he's able to proceed and answer
16       questions?
17            MR. TACOPINA:  Yes, Your Honor.
18            JUDGE ROCHON:  Based on his
19       physical state.
20            MR. TACOPINA:  Yes.  Yes.  I'll
21       get right to that.  Hold on one
22       second.
23            Let me scoot up here.
24            Okay.  Here's the question,
25       Your Honor.
```

Page 98

```
 1              * TYRONE BLACKBURN, ESQ. *
 2              "QUESTION:  My name is Joseph
 3         Tacopina.  I represent Mr. Joseph
 4         Cartagena.
 5              "For the record, Mr. Blackburn,
 6         are you currently under" --
 7              What's the whole question?
 8              It says -- there's a typo here.
 9              (Court Reporter and Mr.
10         Tacopina confer sotto voce.)
11              MR. TACOPINA:  Oh, okay.  Oh,
12         okay.  There's -- there's a
13         transcript the court reporter has,
14         actually.
15              It's going to make it a little
16         bit easier, Your Honor.
17              Hold on one second.
18              Okay.
19              "Are you currently" -- ah.
20              Thank you.
21              "QUESTION:  For the record, Mr.
22         Blackburn, are you currently under
23         the influence of any medication or
24         other substances that prevent you
25         from testifying fully and truthfully
```

Page 99

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         today?
 3              "ANSWER:  Well, as I've shared
 4         with the court:
 5              "I am on medication, have been
 6         on medication, will be on medication
 7         for the next, probably, four weeks at
 8         this point; four to five weeks, after
 9         I had a procedure earlier this year.
10              "QUESTION:  Okay.  And will
11         that medication, do you believe it
12         will prevent you from testifying
13         truthfully and fully today?
14              "ANSWER:  Possibly.
15              "I don't know.
16              "I mean, I'm not a -- I'm not a
17         chemist.  I have no idea."
18              MR. TACOPINA:  So, I can go on,
19         if you want, Your Honor, but that was
20         the answer.
21              JUDGE ROCHON:  All right.  So,
22         you're asking -- you, Mr. Tacopina,
23         are asking to adjourn this deposition
24         until when?
25              MR. TACOPINA:  When he can
```

Page 100

```
 1              * TYRONE BLACKBURN, ESQ. *
 2         answer questions, Your Honor.
 3              When he's not going to give me
 4         an answer, like that, for the first
 5         question of the deposition which is:
 6              "Can you answer truthfully and
 7         completely?"
 8              So, I don't know when that is.
 9              I -- I -- I guess we have to
10         look to Mr. Blackburn on that because
11         this was --
12              JUDGE ROCHON:  Right.
13              MR. TACOPINA:  -- a complete
14         waste of time for everyone here.
15              JUDGE ROCHON:  Okay.  Thank
16         you.
17              Give me a minute, please.
18              MR. TACOPINA:  Yes.
19              JUDGE ROCHON:  Mr. Blackburn, I
20         know that I was moving the discovery
21         process forwards because I move cases
22         forward and also plaintiffs were
23         interested in moving cases forward,
24         their case forward, which they should
25         be.
```

```
                                    Page 101
 1           * TYRONE BLACKBURN, ESQ. *
 2               And so, if I reschedule your
 3          deposition, you said you'll be done
 4          with these narcotics at what date?
 5          Four weeks from now?
 6               MR. BLACKBURN:  When I first
 7          sent the first letter, it was on the
 8          5th of February, so it was -- it was
 9          six to eight weeks from there.
10               So, that -- that -- I don't
11          know what -- where we are now, so
12          that's what?
13               Four -- it's been -- four -- so
14          probably at the end of March,
15          beginning of April, I think I'll be
16          done.
17               JUDGE ROCHON:  Okay.  So --
18               MR. BLACKBURN:  I think I'm
19          supposed to be scheduled --
20               JUDGE ROCHON:  -- if --
21               MR. BLACKBURN:  -- I'm supposed
22          to be done, I believe, with the -- I
23          -- I believe -- I don't have my
24          calendar, but I think it's supposed
25          to be done...
```

```
                                        Page 102
 1              * TYRONE BLACKBURN, ESQ. *
 2              JUDGE ROCHON:  I'm looking
 3         at -- one moment, Mr. Blackburn.
 4              So, if you were -- were given a
 5         letter on February 5th, if it says
 6         six weeks from February 5th, that
 7         would bring us to March 19th.
 8              Well, actually, March 12th.
 9              So, if we rescheduled your
10         deposition for the week of March
11         23rd, would you be off the
12         medications by then?
13              MR. BLACKBURN:  I believe I am,
14         yes.
15              JUDGE ROCHON:  Okay.  All
16         right.  Mr. Tacopina, can we
17         reschedule for the week of the March
18         23rd, please?
19              MR. TACOPINA:  If you can give
20         me a second, Your Honor, to take a
21         look, please.
22              Yeah.
23              The answer is going to have to
24         be yes.  So, yes, Your Honor.  I'll
25         move things.
```

1              * TYRONE BLACKBURN, ESQ. *

2              JUDGE ROCHON:  All right.  Why

3         don't we agree on that right now

4         because I'm on the call and I don't

5         want to have any issues there.

6              What date are you suggesting?

7              MR. TACOPINA:  The 25th, Your

8         Honor.

9              JUDGE ROCHON:  Okay.  And

10        Mr. Blackburn, are you available on

11        March 25th?

12             THE WITNESS:  That -- I

13        don't -- I don't have my -- my --

14        my -- my calendars.

15             It's in a black written

16        calendar that I use.

17             JUDGE ROCHON:  Okay.

18             THE WITNESS:  So, I don't have

19        that, but I don't want to say "yes"

20        and then lock it in and then have a

21        conflict, so...

22             JUDGE ROCHON:  I understand.

23        Understood.

24             All right.  So, this is what

25        I'm going to ask:

1          * TYRONE BLACKBURN, ESQ. *

2              I would like you -- so, a

3      couple of things:

4              So, I will allow the deposition

5      to be adjourned and take place the

6      week of March 23rd.

7              I know that I had previously

8      required discovery to close well

9      before then, but I'm going to make an

10     exception for this deposition to take

11     place at the request of the

12     plaintiffs.

13             And so, if you would please

14     both meet and confer and get a date

15     that works the week of March 23rd,

16     then you can reschedule for that

17     week.

18             That also gives the plaintiffs

19     an opportunity to request whatever

20     relief they're seeking, in terms of

21     the forum for the deposition.

22             All right.  Anything further,

23     Mr. Tacopina?

24             MR. TACOPINA:  Yes, Your Honor.

25             Just to be clear:  It's the --

Page 105

1              * TYRONE BLACKBURN, ESQ. *
2          the deposition for both Mr. Blackburn
3          and for his law firm, as this one was
4          today.
5              JUDGE ROCHON:  Well, he is --
6          he is the one representing his law
7          firm, right?
8              MR. TACOPINA:  I understand
9          that.  Correct.  Correct.  Correct.
10         Correct.
11             JUDGE ROCHON:  Yeah.  Correct,
12         for -- for -- for Mr. Blackburn and
13         the law firm?
14             MR. TACOPINA:  Yes.
15             JUDGE ROCHON:  Okay.  Anything
16         further, Mr. Tacopina?
17             MR. TACOPINA:  No.
18             I'm -- I -- I could go on, Your
19         Honor, but I don't think I need to,
20         so the answer is no.
21             JUDGE ROCHON:  And
22         Mr. Blackburn, anything further we
23         need to discuss here?
24             THE WITNESS:  No.
25             JUDGE ROCHON:  I'm sorry.  I

Page 106

1            * TYRONE BLACKBURN, ESQ. *

2       didn't hear you.

3            THE WITNESS:  No.  No.

4            MR. TACOPINA:  He said no.

5            JUDGE ROCHON:  Okay.  But

6       please make sure that you get a date

7       the week of March 23rd for the

8       deposition.

9            THE WITNESS:  Okay.  No

10      problem.

11           JUDGE ROCHON:  All right.

12      Thank you very much.

13           And I'm going to sign off now.

14           MR. TACOPINA:  Okay.  Thank

15      you.

16           THE VIDEOGRAPHER:  Are we off

17      record?

18           MR. TACOPINA:  Yes.

19           Thank you, guys.

20           THE VIDEOGRAPHER:  We are off

21      record.

22           And this concludes today's

23      testimony given Tyrone Blackburn.

24           The time is 11:41 A.M.

25           And this is Media Unit Number

Page 107

1          * TYRONE BLACKBURN, ESQ. *

2          3.

3              MR. BLACKBURN:  Can I have a

4          rough and expedited?

5              MR. TACOPINA:  We would need

6          this as soon as possible.

7              Thank you.

8              THE COURT REPORTER:  I will get

9          it to you tomorrow.

10             (Whereupon, at 11:41 A.M., the

11         Examination of this witness was

12         concluded.)

13

14              °         °         °         °

15

16

17

18

19

20

21

22

23

24

25

1
2                  D E C L A R A T I O N
3
4         I hereby certify that having been
5     first duly sworn to testify to the truth, I
6     gave the above testimony.
7
8         I FURTHER CERTIFY that the foregoing
9     transcript is a true and correct transcript
10    of the testimony given by me at the time
11    and place specified hereinbefore.
12
13
14
                      _____
15                    TYRONE BLACKBURN, ESQ.
16
17
      Subscribed and sworn to before me
18
      this _____ day of _____ 20___.
19
20
21    _____
          NOTARY PUBLIC
22
23
24
25

```
                                            Page 109

 1
 2                    E X H I B I T S
 3      PLAINTIFF'S EXHIBITS
 4      EXHIBIT      EXHIBIT
        NUMBER       DESCRIPTION                   PAGE
 5
 6      Exhibit 1         PREVIOUSLY MARKED:        6
                          Plaintiff Joseph
 7                        Cartagena's Second
                          Amended Complaint and
 8                        Demand Jury Trial
                          Demanded
 9
        Exhibit 2         PREVIOUSLY MARKED:        10
10                        Tyrone Blackburn's
                          letter to Judge Semper
11                        dated 12/3/2025
12      Exhibit 3         PREVIOUSLY MARKED:        27
                          Terrence Dixon
13                        deposition of 2/24/26
14      Exhibit 4         PREVIOUSLY MARKED:        36
                          Defendant Tyrone
15                        Blackburn's Response to
                          Plaintiff's First Set of
16                        Requests for Admission
17      Exhibit 61        PREVIOUSLY MARKED:        50
                          March 2, 2026
18                        Defendants' Opposition
                          to Plaintiff's Motion
19                        for Sanctions and
                          Contempt
20
        Exhibit 64        PREVIOUSLY MARKED:        54
21                        Remote Conference
                          2/10/26 Transcript
22
23
24
25
```

```
1

2

3         E X H I B I T S (Cont'd)

4

     EXHIBIT      EXHIBIT
5    NUMBER       DESCRIPTION                    PAGE
6    Exhibit 65      PREVIOUSLY MARKED:          48
                     2/5/206 Letter to Judge
7                    Jennifer L. Rochon from
                     Tyrone A. Blackburn,
8                    Esq.
9    Exhibit 68      PREVIOUSLY MARKED:          60
                     Transcript of January
10                   20, 2026 Telephone
                     Conference
11

12

13

14

15

        (Exhibits retained by Court Reporter.)
16

17

18

19

20

21

22

23

24

25
```

