UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br>　　　　　　*Plaintiff*,<br>v.<br>TERRANCE DIXON,<br>TYRONE BLACKBURN, and<br>T.A. BLACKBURN LAW, PLLC,<br>　　　　　　*Defendants*. | Civil Action No. 25-cv-03552<br><br>NOTICE OF MOTION |

　　　　PLEASE TAKE NOTICE that upon the annexed Declaration of Tyrone A. Blackburn, Esq., dated March 12, 2026, and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Defendant Tyrone A. Blackburn and T. A. Blackburn Law's Motion for Reconsideration, dated March 12, 2026, and upon all prior pleadings and proceedings had herein, Defendants' Tyrone A. Blackburn and T. A. Blackburn Law, PLLC, proceeding pro se and as counsel for Defendants, will move this Court before the Honorable Jennifer Rochon, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order:

1. Granting reconsideration of the Court's March 10, 2026, Opinion and Order, to the extent it permitted Plaintiff Joseph Cartagena's defamation claims against Defendants' Tyrone A. Blackburn and T.A. Blackburn Law, PLLC to proceed.
2. Upon reconsideration, dismissing Plaintiff's defamation claims against Defendant Tyrone A. Blackburn and T.A. Blackburn Law, PLLC in their entirety with prejudice; and
3. In the alternative, certifying for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the controlling questions of law presented herein, including the application of New York's qualified privilege doctrine under *Front, Inc. v. Khalil*, 24 N.Y.3d 713 (2015), the qualified privilege of reply under *Shenkman v. O'Malley*, 2 A.D.2d 567 (1st Dep't 1956), and the *Steinhilber v. Alphonse* disclosure-of-basis doctrine to the bilateral public record of April 29, 2025; and
4. Granting such other and further relief as the Court deems just and proper.

　　　　PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.3 (S.D.N.Y.) of the Southern District of New York, any opposition papers shall be served within fourteen (14) days of service of this motion, and any reply papers shall be served within seven (7) days of service of the opposition papers, unless otherwise ordered by the Court.

Dated: March 12, 2026
Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Tyrone A. Blackburn, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　Tyrone A. Blackburn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Defendants