UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,
                                        *Plaintiff*,
v.
TERRANCE DIXON,
TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,
                                        *Defendants*.

Civil Action No. 25-cv-03552

DECLARATION OF
TYRONE A. BLACKBURN, ESQ. IN SUPPORT
OF DEFENDANT TYRONE A. BLACKBURN'S
MOTION FOR RECONSIDERATION

I, Tyrone A. Blackburn, Esq., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am counsel of record for Defendants Terrance Dixon, myself, and T.A. Blackburn Law, PLLC in the above-captioned matter. I am licensed to practice law in the State of New York and before this Court. I submit this Declaration in support of my Motion for Reconsideration of the Court's March 10, 2026, Opinion and Order.

2. I have personal knowledge of the facts set forth herein, except were stated on information and belief.

3. On April 29, 2025, the same day Plaintiff filed the instant lawsuit, Plaintiff's counsel Joseph Tacopina issued press statements to national media outlets including TMZ, Rolling Out, Music Times, Vibe, and HipHopDX, accusing me by name of participating in a "criminal extortion scheme." I became aware of these statements on the evening of April 29, 2025, when a reporter from TMZ contacted me requesting comment on the lawsuit and referenced Mr. Tacopina's statements.

4. Attached hereto as **Exhibit A** are true and correct copies of a sampling of the public statements made by Plaintiff's counsel Joseph Tacopina on April 29, 2025, including articles published by TMZ, HipHopDX, Rolling Out, Music Times, and Vibe, each containing Mr. Tacopina's statement — or statements attributed to Plaintiff's team — that the allegations against Plaintiff "are completely false and part of a criminal extortion scheme orchestrated by an attorney who a federal judge recently condemned for abusing the court system to harass and pressure defendants." These articles are representative examples of the national media coverage generated by Mr. Tacopina's public statements on that date and do not constitute an exhaustive compilation of all outlets that published his statements.

5. Attached hereto as **Exhibit B** are true and correct copies of the cases cited and relied upon in Defendant Tyrone A. Blackburn's Memorandum of Law in Support of his Motion for Reconsideration, submitted herewith for the Court's convenience.

6. The April 29, 2025, Instagram post, and other public statements attributed to me concerning this litigation, which is the subject of Plaintiff's defamation claim and the Court's March 10, 2026, Opinion and Order, was posted that evening in direct response to the filing of the lawsuit and Mr. Tacopina's simultaneous public statements described above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026

Brooklyn, New York                                                   _/s/Tyrone A. Blackburn, Esq._
                                                                     Tyrone A. Blackburn, Esq.
                                                                     Attorney for the Defendants

2