# Exhibit A

Resources   Blog   Journalists

Client Login   Send a Release

PR Newswire

News   Products   Contact

Search 🔍

News in Focus   Business & Money   Science & Tech   Lifestyle & Health   Policy & Public Interest   People & Culture

# Fat Joe Files Lawsuit Against Former Hype Man & Lawyer For Extortion Scheme

NEWS PROVIDED BY
**Fat Joe**
Apr 29, 2025, 20:03 ET

SHARE THIS ARTICLE

NEW YORK, April 29, 2025 /PRNewswire/ -- Today, Grammy-nominated musician Joseph "Fat Joe" Cartagena filed a lawsuit against his former hype man Terrance Dixson and Dixson's attorney Tyrone Blackburn for defamation and intentional infliction of emotional distress.

In the complaint, Cartagena outlines how Dixson and Blackburn conspired to extort him for money and it started on March 23, 2025, when both parties sent a written demand to Cartagena seeking financial compensation for being a "ghostwriter and uncredited vocalist" on some of Cartagena's songs.

When the false demand was ignored, they resorted to lower depths for their financial demands in an April 21, 2025 letter and threatened to file a complaint *"not just for unpaid wages and other compensation, but also — and with utter disregard for truth or decency — false and outrageous allegations against Cartagena that have absolutely nothing to do with Dixson's purported unpaid wages, including unspeakable acts such as statutory rape, forced labor, sex trafficking, and fraud."*

Additionally, Blackburn made false statements to Cartagena's lawyer Joe Tacopina, insinuating that he verified all the allegations and had spoken to critical witnesses, including one of the alleged minors, who ultimately denied ever speaking to Blackburn.

"These allegations are completely false and part of a criminal conspiracy orchestrated between a disgruntled former hype man and his attorney," Cartagena said. "These two individuals have been scheming together to extort me with their elaborate and ludicrous demands changing by the day. The relentless threats, harassment, and defamation I've endured as they peddle salacious lies are utterly deplorable. I'm taking legal action to expose their misconduct and I'm fully confident that the facts will reveal this is nothing more than a deceptive and desperate scam."

The lawsuit further notes how Dixson has harassed Joe and his representatives on social media and through text messages over the course of the past few years.

"The allegations against Mr. Cartagena are completely false and part of a criminal extortion scheme orchestrated by an attorney who a federal judge recently condemned for abusing the court system to harass and pressure defendants," Tacopina said. "Mr. Cartagena will not be intimidated by fabricated claims, lies about witnesses, or shameless threats. We are taking immediate legal action to expose this fraudulent scheme and we will hold all parties fully accountable."

The lawsuit goes on to note that Judge Denise Cote of the Southern District of New York previously criticized Blackburn's legal tactics, writing that he *"improperly files cases in federal court to garner media attention, embarrass defendants with salacious allegations, and pressure defendants to settle quickly."*

Most recently, the complaint also explains that Judge J. Paul Oetken recently issued a warning to Blackburn and asserted that his legal filings are *"replete with inaccurate statements of law"* and *"full of similar irrelevant insults, misstatements, and exaggerations."*

SOURCE Fat Joe



WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

 440k+ Newsrooms & Influencers

9k+ Digital Media Outlets

270k+ Journalists Opted In

GET STARTED

## Also from this source

**Fat Joe's Legal Team Issues Statement After Lawyer Tyrone Blackburn Arrested For Felony Assault**

Today, Joseph "Fat Joe" Cartagena's legal team issued a statement after lawyer Tyrone Blackburn was arrested by authorities for assault in the second ...

**Fat Joe Sued Terrance Dixon & Tyrone Blackburn for Extortion & The Musician's Lawyer Notes Law Enforcement Is Aware of Dixon & Blackburn's Alleged Extortion Scheme**

Today, Joseph "Fat Joe" Cartagena's legal team issued a statement criticizing the Grammy-nominated musician's former hype man Terrance Dixon and...

**More Releases From This Source →**

## Explore

Legal Issues

**News Releases in Similar Topics →**

**Contact PR Newswire**

📱 Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Chat with an Expert

Contact Us ∧

**Products**

For Marketers
For Public Relations
For IR & Compliance
For Agency
All Products

**About**

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement

Global Sites ∧

**My Services**

All New Releases
Platform
ProfNet
Data Privacy

Do not sell or share my personal information:

• Submit via privacy@cision.com
• Call Privacy toll-free: 877-297-8921

Terms of Use   Privacy Policy   Information Security Policy   Site Map   RSS   Cookies

Copyright © 2025 Cision US Inc.

