UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,
                              *Plaintiff*,

v.

TERRANCE DIXON,
TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,
                              *Defendants*.

Civil Action No. 25-cv-03552

PROPOSED ORDER

WHEREAS, Defendant Tyrone A. Blackburn has moved pursuant to Local Civil Rule 6.3 of the Southern District of New York for reconsideration of the Court's March 10, 2026, Opinion and Order, to the extent it permitted Plaintiff Joseph Cartagena's defamation claims against Defendant Tyrone A. Blackburn and T.A. Blackburn Law, PLLC to proceed.

WHEREAS, the Court has considered the Memorandum of Law in Support of Defendant Tyrone A. Blackburn's Motion for Reconsideration, dated March 12, 2026, the Declaration of Tyrone A. Blackburn, Esq., dated March 12, 2026, and the exhibits attached thereto, any opposition papers filed by Plaintiff, any reply papers filed by Defendant, and all prior pleadings and proceedings had herein;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Defendant Tyrone A. Blackburn's Motion for Reconsideration is GRANTED.

2. Upon reconsideration, the Court's March 10, 2026, Opinion and Order is MODIFIED to the extent that Plaintiff Joseph Cartagena's defamation claims against Defendant Tyrone A. Blackburn and T.A. Blackburn Law, PLLC are hereby DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to terminate the motion at ECF No. ___ and to update the docket accordingly.

SO, ORDERED.

Dated: _____, 2026
New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York