UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

               *Plaintiff*,

v.

TERRANCE DIXON,
TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,

               *Defendants*.

Civil Action No. 25-cv-03552

PROPOSED ORDER

IT IS HEREBY ORDERED that the following questions of law are certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b):

1. Whether New York's qualified privilege doctrine for attorney advocacy under *Front, Inc. v. Khalil*, 24 N.Y.3d 713 (2015), protects public responsive statements made by an attorney who is personally named as a defendant on the day a lawsuit is filed against him;

2. Whether New York's qualified privilege of reply under *Shenkman v. O'Malley*, 2 A.D.2d 567 (1st Dep't 1956), bars defamation liability where both parties simultaneously made public accusations of criminal conduct through national media on the same day; and

3. Whether the *Steinhilber v. Alphonse* disclosure-of-basis doctrine, 68 N.Y.2d 283 (1986), protects the interpretive layer of statements made by a speaker who disclosed the factual predicate underlying his conclusions.

IT IS FURTHER ORDERED that proceedings in this matter are stayed pending resolution of any interlocutory appeal timely filed.

SO, ORDERED.

Dated: _____, 2026
New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York