UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br><br>*Plaintiff,*<br><br>v.<br><br>TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,<br><br>*Defendants*. | Civil Action No. 25-cv-03552 |
| TERRANCE DIXON, a/k/a "TA,"<br><br>*Plaintiff,*<br><br>v.<br><br>JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,<br><br>*Defendants*. | Civil Action No. 25-cv-05144<br><br>ORAL ARGUMENT REQUESTED |

DEFENDANTS JOSEPH CARTAGENA, PETER TORRES, RICHARD JOSPITRE, ERICA MOREIRA, SNEAKER ADDICT TOURING LLC AND SLATE INC.'S OMNIBUS REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF TERRANCE DIXON'S COMPLAINT

Jordan W. Siev
Ian M. Turetsky
**REED SMITH LLP**
599 Lexington, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
212-205-6085

Joseph Tacopina
Chad Seigel
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
212-227-8877

*Attorneys for Defendants Joseph Antonio Cartagena, Slate, Inc., Sneaker Addict Touring LLC*

Reed Brodsky
Michael L. Nadler
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
rbrodsky@gibsondunn.com
mnadler@gibsondunn.com

*Attorneys for Defendant Erica Moreira*

David H. Wollmuth
Adam M. Bialek
Phillip R. Schatz
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, NY 10110
dwollmuth@wmd-law.com
abialek@wmd-law.com
pschatz@wmd-.law.com

*Attorneys for Defendants Richard Jospitre and Peter Torres*

1

Pursuant to the Court's October 15, 2025 Order (ECF 54), Defendants Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict Touring LLC and Slate, Inc. ("**Moving Defendants**") submit this Omnibus Reply Memorandum of Law in Further Support of their unopposed Motion to Dismiss (ECF 61, 62, 63, 64, 65, 66) Plaintiff Terrance Dixon's Complaint, dated June 19, 2025 ("**Complaint**") (ECF 3).

## <u>Argument</u>

Dixon's Complaint should be dismissed with prejudice because it fails to state any plausible claim across all seven counts as set forth in the Moving Defendants' unopposed Motions to Dismiss.  ECF 62, 64, 66.

Dixon does not dispute any of this. He chose not to oppose dismissal at all. Under the Court's scheduling order, Dixon's opposition was due January 31, 2026. ECF 54. That deadline passed over a month ago without Dixon filing anything. After the Moving Defendants notified the Court of this failure on February 5, 2026, Dixon still never sought an extension, showed "good cause" or "excusable neglect" for violating the Court's scheduling order under Federal Rule of Civil Procedure 6(b)(1)(B), or argued against dismissal. Dixon's belated, perfunctory motion to amend is baseless for the reasons set forth in the Moving Defendants' opposition.

Accordingly, for these reasons and those set forth in their motions to dismiss (Case No. 25-cv-03552 ECF 85-88; 93-94; Case No. 25-cv-05144 ECF 61-66), the Court should dismiss the Complaint with prejudice.


Dated:    March 16, 2026
          New York, New York

1

By:    */s/ Jordan W. Siev*
     Jordan W. Siev
     **REED SMITH LLP**
     599 Lexington, 22nd Floor
     New York, New York 10022
     jsiev@reedsmith.com
     212-205-6085


     Joseph Tacopina
     Chad Seigel
     **TACOPINA SEIGEL & DEOREO**
     275 Madison Avenue, 35th Floor
     New York, New York 10016
     jtacopina@tacopinalaw.com
     cseigel@tacopinalaw.com
     212-227-8877

     *Attorneys for Defendants Joseph*
     *Antonio Cartagena, Slate, Inc.,*
     *Sneaker Addict Touring LLC*

By:    */s/ David H. Wollmuth*
     David H. Wollmuth
By:    Adam M. Bialek
     Phillip R. Schatz
     **WOLLMUTH MAHER &**
     **DEUTSCH LLP**
     500 Fifth Avenue
     New York, NY 10110
     dwollmuth@wmd-law.com
     abialek@wmd-law.com
     pschatz@wmd-.law.com

     *Attorneys for Defendants Richard*
     *Jospitre and Peter Torres*


By:    *Reed Brodsky*
     Reed Brodsky
     Michael L. Nadler
     **GIBSON, DUNN & CRUTCHER**
     **LLP**
     200 Park Avenue
     New York, NY 10166
     rbrodsky@gibsondunn.com
     mnadler@gibsondunn.com

     *Attorneys for Defendant Erica*
     *Juliana Moreira*

## **<u>WORD CERTIFICATION</u>**

I hereby certify that the word count of this Memorandum of Law complies with the word limit of Local Rule 7.1(c). According to the word-processing system used to prepare this Memorandum of Law, the total word count for all printed text, exclusive of the material omitted under Local Rule 7.1(c), is 230 words.

Dated: New York, New York
      March 16, 2025

*/s/ Jordan W. Siev*
Jordan W. Siev