# Exhibit B

| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Siev, Jordan W.; Chad Seigel; Carnes, Rob; Joe Tacopina |
| **Subject:** | Re: Cartagena v. Dixon |
| **Date:** | Thursday, March 12, 2026 12:58:44 PM |

Counsel,

I am again following up on the below.  When can we confer pursuant to the court's order?

---

**From:** Turetsky, Ian M.
**Sent:** Wednesday, March 11, 2026 11:06:20 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel,

I'm again following up on the below.

---

**From:** Turetsky, Ian M.
**Sent:** Tuesday, March 10, 2026 1:18 PM
**To:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; 'Chad Seigel' <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; 'Joe Tacopina' <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel:

Following up on the below, please confirm your availability for (i) your rescheduled deposition on March 25, 2026 and (ii) T.A. Blackburn Law, PLLC's rescheduled deposition on March 27, 2026. Also, please let us know when you can meet and confer regarding the Court's March 4, 2026.

---

**From:** Turetsky, Ian M.
**Sent:** Saturday, March 7, 2026 11:39 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>; Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Subject:** RE: Cartagena v. Dixon

Counsel,

Pursuant to the Order entered by the Court earlier today, please confirm your availability for (i) your rescheduled deposition on March 25, 2026 and (ii) T.A. Blackburn Law, PLLC's rescheduled deposition on March 27, 2026.

Also, pursuant to the Court's March 4, 2026 order, please let us know if you are available to meet and confer on March 10, 2026 regarding the redactions in Plaintiff's production, as well as the confidential material Defendants filed in their March 2, 2026 motion to compel filings. In light of our explanations for the redactions during the March 4, 2026, please be prepared to address (1) which redactions Defendants continue to take issue with (if any) and why, and (2) whether Defendants object to the confidentiality designations for the materials Defendants filed in their March 2, 2026 motion to compel filings and, on a document-by-document basis, the reason for those objections.

Thank you.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M.
**Sent:** Wednesday, March 4, 2026 4:54 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel,

Having not heard from you, please confirm whether you will be appearing for the deposition scheduled for March 6. Please also let us know if we should place anyone other than yourself of the building's security access list.

Thanks.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M.
**Sent:** Monday, March 2, 2026 12:07 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel:

Please advise whether you are amenable to rescheduling your deposition from March 6, 2026 to March 9, 2026. We already asked you a few times but have not heard back.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M.
**Sent:** Monday, February 23, 2026 5:10 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Great. Please let me know if anyone else needs to be placed on the building security list.

Thanks.

**Ian M. Turetsky**
ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**reedsmith.com**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, February 23, 2026 4:58 PM
**To:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>

**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Re: Cartagena v. Dixon

**External E-Mail - FROM Tyrone Blackburn <tblackburn@tablackburnlaw.com>**

—          —

We will be there.

On Monday, February 23, 2026, Turetsky, Ian M. <ITuretsky@reedsmith.com> wrote:

> Counsel:
>
> Are you and your client appearing at tomorrow's deposition?
>
> **Ian M. Turetsky**
> ituretsky@reedsmith.com
> D: +1 212.549.0352
> M: +1 917.514.8747
>
> **reedsmith.com**
>
> ---
>
> **From:** Turetsky, Ian M.
> **Sent:** Monday, February 23, 2026 8:48 AM
> **To:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
> **Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; 'Chad Seigel' <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; 'Joe Tacopina' <jtacopina@tacopinalaw.com>
> **Subject:** RE: Cartagena v. Dixon
>
> Counsel,
>
> I am writing to confirm two matters regarding the upcoming depositions.
>
> First, please confirm whether you and your client will be appearing for the deposition scheduled for tomorrow.
>
> Second, please advise whether you are amenable to rescheduling your deposition from March 6, 2026 to March 9, 2026.
>
> Thank you for your prompt attention to these matters.

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M.

**Sent:** Friday, February 20, 2026 10:35 AM

**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>

**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>

**Subject:** RE: Cartagena v. Dixon

Counsel,

Please let us know if you are amenable to moving your deposition from March 6, 2026 to March 9, 2026. Your prompt response would be appreciated.

Thank you.

Ian

**Ian M. Turetsky**

ituretsky@reedsmith.com

D: +1 212.549.0352

M: +1 917.514.8747

**reedsmith.com**

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>

**Sent:** Monday, February 16, 2026 5:16 PM

**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>

**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>

**Subject:** Cartagena v. Dixon

Counsel,

Please find attached courtesy copies of the Notices of Deposition that were previously sent to you via FedEx. At your earliest convenience, please provide the names of all

individuals who will be attending the deposition so that we may add them to our building's security access list.

Best,

Ian

**Ian M. Turetsky**
Global Commercial Disputes

ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021

--
Tyrone A. Blackburn, Esq.

T. A. Blackburn Law, PLLC.
Office: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
Web: www.tablackburnlaw.com

The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee

and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.