**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSEPH CARTAGENA**,
    *Plaintiff*,

       v.

**TERRANCE DIXON, TYRONE**
**BLACKBURN, and T.A.**
**BLACKBURN LAW, PLLC,**
    *Defendants*.

Civil Action No. 25-cv-03552

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE** that upon the accompanying Memoranda of Law, Declaration of Jordan W. Siev, Letter Motion for leave to file redacted materials, and all prior pleadings and proceedings had herein, plaintiff Joseph Cartagena will move before the Honorable Jennifer L. Rochon, on April 14, 2026, at 9:30 a.m., in Courtroom 20B at the United States District Court located at 500 Pearl Street, New York, NY 10007, for an Order (*i*) under Fed. R. Civ. Proc. 30(d)(2) or 37(b), 28 U.S.C. § 1927, or the Court's inherent powers compelling Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC to reimburse Mr. Cartagena for the costs and attorneys' fees caused by their misconduct at the February 24, 2026 deposition of Terrance Dixon and March 6, 2026 deposition of Tyrone Blackburn and referring Blackburn to the Grievance Committee; (*ii*) under Fed. R. Civ. Proc. 30(d)(1) reopening Dixon's Deposition to allow an unimpeded examination; and (*iii*) under Fed. R. Civ. Proc. 53 appointing a special master to schedule and preside over any upcoming depositions, as well as such other and further relief the Court may deem proper.

Dated:    March 24, 2026
          New York, New York

By:    */s/ Jordan W. Siev*

Jordan W. Siev
Ian M. Turetsky
**REED SMITH LLP**
599 Lexington, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
ituretsky@reedsmith.com
212-205-6085


Joseph Tacopina
Chad Seigel
Matthew DeOreo
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
mdeoreo@tacopinalaw.com
212-227-8877

*Attorneys for Plaintiff Joseph Cartagena*