**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |

**DECLARATION OF JORDAN W. SIEV IN SUPPORT OF**
**PLAINTIFF JOSEPH CARTAGENA'S MOTION FOR SANCTIONS**

I, Jordan W. Siev, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner at the law firm Reed Smith LLP. I make this declaration in support of Plaintiff's Motion for Sanctions Against Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC, dated March 24, 2026. I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would competently testify to the best of my knowledge to the matters set forth below.

2.    Attached as **Exhibit 1** is a true and correct copy of the transcript of the sworn deposition of Defendant Tyrone Blackburn, which took place on March 6, 2026.

3.    Attached as **Exhibit 2** is a complete list of topics that Defendant Tyrone Blackburn refused or claimed he was unable to answer at his March 6, 2026 deposition.

4.    Attached as **Exhibit 3** is a true and correct copy of excerpts from the sworn deposition of Defendant Terrance Dixon, which took place on February 24, 2026.

2

5.      Attached as **Exhibit 4** is a hyperlink to a true and correct copy of a segment of the video recording of the deposition of Defendant Tyrone Blackburn taken between 10:14AM and 10:19AM on March 6, 2026.

6.      Attached as **Exhibit 5** is a hyperlink to a true and correct copy of a segment of the video recording of the deposition of Defendant Tyrone Blackburn taken between 10:53AM and 10:54AM  on March 6, 2026.

7.      Attached as **Exhibit 6** is a hyperlink to a true and correct copy of a segment of the video recording of the deposition of Defendant Terrance Dixon taken between 6:15PM and 6:16PM on February 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: March 24, 2026


                                        /s/ Jordan W. Siev
                                        Jordan W. Siev