Page 111

1

2                         I N D E X

3    WITNESS:   TYRONE BLACKBURN

4

        EXAMINATION BY                                 PAGE

5                                                        7

    MR.  TACOPINA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 112

```
 1
 2                    C E R T I F I C A T E
 3
        STATE OF NEW YORK          )
 4                                 :  SS.:
        COUNTY OF NEW YORK         )
 5
 6            I, KARYN CHIUSANO, a Notary Public
 7       for and within the State of New York, do
 8       hereby certify:
 9            That the witness whose examination is
10       hereinbefore set forth was duly sworn and
11       that such examination is a true record of
12       the testimony given by that witness.
13            I further certify that I am not
14       related to any of the parties to this
15       action by blood or by marriage and that I
16       am in no way interested in the outcome of
17       this matter.
18            IN WITNESS WHEREOF, I have hereunto
19       set my hand this 7th day of March, 2026.
20
21
22
             KARYN CHIUSANO
23
24
25
```

Page 113

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Cartagena, Joseph v. Dixon, Terrence, Et Al.
DATE OF DEPOSITION: 3/6/2026
WITNESSES' NAME: Tyrone Blackburn

PAGE    LINE (S)        CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

_____
                                    Tyrone Blackburn
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.


_____        _____
(NOTARY PUBLIC)             MY COMMISSION EXPIRES:

[& - 50]                                                                    Page 1

**&**

**&**  2:4 3:17

**0**

**03552**  1:6 4:25
  77:19

**1**

**1**  3:17 4:15
  6:25 10:24
  29:6 36:20
  46:19 65:14,17
  109:6
**1/20/26**  61:5
**10**  54:21,22
  56:23 59:9
  63:8 109:9
**100**  35:20,22
**10016**  2:6
**10022**  1:23 2:15
**10:05**  1:13 4:5
**10:34**  46:17
**10:47**  46:24
**10th**  54:8 60:11
**11**  27:22
**11236**  2:21 6:19
**11:07**  76:6
**11:26**  82:7
**11:41**  106:24
  107:10
**12/3/2025**  10:22
  109:11
**1242**  2:20 6:18

**12th**  102:8
**13**  54:22
**14**  54:22 59:16
  63:8
**144**  28:9
**15**  50:25
**158**  29:5
**16**  59:16
**17**  57:12 61:6
**18**  61:5
**18034**  112:22
**19th**  102:7
**1st**  42:18 43:7

**2**

**2**  10:17,20
  13:24 36:21
  47:2 50:3 76:8
  109:9,17
**2/10/26**  54:18
  59:15 109:21
**2/24/26**  28:2
  57:12 109:13
**2/5/206**  48:21
  110:6
**20**  59:16 61:2
  108:18 110:10
  113:22
**2023**  42:18 43:8
**2025**  10:4 42:18
  43:10 44:13,23
  52:8
**2026**  1:12 4:5
  49:3,14 50:3,24

51:18,18 53:8
53:18 54:22
59:4,6,9 60:11
61:2 65:6,19
  109:17 110:10
  112:19
**203**  78:16,19
**20th**  60:16,23
  64:7,13,22,25
**21**  57:12
**22nd**  1:22 2:14
**23rd**  51:18
  65:25 102:11
  102:18 104:6
  104:15 106:7
**24th**  27:11 35:9
  53:8 55:15
  56:2 84:16
**25**  1:6 4:25
  18:24 77:19
**25th**  103:7,11
**26**  84:17
**26th**  62:19
**27**  65:19 109:12
**275**  2:5
**27th**  59:18
**29th**  44:13
**2nd**  44:23
  50:22,24 62:18
  65:6

**3**

**3**  27:23,25
  36:21 42:24

50:25 56:22
57:11 65:14
82:9 107:2
  109:12
**3/6/2026**  113:3
**30**  3:16 9:25
**30th**  61:17,22
  62:4
**3552**  18:24
**357**  56:23
**35th**  2:5
**36**  109:14
**3rd**  10:3 51:18
  59:6 60:20
  63:10,11 64:2,6
  64:9,17,19 65:8
  66:2

**4**

**4**  36:11,13
  42:24,24 43:22
  43:25 50:25
  61:5 109:14
**4,736**  42:6
**42**  29:4
**451-5090**  78:19
**48**  110:6
**4th**  63:15,15

**5**

**5**  27:22 42:25
  43:22 51:2
  61:6
**50**  109:17

**[5090 - agree]**                                                    Page 2

| | | | |
|---|---|---|---|
| **5090**  78:20 | **9** | 85:15,15 | 53:2 |
| **54**  109:20 | **9**  56:23 | **accurately** | **administer** |
| **552**  77:20 | **9th**  62:17 64:25 | 27:20 | 3:11 5:10 |
| **599**  1:21 2:14 | **a** | **accusations** | **administration** |
| 5:3 | **a.m.**  1:13 4:5 | 28:16 31:17 | 14:13 |
| **5th**  49:3,13 | 46:17,24 76:6 | **accused**  31:2 | **admission** |
| 52:7 53:18 | 82:7 106:24 | 32:2,6 33:5 | 36:16,18 42:24 |
| 59:4 63:16 | 107:10 | 35:24 36:2 | 43:4 56:5 |
| 101:8 102:5,6 | **ability**  48:18 | **accusing**  29:9 | 109:16 |
| **6** | 89:22 92:23 | **act**  9:8 | **admitted**  36:22 |
| **6**  1:12 4:5 | **able**  13:3 48:2 | **acted**  29:13 | 36:24 43:5 |
| 27:22 43:22 | 53:6 61:20 | 30:11 | 44:2 |
| 109:6 | 83:11,14 85:7 | **action**  4:24 | **advice**  23:22 |
| **60**  110:9 | 85:24 86:11,14 | 5:11 24:5 29:8 | 24:3 31:3 32:3 |
| **601**  57:12 | 88:11 97:15 | 36:3 90:12 | 33:6,10 |
| **61**  49:25 50:3 | **above**  108:6 | 95:13,14,19,20 | **advise**  22:24 |
| 50:21 65:12 | **absolutely**  84:2 | 112:15 | 23:21 47:5 |
| 109:17 | 88:7 | **actively**  12:6 | **advised**  24:18 |
| **64**  54:17,22 | **access**  13:18 | 14:19,21 42:15 | 29:13 30:11 |
| 59:15 109:20 | 88:23 | **actually**  8:20 | 32:11 49:15,22 |
| **65**  48:21 110:6 | **account**  36:5 | 9:25 17:8 | 51:24 83:23 |
| **68**  60:25 61:4 | 37:2,17,24 38:8 | 24:13 42:16 | **advising**  10:6 |
| 110:9 | 38:11 40:5,8,10 | 45:8,20 52:13 | 22:20,21 23:15 |
| **6th**  62:16 64:24 | 40:24 41:2,3,9 | 66:21 83:10 | 23:18 |
| **7** | 41:23,25 42:7 | 85:4 86:5 | **affidavit**  49:23 |
| **7**  111:5 | 42:19 43:7,14 | 98:14 102:8 | 50:19,25 52:5 |
| **7th**  62:21 | 43:16,17 44:4 | **addition**  35:23 | 65:5,13,16 |
| 112:19 | 44:14 | **address**  6:16,17 | 66:18 85:14 |
| **8** | **accounts**  36:9 | 65:22 | **ago**  17:25 18:13 |
| **80th**  2:20 6:18 | 37:13 40:18 | **adjourn**  99:23 | 24:23 68:18 |
| | 41:7 | **adjourned** | 84:12 |
| | **accurate**  49:7 | 104:5 | **agree**  4:14 |
| | 54:12 55:4 | **adjournment** | 41:22 103:3 |
| | | 49:11 52:9 | |

**[agreed - behalf]**                                                    Page 3

| | | | |
|---|---|---|---|
| **agreed**  3:5,20 54:9 | **answered**  88:8 | **aside**  8:5 9:20 | **authorized** 3:11 5:9 9:7 |
| **ah**  82:3 98:19 | **answering** 86:13 | **asked**  27:12 49:10 52:25 | **available**  62:2 62:15 63:15 |
| **ahead**  21:13 96:13 | **answers**  22:18 90:5 | 55:25 91:10 95:17 96:16 | 103:10 |
| **al**  113:2 | **antibiotics** | **asking**  12:11 | **avenue**  1:22 2:5 2:14 5:4 |
| **allegations**  29:7 31:20 32:21 | 51:22 | 16:6,7 30:8,19 32:24 35:3 | **avoid**  86:21 |
| **alleges**  28:10 28:21 | **antiemetics** 51:23 | 45:17 56:12 89:3,6,25 90:2 | **awake**  63:19 |
| **alleging**  28:23 | **anxiety**  11:10 11:21 | 90:2,6,8,9,13 90:18,20 99:22 | **aware**  9:10 |
| **allow**  104:4 | **anymore**  85:4 86:4 | 99:23 | **awesome**  80:18 |
| **amended**  7:2 28:9 29:5 | **anyway**  33:23 | **assume**  25:4 64:20 | **awfully**  39:17 |
| 109:7 | **appear**  54:12 64:24 | **assuming**  70:8 | **b** |
| **anesthesia**  9:24 18:3 34:5 51:8 | **appearance** 59:9,16 60:15 | **assumption** 33:9 | **b**  6:3,3,14,14 109:2 110:3 |
| 51:21 93:2 | 64:22 65:2 75:7 | **attached**  65:15 65:17 | **ba**  90:21 |
| **anesthesia's** 19:13 | **appearances** 5:14 44:5,22 | **attaches**  65:6 | **back**  20:13 46:22 51:9 |
| **answer**  12:14 12:15 14:25 | 64:14 | **attend**  60:18 | 64:10 71:4 80:5 82:5 |
| 15:20,24 20:16 | **appeared**  44:24 84:23 | **attorney**  8:10 22:19 28:14 | 94:13 |
| 22:17 25:21 40:15 53:24 | **appears**  55:9 | 31:15 32:20 | **based**  22:17 31:2 32:3 33:5 |
| 55:22 60:8 74:12 85:7,24 | **appropriate** 85:25 | **attorneys**  2:4 2:13,19 | 73:11 90:6 97:18 |
| 86:14 88:16 89:21 91:19 | **april**  44:12 101:15 | **audio**  4:12 | **basic**  20:2 38:10 93:23 |
| 92:14 94:4,7,10 94:16,20 95:6 | **argue**  30:25 31:25 33:4 | **augmentation** 70:9 | **basis**  90:24 |
| 97:15 99:3,14 99:20 100:2,4,6 | **ascertain**  13:18 | **authored**  42:20 43:11 85:13 | **beginning** 97:14 101:15 |
| 102:23 105:20 | | **authority**  87:23 | **behalf**  9:8 25:11 29:16 30:14 96:3 |