# Fat Joe Files Lawsuit Against Former Hype Man & Lawyer For Extortion Scheme

NEWS PROVIDED BY

**Fat Joe** →
Apr 29, 2025, 20:03 ET

NEW YORK, April 29, 2025 /PRNewswire/ -- Today, Grammy-nominated musician Joseph "Fat Joe" Cartagena filed a lawsuit against his former hype man Terrance Dixson and Dixson's attorney Tyrone Blackburn for defamation and intentional infliction of emotional distress.

In the complaint, Cartagena outlines how Dixson and Blackburn conspired to extort him for money and it started on March 23, 2025, when both parties sent a written demand to Cartagena seeking financial compensation for being a "ghostwriter and uncredited vocalist" on some of Cartagena's songs.

When the false demand was ignored, they resorted to lower depths for their financial demands in an April 21, 2025 letter and threatened to file a complaint *"not just for unpaid wages and other compensation, but also — and with utter disregard for truth or decency — false and outrageous allegations against Cartagena that have absolutely nothing to do with Dixon's purported unpaid wages, including unspeakable acts such as statutory rape, forced labor, sex trafficking, and fraud."*

Additionally, Blackburn made false statements to Cartagena's lawyer Joe Tacopina, insinuating that he verified all the allegations and had spoken to critical witnesses, including one of the alleged minors, who ultimately denied ever speaking to Blackburn.

"These allegations are completely false and part of a criminal conspiracy orchestrated between a disgruntled former hype man and his attorney," Cartagena said. "These two individuals have been scheming together to extort me with their elaborate and ludicrous demands changing by the day. The relentless threats, harassment, and defamation I've endured as they peddle salacious lies are utterly deplorable. I'm taking legal action to expose their misconduct and I'm fully confident that the facts will reveal this is nothing more than a deceptive and desperate scam."

The lawsuit further notes how Dixson has harassed Joe and his representatives on social media and through text messages over the course of the past few years.

"The allegations against Mr. Cartagena are completely false and part of a criminal extortion scheme orchestrated by an attorney who a federal judge recently condemned for abusing the court system to harass and pressure defendants," Tacopina said. "Mr. Cartagena will not be intimidated by fabricated claims, lies about witnesses, or shameless threats. We are taking immediate legal action to expose this fraudulent scheme and we will hold all parties fully accountable."

The lawsuit goes on to note that Judge Denise Cote of the Southern District of New York previously criticized Blackburn's legal tactics, writing that he *"improperly files cases in federal court to garner media attention, embarrass defendants with salacious allegations, and pressure defendants to settle quickly."*

Most recently, the complaint also explains that Judge J. Paul Oetken recently issued a warning to Blackburn and asserted that his legal filings are *"replete with inaccurate statements of law"* and *"full of similar irrelevant insults, misstatements, and exaggerations."*

SOURCE Fat Joe



**21**% more press release views with

Request a Demo

Home   About   FAQ   Contact Us



Type your search & hit enter

HOME    NEWS    CELEBRITY INTERVIEWS    EXCLUSIVES    VIDEOS    MUSIC

PHOTOS    MERCH

# Fat Joe Sues Former Hype Man After P*dophile Allegations

By TJB Writer                                    April 29, 2025



Fat Joe

EXCLUSIVE



**Exclusive: Princess Love Defends Ray J After 'Fake Blood' Accusations: "It Wasn't Fake…"**

February 19, 2026



**Exclusive: Chris Brown's Breezy Bowl Tour Being Filmed for Major Release**

September 8, 2025

Popular    Recent

Comments



**[AUDIO] Lil**

## Fat Joe Sues Former Hype Man After P*dophile Allegations

**Fat Joe** is suing his former hypeman, Terrance "T.A." Dixon, for defamation after Dixon accused him of being a p*dophile on social media.

The rapper claims Dixon is trying to extort money, alleging the hypeman fabricated the story of Joe flying a 16-year-old girl across state lines for s*x. Dixon's lawyer, Tyrone Blackburn, is also involved in a separate case with Diddy accuser Lil Rodney. **Fat Joe's** legal team asserts the allegations are part of a money grab, as Dixon had been seeking compensation for his past work with Joe.