| | | | |
|---|---|---|---|
| **believe** 7:22 9:9 | 27:1 28:1,4,14 | 95:1 96:1,5,8 | **brow** 72:3 |
| 19:8,16,21,23 | 29:1 30:1 31:1 | 96:24 97:1 | **business** 6:17 |
| 20:6 21:24,25 | 31:15 32:1,13 | 98:1,5,22 99:1 | **butt** 70:12 |
| 23:8 29:16 | 33:1 34:1 35:1 | 100:1,10,19 | **c** |
| 30:14 37:13 | 36:1,25 37:1 | 101:1,6,18,21 | **c** 2:2 6:3,14 |
| 38:15,16 47:13 | 38:1 39:1,14 | 102:1,3,13 | 108:2 112:2,2 |
| 47:13 49:8 | 40:1,7,14,18 | 103:1,10 104:1 | **calendar** |
| 52:16 53:9 | 41:1,2,11,12,15 | 105:1,2,12,22 | 101:24 103:16 |
| 61:14 66:6 | 42:1 43:1,6 | 106:1,23 107:1 | **calendars** |
| 91:15,17 94:5 | 44:1,3 45:1,5 | 107:3 108:15 | 103:14 |
| 99:11 101:22 | 46:1,5,13 47:1 | 110:7 111:3 | **california** 66:5 |
| 101:23 102:13 | 47:4 48:1,23 | 113:3,21 | **call** 75:14 77:4 |
| **believed** 14:10 | 49:1 50:1 51:1 | **blackburn's** | 78:4 103:4 |
| **best** 48:4 67:5 | 52:1 53:1 54:1 | 10:21 36:14 | **called** 6:3 44:24 |
| 89:22 90:7 | 54:25 55:1 | 109:10,15 | **cam** 28:11 |
| **better** 87:15 | 56:1 57:1 58:1 | **blood** 112:15 | **camera** 62:24 |
| **billing** 25:19 | 59:1,17 60:1 | **board** 65:20 | **campaign** |
| **bit** 18:18 61:10 | 61:1 62:1,16,21 | 66:19 | 28:12 31:12 |
| 77:9 88:24 | 62:23 63:1,7,17 | **body** 67:12,15 | 32:18 |
| 92:22 98:16 | 63:18 64:1 | 67:18 68:25 | **capacity** 36:6 |
| **black** 103:15 | 65:1,13 66:1 | 69:5 71:5 73:5 | 37:7 |
| **blackburn** 1:8 | 67:1 68:1 69:1 | **brain** 19:14 | **care** 51:19 66:2 |
| 1:8,18 2:18,19 | 70:1 71:1,22 | 66:13 68:7 | **carnes** 2:16 |
| 2:20,21 4:1,17 | 72:1 73:1,20 | 75:21 83:21 | 82:18 |
| 4:20,20 5:1 6:1 | 74:1 75:1,17 | 85:10 | **carrier** 47:6 |
| 6:13 7:1,9 8:1 | 76:1 77:1 78:1 | **brazilian** 70:12 | **cartagena** 1:3 |
| 8:21 9:1 10:1 | 79:1 80:1 81:1 | **break** 46:12 | 2:5,14 19:6 |
| 11:1 12:1 13:1 | 82:1,12 83:1,5 | **breast** 70:9 | 20:24 28:13 |
| 13:12 14:1 | 83:7 84:1 85:1 | **bring** 102:7 | 29:2 31:13 |
| 15:1 16:1 17:1 | 85:6 86:1 87:1 | **broad** 23:21 | 44:6,21 94:3 |
| 18:1,9 19:1 | 88:1 89:1,9,14 | **brooklyn** 2:21 | 95:2 96:23 |
| 20:1 21:1 22:1 | 89:20 90:1,23 | 6:18 47:16,21 | 98:4 113:2 |
| 23:1 24:1 25:1 | 91:1,25 92:1,3 | **brought** 96:2 | |
| 25:25 26:1 | 92:9 93:1 94:1 | | |

**cartagena's** 7:2
  28:20,25 109:7
**cartegena** 4:19
  7:8 20:5 21:22
  23:17,24 24:5
  25:12 32:18
  35:25 43:18
  44:15
**cartegena's**
  9:11 18:22
  28:9 29:8
**case** 1:6 18:24
  18:25 20:18,20
  20:23,23 23:4
  31:7 37:9
  61:15 77:2,2,17
  79:25 83:19
  94:19,21,22
  95:21 97:2,9
  100:24 113:2
**cases** 14:7
  17:10 20:10,12
  20:12 23:16
  94:10,12,12
  96:6,16,20
  100:21,23
**cause** 29:8 36:3
  73:2 90:12
**caused** 29:2
  43:12 44:8
**causing** 84:12
**cellulite** 70:14
  70:21

**certain** 10:7
**certainly** 50:10
  70:22
**certainty** 86:15
**certification**
  3:8
**certified** 65:20
  66:19
**certify** 108:4,8
  112:8,13
**chad** 2:7 77:15
**chambers**
  76:14 78:3
  79:23
**change** 50:8
  113:5
**check** 20:14
  94:13
**checked** 8:12
  19:21
**cheek** 72:18
**chemist** 8:4
  99:17
**chimes** 55:8
**chin** 72:18
**chiusano** 1:23
  5:7 112:6,22
**circumstances**
  11:23
**cited** 49:9
  53:17
**civil** 1:20 4:24
**claim** 27:14
  28:5 49:3

  85:23
**claimed** 59:5
**claiming** 54:9
**claims** 83:20
**clear** 21:18
  26:13,15
  104:25
**clerk** 76:11,20
  77:4,10,16,20
  78:2,11,13,20
  79:3,19,21,24
  80:13,20
**client** 64:23
**clients** 11:11,24
  12:7 14:13,17
  14:20 15:17,19
  16:12,23 17:14
  18:10 33:21
  84:7 91:20
**clip** 45:7,18
**close** 61:16
  104:8
**coercive** 28:17
  31:18 32:23
**colleague** 27:12
**combining** 96:5
**come** 69:8
**coming** 26:2
**comments**
  57:14 58:12
**commission**
  113:25
**communicate**
  42:5

**company** 8:25
**compensate**
  26:14
**compensated**
  25:9 26:9,12,16
**complaint** 7:3
  9:11,15 28:10
  28:19,20 29:5
  29:15 30:6,8,13
  31:20 109:7
**complete**
  100:13
**completed**
  61:22
**completely**
  75:17 83:12
  100:7
**complies** 5:20
  10:25
**compounded**
  90:4
**comprehend**
  32:15
**comprised**
  15:16
**compromised**
  9:20
**concern** 85:20
**concerned**
  14:16 23:2
  90:14
**concerning**
  29:17 30:15
  90:13

**concluded**
107:12
**concludes**
46:18 76:7
106:22
**condition** 53:6
**conditions**
49:10
**conduct** 30:25
31:4,5,7,9 32:2
32:4,10,24 33:4
48:3
**confer** 69:17
71:9 98:10
104:14
**conference**
54:18 61:3
109:21 110:10
**confidently**
18:11
**confirm** 77:11
**confirmed**
65:24
**confirms** 51:16
**conflict** 29:17
30:15,20
103:21
**confused** 21:15
**confusing**
21:11
**connection**
20:4 22:22
28:7

**consider** 9:18
**considering**
15:21
**cont'd** 110:3
**contact** 78:3
**contained** 29:7
**contempt** 50:5
109:19
**content** 42:20
43:6
**contingency**
25:13
**continue** 4:13
18:19
**continued**
29:18 30:16
**continuing**
14:21
**conversation**
17:20
**conversations**
4:9
**coordinate**
61:19
**copy** 3:14,17
65:18
**corp** 8:25
**correct** 8:22
9:8 12:19
13:22,25 18:24
22:23 36:7
39:8 52:5 53:8
65:18 70:10
91:13 96:25

105:9,9,9,10,11
108:9
**cosmetic** 66:21
67:5 68:3
**counsel** 3:6,17
4:17 29:13
30:11 69:17
71:9
**county** 112:4
**couple** 22:10
40:17 93:12
104:3
**course** 24:2
82:20 83:5
86:7 87:13
92:10
**court** 1:2 3:13
4:22 5:6,16,18
5:21 6:8,15,20
7:15 14:11,17
39:5 43:3 48:6
48:13,25 49:2
49:10,14 52:8
54:7,8,21 55:8
55:23 59:5,8,12
59:16,17 60:2,5
61:7,12 62:22
63:4,13,14,21
63:23 64:14,15
64:17,22,23
65:2,6 66:10
70:4 75:14,25
76:3 82:21
86:19 88:24

90:16 91:3
95:22 98:9,13
99:4 107:8
110:15
**court's** 76:16
**courthouse**
87:17 88:22
**courts** 90:15
**created** 42:21
43:13
**credentials**
13:15
**cseigel** 2:9
**current** 24:6
**currently** 7:10
11:9 18:20
98:6,19,22
**cut** 38:9 92:2
**cv** 1:6 4:25
18:24 77:19