**Kim's Baby Daddy Says Couple Expecting A Boy + Denies Break-Up Rumors: 'That's my wife.':** (more…)

**Beyonce, Behind the Scenes of L'Oreal Ad:** Most days, I can never get enough of Beyonce. Here's…

**Basketball Wives' Tami Roman Returns to Twitter, "I'm mentally rejuvenated..":** (more…)

**[VIDEO] 50 Cent Brings Out Eminem @ #SXSW, Watch the Full 60 Minute Show:** (more…)

**[Exclusive] Church Pew Hustlin' :: Is LisaRaye Dating A**

The partnership began in 2006 but ended in 2019 without issues, until Dixon began making public complaints about payment. **Fat Joe's** attorney, Joe Tacopina, blasted the defamation claims, calling them part of an extortion scheme and warning Blackburn about recent misconduct. Blackburn, however, maintains the lawsuit is a cover-up attempt.

Well-Known Pastor?:

(more…)

**POST SLIDER**

**Tags:** fat joe, recommend



Authored by: **TJB Writer**

**PREVIOUS ARTICLE**          **NEXT ARTICLE**

**RELATED POSTS**

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment** *

**Name**

**Email**

**Website**

Post Comment

**New Stories**         **Celebrity Hair**         **Stylin On You Hoes**

Cassie Chills with
Joseline Hernandez,
Jada Pinkett Smith
Suris + More Celeb
Stalking

Birdman Says He's
Paying May's Rent
For New Orleans
Residents Who Are
In Need

[caption
id="attachment_218302"
align="aligncenter"
width="590"]
Birdman[/caption]
(more...)

Stop & Stare: Jada
Pinkett Smith & Smith
Family Show Skin on
Hawaii Vacay

Beyonce's Hair Stylist
Says Her Hair Is
"Realness" After Being
Questioned If She's
Wearing A Wig
In Weave

**GOT A TIP?**    EMAIL OR CALL (888) 847-9869



## SPORTS  HIP  WATCH  PHOTOS  TOURS  DEALS HOP



**Chris Brown & Live Nation Sued by Breezy Swim Over 'Breezy Bowl XX' Tour Copyright**



**Donald Trump Considering Pardon for Diddy After Judge Rules on Bail**



**Soulja Boy Buys Birthday Cybertruck, Takes Credit for SeaWorld Boom**



**Doja Cat Mocks Sydney Sweeney's AE Ad With Countrified Disrespect**



**Mary J. Blige Asks Judge to Dismiss Lawsuit Filed by Ex-Friend Misa Hylton, Rapper Vado**

Fat Joe Suing His Ex-Hypeman for Defamation After He Called the Rapper a Pedophile

# FAT JOE
# Suing His Ex-Hypeman
# WHO CLAIMED HE LIKED 'EM YOUNG

*EXCLUSIVE*    442

*By* **TMZ STAFF**

*MOST POPULAR*



**Katy Perry & Justin Trudeau Seen on Dinner Date in Montreal**
7/29/25



**NBA Star Marcus Morris Sr. Arrested on Fraud Charge**
7/27/25

Published April 29, 2025 3:14 PM PDT  |  Updated April 30, 2025 7:37 AM PDT



Getty

**Fat Joe** has filed a hefty lawsuit against his former hypeman for slandering him on social media ... claiming the guy and his lawyer are trying to shake him down for a payday!!!

TMZ Hip Hop obtained court docs filed by Fat Joe on Tuesday, in which he claims his former hypeman **Terrance "T.A." Dixon** is trying to collect money he didn't earn and resorted to publicly calling the rapper a pedophile on social media when he didn't get his way.



**Delta Airlines Copilot Arrested for Alleged Child Sexual Abuse Material**
7/28/25



**Jennifer Lopez's Skirt Falls Off Mid-Show, on Video**
7/27/25



According to the lawsuit, Dixon claimed, on social media, Joe flew a 16-year-old girl across state lines for sex and posted the allegation along with a picture of Joe, **Diddy**, and **DJ Khaled**.



**IG: RahiemShabazz** ✔
@rahiemshabazz · Follow

𝕏

Sloppy Joe's ghost writer is speaking out along with former employee. This is nasty work.