**d**

**d** 3:2 108:2
111:2
**date** 1:12 43:8
56:13,24 89:5
101:4 103:6
104:14 106:6
113:3
**dated** 10:22
49:2 65:19
109:11
**dates** 60:17

| | | | |
|---|---|---|---|
| **day** 35:15 | **deoreo** 2:4,7 | **dermatology** | **discuss** 105:23 |
| 80:22 108:18 | 82:14 | 75:6 | **dispute** 83:24 |
| 112:19 113:22 | **deposed** 26:2 | **described** | **disrespect** 57:5 |
| **days** 3:16 9:25 | 35:10 | 66:20 | 58:13 |
| 63:8 | **deposition** 1:17 | **description** | **distress** 29:3,11 |
| **deadline** 49:12 | 3:8,9,14 4:16 | 109:4 110:5 | 35:25 |
| 52:10 | 5:2 22:2,7,8,14 | **deserve** 11:13 | **district** 1:2,2 |
| **deal** 89:5 | 27:11,21 28:2 | 12:2 | 4:22,22 10:5 |
| **dealing** 63:8 | 53:7,20 54:11 | **despite** 33:19 | 47:18 84:4 |
| **december** 10:3 | 55:15,25 56:23 | 49:13 53:5,5 | **dixon** 1:8 2:19 |
| 15:5 17:23 | 57:3,12 58:21 | **details** 24:2 | 4:19 9:13 |
| 84:5 | 59:19 60:16 | **deteriorated** | 14:22 17:12,20 |
| **defaming** 36:2 | 62:6,9 76:15,25 | 17:15 | 18:21 19:2 |
| **defendant** 1:17 | 77:22 84:15,20 | **detrimental** | 20:3,17,25 |
| 18:21 19:3 | 85:21 86:5,19 | 10:9 11:7 | 21:20 22:3,14 |
| 24:6 31:8 | 87:7,18,24 89:4 | 52:23 | 22:22 23:5,7,15 |
| 36:13,25 43:5 | 96:22 99:23 | **dexter** 76:11 | 24:21 26:10 |
| 43:11 44:2,7,8 | 100:5 101:3 | **different** 16:7 | 27:22,25 28:11 |
| 95:20 96:20 | 102:10 104:4 | 22:9 24:7 | 28:12 29:9,18 |
| 109:14 | 104:10,21 | 34:19,21 60:10 | 30:16,24 31:12 |
| **defendants** 1:9 | 105:2 106:8 | 78:17 93:3 | 31:24 32:17 |
| 2:19 9:12 | 109:13 113:3 | **difficult** 13:8 | 33:3,22 35:10 |
| 26:11 50:4 | **depositions** | 15:20 33:18 | 44:16 45:9,20 |
| 61:25 62:14 | 22:11 61:13 | 50:17 | 53:20 83:23 |
| 109:18 | 62:2,10,15 | **digital** 12:19 | 84:2,22 91:12 |
| **definitely** 35:18 | 64:24 | **disappointed** | 92:9 93:19 |
| 72:13 | **depression** 11:9 | 62:3 | 94:2,18 95:3,12 |
| **demand** 7:3 | 11:20 | **disbarred** 8:17 | 95:24 96:3,17 |
| 28:13 29:14 | **dermal** 75:5 | **discovery** 49:12 | 96:23 97:9 |
| 30:12 31:14 | **dermatological** | 52:9 61:15,19 | 109:12 113:2 |
| 32:19 109:8 | 75:5 | 61:22 85:25 | **dixon's** 25:11 |
| **demanded** 7:4 | **dermatologist** | 100:20 104:8 | 27:10 28:21 |
| 109:8 | 65:20 66:20,21 | **discovery's** | 29:13 30:11 |
| | 67:5 | 62:7 | 31:7 53:7 57:3 |

84:15
**doctor** 18:17
34:15 51:11
52:13 75:9
93:8
**doctors** 49:4
52:11
**document**
39:25 41:4
**documents**
61:19
**doing** 80:15
83:22 90:7
**doubt** 19:9
**dr** 51:11,16
65:9,19 66:19
67:4,20
**drop** 69:14
**duly** 6:4 108:5
112:10

**e**

**e** 2:2,2 3:2,2 6:3
6:12 45:23,25
108:2 109:2
110:3 111:2
112:2,2
**earlier** 7:20
99:9
**easier** 98:16
**east** 2:20 6:18
**effect** 3:12,15
10:9 11:7
91:20

**effects** 48:7,9
93:7
**eh** 46:3,3 55:11
55:11,19,19,22
55:22,23,23
56:21,21 72:4,4
75:12,12
**eight** 34:19,21
49:6 52:12,19
52:20 53:2
54:10 55:2
68:13 83:17
101:9
**either** 25:3 72:5
73:19 97:9
**elanzone** 2:10
**eleonora** 2:8
82:14
**ellie** 51:4
**emer** 51:11
65:9,20 66:19
67:4,20
**emer's** 51:16
**emergency**
77:22
**emotional** 9:19
10:10 11:8
17:15 29:3,10
35:25
**emotionally**
15:16 33:20
**english** 38:10
**enhance** 75:7

**enhanced**
70:14,21
**enhancement**
72:15
**entitled** 11:13
12:3
**entries** 93:15
**errata** 113:1
**error** 39:11
**escalated** 28:11
28:12 31:12
32:17
**esq** 1:18 2:6,7,7
2:8,15,16,21,24
4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1,23
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1

64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:15 110:8
**essential** 14:12
**et** 113:2
**event** 84:25
**exactly** 95:15
**examination**
7:5 107:11
111:4 112:9,11
**examined** 6:6
**example** 23:24
69:19
**except** 3:21
**exception**
104:10
**exclusive** 52:17
**exhibit** 6:24
10:17,19 13:24
27:23,24 29:5

**[exhibit - further]** Page 9

| | f | federal 1:20 | force 3:15 |
|---|---|---|---|
| 36:11,12 42:24 | | 39:5 43:2 | forced 28:17 |
| 43:25 45:3 | **f** 3:2 112:2 | feeling 48:6,9 | 31:17 32:22 |
| 48:20 49:25 | **face** 67:8,11 | felt 17:13 | foregoing 108:8 |
| 50:2,21 54:16 | 71:2,11,18 | file 27:13 28:4 | forget 15:13 |
| 54:22 56:22 | 72:20 73:4 | filed 4:21 34:15 | 60:21 |
| 57:11 59:15 | **faced** 85:2,18 | files 64:11 | form 3:21 |
| 60:24 61:4 | **facelift** 72:2 | filing 3:7 23:23 | forth 112:10 |
| 65:12,17 109:4 | **fact** 17:13 | 29:15 30:13 | forum 89:7 |
| 109:4,6,9,12,14 | 49:15 50:9 | financially 5:12 | 104:21 |
| 109:17,20 | 52:18 54:6 | fine 77:16 | forward 85:4 |
| 110:4,4,6,9 | 55:14 61:15 | finished 30:7 | 85:17 86:4 |
| **exhibits** 13:12 | **fair** 96:4 | firm 5:8 8:20 | 100:22,23,24 |
| 109:3 110:15 | **false** 28:16,22 | 9:8,12 13:14 | forwards |
| **exilis** 74:21 | 28:24 31:16 | 29:9 105:3,7,13 | 100:21 |
| **expected** 49:4 | 32:21 37:10 | first 6:4 24:20 | four 7:18,19 |
| 52:11 | 38:20 39:7 | 30:6 36:15 | 62:11 99:7,8 |
| **expedited** | **familiar** 41:5 | 65:14 66:3 | 101:5,13,13 |
| 107:4 | **far** 33:23 64:10 | 80:2 83:4,10 | frivolous 28:15 |
| **experience** | **fat** 69:23 70:3,6 | 88:8 95:2 | 31:16 32:21 |
| 11:20 | **featuring** 41:14 | 100:4 101:6,7 | front 9:15 |
| **experienced** | 41:16 | 108:5 109:15 | 13:12,22 17:5 |
| 10:8 | **february** 27:11 | five 7:19 86:22 | 20:15 25:16,22 |
| **experiencing** | 35:9 49:2,13 | 99:8 | 39:23 58:22 |
| 11:9 | 51:18 52:7 | floor 1:22 2:5 | 87:7 94:15 |
| **expires** 113:25 | 53:8,18 54:8,21 | 2:14 | full 73:9,9 |
| **extortion** 27:13 | 55:15 56:2 | fly 66:4 | fully 7:13,23 |
| 28:5 31:14,22 | 59:4,6,9 60:11 | foggy 66:13 | 8:7 93:4 98:25 |
| 33:11 | 60:20 62:16,17 | 68:8 75:22 | 99:13 |
| **extortionate** | 62:18,20 63:12 | 83:21 85:10 | funny 18:3 |
| 28:13 32:19 | 64:2,9,17,19 | followers 42:6 | further 3:20 |
| **eyelid** 72:15 | 65:8,19 66:2 | following 51:25 | 28:20 104:22 |
| **eyes** 62:25 | 84:12,16 101:8 | follows 6:7 | 105:16,22 |
| | 102:5,6 | | 108:8 112:13 |

**[futile - hum]**                                                    Page 10

| | | | |
|---|---|---|---|
| **futile** 85:16 | **goes** 67:6 | **happened** | **hi** 76:12,23 |
| **fuzzy** 85:10 | **going** 4:4 18:16 | 53:12,14 68:9 | 78:12,13 79:21 |
| **g** | 32:12 46:11,12 | **happens** 80:9 | 81:6 |
| | 46:15 47:22 | **harassment** | **hill** 76:11 |
| **gay** 57:22,22,25 | 48:15 50:18 | 28:12 31:13 | **hit** 44:15 |
| 58:7,8 | 55:13 57:13 | 32:18 33:11 | **hold** 77:8 78:7 |
| **getting** 23:25 | 60:8 61:24 | **hard** 34:6 46:9 | 89:11 97:21 |
| 27:2,4,5,7 | 68:11 76:4 | **hd** 69:20 | 98:17 |
| **give** 5:23 24:12 | 78:6,21 79:25 | **he'll** 85:22,24 | **holding** 76:21 |
| 59:22 65:22 | 80:4 85:3 | **head** 18:6 54:4 | **homophobic** |
| 77:2 78:22 | 89:13 93:17 | **healed** 93:5 | 57:20,21 58:7 |
| 79:10 100:3,17 | 98:15 100:3 | **health** 9:18 | **homophobics** |
| 102:19 | 102:23 103:25 | **hear** 66:11 70:5 | 57:16 |
| **given** 14:12,15 | 104:9 106:13 | 88:3 89:8 | **honestly** 88:2 |
| 29:12 30:10 | **good** 4:2 41:17 | 106:2 | 91:22 |
| 102:4 106:23 | 79:15 80:22 | **heard** 73:25 | **honor** 62:24 |
| 108:10 112:12 | **great** 63:23 | 87:22 88:4 | 81:6,12,13,17 |
| **gives** 104:18 | 80:7 81:8,10 | **hearing** 54:8 | 82:11,22 84:24 |
| **giving** 12:13 | **guess** 9:2,2 | 88:4 | 85:3,19 86:8,18 |
| 24:3 90:5 | 42:3 53:22,25 | **held** 1:20 | 86:20,24 87:14 |
| **gladiator** 67:18 | 75:7 95:10 | **helium** 74:24 | 88:3,23 89:10 |
| **go** 4:14 12:16 | 100:9 | **hello** 76:11,17 | 89:19,21 93:16 |
| 13:6 20:13 | **guys** 106:19 | 78:11 79:19 | 95:8,17 96:8 |
| 21:13 36:19 | **h** | 81:3,4 | 97:5,17,25 |
| 40:25 46:16 | | **help** 5:25 12:6 | 98:16 99:19 |
| 63:6 68:25 | **h** 109:2 110:3 | 14:19 68:23 | 100:2 102:20 |
| 69:2,5,13,16 | **hand** 5:19 62:5 | 76:22 | 102:24 103:8 |
| 71:2,4,10 76:5 | 112:19 | **hereinbefore** | 104:24 105:19 |
| 81:19 85:17 | **handing** 39:24 | 108:11 112:10 | **hopefully** 63:18 |
| 86:4 89:15 | **handle** 36:5 | **hereto** 65:17 | **hosts** 44:10 |
| 94:13 96:13 | 37:3,6 38:12,23 | **hereunto** | **hour** 85:5 |
| 99:18 105:18 | 38:24 39:2,5,15 | 112:18 | **hourly** 25:19 |
| **god** 5:25 | **handling** 79:24 | **hey** 78:12 | **hum** 8:11 17:4 |
| | | | 22:15 25:18 |