Watch on X

7:58 PM · Dec 28, 2024                                                ⓘ

❤ **574**        💬 **Reply**        🔗 **Copy link to post**

**Read 24 replies**

*HOT VIDEOS*                                    VIEW ALL



**FAMILY AND FANS SHOW OUTPOURING OF LOVE FOR OZZY OSBOURNE | TMZ LIVE**



**KATY PERRY & JUSTIN TRUDEAU COZY UP AT DINNER | TMZ LIVE**



**KELLY OSBOURNE CRIES AT FATHER'S FUNERAL**

Joe's legal counsel claims the allegations were made as part of a money grab generated by Dixon's attorney, **Tyrone Blackburn** ... who's also representing Diddy accuser **Lil Rodney** in a **separate case**.



The lawsuit details how Joe and Dixon began working together in 2006, when Joe offered him a "once-in-a-lifetime" opportunity to be part of his team ... complete with compensation, luxurious travel, touring and other fringe benefits that accompany being in a superstar rapper's inner circle.



**FAT JOE THROUGH THE YEARS**

LAUNCH GALLERY

Getty

Joe says the partnership ended amicably in 2019 and says

*HIP HOP GALLERIES*

**SEXYY RED BRINGS OUT LATTO, DDG, RUBI ROSE & MORE FOR STAR-**

he never heard any money complaints for 6 years, until Dixon began posting on social media with complaints he should have been paid more for his past work.

STUDDED U.K. RESIDENCY

VIEW GALLERY



He says Dixon lawyered up with Blackburn in March and fired off a legal demand letter asking for compensation as a "ghostwriter" on several of Joe's tracks.

When those demands weren't met, Fat Joe says the Dixon upped the ante by spreading salacious lies about Joe and falsely claiming Joe blocked him from obtaining outside funding for his own record label start-up.





**stormmonroetv**
46.0K followers

View profile

YOU SMASH ERICA MENA YOUR MANS BM SUCKER 💯 BECAUSE SHE WAS THROWING IT AT YOU AND I TOLD YOU ONCE AGAIN CHILL SHES TRYING TO PUT YOU AT ODDS WITH HER BF FOR YOU TO ENTERTAIN THAT OR THINK ABOUT IT WAS SUPER FOUL AND YOU CALL YOURSELF A

**View more on Instagram**

IN THIS PLAYLIST                    3 EPISODES

▷   Hulk Hogan's Daughte    18 min

▷   Diddy Begs The Judge...18 min

**426 likes**

**stormmonroetv**

Fat Joe continues to be called out by @ta.allday 😩😩😩😩...Do y'all believe the claims? Or does it even matter at this point?

View all 79 comments

Add a comment...

Blackburn tells TMZ Hip Hop the new lawsuit is just a cover-up attempt and isn't backing down ... saying Joe

filed "a baseless lawsuit in an effort to soften the blow of what's to come. It won't work. Fat Joe has a lot of explaining to do."

Fat Joe fiercely defends his name, telling us ... "These allegations are completely false and part of a criminal conspiracy orchestrated between a disgruntled former hype man and his attorney. These two individuals have been scheming together to extort me with their elaborate and ludicrous demands changing by the day."

"The relentless threats, harassment, and defamation I've endured as they peddle salacious lies are utterly deplorable. I'm taking legal action to expose their misconduct and I'm fully confident that the facts will reveal this is nothing more than a deceptive and desperate scam."

Fat Joe's celebrity attorney, **Joe Tacopina**, is slamming the lawsuit altogether and tells TMZ Hip Hop ... "The allegations against Mr. Cartagena are completely false and part of a criminal extortion scheme orchestrated by an attorney who a federal judge recently condemned for abusing the court system to harass and pressure defendants."



Instagram / @tyrone_blackburn

"Mr. Cartagena will not be intimidated by fabricated claims,

lies about witnesses, or shameless threats. We are taking immediate legal action to expose this fraudulent scheme and we will hold all parties responsible fully accountable."

Tacopina also sent Blackburn a cease-and-desist, reminding him of **his recent misconduct** a judge warned him over in the Diddy lawsuit.