26:25 38:7,25
44:19 45:13
**husband** 57:6
57:15 58:14

**i**

**ian** 2:15 82:16
**idea** 8:4 10:2
68:14 99:17
**impact** 9:25
52:24
**impacting**
48:18
**impacts** 93:7
**inability** 11:10
11:21
**included** 43:17
**including** 49:5
51:22 85:12
**inclusive** 73:12
**incorrectly**
25:21
**inflicting** 35:24
**infliction** 29:10
**influence** 7:11
98:23
**inform** 48:6
78:21
**initiate** 28:15
31:16 32:20
**instagram** 36:5
36:8 37:2,13,16
37:24 38:8,11
40:8,10 41:23

41:25 42:7,19
43:6,17 44:4,14
**instance** 44:12
48:8
**insult** 58:7
71:23
**insults** 57:16,20
**int** 92:21
**intended** 57:16
**intentional**
29:10
**intentionally**
35:24
**interest** 29:17
30:15,20
**interested** 5:12
100:23 112:16
**interfering**
92:21
**intervention**
76:16
**involved** 75:25
81:23 86:8
**issue** 58:10
61:23
**issues** 83:19
86:12 103:5
**ituretsky** 2:16

**j**

**james** 2:24 5:5
**january** 42:17
43:7 51:18
60:16,23 61:2

61:17,22 62:4,9
62:19 64:7,13
64:22,25 65:25
110:9
**jason** 65:9,19
67:4
**jennifer** 48:22
110:7
**jersey** 8:15
10:5 15:18
16:12,23 33:20
84:5
**job** 44:16
**joe** 81:11
**joking** 59:23
**jordan** 2:24
37:4
**joseph** 1:3 2:5
2:6,14 4:18 7:2
7:7,8 43:18
44:6 98:2,3
109:6 113:2
**josh** 50:23
**jtacopina** 2:8
**judge** 3:13 10:4
10:21 11:18
12:5 14:8,9,18
17:5 33:19
48:22 49:2
52:10 54:8,24
60:15 66:18
76:13,24 80:2,4
81:4,5,8,15,24
82:23 84:4

86:16,21 87:2,6
87:10,10,12,21
87:25 88:14,18
89:2,16 90:22
91:9 92:5,8,12
93:9,14 95:11
96:9,21 97:2,10
97:18 99:21
100:12,15,19
101:17,20
102:2,15 103:2
103:9,17,22
105:5,11,15,21
105:25 106:5
106:11 109:10
110:6
**jurisdiction**
8:18
**jury** 7:3 109:8
**justice** 14:14

**k**

**k** 6:3,14
**karyn** 1:23 5:7
112:6,22
**keep** 68:12
**kind** 19:14
92:21
**kindly** 6:9,16
**knew** 25:25
**knock** 72:25
**know** 8:2 10:13
10:14 11:16
14:24 15:23

| | | | |
|---|---|---|---|
| 18:4,7,25 19:15 | **lanzone** 2:8 | 12:9,12,21 | **list** 60:5 67:6 |
| 20:10,24 21:9 | 51:5 69:12,15 | 13:21,24 14:7 | **literally** 63:8 |
| 21:10,19 23:6 | 78:18 82:14 | 14:24 15:3,13 | 86:13 |
| 23:10 24:8,24 | **laptop** 13:19 | 15:22 16:4,7,16 | **litigation** 18:22 |
| 25:4,14,17,22 | **laser** 67:10 | 16:19 17:19,23 | 19:3,4 28:8,23 |
| 29:19,21 30:3 | 72:22 | 31:25 34:10,15 | **little** 18:18 |
| 33:23 35:14 | **late** 62:7 | 48:22,25 49:14 | 21:15 61:10 |
| 39:12 46:10 | **law** 1:8 2:18,20 | 51:16 52:8 | 66:13 77:9 |
| 48:14 50:14,15 | 4:21 8:14,17,20 | 53:18 54:25 | 88:24 92:22 |
| 57:22 60:8 | 8:21 13:14 | 59:4 65:7,18 | 98:15 |
| 62:18 64:5,12 | 29:9 76:11,20 | 84:8 85:13 | **llc** 113:1 |
| 66:23,24 68:4 | 77:4,10,16,20 | 92:24 101:7 | **llp** 1:21 2:13 |
| 69:4,22 70:18 | 78:2,11,13,20 | 102:5 109:10 | 5:3 |
| 70:24,25 71:3 | 79:3,19,21,24 | 110:6 | **local** 9:23 18:2 |
| 71:17,24,25 | 80:13,20 105:3 | **letters** 28:14 | 51:7,20 92:25 |
| 72:4,6,19 73:7 | 105:6,13 | 29:15 30:13 | **located** 65:21 |
| 73:10,16,19,22 | **lawsuit** 18:22 | 31:14 32:19 | **location** 5:2 |
| 74:5,10,16,18 | 19:6 20:5 | **lexington** 1:22 | **lock** 103:20 |
| 74:22 75:2,3,8 | 21:21 23:23 | 2:14 5:3 | **long** 24:23 |
| 83:13 84:23 | 25:12 26:11 | **liability** 8:25 | 62:13 |
| 85:12,18,20,21 | 84:23 94:2 | **licensed** 8:10 | **longer** 75:16 |
| 88:17 90:9 | 96:3 | 8:13 | **look** 10:23 11:3 |
| 92:24 93:6 | **lawsuits** 28:15 | **lift** 70:12 71:19 | 70:15 88:21 |
| 95:7 99:15 | 31:16 32:21 | 72:2,3 | 100:10 102:21 |
| 100:8,20 | **lawyer** 23:15 | **limited** 8:24 | **looking** 102:2 |
| 101:11 104:7 | 24:4 | **line** 27:22 | **looks** 14:3,3,4 |
| **l** | **lawyers** 22:21 | 56:23 61:5,6 | 39:17 40:2,2,3 |
| **l** 3:2,2 6:3,14 | **legacy** 73:21 | 113:5 | 41:5 42:4 |
| 48:22 108:2 | **legal** 23:22 | **lines** 50:25 | 62:14 |
| 110:7 | 26:22 27:6 | 54:22 57:2 | **losses** 10:7 11:6 |
| **labor** 28:17 | 29:2 31:3 32:3 | 59:16 | **lot** 20:11,12 |
| 31:17 32:22 | 33:6,10 | **liposuction** | 22:24 23:3 |
| | **letter** 10:4,12 | 67:17 69:20 | 32:8 39:16,17 |
| | 10:21 11:5,19 | | 67:7 90:18 |

**[lot - moment]**                                    Page 13

91:19 94:10,11
94:12

**m**

**made**  39:10,10
  44:5,9,20 83:20
  84:19 85:9
**madison**  2:5
**magistrate**
  86:20 87:8,12
**mails**  45:23,25
**maintain**  36:4
  37:23
**maintained**
  59:10
**maintains**  37:2
**make**  21:18
  53:23 57:19
  58:6 98:15
  104:9 106:6
**making**  33:9
**male**  67:17
**malpractice**
  47:5
**man**  80:24
**management**
  52:2,3
**manner**  89:25
  90:19
**march**  1:12 4:5
  50:3,22,24 65:6
  101:14 102:7,8
  102:10,17
  103:11 104:6

104:15 106:7
109:17 112:19
**marked**  6:25
  10:20 27:25
  36:13 48:21
  50:3 54:17
  60:25 109:6,9
  109:12,14,17
  109:20 110:6,9
**marriage**
  112:15
**matt**  82:14
**matter**  4:18
  14:22 24:6
  54:6 59:20
  76:25 112:17
**matters**  22:20
  90:15
**matthew**  2:7
**mcafee**  2:24 5:5
**mdeoreo**  2:9
**mean**  8:3 19:12
  20:21 21:8,9
  26:18 38:2
  40:11,13 50:7
  52:19 53:21
  57:21 58:7,11
  59:22 66:9
  68:2 87:13
  92:2 95:6,23
  96:2 99:16
**meaning**  18:22
**means**  9:3

**media**  4:15
  42:10,14,16
  46:18,25 76:7
  82:8 106:25
**medical**  49:10
  51:17 53:6,17
  59:6 60:19
  63:2 64:16,21
  65:8,25 66:5
  67:19,23 84:11
  86:12 90:10
**medically**  84:6
**medication**
  7:11,16,17,17
  7:22 8:6 9:23
  15:9,10 18:2,15
  18:17 19:13
  34:4,12 46:8
  49:5 50:9,15
  52:12,18 54:4
  54:10 55:2
  56:3,6 59:21
  60:9,10 66:14
  73:2 83:20
  91:2,4,5,5
  98:23 99:5,6,6
  99:11
**medications**
  35:12 47:23
  48:17 51:12,22
  52:23 53:17
  59:7 102:12
**meds**  34:7