SHARE ON FACEBOOK          SHARE ON X

## RELATED ARTICLES



**50 Cent & Joe Budden's Knicks Game Convo Revealed, No Therapy Needed**



**Fat Joe Hyped To Host Bronx Thanksgiving Drive After Over 10 Years**



**Fat Joe Blames Vibe, Source Mags for Tupac & Biggie Murders, OK's Rappers Ignoring Journalists**



**Fat Joe Admits to Using Ozempic To Assist 200-Pound Weight Loss**

FAT JOE    DIDDY    HIP HOP    EXCLUSIVE    MUSIC

FAIRLY LEGAL

**SIGN UP TO COMMENT!**    ADD COMMENT

Read our community guidelines for comments on TMZ

**7 Comments**

Best    Newest    Oldest

**G**    **golden77**
3 months ago

Joe got the America's greatest salesman Billy Mays Beard🤣

**B**    **blissqueen**
3 months ago

Nice strategy to get ahead of the game with a defamation lawsuit...Perfect way to discredit his hype man...I'm sure his sidekick witnessed many things

## MORE FOR YOU



**Lupita's New Romance is...**

After a Season of Betrayal, Lupita...

Sponsored - Blavity

**Add Baking Soda To Your...**

Am I the only one who never knew th...

Sponsored - Livestly

**Iceberg drifts close to the...**

Even the authorities were left speechless

Sponsored - And ...

**Muscle After 60: It's Not About...**

**Time is Critical for Social...**

**Man Fights Nail Fungus for 15...**

**Sponsored** - Alph...

The sooner a claim is started, the better.

**Sponsored** - Lawfty

Podiatrists Impressed: Seniors…

**Sponsored** - healt...

Aaron Rodgers' Alleged Wife Potentially Identifie

**Sponsored** - TMSPN

Donald Trump's Golf Footage Sparks Curiosity About His

**Sponsored** - TMSPN







**Who Is Didarul Islam? What to Know About t…**

**Shannon Sharpe Out at ESPN After…**

**Assault and Battery Charge Against…**

**The Truth About Tyler Perry's…**

Who Is Tyler Perry's Wife And Are They…

**Sponsored** - Blavity

**Everyone Wanted To Da…**

**Sponsored** - Defin...

**Bear Approaches G…**

Woman Follows Bear into the Forest Afte…

**Sponsored** - Happ...

**ABOUT TMZ**

About TMZ.com

Privacy Policy (New)

Terms of Use

Ad Choices

Your Privacy Choices

Articles

Articles XML

Updated Articles

Updated Articles XML

Galleries

Photos XML

Videos

© 2025 EHM PRODUCTIONS,INC. ALL RIGHTS RESERVED

**CONTACT TMZ**

Contact Us

Send a Hot Tip

Careers

Advertising Inquiries

Media Inquiries

**SUBSCRIBE**

Yes! Send me email updates and offers from TMZ and its Affiliates. By subscribing, I agree to the Privacy Policy and Terms of Use

Email address

**FOLLOW**

**TMZ APPS**

Home  /  Online Features

# Fat Joe Files Lawsuit Against Former Hype Man & Lawyer For Extortion Scheme

Fat Joe    April 29, 2025



NEW YORK, April 29, 2025 /PRNewswire/ — Today, Grammy-nominated musician Joseph "Fat Joe" Cartagena filed a lawsuit against his former hype man Terrance Dixson and Dixson's attorney Tyrone Blackburn for defamation and intentional infliction of emotional distress.

In the complaint, Cartagena outlines how Dixson and Blackburn conspired to extort him for money and it started on March 23, 2025, when both parties sent a written demand to Cartagena seeking financial compensation for being a "ghostwriter and uncredited vocalist" on some of Cartagena's songs.

When the false demand was ignored, they resorted to lower depths for their financial demands in an April 21, 2025 letter and threatened to file a complaint *"not just for unpaid wages and other compensation, but also — and with utter disregard for truth or decency — false and outrageous allegations against Cartagena that have absolutely nothing to do with Dixon's purported unpaid wages, including unspeakable acts such as statutory rape, forced labor, sex trafficking, and fraud."*

Additionally, Blackburn made false statements to Cartagena's lawyer Joe Tacopina, insinuating that he verified all the allegations and had spoken to critical witnesses, including one of the alleged minors, who ultimately denied ever speaking to Blackburn.