**meet**  24:20
  104:14
**member**  9:6
**members**  9:4
**mental**  9:19
  10:9 11:7
  17:15
**mentally**  15:15
  33:21
**mention**  52:13
  63:25
**mentioned**  8:21
  52:22 83:9
**mentioning**
  64:15
**menu**  69:14
**messed**  19:14
  54:4 75:22
**messing**  18:6
**met**  24:24 25:5
**meta**  37:14
**microphones**
  4:7
**mine**  43:20
**minute**  45:7,18
  51:15 100:17
**minutes**  30:2
  86:22
**misconduct**
  28:24
**misspoke**  37:20
  37:21
**moment**  92:6
  102:3

| | | | |
|---|---|---|---|
| **monday** 47:12 | **names** 9:11 | **news** 44:10 | **offices** 1:21 |
| 48:9 | 34:11,12,18 | **nope** 8:9,19 | **oh** 11:2 13:20 |
| **money** 26:24 | 90:10 | **notary** 1:23 6:5 | 26:25 41:16 |
| 27:6 | **narcotic** 51:22 | 108:21 112:6 | 43:21 55:5 |
| **month** 49:11 | **narcotics** 34:17 | 113:25 | 67:16 70:20 |
| 52:9 68:18 | 49:5 59:11,23 | **note** 4:6 | 79:12 80:18 |
| 84:11 | 60:5 68:13 | **notice** 47:7 | 81:20 98:11,11 |
| **months** 17:25 | 75:23 83:15 | **notices** 62:6,9 | **okay** 6:20,22 |
| 18:13 50:11 | 85:9 92:16,20 | **november** | 7:21 8:5 9:6,17 |
| 62:8 73:3 | 93:3 101:4 | 42:18 43:9 | 10:3,15 12:18 |
| **morning** 4:3 | **neck** 71:19 72:2 | **number** 4:24 | 13:2,21 14:5 |
| 34:22 91:6 | **need** 61:9 63:4 | 18:24,25 36:20 | 15:7,12 18:5 |
| **motion** 50:5 | 70:3,6 75:14 | 42:24 43:25 | 20:16 21:17 |
| 109:18 | 76:13,16,24 | 46:19 47:2 | 22:13,16 23:12 |
| **move** 32:16 | 77:3,10 78:14 | 76:8 77:3,17 | 23:14 24:20 |
| 100:21 102:25 | 87:16 105:19 | 78:14,18 79:8 | 25:2,23 26:5 |
| **moving** 100:20 | 105:23 107:5 | 79:11 80:6 | 27:4 28:3 |
| 100:23 | **needs** 86:10 | 82:9 106:25 | 29:24 30:4 |
| **multi** 34:5 | 87:19 | 109:4 110:5 | 31:10 33:15 |
| **multiple** 34:5 | **never** 16:10,11 | | 35:16,23 37:18 |
| 44:21 51:21 | 16:25 58:6 | **o** | 37:21 39:2 |
| 75:18 84:18 | 73:25 87:21,22 | **o** 3:2 6:3,12 | 40:5,25 42:5,17 |
| 93:2 | 88:4 | 108:2 | 43:2 44:12,20 |
| **mute** 4:10 | **new** 1:2,22,22 | **oath** 3:12 5:10 | 46:10 47:11,17 |
| | 1:24 2:6,6,15 | **objections** 3:21 | 47:22 48:8,15 |
| **n** | 2:15,21 4:23 | **obligations** | 49:9 50:10,18 |
| **n** 2:2 3:2 6:3,3 | 5:4,4 6:5,19 | 14:12,17 | 51:6,14 52:4,7 |
| 6:12,14 108:2 | 8:15,15 10:5 | **obviously** 9:7 | 53:3,16 54:6,20 |
| 111:2 | 12:7 14:20 | 15:24 22:20 | 55:24 56:22 |
| **nah** 46:3 70:13 | 15:17,19 16:12 | 42:6 48:17 | 57:2,11,24 |
| **name** 5:5 6:9 | 16:23 33:20 | 53:16 | 59:15 60:3,7,14 |
| 6:13 7:7 98:2 | 63:10 64:18 | **office** 45:6,19 | 61:4 63:21,23 |
| 113:2,3 | 84:4 112:3,4,7 | 82:13 | 65:5 66:25 |
| | 113:1 | | 67:14 68:10,23 |

[okay - please]                                                    Page 15

69:13,18,23
70:8,20 71:10
71:18 72:2,15
74:14,19,23
75:11 77:4,10
77:16 78:2,3,5
78:16,22 79:3,7
80:7,19 81:16
82:11,23,24
86:16 88:14,18
89:16,18,20
92:12 93:9
96:15 97:3,10
97:24 98:11,12
98:18 99:10
100:15 101:17
102:15 103:9
103:17 105:15
106:5,9,14
**once** 80:3
**one's** 88:8
**ongoing** 62:7
**oops** 73:15
**opportunity**
  104:19
**opposition** 50:4
  109:18
**ordered** 26:6
  44:15 64:23
**organ** 68:2
**original** 3:9,17
**outcome** 5:13
  112:16

**outlets** 44:10
**overall** 9:18
**own** 20:4 21:21
  23:23 36:4,8
  37:11,13,16
  40:9 41:6,24
**owned** 37:14
  42:2
**owns** 37:2

**p**

**p** 2:2,2 3:2
**pa** 12:20
**page** 10:23
  12:17,21,23
  27:22 29:4
  42:24 43:22
  50:25 54:22
  56:23 57:12
  59:16 61:5,5
  65:13 109:4
  110:5 111:4
  113:5
**paid** 26:19 27:2
  27:4,5,7
**pain** 51:23 52:2
  52:2,2
**paragraph**
  10:24 28:8
  29:5 50:25
  65:14
**paragraphs**
  36:21

**pardon** 47:19
**particular**
  10:23 43:16
**parties** 3:7 4:14
  61:14,14
  112:14
**partner** 77:15
**party** 5:11
**pause** 80:8
**pen** 79:16
**people** 22:24
  23:3
**percent** 35:20
  35:22
**person** 52:24
  77:11 96:11
**personal** 36:6
  37:7 44:4
**personally** 9:12
  29:12 30:10
  42:21 43:13
**pete** 45:8,19
**pharmacist**
  34:14
**phone** 80:6
  89:12
**phones** 4:10
**photo** 40:23
  41:13,18
**physical** 9:19
  10:9 11:8
  28:25 97:19
**physically**
  15:16 49:19

**physician** 49:15
  65:7
**pick** 4:8
**picture** 41:12
**pictures** 39:16
**pills** 59:11,24
  60:4
**pistol** 45:7,19
**place** 4:13
  62:11 87:24
  96:22 104:5,11
  108:11
**placed** 13:22
  51:7,20
**plaintiff** 1:4,19
  2:13 6:25 20:4
  20:18,20 21:21
  23:17 25:11
  44:6 94:2,18
  95:13,14,18,25
  96:18 109:6
**plaintiff's** 6:24
  10:19 24:4
  27:24 36:12,15
  48:20 50:2,4
  54:16 60:24
  109:3,15,18
**plaintiffs** 2:4
  4:18 100:22
  104:12,18
**plan** 63:20
**plasma** 74:24
**please** 4:6,10
  5:19 6:10

10:17 27:18
36:11 37:5
61:11 69:6,7
74:20 76:2
79:16 81:15
93:15 96:12
100:17 102:18
102:21 104:13
106:6
pllc   1:8 2:18,20
4:21 8:22
plus   85:5
podcast   44:4,10
44:22,24 45:12
point   7:19
54:24 60:18
64:9 75:14
77:25 93:18
99:8
points   43:22
portion   50:19
possess   37:23
37:25 38:2
possession   38:3
38:5
possible   80:17
107:6
possibly   7:25
99:14
post   42:9,20
83:16
posted   43:6,11
44:13

postponed
86:11
posts   41:14
43:12
potential   29:16
30:14
potentially
30:25 31:25
33:4
pounded   45:9
45:21
practice   8:14
8:17
prepared   56:4
preplanned
59:19
prescribed
18:18 34:16
47:24 51:12,21
present   2:23
25:5 43:8 82:2
82:12
pretty   91:8
prevent   7:12,22
53:19 98:24
99:12
preventing
34:8 86:12
previously   6:25
10:20 27:25
36:13 48:21
50:3 54:17
60:25 77:5
104:7 109:6,9

109:12,14,17
109:20 110:6,9
private   4:8
62:25
probably   7:18
48:12 99:7
101:14
problem   70:16
80:21 83:2,3
85:3,19 106:10
procedure   1:20
7:20 49:18
53:17 59:6
60:19 63:25
64:6,8,16,21
65:8 66:5
67:19,24 68:11
68:15 75:9
84:11 90:11
93:5 99:9
procedures
51:17,20,25
65:25 67:7
72:10,24 73:5
proceed   48:10
75:16 77:25
82:10 97:15
proceeding
54:21
process   86:2
100:21
produced
61:21

professional
8:24
profile   41:13
profoundly
10:8 11:7
provide   11:11
11:24 73:14
provided   63:2
provider   63:3
92:25
provides   34:16
73:10
public   1:24 6:5
43:17 44:5,20
108:21 112:6
113:25
publication
28:22
published
43:12,16 44:3,7
44:8,9
pulled   39:14
purposes   52:3
pursuant   1:19
put   10:15 27:17
36:11 39:23
45:2 47:7
48:19 65:10
67:2 69:11
81:13

**q**

qualifying
19:24 93:22

**quality** 11:12 11:25 12:2
**question** 15:21 16:8 20:2,17 21:16 30:8,9,17 30:19 33:2,14 33:16 35:3 65:4 83:11 86:14 88:9,10 93:21,24 94:6,9 94:16,17 95:4 95:23 96:4 97:24 98:2,7,21 99:10 100:5
**questions** 48:16 85:7 89:22,25 90:3,3,10 92:15 97:14,16 100:2
**quicker** 88:25
**quickly** 87:20
**quoting** 27:19

**r**

**r** 2:2 3:2 6:3,3 6:12,14 108:2 112:2
**raise** 5:19
**rambled** 30:2 32:7
**rambling** 30:5
**rape** 28:16 31:17 32:22
**rather** 62:6

**rcarnes** 2:17
**reach** 76:2 78:15 80:2,3,4 80:5 86:21
**reached** 79:23
**reaching** 87:19
**read** 31:10,19 32:12 40:6 43:24 50:18 51:2 57:13 64:3,14 73:18 74:9,14 85:14 93:12,17 97:12
**reading** 11:5 30:5,7 41:9 71:21 94:23
**ready** 6:21,21
**really** 9:22 11:15 12:24 22:15 23:2 41:19 42:9,9,13 46:9 62:12 68:8 83:2 85:16
**realtime** 1:16
**reason** 8:6 14:6 62:12 113:5
**recall** 9:14 10:11 11:14 12:10,25 14:2 14:23 15:2,21 16:18 17:18,22 22:5,6,13 24:11 24:22 25:3,8