"These allegations are completely false and part of a criminal conspiracy orchestrated between a disgruntled former hype man and his attorney," Cartagena said. "These two individuals have been scheming together to extort me with their elaborate and ludicrous demands changing by the day. The relentless threats, harassment, and defamation I've endured as they peddle salacious lies are utterly deplorable. I'm taking legal action to expose their misconduct and I'm fully confident that the facts will reveal this is nothing more than a deceptive and desperate scam."

The lawsuit further notes how Dixson has harassed Joe and his representatives on social media and through text messages over the course of the past few years.

"The allegations against Mr. Cartagena are completely false and part of a criminal extortion scheme orchestrated by an attorney who a federal judge recently condemned for abusing the court system to harass and pressure defendants," Tacopina said. "Mr. Cartagena will not be intimidated by fabricated claims, lies about witnesses, or shameless threats. We are taking immediate legal action to expose this fraudulent scheme and we will hold all parties fully accountable."

The lawsuit goes on to note that Judge Denise Cote of the Southern District of New York previously criticized Blackburn's legal tactics, writing that he *"improperly files cases in federal court to garner media attention, embarrass defendants with salacious allegations, and pressure defendants to settle quickly."*

Most recently, the complaint also explains that Judge J. Paul Oetken recently issued a warning to Blackburn and asserted that his legal filings are *"replete with inaccurate statements of law"* and *"full of similar irrelevant insults, misstatements, and exaggerations."*

View original content:https://www.prnewswire.com/news-releases/fat-joe-files-lawsuit-against-former-hype-man–lawyer-for-extortion-scheme-302441938.html

SOURCE Fat Joe

Thu. Mar 12th, 2026    10:27:01 PM



REAL TALK

CELEBRITY GOSSIP    NEWS

# Fat Joe Repped by Joe Tacopina in Lawsuit Against Tyrone Blackburn – Proxy War by Diddy & Jay-Z?



By **Paul Smith**

🕐 APR 30, 2025



*Fat Joe with Sean 'Diddy' Combs. Inset, Fat Joe's attorney Joe Tacopina. Rumors are Diddy is looking to hire Tacopina.*

Rapper **Fat Joe** is countersuing alleged **victim Terrance Dixson** and his **attorney Tyrone Blackburn,** for defamation and an "attempted extortion scheme." Representing **Fat Joe** is attorney **Joe Tacopina.**

**Tyrone Blackburn** told TMZ Hip Hop, '"the new lawsuit is just a **cover-up attempt** and isn't backing down … saying Joe filed "a **baseless lawsuit** in an effort to soften the blow of what's to come. It won't work. **Fat Joe has a lot of explaining to do.**"'



**ARCHIVES**

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

April 2025

« Mar    May »

As we reported yesterday, **Sean 'Diddy' Combs** is rumored to be hiring **attorney Joe Tacopina** to represent him in his criminal case. Some sources have claimed that **Jay-Z** is attempting to '**help out**' **Diddy,** by having **Tacopina** represent him. Others believe **Tacopina** may be a **trojan horse** designed to sink **Diddy** once and for all, for **Jay-Z**.

The **cloak and dagger** relationship between **attorneys** involved in the **Diddy case**, and **potential Jay-Z case**, has many people guessing who where allegiances lie.

In 2017, **Fat Joe** was pictured with **Jay-Z** and **Diddy** at Jay's **Roc Nation Brunch**, below.



*Fat Joe, Jay-Z, and Sean 'Diddy' Combs at the Roc Nation Brunch, 2017.*

## Proxy War Between Diddy and Jay-Z, Against Tyrone Blackburn?

In what some are referring to as a **proxy war**, **Tyrone Blackburn** and his client are being countersued by **Fat Joe** and **Joe Tacopina**. **Tyrone Blackburn** is best known for representing **Diddy victim**, **Rodney 'Lil Rod' Jones** in his civil case. **Fat Joe** is long time friends of **Sean 'Diddy' Combs** and **Jay-Z**.

**Jay-Z** has been **scrambling** to distance himself from **Diddy** and his **criminal enterprise** charges. Jay-Z's attorney, **Alex Spiro** (rhymes with Pyro), was caught in several scandals relating to **attacking plaintiff's attorney**, **Tony Buzbee**, who is suing **Diddy** and **Jay-Z** on behalf of his clients. It is also alleged that they also **intimidated Buzbee's client**, a **13 year-old-girl** who accused **Jay-Z** and **Diddy** of **rape**.