33:25 34:12 39:3 44:17 45:11,15 46:14 48:18 55:10,17 57:7,9,18 58:17 58:19,23 59:14 68:5,10,21 71:14 72:12 73:6 85:8 88:7 90:7 97:6
**recalling** 83:8
**recalls** 85:23
**received** 51:21
**receiving** 50:16
**recess** 46:20 76:9,18 78:9,25 79:17 80:25
**recollection** 69:3 72:8 75:20
**record** 4:4,14 5:15 7:9 27:23 41:8 43:24 46:16,23 50:20 75:18 76:5 81:14,19 82:6 83:9 85:14 98:5,21 106:17 106:21 112:11
**recorded** 4:16
**recording** 4:12
**records** 20:14 94:14

**recovering** 62:19
**recovery** 51:25 63:9 83:16
**reduction** 70:20,21
**reed** 1:21 2:13 5:3 82:15
**reedsmith.com** 2:16,17
**referring** 31:6 32:5,10
**refrain** 49:16 49:22 50:11 51:24 52:14,20
**refresh** 69:3 72:7
**regard** 77:21
**regarding** 23:22 24:4 33:10 43:18 44:6 83:3,11,24 93:18 96:22
**regardless** 75:8
**related** 5:10 112:14
**relevant** 50:19 90:12
**relief** 104:20
**relievers** 51:23
**rem** 91:10
**remain** 49:4
**remember** 11:17 16:3

18:11 34:18
35:13 45:22,25
47:8,9 53:10,11
53:13 54:2,5,13
54:14 55:24
56:8,12,19,20
59:13 60:6,22
64:10 67:22,23
68:8,17 72:17
75:10 83:18,23
83:25 84:3,8,10
84:14,18 85:11
89:24 91:11,13
92:23
**remembering**
34:9
**remote** 54:17
109:21
**render** 25:10
**rendered** 11:11
**rendering**
11:23
**reply** 62:22
**report** 44:25
**reporter** 5:6,16
5:18,21 6:8,15
6:20 55:23
66:10 70:4
82:22 98:9,13
107:8 110:15
**reporting** 113:1
**represent** 7:8
14:21 15:17
16:12 17:14

18:10,20 19:2
20:3,17 33:21
84:6 91:11
92:8 93:25
94:17 95:18,24
98:3
**representation**
11:12,25 12:2,8
14:20 26:10
29:18 30:16
93:19
**represented**
82:15 84:2
95:2
**representing**
15:19 16:23
19:17,19 20:24
21:7,20 22:4
33:22 35:11
53:19 96:17
105:6
**represents**
84:22 95:12
97:8
**request** 36:18
42:23 43:3
56:5 104:11,19
**requested** 87:4
87:6
**requests** 36:15
109:16
**required** 59:7
104:8

**reschedule** 89:3
101:2 102:17
104:16
**rescheduled**
102:9
**reserved** 3:22
**reset** 75:25
86:6
**respect** 9:17
**respective** 3:6
**respond** 83:6
**responding**
58:3
**response** 36:14
36:17 42:23
43:3 56:4
109:15
**responses**
90:25
**result** 12:4
**retained** 110:15
**retainer** 25:15
25:22
**return** 63:10
64:18
**reviews** 39:25
41:4
**right** 5:19
10:18 12:20
13:16 20:14
21:2,2 22:16
23:6 24:16
25:6 26:3 31:3
33:22 34:6,7

38:9 39:18,23
40:6 42:16
46:5,13 47:12
49:17,24 53:20
55:17,18 56:7
58:22 63:11
64:4 66:22
68:6 69:10
70:16,23 74:11
77:23 78:4,17
78:23 79:8,9
80:8,15 89:2
92:13 94:13
95:22 97:4,11
97:21 99:21
100:12 102:16
103:2,3,24
104:22 105:7
106:11
**rob** 2:16 82:18
**rochon** 48:22
49:2 52:10
54:9 60:15
66:18 76:24
81:4,5,8,15,24
82:23 86:16
87:2,6,10,21
88:14,18 89:2
89:16 90:22
91:9 92:5,8,12
93:9,14 95:11
96:9,21 97:2,10
97:18 99:21
100:12,15,19

| | | | |
|---|---|---|---|
| 101:17,20 | **schedule** 63:2 | **seigel** 2:4,7 | **sexual** 33:11 |
| 102:2,15 103:2 | **scheduled** | 27:12 55:25 | **share** 17:12 |
| 103:9,17,22 | 47:11 60:20 | 56:9,13 57:4,24 | **shared** 7:14 |
| 105:5,11,15,21 | 61:16 63:9 | 77:13,15 82:13 | 99:3 |
| 105:25 106:5 | 64:8,16,18,21 | **seigel's** 57:15 | **sheet** 113:1 |
| 106:11 110:7 | 101:19 | **selected** 60:17 | **short** 46:20 |
| **rochon's** 76:13 | **scoot** 97:23 | **semper** 10:5,21 | 76:9,18 78:9,25 |
| **rough** 107:4 | **screen** 41:10,22 | 11:18 12:5 | 79:17 80:25 |
| **rounds** 34:5 | **scroll** 69:7 | 14:8,9,18 17:5 | **show** 5:14 |
| **rules** 1:20 | **sculpting** 67:15 | 84:4 109:10 | 40:24 |
| **ruling** 83:3 | **sealing** 3:7 | **send** 59:11,24 | **showed** 40:21 |
| **run** 82:25 | **second** 7:2 | 60:4 62:9,24 | 40:23 |
| **s** | 10:24 15:14 | **sending** 28:13 | **showing** 12:20 |
| | 28:9 36:3 | 29:14 30:12 | 39:19 |
| **s** 2:2 3:2,2 | 51:10 54:23 | 31:13 32:18 | **sic** 4:18 |
| 109:2 110:3 | 78:22 82:4 | **sensitive** 4:7 | **siev** 2:24 |
| 113:5 | 89:11 97:22 | **sent** 13:14 | **sign** 106:13 |
| **safe** 52:25 | 98:17 102:20 | 31:24 39:13 | **signature** 12:17 |
| 64:20 | 109:7 | 45:23 46:2 | 12:19 14:4 |
| **sanctions** 50:5 | **secure** 12:7 | 62:6 101:7 | 34:10 112:22 |
| 109:19 | 14:20 | **sentence** 10:24 | **signed** 3:10,12 |
| **sat** 55:14 | **security** 94:25 | 65:14 | 3:15 |
| **saying** 33:25 | **see** 12:9,11,24 | **series** 41:14 | **significance** |
| 34:15 35:21 | 13:5,7,9 39:20 | **service** 3:16 | 18:12 |
| 36:23 42:23 | 39:21 57:23 | **services** 25:10 | **sir** 14:24 16:19 |
| 45:11 54:13 | 59:24 64:13 | 69:18 73:10 | 21:13 39:18 |
| 55:6 56:8 57:7 | 73:13 74:12 | **set** 36:15 45:9 | 66:11 70:5 |
| 57:9,18 58:18 | 78:4 | 45:20 109:15 | **sit** 53:7 54:11 |
| 58:19 59:13,14 | **seeking** 52:8 | 112:10,19 | 55:3 68:15 |
| 84:5 92:17 | 104:20 | **severe** 11:9,20 | 80:9 |
| **says** 9:15 40:6 | **seem** 75:4 | 29:2 | **sitting** 19:5 |
| 40:12,13 63:13 | **seems** 72:21 | **sex** 28:17 31:18 | **six** 49:5 52:12 |
| 63:22 95:9 | 73:12 | 32:23 | 52:19,20 53:2 |
| 98:8 102:5 | | | 54:10 55:2 |

101:9 102:6
**skin** 67:13
  72:22 75:7
**sleep** 11:10,21
**slide** 89:13
**smith** 1:21 2:13
  5:3 82:15
**snippet** 27:17
**social** 42:10,13
  42:16 94:25
**sole** 9:6
**soon** 80:16
  107:6
**sorry** 11:4 15:8
  16:5 21:12,17
  30:4 35:17
  42:11 55:7
  79:20 81:20,21
  87:2 91:25
  96:9,10 105:25
**sort** 75:5
**sotto** 69:17
  71:9 98:10
**sounds** 30:18
**southern** 1:2
  4:22
**speak** 9:7 83:4
  96:11
**speaking** 59:2
**specific** 32:4
  93:18
**specifically**
  32:8,9 42:19
  61:18

**specifics** 24:8
  24:12
**specified**
  108:11
**spelling** 6:10
**spoke** 77:12
**ss** 112:4
**standby** 81:18
**star** 44:24
**start** 31:21
  46:25 47:12
  82:8
**state** 1:24 6:5
  15:17 17:15
  97:19 112:3,7
**stated** 11:22
  14:5 56:5
  66:17 75:18
**statement** 39:7
**statements**
  28:23 43:15,18
  44:3,5,7,9,21
  84:19
**states** 1:2 4:21
**stating** 85:9
**statutory** 28:16
  31:17 32:22
**stenographic**
  5:15
**stipulated** 3:5
  3:20
**street** 2:20 6:18
**struggling**
  46:14

**stuff** 68:25
  72:21
**su** 10:11
**submitted** 10:4
**submitting**
  10:11 14:6
**subpoena** 1:19
**subscribed**
  108:17 113:22
**substances** 7:12
  98:24
**substantive**
  83:18
**sued** 31:22 47:5
**suggesting**
  103:6
**supposed**
  101:19,21,24
**supposedly**
  14:15
**sure** 9:22 19:18
  20:9,19 21:4
  22:17 23:20
  24:17,18 32:14
  53:23 66:8
  77:18 84:21
  87:14 91:22
  94:8,9,11,19
  95:5 97:7
  106:6
**surgeon** 67:5
**surgery** 56:14
  56:25 57:15
  59:2 83:16

**surgical** 73:5
**suspended** 8:16
**swear** 5:16,22
**sworn** 3:10 6:4
  108:5,17
  112:10 113:22

**t**

**t** 3:2,2 6:3,12
  108:2 109:2
  110:3 112:2,2
**t.a.** 1:8 2:18,20
  4:20 8:21
**tablackburnla...**
  2:22
**taco** 96:13
**tacopina** 2:4,6
  6:22 7:6,7
  10:15 11:2
  12:16 13:3,6,11
  13:16 16:5
  21:12 27:16
  36:10,19 37:4
  41:8,19 42:11
  43:23 45:2
  46:10 47:3
  49:25 50:23
  51:3,9 55:5,21
  61:9 65:10
  67:2,9,11 69:5
  69:13 71:4,10
  73:15 74:20
  75:13 76:12,23
  77:6,14,18,24