Allegedly, **Fat Joe** is very close to both **Diddy** and **Jay-Z**. When not reminding his kids he "doesn't have money like **Jay-Z and Diddy**," **Fat Joe** has numerous projects with **Diddy**, including a TV series with **Diddy** for **Starz** network.

Recently, rumors have been flying around that **Diddy** is considering hiring **Joe Tacopina** to represent him in his **criminal case in SDNY**. **Diddy's Goliath legal team** already includes **Mark Geragos**, **Teny Geragos**, **Marc Agnifilo**, **Brian Steele**, and several others.

*The Fat Joe Show Interview with Diddy, 2020. YouTube.*

*Rick Ross, Fat Joe – The Boss ft. T-Pain, music video. 2009. YouTube.*



**« Sean 'Diddy' Combs Will Be Allowed to Wear 'Non-Prison Clothing' – Read Filing #309**

**Beyonce Concert Flops! Poor Ticket Sales and Concertgoers Want Refunds – Jay-Z to Blame? »**

**By Paul Smith**

An investigative journalist exposing criminality and corruption everywhere.



REAL TALK

Home     Our Staff     Privacy Policy

ShockYa Publisher – Alkiviades "Alki" David     Terms of Service

 **NEWS**BREAK

Sign in

Celebrities

# Fat Joe Sues Former Hypeman After He Claims Joey Crack Had Sex With A Minor

By O Mazariego, 2025-05-02

**The Morning Hustle**

Website

🔗 themorninghustle.com

Listen to The Morning Hustle weekday mornings from 6-10AM EST!

**19.3K**          **40.4K**
Posts              Followers



Source: Prince Williams / Getty

If we've learned anything about the now classic Kendrick Lamar and Drake rap battle, it's that claims of pedophilia can still ruin careers and reputations in this day and age, so when Fat Joe was accused of liking them young himself, he wasted no time filing a lawsuit to shut down any kind of pedo talk.

According to *TMZ*, the Don Cartegena just sued his former hypeman, Terrance "T.A." Dixon, after Dixon took to social media and claimed that Fat Joe flew a 16-year-old across state lines in order to sleep with her. Immediately filing a lawsuit against Dixon, Joey Crack is claiming that Dixon's allegation is a result of Dixon not getting paid some money he "didn't earn" and has resorted to slander in order to even the score.

Per *TMZ* :

*Joe's legal counsel claims the allegations were made as part of a money grab generated by Dixon's attorney,* **Tyrone Blackburn** *, who's also representing Diddy accuser* **Lil Rodney** *in a* **separate case** *.*

*The lawsuit details how Joe and Dixon began working together in 2006, when Joe offered him a "once-in-a-lifetime" opportunity to be part of his team ... complete with compensation, luxurious travel, touring and other fringe bene-*

*fits that accompany being in a superstar rapper's inner circle.*

*Joe says the partnership ended amicably in 2019 and says he never heard any money complaints for 6 years, until Dixon began posting on social media with complaints he should have been paid more for his past work.*

Fat Joe claims that back in March, Dixon hired Blackburn to represent him and sent him a letter demanding "compensation" as a ghostwriter for some of Fat Joe's songs. After Fat Joe declined his demands he says that Dixon resorted to slander and is now taking him to court for his transgression.



celebritydoc...
45.7K followers    Vie



View more on Instagram

Whether any of these allegations are true or not, best believe it'll be something that will follow Fat Joe going forward as people tend to believe whatever they want when they don't particularly like somebody. That's one of the many negatives about social media in 2025.

Tyrone Blackburn, for his part, is confident in the lawsuit and warns of more claims to come.

*Blackburn tells TMZ Hip Hop the new lawsuit is just a cover-up attempt and isn't backing down ... saying Joe filed "a baseless lawsuit in an effort to soften the blow of what's to come. It won't work. Fat Joe has a lot of explaining to do."*

Meanwhile Fat Joe is of course pushing back against the allegations and seems ready to fight this to the bitter end.

*Fat Joe fiercely defends his name, telling us ... "These alle-*

*gations are completely false and part of a criminal conspiracy orchestrated between a disgruntled former hype man and his attorney. These two individuals have been scheming together to extort me with their elaborate and ludicrous demands changing by the day."*

Guess we'll have to wait and see how this one ends up panning out.

What do y'all think about this situation? Let us know in the comments section below.

---