78:6,12,16,19
78:23 79:6,10
79:14,20 80:7
80:18,23 81:3,6
81:10,11,16,20
82:3,10,18,24
86:17 87:3,5,9
87:11 88:2,15
88:20 89:10,18
91:23 92:6,7
93:11,13,16
95:16 96:7,14
96:15,25 97:4
97:17,20 98:3
98:10,11 99:18
99:22,25
100:13,18
102:16,19
103:7 104:23
104:24 105:8
105:14,16,17
106:4,14,18
107:5 111:5
**tacopinalaw....**
2:8,9,9,10
**take**  4:13 46:12
62:10 68:2
78:4 79:16
87:24 96:22
102:20 104:5
104:10
**taken**  1:18 4:17
46:21 76:10,19
78:10 79:2,18

81:2 92:19
**talk**  24:7 61:24
**talking**  23:3
29:20,21 40:20
89:13
**taxing**  49:20
**tblackburn**
2:22
**team**  29:2
**telephone**  61:2
110:10
**tell**  14:18 50:10
52:10 57:24
63:11 81:25
93:8
**telling**  33:19
**tend**  52:23
**tender**  26:22
27:6
**tendered**  7:4
10:22 28:2
36:16 48:24
50:6 54:19
61:3
**terms**  104:20
**terrance**  1:8
2:19 4:19
**terrence**  27:25
109:12 113:2
**testified**  6:6
**testify**  8:7
83:12 86:11
88:11 108:5

**testifying**  7:12
7:23 17:21
98:25 99:12
**testimony**  5:22
58:22 106:23
108:6,10
112:12
**thank**  6:22
31:11 41:20
47:3 60:3
76:20 78:8,24
80:11,11,19
89:16 93:9
96:24 98:20
100:15 106:12
106:14,19
107:7
**thanks**  80:23
80:23
**thermage**  74:17
**thermibreast**
74:15
**thermirf**  74:4
**thermismooth**
74:2
**thing**  54:23
61:8,12 87:3
**things**  18:3
22:10 24:7
32:8 34:6,17,18
34:20,21 46:14
59:4 73:17
74:6 87:15
102:25 104:3

**think**  11:4 17:2
17:19 19:22
20:6,7,7 21:23
21:23,23 22:8
22:11 23:9,10
23:13 30:5
34:15,19,20
37:12 43:22
47:16,21 48:2
59:23 60:7,12
66:6,7,15,15
73:8 75:13,15
75:24 86:3,17
87:16,18 90:11
91:18 92:20
94:4,6 96:4
101:15,18,24
105:19
**third**  10:24
12:21 29:8
64:21
**thought**  56:17
**threatening**
28:15 31:15
32:20 45:8,19
**threats**  28:23
**three**  17:25
22:12
**throwaway**
88:9
**time**  1:13 3:22
4:11 6:21 8:12
19:20 24:23
32:13 43:9

**[time - tyrone]** Page 22

| | | | |
|---|---|---|---|
| 46:17,24 56:3 | 92:4 93:15,20 | **truthful** 46:4 | 30:1 31:1 32:1 |
| 60:21 61:21 | 94:24 95:9 | **truthfully** 7:13 | 33:1 34:1 35:1 |
| 76:6 82:7 | 97:8,13 98:13 | 7:23 8:7 17:22 | 36:1,14,25 37:1 |
| 100:14 106:24 | 108:9,9 109:21 | 83:12 88:12 | 38:1 39:1 40:1 |
| 108:10 | 110:9 | 98:25 99:13 | 40:7,14,17 41:1 |
| **times** 75:18 | **transfer** 69:24 | 100:6 | 41:11 42:1 |
| **today** 7:13,24 | 70:3,6 | **try** 21:18 48:4 | 43:1,5 44:1,2 |
| 8:8 19:6 26:2 | **transition** 56:7 | **trying** 45:8,20 | 45:1 46:1 47:1 |
| 34:8 35:4,19 | 56:14,16,25 | 71:22 89:21 | 48:1,23 49:1 |
| 46:5 48:10,19 | 57:15 58:16 | **turetsky** 2:15 | 50:1 51:1 52:1 |
| 60:9 68:15 | **transitioned** | 13:20 79:4,7,12 | 53:1 54:1 55:1 |
| 75:20,22 82:2 | 56:17 | 82:16,17,17 | 56:1 57:1 58:1 |
| 83:8,13,21 | **transitioning** | **twice** 9:24 | 59:1 60:1 61:1 |
| 85:10 86:4 | 59:3 | **two** 18:12 | 62:1 63:1 64:1 |
| 88:5 92:15,20 | **transparency** | 22:18 30:2 | 65:1 66:1 67:1 |
| 99:2,13 105:4 | 14:11,16 | 49:11,16,24 | 68:1 69:1 70:1 |
| **today's** 93:20 | **treated** 65:7 | 50:11 51:24 | 71:1 72:1 73:1 |
| 106:22 | **treating** 49:14 | 52:9,14 54:23 | 74:1 75:1 76:1 |
| **told** 11:18 12:5 | **treatments** | 68:12 72:25 | 77:1 78:1 79:1 |
| 14:9 15:25 | 67:17 71:13,17 | 73:2 | 80:1 81:1 82:1 |
| 46:7 54:3 57:4 | 72:22,23 75:6 | **type** 68:11 | 83:1 84:1 85:1 |
| 64:17 | **trial** 3:22 7:3 | **types** 93:3 | 86:1 87:1 88:1 |
| **tomorrow** | 47:12,15 48:3 | **typo** 98:8 | 89:1 90:1 91:1 |
| 107:9 | 48:11 85:20 | **tyrone** 1:8,18 | 92:1 93:1 94:1 |
| **took** 34:21 | 109:8 | 2:19,21 4:1,16 | 95:1 96:1 97:1 |
| 35:15,18 60:10 | **tried** 61:18 | 4:20 5:1 6:1,11 | 98:1 99:1 |
| 83:15,17 91:5 | 77:6 | 7:1 8:1 9:1 | 100:1 101:1 |
| **trafficking** | **trouble** 33:15 | 10:1,20 11:1 | 102:1 103:1 |
| 28:18 31:18 | 83:7 | 12:1 13:1 14:1 | 104:1 105:1 |
| 32:23 | **true** 45:14,17 | 15:1 16:1 17:1 | 106:1,23 107:1 |
| **transcript** | 65:18 89:23 | 18:1 19:1 20:1 | 108:15 109:10 |
| 27:18 54:7,18 | 108:9 112:11 | 21:1 22:1 23:1 | 109:14 110:7 |
| 54:20 60:25 | **truth** 5:23,24 | 24:1 25:1 26:1 | 111:3 113:3,21 |
| 61:5 91:24 | 5:25 108:5 | 27:1 28:1 29:1 | |

**tyroneblackb...**
36:6 37:7
38:12 39:6
43:7

**u**

**u** 3:2 6:3,14
**uber** 35:6,7
**uh** 70:13,13
74:3,3
**ultra** 74:21
**um** 17:4 22:15
25:18 26:25
38:7,25 44:19
45:13
**unable** 11:11
11:24 33:21
60:18 92:14
**uncertain** 22:3
**under** 7:10
18:23 51:7,19
51:20 56:3
66:2 68:12
98:6,22
**undergo** 59:5
67:20
**understand**
28:8 30:18,23
30:24 31:23
33:3,7,13,13
49:21 61:23
65:3 90:18
97:5 103:22
105:8

**understanding**
33:16
**understood**
103:23
**underwent**
51:17 65:24
**unfit** 84:6
**unit** 4:15 46:18
47:2 76:7 82:9
106:25
**united** 1:2 4:21
**unsigned** 3:14
**uploaded** 43:13
**use** 42:9,13
103:16
**used** 3:14 42:19
75:21
**useless** 85:22

**v**

**v** 113:2
**venous** 73:21
73:24
**veritext** 5:8
13:14 113:1
**versa** 73:24
**versus** 4:19
20:24 96:23
**video** 4:12,16
**videographer**
2:24 4:2 5:6
13:13,17 46:15
46:22 76:4
81:18,22 82:5

82:21 106:16
106:20
**videotaped**
1:16
**vile** 28:24
**violence** 28:25
**virtual** 59:8
60:14
**vocal** 55:16
**voce** 69:17 71:9
98:10

**w**

**w** 2:24
**wait** 79:4
**waited** 62:8,13
**waived** 3:9
**want** 24:10
25:20 27:16
53:23 54:24
59:25 62:23
69:15 86:18
93:11 99:19
103:5,19
**wanted** 59:12
87:14
**wants** 65:23
83:6
**waste** 85:5
100:14
**way** 9:20 26:20
27:5,8 48:19
49:24 112:16

**we've** 77:8
**website** 66:20
67:3 71:22
73:12
**wednesday**
84:24
**week** 22:2,10
22:11 27:12
35:9 47:23
48:3 53:12,14
62:18,19,20
84:15 102:10
102:17 104:6
104:15,17
106:7
**weeks** 7:18,19
49:6,16,24
51:25 52:12,15
52:19,21 53:2
54:11 55:2
62:11 68:12,13
72:25 99:7,8
101:5,9 102:6
**whatsoever**
88:7
**whereof** 112:18
**whispering** 4:8
**wish** 68:20
**withdraw** 14:7
16:22
**withdrawn**
17:8
**witness** 3:10,16
3:18 5:17,20

**[witness - zoomed]**                                        Page 24

6:2,4,11,17
10:25 15:8
35:17 39:25
41:4,17 88:6
91:14 92:10,18
95:15 103:12
103:18 105:24
106:3,9 107:11
111:3 112:9,12
112:18
**witnesses'**
113:3
**wonderful**   6:8
6:15
**words**   34:11
37:19 43:19
75:22
**work**   49:16,23
50:11 51:24
52:14,20
**working**   12:6
14:19
**works**   104:15
**world's**   67:4
**worries**   79:22
**wrinkle**   71:12
71:17
**writing**   11:14
12:25 14:2,23
15:2,22 16:3,18
17:18,22 84:3
**written**   103:15
**wrong**   57:23

**wrote**   18:12
34:9 38:13,19
39:4

**x**

**x**   1:3,10 109:2
110:3 111:2

**y**

**y**   6:3,12
**yeah**   8:12 15:6
16:9 20:8 21:8
22:25 23:8,9,11
24:14 25:7,24
26:4,4,7,17
33:17 34:23
35:8 37:22
40:4,19 42:3
46:6 47:14,18
47:25 49:20
50:24 51:5,13
52:6 53:4
58:24 66:12,16
67:21 68:19
77:7 80:8,13
81:24 87:9
88:19 92:11
94:7 95:6
102:22 105:11
**year**   7:20 56:2
99:9
**yep**   8:23 22:12
80:20
**york**   1:2,22,23
1:24 2:6,6,15

2:15,21 4:23
5:4,4 6:6,19
8:15 15:19
63:10 64:18
112:3,4,7 113:1

**z**

**zoom**   51:3
74:20
**zoomed**   61:10

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.