# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

JOSEPH CARTAGENA,

PLAINTIFF,

-against- Case No.: 25-cv-03552

TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,

DEFENDANTS.

---------------------------------------X

DATE: March 6, 2026
TIME: 10:05 A.M.

VIDEOTAPED REALTIME DEPOSITION of the Defendant, TYRONE BLACKBURN, ESQ. Taken by the Plaintiff, pursuant to a Subpoena and to the Federal Rules of Civil Procedure, held at the offices of Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, New York 10022, before Karyn Chiusano, a Notary Public of the State of New York.

A P P E A R A N C E S:

TACOPINA SEIGEL & DeOREO
Attorneys for Plaintiffs
JOSEPH CARTAGENA
275 Madison Avenue ~ 35th Floor
New York, New York 10016
BY: JOSEPH TACOPINA, ESQ.
CHAD SEIGEL, ESQ.
MATTHEW DeOREO, ESQ.
ELEONORA LANZONE, ESQ.
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
mdeoreo@tacopinalaw.com
elanzone@tacopinalaw.com

* and *

REED SMITH LLP
Attorneys for the Plaintiff
JOSEPH CARTAGENA
599 Lexington Avenue ~ 22nd Floor
New York, New York 10022
BY: IAN TURETSKY, ESQ.
ROB CARNES, ESQ.
ituretsky@reedsmith.com
rcarnes@reedsmith.com

T.A. BLACKBURN LAW, PLLC
Attorneys for the Defendants
TERRANCE DIXON, TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC
1242 East 80th Street
Brooklyn, New York 11236
BY: TYRONE BLACKBURN, ESQ.
tblackburn@tablackburnlaw.com

ALSO PRESENT:
JAMES McAFEE, Videographer
JORDAN W. SIEV, ESQ.
* * *

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*   *   *   *

* TYRONE BLACKBURN, ESQ. *

THE VIDEOGRAPHER: Good morning.

We're going on the record at 10:05 A.M. on March 6, 2026.

Please note that the microphones are sensitive and may pick up whispering and private conversations.

Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off record.

This is Media Unit 1 of the video-recorded deposition of Tyrone Blackburn taken by counsel for plaintiffs [sic] the matter of Joseph Cartegena versus Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC, filed in the United States District Court, Southern District of New York.

Civil Action Number 25-cv-03552.

* TYRONE BLACKBURN, ESQ. *

The location of this deposition is Reed Smith LLP, 599 Lexington Avenue, New York, New York.

My name is James McAfee and I'm the videographer. The court reporter is Karyn Chiusano. We're from the firm Veritext.

I'm not authorized to administer an oath. I'm not related to any party in this action, nor am I financially interested in the outcome.

All appearances will show on the stenographic record.

Will our court reporter swear in our witness?

THE COURT REPORTER: Can you raise your right hand, please?

(Witness complies.)

THE COURT REPORTER: Do you swear that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth so help you God?

* TYRONE BLACKBURN, ESQ. *

THE WITNESS: Yes.

T Y R O N E B L A C K B U R N, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE COURT REPORTER: Wonderful. Can I kindly have your name; spelling, please?

THE WITNESS: Tyrone, T-Y-R-O-N-E.

Last name Blackburn, B-L-A-C-K-B-U-R-N.

THE COURT REPORTER: Wonderful. Can I kindly have your address?

THE WITNESS: Business address is 1242 East 80th Street, Brooklyn, New York 11236.

THE COURT REPORTER: Okay. Any time you're ready, I'm ready for you.

MR. TACOPINA: Okay. Thank you.

(Whereupon, Plaintiff's Exhibit 1, PREVIOUSLY MARKED, Plaintiff

* TYRONE BLACKBURN, ESQ. *
Joseph Cartagena's Second Amended Complaint and Demand Jury Trial Demanded, was tendered.)

EXAMINATION BY
MR. TACOPINA:

Q. My name is Joseph Tacopina. I represent Joseph Cartegena.

For the record, Mr. Blackburn:

Are you currently under the influence of any medication or other substances that prevent you from testifying fully and truthfully today?

A. Well, as I've shared with the court:

I am on medication, have been on medication, will be on medication for the next, probably, four weeks at this point; four to five weeks, after I had a procedure earlier this year.

Q. Okay. And will that medication, do you believe it will prevent you from testifying truthfully and fully today?

A. Possibly.

* TYRONE BLACKBURN, ESQ. *

I don't know.

I mean, I'm not a -- I'm not a chemist. I have no idea.

Q. Okay. Aside from this medication, is there any other reason why you cannot testify fully and truthfully today?

A. Nope.

Q. Are you a licensed attorney?

A. Hum...

The last time I checked, yeah.

Q. Where are you licensed to practice law?

A. New York and New Jersey.

Q. Have you ever been suspended or disbarred from the practice of law in any jurisdiction?

A. Nope.

Q. And your law firm, actually, as you just mentioned, is T.A. Blackburn Law, PLLC; correct?

A. Yep.

Q. It's a professional limited liability corp- -- company?

* TYRONE BLACKBURN, ESQ. *

A. I guess that's what -- I guess that's what that means.

Q. Who are the members?

A. It's just me.

Q. Okay. So, as the sole member, you're authorized, obviously, to speak and act on behalf of that firm; correct?

A. I believe so.

Q. Are you aware that Mr. Cartegena's complaint names you personally and your firm as co-defendants, along with Mr. Dixon?

A. I don't recall what the complaint says. I don't have it in front of me.

Q. Okay. With respect to your overall health, would you consider your mental, physical and emotional well-being be compromised in any way, aside from what you've said?

A. I'm not really sure how the medication, as well as being on local anesthesia twice in the last -- in less than 30 days, would actually impact that,

* TYRONE BLACKBURN, ESQ. *

but I've no idea.

Q. Okay. And on December 3rd of 2025, you submitted a letter to Judge Semper in the District of New Jersey advising that:

"Certain losses you've experienced have had a profoundly detrimental effect on your mental, physical and emotional well-being."

Do you recall su- -- submitting that letter?

A. I don't know.

Q. You don't know?

MR. TACOPINA: Okay. We'll put it.

Exhibit 2, please.

It will be right before you.

(Whereupon, Plaintiff's Exhibit 2, PREVIOUSLY MARKED, Tyrone Blackburn's letter to Judge Semper dated 12/3/2025, was tendered.)

Q. Particular, if you look at Page 1, second paragraph, third sentence.

(Witness complies.)

* TYRONE BLACKBURN, ESQ. *

MR. TACOPINA: Oh, I have to look up there?

Sorry. I think I --

Q. Reading from your letter:

The "losses have had a profoundly detrimental effect on my mental, physical and emotional well-being. I am currently experiencing severe depression, anxiety, and inability to sleep, which have rendered me unable to provide my clients with the quality of representation they deserve and to which they are entitled."

Do you recall writing that?

A. Not really.

I don't know.

I can't remember any of that.

Q. And you told Judge Semper in that letter that you:

"Experience severe depression, anxiety and inability to sleep."

You also stated that those circumstances were rendering you:

"Unable to provide your clients with the quality representation" --

"quality of representation they deserve and to which they are entitled."

And as a result of that, you told Judge Semper that you are:

"Actively working to help all of your clients to secure new representation."

Do you see that in your letter?

A. Again, I don't recall. Like --

Q. I'm asking if you see this letter.

A. I'm -- I'm -- I'm giving you my answer.

That's my answer.

MR. TACOPINA: Just go to the signature page.

Q. Okay. That's your -- your digital signature; correct? That I'm showing you, right there, on that pa- -- third page of that letter --

A. I can't --

Q. -- the last page?

A. -- I can't really see that and I don't recall writing this, so...

* TYRONE BLACKBURN, ESQ. *

Q. Okay.

MR. TACOPINA: He's able to get --

Q. You can't see that?

MR. TACOPINA: There we go.

Q. Can you see that?

A. No. No. Difficult.

Q. You can't see that?

A. No. No.

MR. TACOPINA: Could we get the exhibits in front of Mr. Blackburn?

THE VIDEOGRAPHER: We have -- Veritext sent your law firm credentials --

MR. TACOPINA: Right.

THE VIDEOGRAPHER: -- to ascertain access.

I have a laptop.

MR. TURETSKY: Oh, got it.

Q. Okay. That's your letter, correct, Mr. -- that was placed in front of you.

That's your letter, Exhibit 2; correct?

* TYRONE BLACKBURN, ESQ. *

A. Again, I don't recall writing this, but it looks -- it looks like something -- it looks like my signature.

Q. Okay. Now, you stated:

"The reason for submitting that letter was to withdraw from your cases before Judge Semper."

And you told Judge Semper that you believed:

"Transparency with the court was essential, given your obligations to your clients and the administration of justice."

Given that you were supposedly concerned about transparency and your obligations to the court and your clients, why did you tell Judge Semper that you were actively working to help all of your clients secure new representation when you were continuing to actively represent Mr. Dixon in this matter?

A. I don't recall writing this letter, sir. So, I don't know -- I can't -- I can't answer to that.

* TYRONE BLACKBURN, ESQ. *

Q. You don't recall writing this letter?

A. No.

Q. It was December?

A. Yeah.

Q. Okay.

THE WITNESS: Sorry.

A. This medication.

Q. It's medication?

A. It could be.

Q. Okay. So, let me ask you this, though, forget about the letter for a second:

How is it that you're mentally, physically and emotionally comprised to represent clients in the State of New Jersey, but somehow, you can still do representing of clients in New York?

A. It would be difficult to answer that question, considering I don't recall writing this letter.

So, I don't know how -- how, obviously, you can answer ask me that, I just told you --

* TYRONE BLACKBURN, ESQ. *

Q. Well, I'm not --

A. -- I don't remember writing the letter.

MR. TACOPINA: Sorry.

Q. Well, I'm not asking you about the letter, I'm asking you a different question.

A. Yeah.

I -- I've never said that I cannot -- I've never said, here, that I cannot represent clients in New Jersey so...

Q. No.

You didn't say it here, you said it in your letter.

A. No.

I still don't recall writing the letter, sir.

Q. Well, let's ask -- let me ask you this:

Did you withdraw from representing clients in New Jersey?

A. No. No.

I never did.

* TYRONE BLACKBURN, ESQ. *
I don't think I did.
Q. You didn't do that?
A. Um-hum.
Q. In front of Judge Semper, you didn't?
A. No.
Actually, I haven't withdrawn from any of them, no.
Q. From any cases?
A. No. No.
Q. Did you share with Mr. Dixon the fact that you felt you couldn't represent clients because of your deteriorated emotional and mental state?
A. Well, again, like I said before:
I don't recall writing this letter, so I don't think I would have had to have that conversation with Mr. Dixon.
Q. So, you -- you -- testifying truthfully that you don't recall writing a letter in December --
A. For --
Q. -- three months ago?

* TYRONE BLACKBURN, ESQ. *

A. -- the medication and the local anesthesia does funny things that I don't know.

Q. Okay.

A. It's messing my head up, you know?

Q. So, let me ask you this, Mr. Blackburn:

How can you represent clients confidently if you don't remember something that you said and wrote of significance two months ago?

A. I -- again, like I said before:

I'm on medication, so...

Q. We're going to get to the medication that you're on and the doctor who prescribed it in a little bit, but let's continue.

You currently represent Mr. Dixon as a defendant in this litigation, meaning Mr. Cartegena's lawsuit against him -- both you and him, under the Case Number 25-cv-3552; correct?

A. I don't know the case number.

* TYRONE BLACKBURN, ESQ. *

Q. Do you represent Mr. Dixon as a defendant in this litigation?

A. In which litigation?

Q. The one we're sitting here today for: The Cartagena lawsuit against him and you.

A. I believe so, yes. Yes.

Q. Do you have any doubt about that?

A. No.

I haven't -- I mean, again, I'm on -- the medication and the anesthesia's kind of messed up my brain, so I don't know.

I believe that I am representing him, yes.

Q. Well, you're not sure if you're representing him?

A. Well, from the last time I checked, I believe so.

I think so.

Q. You believe so?

You're qualifying it?

And you -- let me ask you this

* TYRONE BLACKBURN, ESQ. *

one, this was a basic question:

But do you represent Mr. Dixon as a plaintiff in connection with his own lawsuit against Mr. Cartegena and others?

A. I -- I think so. I believe so.

Q. You think -- you think so?

A. Yeah.

Q. Not sure?

A. So many cases, I don't know.

I can't just -- it's a lot of cases. I have a lot of cases, so...

I just have to go back and check right now. I don't have my records in front of me, so...

Q. Okay. So, the answer to that question, whether you represent Mr. Dixon as a plaintiff in this case, is that you're not sure?

A. Plaintiff, in this case?

This is not -- I mean, you just said that this is not -- this is not the case that -- that -- that this case is for Cartagena representing, you know, versus Dixon --

* TYRONE BLACKBURN, ESQ. *

Q. Right. Right.

A. -- by himself, so...

Q. You said you weren't sure about that?

A. You said that if I'm not representing him?

I -- I mean, yeah.

I mean, I don't know.

Q. And don't know if you're --

A. You're confusing me.

MR. TACOPINA: I'm sorry.

Q. Go ahead, sir.

A. No. No. No.

I was just a little confused by the question.

Q. Okay. I'm sorry. I -- let me try and make it clear.

So, are -- you don't know then if you're representing Mr. Dixon as a plaintiff in his own lawsuit against Mr. Cartegena?

A. I think I -- I think -- I think so. I believe I am.

Q. You believe you are?

* TYRONE BLACKBURN, ESQ. *

Last week, at the deposition of Mr. Dixon, were you uncertain as to whether you were representing him or not or did you recall that then?

A. I even don't recall even being at the deposition.

I think I was at a deposition.

I -- I had so many different things last week. I was at a couple of depositions last week, I think.

Yep, at three.

Q. Okay. And you don't recall being at the deposition of Mr. Dixon?

A. Not really, no. Um-hum.

Q. Okay. All right. Well, I'm not sure if you can answer this, based on off those last two answers:

But as his attorney in both matters, you've obviously been advising him, that's what lawyers do, advising Mr. Dixon in connection with each of them; correct?

A. I advise a lot of people, so...

Q. Yeah.

* TYRONE BLACKBURN, ESQ. *

I'm not really concerned about a lot of people. I'm just -- I'm talking about the case we're here for, so Mr. Dixon.

You know who he is, right: Mr. Dixon?

A. Yeah. I believe so.
Yeah. I think so.

Q. You think you know who he is?

A. Yeah.

Q. Okay.

A. I think so.

Q. Okay. And have you been advising Mr. Dixon, as a lawyer in these cases; this one and the one where he's a plaintiff against Mr. Cartegena?

A. Advising him about what, though?
I'm not sure.
"Advise" is very broad.

Q. Well, legal advice regarding the filing of his own lawsuit against Mr. Cartegena, for example.
Without getting into the

* TYRONE BLACKBURN, ESQ. *

details, of course.

Have you been giving him advice as a lawyer regarding both his plaintiff's action against Mr. Cartegena and as defendant in this current matter?

A. We talk about different things, but I don't know about specifics.

Q. I'm not -- wouldn't -- I don't want --

A. I don't recall.

Q. -- you to give me specifics actually --

A. Yeah.

Q. -- because that wouldn't be right.

A. I'm not sure.

Q. You're not sure if you advised him?

Okay. When did you first meet Mr. Dixon?

A. I -- I don't recall that.

It's such a long time ago.

Q. Do you know how you met him?

A. No.

* TYRONE BLACKBURN, ESQ. *
Q. Okay.
A. Don't recall that, either.
Q. I assume you don't know if anyone was present, when you met him; right?
A. Yeah.
I don't recall that, no.
Q. How are you being compensated for the services that you render on Mr. Dixon's behalf, as a plaintiff in his lawsuit against Mr. Cartegena?
Is it a contingency?
A. I -- I don't -- I don't know.
I don't have my retainer in front of me.
Q. You don't know?
A. Um-hum.
Q. Are you billing him hourly?
A. Again, I can't -- I don't want to answer incorrectly. I don't have my retainer in front of me, so I don't know.
Q. Okay.
A. Yeah.
Q. And, Mr. Blackburn, you knew

* TYRONE BLACKBURN, ESQ. *

you were coming here today to be deposed; right?

A. Yeah. Yeah.

Q. Okay.

A. That's what I was ordered to do, yeah.

Q. And let me ask you this:

Are you being compensated for your representation of Mr. Dixon in this lawsuit, where you're both defendants?

A. Is it compensated?

Like be more clear:

Compensate?

Q. Be more clear than "compensated"?

A. Yeah.

I mean --

Q. Paid?

A. In -- in which way? In which -- like, how?

Q. Well, in legal tender.

A. Like -- like what?

Q. Well, like money.

A. Oh, no. No. No. No. Um-hum.

* TYRONE BLACKBURN, ESQ. *

Q. You're not getting paid?

A. No.

Q. Okay. Are you getting paid in any way, if you're not getting paid by legal tender or any money?

Are you getting paid in any way?

A. No. No. No.

Q. So, during Mr. Dixon's deposition, on February 24th, that was last week, you asked my colleague, Mr. Seigel:

"Did you file an extortion claim?"

And that's --

MR. TACOPINA: Do you want to put that up there, that snippet of the transcript, please?

Just so I'm quoting it accurately.

That's the deposition of Mr. Dixon, Page 11, Line 5 and 6.

That's Exhibit 3 of the record.

(Whereupon, Plaintiff's Exhibit 3, PREVIOUSLY MARKED, Terrence Dixon

* TYRONE BLACKBURN, ESQ. *

deposition of 2/24/26, was tendered.)

Q. Okay.

"MR. BLACKBURN: Did you file an extortion claim?

"Did you?"

Q. In connection with this litigation, you understand that Paragraph 144 of Mr. Cartegena's Second Amended Complaint alleges that:

"Dixon escalated his" cam- -- "Dixon escalated his campaign of harassment by sending Cartagena extortionate demand letters through his attorney, Blackburn, threatening to initiate frivolous lawsuits with false accusations of statutory rape, forced labor, and coercive sex trafficking."

The complaint -- Mr. Cartagena's complaint -- further alleges that your and Mr. Dixon's:

"Publication of false statements, threats of litigation alleging false and vile misconduct and" your "physical violence against Mr. Cartagena's

* TYRONE BLACKBURN, ESQ. *

legal team has caused Cartagena severe emotional distress."

And that's Page 42 of the amended complaint, Paragraph 158, Exhibit 1.

Those allegations contained in Mr. Cartegena's Third Cause of Action accusing you, your law firm, and Mr. Dixon of intentional infliction of emotional distress.

Given that you, personally, acted as Mr. Dixon's counsel, and advised him accordingly, when sending demand letters and filing your complaint on his behalf, do you believe there's a potential conflict of interest concerning your continued representation of Mr. Dixon?

A. I -- I don't even know what you're talking about.

Q. You don't know what I'm talking about?

A. No.

Q. Okay.

A. Like, you just -- like you just

* TYRONE BLACKBURN, ESQ. *

rambled on for about two minutes, so I don't know.

Q. Well -- okay. Sorry that you think it was rambling. I was reading from the complaint at first.

After I finished reading from the complaint, I'm asking you a question.

I'll do that question again:

Given that you, personally, acted as Mr. Dixon's counsel and advised him accordingly, when sending demand letters and filing your complaint on his behalf, do you believe there's a potential conflict of interest concerning your continued representation of Mr. Dixon?

A. Again, that question just sounds -- I -- I don't even understand what you're asking in that question.

Conflict of interest?

Where?

How?

I don't understand.

Q. You understand that Mr. Dixon could potentially argue that the conduct

* TYRONE BLACKBURN, ESQ. *

which he's being accused of was based on your legal advice; right?

A. Conduct?

What "conduct" are you -- are you referring to?

Q. Mr. Dixon's conduct in the case in which he's a defendant.

A. What conduct?

Q. Okay. I'll read it to you.

A. Thank you.

Q. "Dixon escalated his campaign of harassment by sending Cartagena extortion and demand letters through his attorney, Blackburn, threatening to initiate frivolous lawsuits with false accusations of statutory rape, forced labor and coercive sex trafficking."

I read you some other allegations in that complaint, but let's start with just that one.

He's being sued for extortion.

Do you understand that Mr. Dixon, because you're the one who sent that letter, could potentially argue that

the conduct with which he's being accused of was based on your legal advice?

A. What specific conduct are you referring to now?

You said that he accused him of -- you said -- you -- you rambled off a lot of things, so what, specifically -- what -- what -- what, specifically, are you referring to about which conduct that I advised him on?

Q. I'm going to read it to you one more time, Mr. Blackburn -

A. Sure.

Q. -- if you can't comprehend it then, we'll just move on:

"Mr. Dixon escalated his campaign of harassment by sending Cartegena extortionate demand letters through" you, his attorney, "threatening to initiate frivolous lawsuits with false allegations of statutory rape, forced labor and coercive sex trafficking..."

That's the conduct I'm asking you about.

* TYRONE BLACKBURN, ESQ. *

Now, the question is:

You understand that Mr. Dixon could potentially argue that the conduct which he's being accused of was based on your legal advice.

Do you understand that:

Yes or no?

A. You're making an assumption that I gave him legal advice regarding sexual harassment, extortion -- I don't -- like -- like -- like, again, I don't understand -- I don't understand the question.

Q. Okay. You're having trouble understanding the question?

A. Yeah.

Difficult.

Q. So, despite telling a judge in New Jersey that you're emotionally and mentally unable to represent clients, you're still representing Mr. Dixon, right?

As far as you know, anyway?

A. Again, like I said:

I don't recall ever saying

that.

Like I said before:

I'm on medication and I've had a multi- -- multiple rounds of anesthesia and things are hard for me right now.

Q. All right. So, what meds are you on today that's preventing you from even remembering whether you wrote the letter with your signature on it?

A. The words -- the names of the medication? I don't recall the names.

As I've said:

I'm not a pharmacist, but I think my doctor filed a letter saying that I'm on -- he provides me with -- prescribed narcotics and some other things. I don't remember the names of those things.

I think about eight different things, I think.

Q. You took eight different things this morning?

A. Yeah.

Q. You have them with you?

A. No. No.

* TYRONE BLACKBURN, ESQ. *

Why would I -- no.

Q. I'm just asking a question.

So, how did you get here today, Mr...

A. Uber.

Q. Uber?

A. Yeah.

Q. Last week, February 24th, when Mr. Dixon was deposed and you were representing him, were you on those same medications?

A. I don't remember.

I don't -- I don't know if I took anything that day or not.

Q. Okay.

THE WITNESS: I'm sorry.

Q. But you definitely took them today --

A. 100 percent.

Q. -- is that what you're saying?

"100 percent"?

Okay. In addition to being accused of intentionally inflicting emotional distress upon Mr. Cartegena, you

are also accused of defaming him, in the second cause of action.

You own and maintain an Instagram account with the handle @tyroneblackburn in your personal capacity; correct?

A. I don't own any Instagram accounts, no.

MR. TACOPINA: So, why don't we put up Exhibit 4, please?

(Whereupon, Plaintiff's Exhibit 4, PREVIOUSLY MARKED, Defendant Tyrone Blackburn's Response to Plaintiff's First Set of Requests for Admission, was tendered.)

Q. That is your response to a request for admission.

MR. TACOPINA: And let's go to Number 1.

Q. Paragraphs 2 and 3:

"Admitted..."

That's what you're saying:

"Admitted."

"...Defendant Tyrone Blackburn

owns and maintains the Instagram account with the handle" --

MR. TACOPINA: Jordan, please...

Q. -- "with the handle @tyroneblackburn in his personal capacity."

You said that.

Is that not the case?

Is that false?

A. Well, own?

I don't -- I don't think anyone can own the Instagram accounts. I believe it's owned by Meta.

So, I -- like I said:

I don't own any Instagram account.

Q. Okay. Well, those are your words up there, but --

A. Misspoke.

Q. You misspoke? Okay.

A. Yeah.

Q. You maintain and you possess an Instagram account that's...

A. Possess?

* TYRONE BLACKBURN, ESQ. *

I mean, how could you possess -- I -- I don't have possession of -- of anything.

Q. You don't have possession of anything?

A. Um-hum.

Q. You have an Instagram account.

Let's just cut it right down to basic English:

You have an Instagram account with the handle @tyroneblackburn, as you wrote it there?

A. I don't -- no.

I don't believe so.

Q. You don't believe so?

A. I don't -- no.

That's no --

Q. So, what you wrote there is false?

A. -- no.

That's not -- that's not my handle.

Q. That's not your handle?

A. Um-hum.

* TYRONE BLACKBURN, ESQ. *

Q. Okay. So, what is your handle?

A. I don't recall.

Q. However, what you wrote to a Federal Court is that your handle was @tyroneblackburn.

That was a false statement; correct?

A. I said I -- I -- I may have -- I may have made an -- I may have made an -- an error.

I don't know when that was sent.

Q. Mr. Blackburn, I've just pulled up the handle.

There's a lot of pictures of someone who looks awfully a lot like you.

Is that you, right there, sir? I'm showing you.

A. I can't -- I can't see.

Q. You can't see that?

Here.

I'll put it right in front of you (handing.)

(Witness reviews document.)

* TYRONE BLACKBURN, ESQ. *

A. It looks -- it looks like me.

Q. It looks like you?

A. Yeah.

Q. Okay. And is that account -- I'll just read what it says, right here: "Tyrone_Blackburn."

Is that your Instagram account?

I didn't say you own it, but is that your Instagram account?

A. I mean, if -- if that's what it says.

I mean, up there, it says "Tyrone Blackburn," so...

Q. So, the answer is: Yes?

That is yours?

A. There are a couple of Tyrone Blackburn accounts.

Q. Yeah.

The one we're talking about now, the one that I just showed you, is that yours?

A. What you showed me was a photo, you didn't show me an account.

Q. Okay. Here you go,

* TYRONE BLACKBURN, ESQ. *

Mr. Blackburn, here's the account.

Is that your account?

(Witness reviews document.)

A. It looks familiar, but...

Again, I don't own any accounts.

MR. TACOPINA: For the record:

I'm reading an account that's now up on the screen.

It's Tyrone_Blackburn with a picture of Mr. Blackburn as his profile photo.

And a series of posts featuring Mr. Blackburn.

Oh, one, even, featuring me.

THE WITNESS: It's a good photo.

MR. TACOPINA: Not really, but thank you.

Q. So, the one that's on the screen there, will you at least agree that that's your Instagram account?

A. Again, I don't own any Instagram account.

* TYRONE BLACKBURN, ESQ. *

Q. I didn't ask if you owned it.

A. But -- well, I guess, yeah.

It looks like it.

Q. Okay. Now, you communicate, obviously, with your 4,736 followers through that Instagram account?

A. I -- I don't -- I don't -- I don't really post. I don't really use social media, so...

MR. TACOPINA: I'm sorry.

Q. Can you say that again?

A. I don't really use social media, so...

I'm not -- I'm not actively on social media right now, actually.

Q. Okay. Well, between January 1st, 2023 and, at least, November 2025, you specifically used that Instagram account to post content that you authored and personally created.

And, again, that's not me saying it, it's your response to request of admission on Exhibit 4, Number 3, Page 4 and 5.

* TYRONE BLACKBURN, ESQ. *

Okay. This is you in Federal Court, again, in response to request for admission:

"Admitted: Defendant Tyrone Blackburn posted content to the Instagram account @tyroneblackburn from January 1st, 2023 through the present date."

Which at the time was November of 2025.

"Defendant authored, posted and caused to be published the posts he personally created and uploaded to his account."

And the statements you published in that particular account, Instagram account, included public statements regarding Joseph Cartegena.

And, again, that's your words, not mine.

A. Oh.

Q. Page 4, I think Points 5 and 6.

MR. TACOPINA: I'd just like to read it into the record.

Again, same exhibit: Number 4.

* TYRONE BLACKBURN, ESQ. *

Q. "Admitted: Defendant Tyrone Blackburn published statements on his personal Instagram account and in podcast appearances and made public statements regarding Plaintiff Joseph Cartagena. Defendant published such statements or caused them to be published, or Defendant made statements that were published by others (podcast hosts, news outlets, etc.)."

Okay. For instance, on April 29th, 2025, you posted that, on your Instagram account, that:

"Mr. Cartegena 'ordered a hit job' against Mr. Dixon."

Do you recall that?

A. No.

Not at all. Um-hum.

Q. Okay. You also made public statements about Mr. Cartagena in multiple podcast appearances.

On -- on May 2nd, 2025, you appeared on a podcast called the "Star Report" and you said --

* TYRONE BLACKBURN, ESQ. *

MR. TACOPINA: And just put that exhibit up, as we do it.

Q. And you said:

You, Mr. Blackburn, gave me and my office:

"...a one-minute clip of Pistol Pete...threatening, or actually no...trying to set is up [Mr. Dixon] to be pounded out..."

Do you recall saying that in the podcast?

A. No. Um-hum.

Q. Well, is that true?

A. I don't recall any of that, no.

Q. No.

I'm asking you if it's true that you gave a one-minute clip to me, or my office, of Pistol Pete threatening or actually trying to set up Mr. Dixon to be pounded out?

A. I -- I don't remember any e-mails or anything that I sent or gave out.

Q. You don't remember any e-mails

or anything you sent or gave out?

A. Nah. Eh-eh.

Q. And you're being truthful today, right, Mr. Blackburn?

A. Yeah.

I -- I told you:

I'm on medication.

So, it's really hard.

MR. TACOPINA: Okay. You know what we're going to do?

We're going to take a break right here, because Mr. Blackburn is struggling to recall things, so...

THE VIDEOGRAPHER: We're going to go off record.

The time is 10:34 A.M.

And this concludes Media Unit Number 1.

(Whereupon, a short recess was taken.)

THE VIDEOGRAPHER: We are back on record.

The time is 10:47 A.M.

And this is the start of Media

* TYRONE BLACKBURN, ESQ. *
Unit Number 2.
MR. TACOPINA: Thank you.
Q. Mr. Blackburn, when you were sued, did you advise your malpractice carrier?
Did you put them on notice?
A. I don't remember if I did.
Q. You don't remember if you did?
A. No.
Q. Okay. You're scheduled to start a trial on Monday; is that right?
A. I believe -- I believe so.
Q. Yeah.
And where is that trial?
A. I think it's in Brooklyn.
Q. Okay.
A. It's in the district, yeah.
Q. Pardon?
A. I said:
"I think it's in Brooklyn."
Q. Okay. And are you going to be taking your medications next week, as well, as prescribed?
A. Yeah.

* TYRONE BLACKBURN, ESQ. *

Q. Do you think you'll be able to conduct a trial next week?

A. I'll try my best.

If anything, I'll -- I'll inform the court if I'm feeling any effects.

Q. Okay. Like, for instance, if you are feeling the effects on Monday that you do today, would you proceed with the trial?

A. I -- I probably wouldn't.

I'll have to let the court know.

Q. Okay. I'm just going to ask you some questions about this -- your medications here because it's obviously impacting your ability to be -- recall today, I'll just put it that way.

(Whereupon, Plaintiff's Exhibit 65, PREVIOUSLY MARKED: 2/5/206 Letter to Judge Jennifer L. Rochon from Tyrone A. Blackburn, Esq., was tendered.)

Q. In your letter to the court,

* TYRONE BLACKBURN, ESQ. *

our court, Judge Rochon, dated February 5th, 2026, you claim that:

"Doctors expected you to remain on medication including narcotics for six to eight weeks."

Is that accurate?

A. I believe so, yes.

Q. Okay. And because you cited the medical conditions, you asked the court for a two-month adjournment over the discovery deadline.

Now, despite your February 5th, 2026 letter to the court, your treating physician, in fact, only advised you to refrain from work for two weeks.

Isn't that right?

A. Because of the procedure, it would be -- it was -- it was physically taxing, yeah.

Q. I understand that.

But he advised you to refrain from work, according to your affidavit, by the way, for two weeks, right?

MR. TACOPINA: Exhibit 61.

* TYRONE BLACKBURN, ESQ. *

(Whereupon, Plaintiff's Exhibit 61, PREVIOUSLY MARKED: March 2, 2026 Defendants' Opposition to Plaintiff's Motion for Sanctions and Contempt, was tendered.)

A. I mean, yes.

But that doesn't change the fact that I'm on medication.

Q. Okay. He certainly didn't tell you to refrain from work for two months, did he?

A. He may have.

I don't know.

But I know that medication, such as what I'm receiving, is very, very difficult.

Q. Okay. I'm just going to read your affidavit, the relevant portion, into the record.

It's Exhibit 61.

It's a -- a March 2nd --

MR. TACOPINA: Josh --

Q. Yeah. March 2nd, 2026 affidavit, Page 3, Paragraph 15, Lines 4

and 5, which read --

MR. TACOPINA: Can you zoom that, Ellie?

MS. LANZONE: Yeah.

Q. Okay.

"I was placed under local anesthesia" --

MR. TACOPINA: And let me back up one second.

Q. Dr. Emer, is that the doctor who prescribed these medications?

A. Yeah.

Q. Okay. We'll get into him in a minute.

"Dr. Emer's letter confirms that I underwent medical procedures on January 23rd, 2026 and February 3rd, 2026 under his care, that during those procedures, I was placed under local anesthesia and received multiple prescribed medications including antibiotics, narcotic pain relievers, antiemetics, and that he advised me to refrain from work for two weeks following the procedures for recovery

and pain management" -- pain -- "pain management purposes."

Okay. That's your -- your affidavit; correct?

A. Yeah.

Q. Okay. In your February 5th, 2025 letter to the court seeking a two-month adjournment of the discovery deadline, why did you tell Judge Rochon that doctors expected you to be on medication for six to eight weeks and not mention that the doctor had actually said you have to refrain from work for two weeks?

A. So, one is, I believe, exclusive of the other.

The fact that I'm on medication for six to eight weeks does not mean that I have to refrain from work for six to eight weeks.

I just mentioned that these medications tend to have a detrimental impact on -- on the person.

So to be safe, I -- I asked for

* TYRONE BLACKBURN, ESQ. *
an adjournment for six to eight weeks.
Q. Okay.
A. Yeah.
Q. And despite that and despite your medical condition, you were able to sit for Mr. Dixon's deposition on February 24th, 2026; correct?
A. I believe I did.
I don't remember.
I can't -- I can't remember what happened last week.
Q. You can't remember what happened next week?
A. No.
Q. Okay. So, obviously, whatever medical procedure or medications you cited in your February 5th, 2026 letter, that didn't prevent you from representing Mr. Dixon at his deposition, right?
A. I mean, if I -- if I did, I guess.
Q. I just want to make sure I have got your answer.
It's: If you did, I guess?

* TYRONE BLACKBURN, ESQ. *

A. I can't remember.

I can't -- again, I told you, the medication -- my head is messed up. I can't remember.

Q. Okay. As a matter of fact, in court -- and we have the transcript of that court hearing -- on February 10th, Judge Rochon agreed that you're claiming you would be on medication for six to eight weeks and couldn't sit for a deposition appear to be not accurate.

You remember her saying that?

A. I don't -- I don't remember that, no.

(Whereupon, Plaintiff's Exhibit 64, PREVIOUSLY MARKED: Remote Conference 2/10/26 Transcript, was tendered.)

Q. Okay. That's the transcript of the court proceeding from February 10, 2026, Exhibit 64, Page 14, Lines 10 to 13:

"Two, the second thing" -- this is the judge -- "I just want to point out that in the letter, Mr. Blackburn said that

he was on medication for six to eight weeks and he can't sit. So, if that's accurate..."

MR. TACOPINA: Oh, that was me saying that.

I'm sorry.

The court then chimes in:

"Well, it appears not to be."

Q. Do you recall that or no?

A. No. Eh-eh.

Q. No?

Well, I was going to ask you:

You, in fact, sat for a deposition on February 24th and were very vocal during it.

But you don't recall that right now, right?

A. Eh-eh.

Q. No?

MR. TACOPINA: Did you get that answer, "eh-eh"?

THE COURT REPORTER: "Eh-eh."

Q. Okay. Do you remember being asked by Mr. Seigel at that deposition, on

* TYRONE BLACKBURN, ESQ. *

February 24th of this year, if you were under medication at the time.

You prepared a response to a request for an admission, you stated:

"The same medication that you're on for transition," right?

Do you remember saying that to Mr. Seigel?

A. No.

Q. No?

Do you remember asking Mr. Seigel what was the date of this transition surgery?

A. He's -- he's having a transition?

I thought he transitioned already.

No. I don't remember, no.

Q. You don't remember that?

A. Eh-eh.

Q. Okay. So, Exhibit 3, Deposition Page 357 of Line 9 to 10:

"What is the date of your transition surgery?"

* TYRONE BLACKBURN, ESQ. *

Okay. Along those lines, during Mr. Dixon's deposition, you also told Mr. Seigel:

"Don't ever disrespect me. I'm not your husband."

Do you recall saying that?

A. No. No.

I don't recall saying that. No.

Q. Okay. That's Exhibit 3, 2/24/26 deposition, Page 601, 17 to 21.

I'm not going to read it.

Were those comments about Mr. Seigel's husband and transition surgery intended to be homophobics -- insults?

A. What? No.

I -- I don't recall saying it.

But no. Why would I make any homophobic insults?

I mean, if he's homophobic -- you know, if he's gay, he's gay. He's not -- I don't see anything wrong with that.

Q. Okay. Did Mr. Seigel tell you he was gay?

* TYRONE BLACKBURN, ESQ. *

A. No.

I'm just -- I'm responding to what you just said.

I said:

"I would never make a homophobic insult. I mean, if he's gay, he's gay."

That's what I said. I have no issue with that.

Q. So, what did you mean by those comments:

"Don't ever disrespect me, I'm not your husband, or did" --

A. I --

Q. -- "you transition"?

A. -- again, I -- I don't recall saying that.

Q. You don't recall saying that?

A. No.

Q. Even with that deposition testimony right in front of you, you don't recall?

A. Yeah, no.

Q. No?

* TYRONE BLACKBURN, ESQ. *

Speaking of surgery and transitioning and all of these other things, in your February 5th, 2026 letter to the court, you claimed to undergo a medical procedure on February 3rd, 2026 that required you to be on medications.

And during our virtual court appearance, on February 10, 2026, you maintained that you were, indeed, on narcotics, and would even send the pills to the court if it wanted to.

Do you remember saying that?

A. I don't recall saying that, no.

Q. Okay. Exhibit 64, 2/10/26 court appearance, Page 14, Lines 16 to 20, Mr. Blackburn to the Court:

"The 27th, there's another deposition that's already preplanned in another matter," you said.

"But I am on medication for -- I can give you everything. I mean, I'm on narcotics. If you think I'm joking, you'll see. I'll send all the pills now, if you want."

* TYRONE BLACKBURN, ESQ. *

The Court said:

"Okay. Thank you."

Did you ever send those pills to the court, or the list of narcotics?

A. I don't remember if I did.

Q. Okay. I don't think you're going to know the answer to this, but are you taking any medication today that was different than the medication that you took on February 10th, 2026?

A. I don't -- I don't think so, no.

Q. Okay. And at our virtual appearance for Judge Rochon, on January 20th, during which those deposition dates were selected, you didn't say, at that point, that you were unable to attend them because of a medical procedure scheduled on February 3rd.

Did you forget it at that time?

A. I don't remember what I said on January 20th.

(Whereupon, Plaintiff's Exhibit 68, PREVIOUSLY MARKED: Transcript of

* TYRONE BLACKBURN, ESQ. *
January 20, 2026 Telephone
Conference, was tendered.)
Q. Okay. Well, Exhibit 68, 1/20/26 transcript, Page 4, Line 18 to Page 5, Line 17:
"THE COURT: So the next thing" --
MR. TACOPINA: I need that zoomed in just a little bit more, please.
"THE COURT: So the next thing I have here is depositions of the parties, I believe the parties in this case. Now," in "fact discovery is scheduled to close on January 30th.
"I specifically tried to coordinate discovery of documents so that we" could "be able to have all of those produced in time to have discovery completed by January 30th. I understand there's an issue with that, and we're going to talk about" that "when the defendants can be

available for their depositions. I will say that I'm disappointed we can't get it done by January 30th.

"But on the other hand, the deposition notices were sent rather late. Discovery's been ongoing for months, and yet, we waited until January to send deposition notices for depositions we'd like to take place within the next four weeks. There really isn't a reason to have waited that long.

"...so it looks like defendants are available for depositions, Mr. Blackburn, you say February 6th and February 9th. What about the week of February 2nd? I know you're recovering the week of January 26th, but what about the week of February 7th, Mr. Blackburn?"

You reply to the Court:

"MR. BLACKBURN: If you want, Your Honor, I can send you in-camera in private, for your eyes only, the

schedule provided by my medical provider."

"THE COURT: I don't need that."

And then, you go on to say:

"MR. BLACKBURN: I'll be out for literally 10 to 14 days dealing with recovery, yes. I'm scheduled to return to New York on the 3rd. I'll tell you right now the 3rd of February" --

And then, the Court says:

"THE COURT: So you're available on the 4th then? The 4th? The 5th?"

Mr. Blackburn, you say:

"MR. BLACKBURN: Hopefully, I'll be up and awake. That's the plan."

Okay. And so, the Court then says:

"THE COURT: Okay. Great."

Q. Now, nowhere in there did you mention you were having a procedure on

February 3rd, did you?

That -- at least what I read, right?

A. I -- I -- I didn't know that I was having a procedure on the 3rd.

Q. So, on January 20th, you didn't have a scheduled procedure yet at that point on -- for the 3rd of February?

A. I can't remember back that far. I don't have any of my files with me. I don't know.

Q. See, instead of on January 20th court appearances, what I just read, instead of mentioning to the Court that you had a medical procedure scheduled on February 3rd, you told the Court that you were scheduled to return to New York on February 3rd.

So, is it safe to assume that your scheduled third medical procedure after the January 20th court appearance and after the Court ordered you and your client to appear for depositions on the 6th and the 9th, you came up after the January 20th

court appearance?

A. Is -- I -- I don't understand the question.

Q. Okay. Your affidavit to the Court, on March 2nd, 2026, attaches a letter from your physician who treated you during your February 3rd medical procedure: Dr. Jason Emer.

MR. TACOPINA: And let's put that up.

That's Exhibit 61.

The Blackburn affidavit, Page 1, Paragraph 3, first sentence.

Q. "Attached..."

This is, again, your affidavit:

"Attached hereto, as Exhibit 1, is a true and correct copy of a letter, dated February 27, 2026, from Dr. Jason Emer, a Board-Certified Dermatologist, located..."

And you give his address.

And then, he wants -- he -- that -- he confirmed that you underwent medical procedures on January 23rd and

February 3rd under his care.
First of all:
Did you have to fly to California for that medical procedure?
A. I think I did. I believe so.
Q. You think you did?
You're not sure?
A. I mean --
THE COURT REPORTER: I can't hear you, sir.
A. Yeah.
My brain is a little foggy because of the medication.
But I think -- I think I did, yeah.
Q. Now, even though you stated in your affidavit to Judge Rochon that Dr. Emer is a Board-Certified Dermatologist, as described on his website, he's actually a cosmetic dermatologist; right?
A. I -- I don't know what he does. I don't know.
Q. No? Okay.

* TYRONE BLACKBURN, ESQ. *

MR. TACOPINA: Let's put up his website.

Q. "Dr. Jason Emer" the "World's Best Cosmetic Dermatologist and Surgeon."

And then, it goes on to list a lot of the procedures he does:

"Face:

MR. TACOPINA: Next...

Q. "Laser;

MR. TACOPINA: For the "face."

Q. "Body;

"Skin."

Okay. And that's it.

He does body sculpting.

So -- oh, also:

"Male liposuction treatments."

Get a gladiator body.

So, what medical procedure did you undergo with Dr. Emer?

A. Yeah.

I don't -- I don't remember.

Q. You don't remember what medical procedure you --

A. No.

* TYRONE BLACKBURN, ESQ. *

Q. I mean, did you take an organ out or something or was it cosmetic?

A. I don't know.

I -- I don't -- I don't recall right now.

I just -- again, my brain is really foggy, so I don't remember what happened.

Q. Okay. So, you don't recall the type of procedure you had that's going to keep you out for two weeks and under narcotics for eight weeks?

You have no idea what that procedure was, as you sit here today?

A. No.

I don't remember, no.

Q. It was only a month ago.

A. Yeah.

I wish I had.

I just don't -- I don't recall it.

Q. Okay. Well, maybe I can help you.

Let's go to the body stuff.

* TYRONE BLACKBURN, ESQ. *

Let's just go through each one, maybe that will refresh your recollection. I don't know.

MR. TACOPINA: Go to "body," please.

Scroll up, please.

Come on.

Up. Up. Up.

Right there.

Put it down.

MS. LANZONE: It doesn't...

MR. TACOPINA: Okay. Go to the menu. Drop down.

MS. LANZONE: Do you want me to go...

(Counsel confer sotto voce.)

Q. Okay. So, this is "services."

For example, was it:

"HD liposuction"?

Was it that?

A. I don't even know what that is.

Q. Okay. Was it is a fat transfer?

A. No.

* TYRONE BLACKBURN, ESQ. *

I don't -- I don't -- I don't -- I wouldn't need a fat transfer --

THE COURT REPORTER: I can't hear you, sir.

A. I wouldn't need a fat transfer, no.

Q. Okay. I'm assuming it wasn't a breast augmentation or anything like that; correct?

A. No.

Q. A "Brazilian butt lift"?

A. Nah. Uh-uh. No.

Q. "Enhanced cellulite"?

You don't look like you have a problem with that; right?

It wasn't that?

A. I don't -- I don't know what that is.

Q. Okay. Oh, it's "reduction."

"Enhanced cellulite reduction."

But that's certainly what you did; right?

A. I don't know.

I don't know what that is. No.

* TYRONE BLACKBURN, ESQ. *

Q. Let's go to "face."

I don't know.

MR. TACOPINA: Go back to "body."

Maybe there's some more.

Maybe. What was there?

What was that?

(Counsel confer sotto voce.)

MR. TACOPINA: Okay. Go to "face."

Q. Did you get, like, "wrinkle treatments"?

Do you recall?

A. No. No.

I don't -- I don't -- I don't know what wrinkle treatments are.

Q. Okay. How about a face or a neck lift?

Did you do that?

I'm just reading off this website, Mr. Blackburn. I'm not trying to insult you.

A. I don't -- I don't know what -- I don't know what that is.

* TYRONE BLACKBURN, ESQ. *

Q. "Facelift and neck lift;" okay.
How about a "brow lift"?
A. Eh-eh. I don't know what that is, either.
Q. Well, whether you know what it is or not, does that refresh your recollection?
Is that maybe one of the procedures you had or not?
A. No.
I don't recall --
Q. Definitely not?
A. No.
Q. Okay. "Eyelid enhancement"?
A. No.
I don't remember, no.
Q. And "chin and cheek"?
A. I don't know what that is, no.
Q. That's all we have on the face.
Well, the other stuff seems to be, like, "laser treatments" and "skin treatments."
Those wouldn't be procedures that would knock you out for two weeks and

* TYRONE BLACKBURN, ESQ. *

would cause you to be on medication two months.

So, between the "face" and the "body," all those surgical procedures, you don't recall which one you had?

A. I don't know. No.

I don't think that that's -- that might not be the full -- the full services that he provides. I don't know.

Q. Well, just based on his website, it seems to be inclusive, but let's see:

What else does he provide?

MR. TACOPINA: Oops.

Q. How about -- I don't know what any of these things are.

I'll read them.

I don't know if you do, either, Mr. Blackburn:

"Venous Legacy"?

A. Again, I don't know what that is. I can't...

Q. "Venous Versa"?

A. Never heard of that.

* TYRONE BLACKBURN, ESQ. *

Q. "ThermiSmooth"?
A. Uh-uh.
Q. "ThermiRF"?
A. I don't know what any -- what any of those things are.
Q. Any of them?
So, I'm not -- I don't have to read them all.
You don't know what any of those are; right?
A. I can't answer -- I can't see it.
Q. Okay. So, I'll read it.
"ThermiBreast"?
A. I don't know what that is.
Q. "Thermage"?
A. I don't know what that is.
Q. Okay.
MR. TACOPINA: Zoom in, please.
Q. "Exilis Ultra"?
A. I don't know what that is.
Q. Okay. How about:
"Helium Plasma"?
Is that it?

* TYRONE BLACKBURN, ESQ. *
A. I don't know what that is, no.
Q. You don't know what that is?
And well, these seem to be all sort of dermatological -- dermal- -- dermatology treatments that are done to, I guess, enhance skin or appearance.
But regardless, you don't know what procedure you had from this doctor?
A. I don't remember, no.
Q. Okay?
A. Eh-eh.
MR. TACOPINA: I think at this point, we need to call the Court because I don't think we should proceed any longer.
Mr. Blackburn completely just stated multiple times on the record that he just doesn't have a recollection today.
His brain is -- as he used the words -- "messed up today" and "foggy because of the narcotics."
So, I think we have to get the Court involved and maybe reset this.

* TYRONE BLACKBURN, ESQ. *

So, can we, please, reach out to the Court?

THE VIDEOGRAPHER: We're going to go off record.

The time is 11:07 A.M.

And this concludes Media Unit Number 2.

(Whereupon, a short recess was taken.)

LAW CLERK: Hello, Dexter Hill.

MR. TACOPINA: Hi.

We need Judge Rochon's chambers.

We're in a deposition and we need the Court's intervention.

Hello?

(Whereupon, a short recess was taken.)

LAW CLERK: Thank you for holding.

How can I help you?

MR. TACOPINA: Hi.

We need Judge Rochon in a matter. We're in a deposition in a

case. I can give you the case number, if need be.

LAW CLERK: Okay. Did you call previously?

MR. TACOPINA: We -- we tried, yeah.

We were -- we've been on hold for just a little bit.

LAW CLERK: Okay. I just need to confirm it's the same person that I spoke to before.

MR. SEIGEL: It was me.

MR. TACOPINA: It was my partner, Chad Seigel. Yes.

LAW CLERK: Okay. That's fine.

Can I have the case number?

MR. TACOPINA: Sure.

25-cv-03552.

LAW CLERK: 552.

And it's re- -- in regard to a deposition and it's an emergency; right?

MR. TACOPINA: Yes, it is.

We can't proceed at this point.

* TYRONE BLACKBURN, ESQ. *

LAW CLERK: Okay. Let me -- okay. Let me contact chambers and see if they can take the call right now; okay?

MR. TACOPINA: We're going to hold on.

Thank you very much.

(Whereupon, a short recess was taken.)

LAW CLERK: Hello?

MR. TACOPINA: Hey. Hi.

LAW CLERK: Hi. So, I -- they said they need a number that they can reach out to you.

MR. TACOPINA: Okay. (203), right? Or is it different?

MS. LANZONE: This number.

MR. TACOPINA: (203) 451-5090.

LAW CLERK: 5090?

I'm just going to inform them, and give me one second; okay?

MR. TACOPINA: All right. Thank you.

(Whereupon, a short recess was

taken.)

LAW CLERK: Okay.

MR. TURETSKY: Wait.

Are you off?

MR. TACOPINA: I'm not off.

MR. TURETSKY: Okay. Because this may not be the right number, right?

MR. TACOPINA: I didn't give him that number.

MR. TURETSKY: Oh, you gave him yours.

MR. TACOPINA: We're here. We're good.

Please take this pen away.

(Whereupon, a short recess was taken.)

LAW CLERK: Hello?

MR. TACOPINA: Yes. Sorry.

LAW CLERK: Hi.

No worries.

So, I reached out to chambers, the law clerk that's handling your case, and they said they're going to

reach out to the judge first.

And then, once they reach out to the judge, they are going to reach out -- reach back out to you, via the phone number you gave me.

MR. TACOPINA: Okay. Great.

Yeah. We're on pause right now until that happens, so we'll just sit here.

But thank -- thank you very much.

LAW CLERK: Yeah.

They -- they said that -- they said that they're doing it right now.

So, it should be as soon as possible.

MR. TACOPINA: Oh, awesome.

Okay. Thank you.

LAW CLERK: Yep.

No problem.

Have a good day.

MR. TACOPINA: Thanks. Thanks.

You, too, man.

(Whereupon, a short recess was

taken.)

MR. TACOPINA: Hello?

JUDGE ROCHON: Hello.

This is Judge Rochon.

MR. TACOPINA: Hi, Your Honor.

How are you.

JUDGE ROCHON: I'm great. How are you?

MR. TACOPINA: So -- great.

This is Joe Tacopina, Your Honor.

Your Honor, could we put this on the record?

JUDGE ROCHON: Yes, please.

MR. TACOPINA: Okay. So, Your Honor --

THE VIDEOGRAPHER: Standby.

We'll go on the record.

MR. TACOPINA: Oh, sorry, sorry.

The videographer has to get involved.

JUDGE ROCHON: Yeah.

And you have to tell me who is

present today.

MR. TACOPINA: Ah, yes.

One second.

THE VIDEOGRAPHER: We are back on record.

The time is 11:26 A.M.

And this is the start of Media Unit Number 3.

MR. TACOPINA: I can proceed?

Okay. Your Honor, so Mr. Blackburn is present, myself, Mr. Seigel, from our office also, Eleonora Lanzone, Matt DeOreo.

Reed Smith is represented here by Ian Turetsky.

MR. TURETSKY: Turetsky.

MR. TACOPINA: And Rob Carnes, yes.

So -- and then, of course, we have the videographer and the court reporter, Your Honor.

JUDGE ROCHON: Okay.

MR. TACOPINA: Okay. So, we're -- we have run into a -- a

* TYRONE BLACKBURN, ESQ. *

problem. And it's not really even a problem regarding the ruling.

I'll -- I'll speak first, and then, of course, Mr. Blackburn can respond, if he wants.

Mr. Blackburn is having trouble today recalling anything. He mentioned -- he said on the record that -- well, actually, to that first question regarding if he is able to testify truthfully and completely today, he said he didn't know if he was able to do that because of the narcotics he took for his post-surgery recovery.

He said he took eight.

He can't remember substantive issues in this case at all because he claims the medication has made his brain foggy today.

And in doing so, he doesn't remember if he advised Dixon regarding this dispute.

He doesn't even remember if he

absolutely represented Dixon or not.

He doesn't remember writing to Judge Semper in the District of New Jersey, just in December, saying that he was medically unfit to represent his clients.

He doesn't remember that letter at all.

He doesn't remember what medical procedure he had just a month ago, in February, that's causing all of this.

He doesn't remember being at Mr. Dixon's deposition last week on whatever it was, February 24th of '26.

He doesn't remember multiple statements he made at that deposition.

He's not sure, as I said, if he still represents Mr. Dixon in this lawsuit. You know, he appeared before Your Honor this Wednesday, however, but in any event...

* TYRONE BLACKBURN, ESQ. *

We're just now faced with a problem, Your Honor, where going forward here anymore is -- actually, it's been a waste of an hour plus because Mr. -- Mr. Blackburn is not able to answer any questions because he doesn't have a recall because he's stating that the narcotics have made his brain foggy today, fuzzy, and he just can't remember anything, including whether, you know, he authored a letter, whether the affidavit that I read into the record of his is accurate or not accurate, so it would just really be futile to go forward.

And, you know, we're faced with a problem, Your Honor, that -- that, you know, my concern is at trial or later, you know, when this deposition is over and -- and useless, he'll claim that he now recalls everything, and he'll be able to answer, without us having the appropriate discovery

process.

So, I just don't think we could go forward today anymore, and I would actually like this deposition to be reset.

And then, of course, Your Honor, you could get involved with that.

But it just needs to be postponed until he is able to testify without medical issues preventing him from answering because he's literally not able to answer any question with certainty at all.

JUDGE ROCHON: Okay.

MR. TACOPINA: I -- I think, also, Your Honor, we will want the deposition in the court before Your Honor or at least before a magistrate judge, to avoid having to reach out to you every five minutes.

So, that's our -- that's our ask here, Your Honor.

And Mr. --

* TYRONE BLACKBURN, ESQ. *

JUDGE ROCHON: I'm sorry. Mr. Tacopina, what's the last thing you requested?

MR. TACOPINA: Yes.

JUDGE ROCHON: You requested to have a deposition in front of a magistrate --

MR. TACOPINA: Yeah.

JUDGE ROCHON: -- judge?

MR. TACOPINA: Before a magistrate judge, yes.

I mean, of course, before Your Honor, if you wanted, but I'm sure you have better things to do.

I just think we -- we need to do it in the courthouse, the next deposition, because I think we'll -- we'll have needs, they'll be reaching out quickly, so...

JUDGE ROCHON: I've never -- I've never heard of that.

Do you have authority for having a deposition take place before a judge?

* TYRONE BLACKBURN, ESQ. *

MR. TACOPINA: Well, honestly, Your Honor, I -- I -- I hear you. I've never heard of what I'm hearing today.

There's -- the witness has absolutely no recall whatsoever and no one's ever answered the first question, which is the throwaway question:

"Are you able to testify truthfully?

And --

JUDGE ROCHON: Okay.

MR. TACOPINA: -- and the answer was:

"I don't know."

JUDGE ROCHON: Okay. So, yeah --

MR. TACOPINA: We'll -- we'll -- we'll look into that.

But at least in the courthouse, Your Honor, where we have access to the court, it maybe a little bit quicker.

* TYRONE BLACKBURN, ESQ. *

JUDGE ROCHON: Right.

So, you're asking to reschedule the deposition and -- at a later date, and then, we'll deal with whatever else you're just asking for a forum.

So, let me hear from Mr. Blackburn.

MR. TACOPINA: Yes, Your Honor.

Hold on one second.

It's my phone that we're talking on, so I'm going to slide it over to Mr. Blackburn.

Here you go.

JUDGE ROCHON: Okay. Thank you.

MR. TACOPINA: Okay. Your Honor.

MR. BLACKBURN: Okay. So, Your Honor, I'm trying to answer the questions to the best of my ability.

And it's not true that I don't remember ever- -- anything. He's asking me questions, in the manner in

* TYRONE BLACKBURN, ESQ. *

which he's asking -- asking me questions, the questions are compounded.

So, I'm giving him the answers, based on what he's asking.

I'm doing my best to recall whatever it is that he's asking.

And, you know, he's asking me questions about names of medical procedure, which I don't even think is relevant to this cause of action, but he's asking me concerning -- concerned about that.

And matters in other courts that is not before this court. So, I -- I'm -- I don't -- I don't even understand a lot of what he's asking me, in the manner in which he's asking it, so...

And that's been the ba- --

JUDGE ROCHON: But --

MR. BLACKBURN: -- that's been, like, the basis of my -- of my -- of my -- of my responses.

* TYRONE BLACKBURN, ESQ. *

And I am on medication now, like I've said to the court before, I am on medication. I have been on medication. I took my medication this morning.

And -- and -- and -- and that's pretty much it.

JUDGE ROCHON: So, you -- do you rem- -- it -- were you asked if you remember if you represent Mr. Dixon and you said you do not remember; is that correct?

THE WITNESS: No.

I said -- I said -- I believe that I said to that:

That I believe -- that -- no.

I said -- I think I -- my answer was that I have a lot of clients or something to that effect and that -- and that I -- I'm not even sure what I said, honestly.

MR. TACOPINA: Well, I have the transcript.

I'm sorry, Mr. Blackburn.

* TYRONE BLACKBURN, ESQ. *

I didn't mean to cut Mr. Blackburn off.

I have the transcript, though.

JUDGE ROCHON: I'm just -- just -- Mr. Tacopina, one moment.

MR. TACOPINA: Yes.

JUDGE ROCHON: Do you represent Mr. Dixon, Mr. Blackburn?

THE WITNESS: Yes, of course. Yeah.

JUDGE ROCHON: Okay. All right.

And are you unable to answer these questions today because you are taking narcotics?

Is that what you're saying?

THE WITNESS: No.

I said that I have taken narcotics today and that I do think that it's kind of int- -- interfering a little bit with -- with -- with my ability to remember.

You know, like the letter from my provider said I was on local

* TYRONE BLACKBURN, ESQ. *

anesthesia, as well as multiple different types of narcotics, which I'm still on because I haven't fully healed from my procedure.

So I -- you know, how -- how it effects me, or how it impacts me? I'm not a doctor, I can't tell you.

JUDGE ROCHON: Okay. Thank you.

Mr. Tacopina, do you want to read me a couple of --

MR. TACOPINA: Yes.

JUDGE ROCHON: -- the transcript entries, please?

MR. TACOPINA: Yes, Your Honor.

I'm going to read -- on that specific point, regarding representation of Mr. Dixon, from today's transcript.

Question by me:

"You're qualifying it. Let me ask you this, this was a basic question:

"What -- do you represent Mr.

Dixon as a plaintiff in this lawsuit against Mr. Cartagena and others?

"ANSWER: I think so. I believe so.

"QUESTION: You think so?

"ANSWER: Yeah.

"You're not sure?

"QUESTION: You're not sure?

"ANSWER: It's a lot of cases. I can't be sure. It's a lot of cases. I have a lot of cases, I just have to go back and check. Right now I don't have any of my records in front of me, so...

"QUESTION: And the answer to the question whether you represent Mr. Dixon as a plaintiff in this case, is that you're not sure?

"ANSWER: As -- as of in this case, just said that this is not -- the case that -- that this" --

I'm just reading the transcript.

-- "that this social security

* TYRONE BLACKBURN, ESQ. *

for Cartagena is represented first Dixon by himself?

"QUESTION: You said you weren't sure about that.

"ANSWER: I mean, yeah. I don't know.

So, Your Honor. That's what is the transcript says.

So, I guess --

JUDGE ROCHON: Where is it -- he represents Mr. Dixon as a plaintiff in this action, he's not a plaintiff in this action.

THE WITNESS: Exactly.

MR. TACOPINA: No.

I also asked, Your Honor: If you represent him as a plaintiff in this action and also -- and not in this action -- and a defendant in this case that we're -- that's before the court right now.

I mean, it's a question:

"Do you represent Mr. Dixon as a plaintiff?"

* TYRONE BLACKBURN, ESQ. *

That -- I mean, he brought a lawsuit on behalf of Mr. Dixon. I think that's a fair question.

MR. BLACKBURN: He's combining both of the cases --

MR. TACOPINA: No.

MR. BLACKBURN: -- Your Honor.

JUDGE ROCHON: I'm sorry. I'm sorry.

Only one person can speak, please.

Go ahead, Mr. Taco- -- Tacopina.

MR. TACOPINA: Okay. So, again, I asked, in both cases, if he was representing Mr. Dixon here.

The one where he's a plaintiff and, again, the one where he is a defendant and in both cases --

JUDGE ROCHON: But this -- this deposition is to take place regarding Cartagena versus Dixon.

MR. BLACKBURN: Thank you.

MR. TACOPINA: Correct.

* TYRONE BLACKBURN, ESQ. *

JUDGE ROCHON: That's the case. Okay.

MR. TACOPINA: Right.

I understand that, Your Honor.

And he doesn't recall or he's not sure, according to this transcript, if he represents Mr. Dixon in either case.

JUDGE ROCHON: Okay. All right.

And can you read me the transcript, if you have it, for the beginning questions about whether he's able to proceed and answer questions?

MR. TACOPINA: Yes, Your Honor.

JUDGE ROCHON: Based on his physical state.

MR. TACOPINA: Yes. Yes. I'll get right to that. Hold on one second.

Let me scoot up here.

Okay. Here's the question, Your Honor.

* TYRONE BLACKBURN, ESQ. *

"QUESTION: My name is Joseph Tacopina. I represent Mr. Joseph Cartagena.

"For the record, Mr. Blackburn, are you currently under" --

What's the whole question?

It says -- there's a typo here.

(Court Reporter and Mr. Tacopina confer sotto voce.)

MR. TACOPINA: Oh, okay. Oh, okay. There's -- there's a transcript the court reporter has, actually.

It's going to make it a little bit easier, Your Honor.

Hold on one second.

Okay.

"Are you currently" -- ah.

Thank you.

"QUESTION: For the record, Mr. Blackburn, are you currently under the influence of any medication or other substances that prevent you from testifying fully and truthfully

today?

"ANSWER: Well, as I've shared with the court:

"I am on medication, have been on medication, will be on medication for the next, probably, four weeks at this point; four to five weeks, after I had a procedure earlier this year.

"QUESTION: Okay. And will that medication, do you believe it will prevent you from testifying truthfully and fully today?

"ANSWER: Possibly.

"I don't know.

"I mean, I'm not a -- I'm not a chemist. I have no idea."

MR. TACOPINA: So, I can go on, if you want, Your Honor, but that was the answer.

JUDGE ROCHON: All right. So, you're asking -- you, Mr. Tacopina, are asking to adjourn this deposition until when?

MR. TACOPINA: When he can

answer questions, Your Honor.

When he's not going to give me an answer, like that, for the first question of the deposition which is:

"Can you answer truthfully and completely?"

So, I don't know when that is.

I -- I -- I guess we have to look to Mr. Blackburn on that because this was --

JUDGE ROCHON: Right.

MR. TACOPINA: -- a complete waste of time for everyone here.

JUDGE ROCHON: Okay. Thank you.

Give me a minute, please.

MR. TACOPINA: Yes.

JUDGE ROCHON: Mr. Blackburn, I know that I was moving the discovery process forwards because I move cases forward and also plaintiffs were interested in moving cases forward, their case forward, which they should be.

* TYRONE BLACKBURN, ESQ. *

And so, if I reschedule your deposition, you said you'll be done with these narcotics at what date? Four weeks from now?

MR. BLACKBURN: When I first sent the first letter, it was on the 5th of February, so it was -- it was six to eight weeks from there.

So, that -- that -- I don't know what -- where we are now, so that's what?

Four -- it's been -- four -- so probably at the end of March, beginning of April, I think I'll be done.

JUDGE ROCHON: Okay. So --

MR. BLACKBURN: I think I'm supposed to be scheduled --

JUDGE ROCHON: -- if --

MR. BLACKBURN: -- I'm supposed to be done, I believe, with the -- I -- I believe -- I don't have my calendar, but I think it's supposed to be done...

* TYRONE BLACKBURN, ESQ. *

JUDGE ROCHON: I'm looking at -- one moment, Mr. Blackburn.

So, if you were -- were given a letter on February 5th, if it says six weeks from February 5th, that would bring us to March 19th.

Well, actually, March 12th.

So, if we rescheduled your deposition for the week of March 23rd, would you be off the medications by then?

MR. BLACKBURN: I believe I am, yes.

JUDGE ROCHON: Okay. All right. Mr. Tacopina, can we reschedule for the week of the March 23rd, please?

MR. TACOPINA: If you can give me a second, Your Honor, to take a look, please.

Yeah.

The answer is going to have to be yes. So, yes, Your Honor. I'll move things.

* TYRONE BLACKBURN, ESQ. *

JUDGE ROCHON: All right. Why don't we agree on that right now because I'm on the call and I don't want to have any issues there.

What date are you suggesting?

MR. TACOPINA: The 25th, Your Honor.

JUDGE ROCHON: Okay. And Mr. Blackburn, are you available on March 25th?

THE WITNESS: That -- I don't -- I don't have my -- my -- my -- my calendars.

It's in a black written calendar that I use.

JUDGE ROCHON: Okay.

THE WITNESS: So, I don't have that, but I don't want to say "yes" and then lock it in and then have a conflict, so...

JUDGE ROCHON: I understand. Understood.

All right. So, this is what I'm going to ask:

* TYRONE BLACKBURN, ESQ. *

I would like you -- so, a couple of things:

So, I will allow the deposition to be adjourned and take place the week of March 23rd.

I know that I had previously required discovery to close well before then, but I'm going to make an exception for this deposition to take place at the request of the plaintiffs.

And so, if you would please both meet and confer and get a date that works the week of March 23rd, then you can reschedule for that week.

That also gives the plaintiffs an opportunity to request whatever relief they're seeking, in terms of the forum for the deposition.

All right. Anything further, Mr. Tacopina?

MR. TACOPINA: Yes, Your Honor. Just to be clear: It's the --

* TYRONE BLACKBURN, ESQ. *

the deposition for both Mr. Blackburn and for his law firm, as this one was today.

JUDGE ROCHON: Well, he is -- he is the one representing his law firm, right?

MR. TACOPINA: I understand that. Correct. Correct. Correct. Correct.

JUDGE ROCHON: Yeah. Correct, for -- for -- for Mr. Blackburn and the law firm?

MR. TACOPINA: Yes.

JUDGE ROCHON: Okay. Anything further, Mr. Tacopina?

MR. TACOPINA: No.

I'm -- I -- I could go on, Your Honor, but I don't think I need to, so the answer is no.

JUDGE ROCHON: And Mr. Blackburn, anything further we need to discuss here?

THE WITNESS: No.

JUDGE ROCHON: I'm sorry. I

didn't hear you.

THE WITNESS: No. No.

MR. TACOPINA: He said no.

JUDGE ROCHON: Okay. But please make sure that you get a date the week of March 23rd for the deposition.

THE WITNESS: Okay. No problem.

JUDGE ROCHON: All right. Thank you very much.

And I'm going to sign off now.

MR. TACOPINA: Okay. Thank you.

THE VIDEOGRAPHER: Are we off record?

MR. TACOPINA: Yes.

Thank you, guys.

THE VIDEOGRAPHER: We are off record.

And this concludes today's testimony given Tyrone Blackburn.

The time is 11:41 A.M.

And this is Media Unit Number

* TYRONE BLACKBURN, ESQ. *

3.

MR. BLACKBURN: Can I have a rough and expedited?

MR. TACOPINA: We would need this as soon as possible.

Thank you.

THE COURT REPORTER: I will get it to you tomorrow.

(Whereupon, at 11:41 A.M., the Examination of this witness was concluded.)

° ° ° °

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_________________________

TYRONE BLACKBURN, ESQ.

Subscribed and sworn to before me

this _____ day of ________________ 20___.

_________________________

NOTARY PUBLIC

## E X H I B I T S

PLAINTIFF'S EXHIBITS


| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | PREVIOUSLY MARKED: Plaintiff Joseph Cartagena's Second Amended Complaint and Demand Jury Trial Demanded | 6 |
| Exhibit 2 | PREVIOUSLY MARKED: Tyrone Blackburn's letter to Judge Semper dated 12/3/2025 | 10 |
| Exhibit 3 | PREVIOUSLY MARKED: Terrence Dixon deposition of 2/24/26 | 27 |
| Exhibit 4 | PREVIOUSLY MARKED: Defendant Tyrone Blackburn's Response to Plaintiff's First Set of Requests for Admission | 36 |
| Exhibit 61 | PREVIOUSLY MARKED: March 2, 2026 Defendants' Opposition to Plaintiff's Motion for Sanctions and Contempt | 50 |
| Exhibit 64 | PREVIOUSLY MARKED: Remote Conference 2/10/26 Transcript | 54 |

E X H I B I T S (Cont'd)

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 65 | PREVIOUSLY MARKED: 2/5/206 Letter to Judge Jennifer L. Rochon from Tyrone A. Blackburn, Esq. | 48 |
| Exhibit 68 | PREVIOUSLY MARKED: Transcript of January 20, 2026 Telephone Conference | 60 |

(Exhibits retained by Court Reporter.)

I N D E X

WITNESS: TYRONE BLACKBURN

EXAMINATION BY PAGE

MR. TACOPINA 7

C E R T I F I C A T E

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

I, KARYN CHIUSANO, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of March, 2026.

KARYN CHIUSANO

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Cartagena, Joseph v. Dixon, Terrence, Et Al.
DATE OF DEPOSITION: 3/6/2026
WITNESSES' NAME: Tyrone Blackburn

| PAGE | LINE (S) | CHANGE | REASON |
|---|---|---|---|
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |
| ____ | ________ | __________________________ | ________________________ |

______________________________
Tyrone Blackburn

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF ____________, 20__.

_____________________ _______________________
(NOTARY PUBLIC) MY COMMISSION EXPIRES:

**&**

**&** 2:4 3:17

**0**

**03552** 1:6 4:25 77:19

**1**

**1** 3:17 4:15 6:25 10:24 29:6 36:20 46:19 65:14,17 109:6
**1/20/26** 61:5
**10** 54:21,22 56:23 59:9 63:8 109:9
**100** 35:20,22
**10016** 2:6
**10022** 1:23 2:15
**10:05** 1:13 4:5
**10:34** 46:17
**10:47** 46:24
**10th** 54:8 60:11
**11** 27:22
**11236** 2:21 6:19
**11:07** 76:6
**11:26** 82:7
**11:41** 106:24 107:10
**12/3/2025** 10:22 109:11
**1242** 2:20 6:18
**12th** 102:8
**13** 54:22
**14** 54:22 59:16 63:8
**144** 28:9
**15** 50:25
**158** 29:5
**16** 59:16
**17** 57:12 61:6
**18** 61:5
**18034** 112:22
**19th** 102:7
**1st** 42:18 43:7

**2**

**2** 10:17,20 13:24 36:21 47:2 50:3 76:8 109:9,17
**2/10/26** 54:18 59:15 109:21
**2/24/26** 28:2 57:12 109:13
**2/5/206** 48:21 110:6
**20** 59:16 61:2 108:18 110:10 113:22
**2023** 42:18 43:8
**2025** 10:4 42:18 43:10 44:13,23 52:8
**2026** 1:12 4:5 49:3,14 50:3,24 51:18,18 53:8 53:18 54:22 59:4,6,9 60:11 61:2 65:6,19 109:17 110:10 112:19
**203** 78:16,19
**20th** 60:16,23 64:7,13,22,25
**21** 57:12
**22nd** 1:22 2:14
**23rd** 51:18 65:25 102:11 102:18 104:6 104:15 106:7
**24th** 27:11 35:9 53:8 55:15 56:2 84:16
**25** 1:6 4:25 18:24 77:19
**25th** 103:7,11
**26** 84:17
**26th** 62:19
**27** 65:19 109:12
**275** 2:5
**27th** 59:18
**29th** 44:13
**2nd** 44:23 50:22,24 62:18 65:6

**3**

**3** 27:23,25 36:21 42:24 50:25 56:22 57:11 65:14 82:9 107:2 109:12
**3/6/2026** 113:3
**30** 3:16 9:25
**30th** 61:17,22 62:4
**3552** 18:24
**357** 56:23
**35th** 2:5
**36** 109:14
**3rd** 10:3 51:18 59:6 60:20 63:10,11 64:2,6 64:9,17,19 65:8 66:2

**4**

**4** 36:11,13 42:24,24 43:22 43:25 50:25 61:5 109:14
**4,736** 42:6
**42** 29:4
**451-5090** 78:19
**48** 110:6
**4th** 63:15,15

**5**

**5** 27:22 42:25 43:22 51:2 61:6
**50** 109:17

**5090** 78:20
**54** 109:20
**552** 77:20
**599** 1:21 2:14 5:3
**5th** 49:3,13 52:7 53:18 59:4 63:16 101:8 102:5,6

**6**

**6** 1:12 4:5 27:22 43:22 109:6
**60** 110:9
**601** 57:12
**61** 49:25 50:3 50:21 65:12 109:17
**64** 54:17,22 59:15 109:20
**65** 48:21 110:6
**68** 60:25 61:4 110:9
**6th** 62:16 64:24

**7**

**7** 111:5
**7th** 62:21 112:19

**8**

**80th** 2:20 6:18

**9**

**9** 56:23
**9th** 62:17 64:25

**a**

**a.m.** 1:13 4:5 46:17,24 76:6 82:7 106:24 107:10
**ability** 48:18 89:22 92:23
**able** 13:3 48:2 53:6 61:20 83:11,14 85:7 85:24 86:11,14 88:11 97:15
**above** 108:6
**absolutely** 84:2 88:7
**access** 13:18 88:23
**account** 36:5 37:2,17,24 38:8 38:11 40:5,8,10 40:24 41:2,3,9 41:23,25 42:7 42:19 43:7,14 43:16,17 44:4 44:14
**accounts** 36:9 37:13 40:18 41:7
**accurate** 49:7 54:12 55:4 85:15,15
**accurately** 27:20
**accusations** 28:16 31:17
**accused** 31:2 32:2,6 33:5 35:24 36:2
**accusing** 29:9
**act** 9:8
**acted** 29:13 30:11
**action** 4:24 5:11 24:5 29:8 36:3 90:12 95:13,14,19,20 112:15
**actively** 12:6 14:19,21 42:15
**actually** 8:20 9:25 17:8 24:13 42:16 45:8,20 52:13 66:21 83:10 85:4 86:5 98:14 102:8
**addition** 35:23
**address** 6:16,17 65:22
**adjourn** 99:23
**adjourned** 104:5
**adjournment** 49:11 52:9 53:2
**administer** 3:11 5:10
**administration** 14:13
**admission** 36:16,18 42:24 43:4 56:5 109:16
**admitted** 36:22 36:24 43:5 44:2
**advice** 23:22 24:3 31:3 32:3 33:6,10
**advise** 22:24 23:21 47:5
**advised** 24:18 29:13 30:11 32:11 49:15,22 51:24 83:23
**advising** 10:6 22:20,21 23:15 23:18
**affidavit** 49:23 50:19,25 52:5 65:5,13,16 66:18 85:14
**ago** 17:25 18:13 24:23 68:18 84:12
**agree** 4:14 41:22 103:3

**agreed** 3:5,20 54:9
**ah** 82:3 98:19
**ahead** 21:13 96:13
**al** 113:2
**allegations** 29:7 31:20 32:21
**alleges** 28:10 28:21
**alleging** 28:23
**allow** 104:4
**amended** 7:2 28:9 29:5 109:7
**anesthesia** 9:24 18:3 34:5 51:8 51:21 93:2
**anesthesia's** 19:13
**answer** 12:14 12:15 14:25 15:20,24 20:16 22:17 25:21 40:15 53:24 55:22 60:8 74:12 85:7,24 86:14 88:16 89:21 91:19 92:14 94:4,7,10 94:16,20 95:6 97:15 99:3,14 99:20 100:2,4,6 102:23 105:20
**answered** 88:8
**answering** 86:13
**answers** 22:18 90:5
**antibiotics** 51:22
**antiemetics** 51:23
**anxiety** 11:10 11:21
**anymore** 85:4 86:4
**anyway** 33:23
**appear** 54:12 64:24
**appearance** 59:9,16 60:15 64:22 65:2 75:7
**appearances** 5:14 44:5,22 64:14
**appeared** 44:24 84:23
**appears** 55:9
**appropriate** 85:25
**april** 44:12 101:15
**argue** 30:25 31:25 33:4
**ascertain** 13:18
**aside** 8:5 9:20
**asked** 27:12 49:10 52:25 55:25 91:10 95:17 96:16
**asking** 12:11 16:6,7 30:8,19 32:24 35:3 45:17 56:12 89:3,6,25 90:2 90:2,6,8,9,13 90:18,20 99:22 99:23
**assume** 25:4 64:20
**assuming** 70:8
**assumption** 33:9
**attached** 65:15 65:17
**attaches** 65:6
**attend** 60:18
**attorney** 8:10 22:19 28:14 31:15 32:20
**attorneys** 2:4 2:13,19
**audio** 4:12
**augmentation** 70:9
**authored** 42:20 43:11 85:13
**authority** 87:23
**authorized** 3:11 5:9 9:7
**available** 62:2 62:15 63:15 103:10
**avenue** 1:22 2:5 2:14 5:4
**avoid** 86:21
**awake** 63:19
**aware** 9:10
**awesome** 80:18
**awfully** 39:17

**b**

**b** 6:3,3,14,14 109:2 110:3
**ba** 90:21
**back** 20:13 46:22 51:9 64:10 71:4 80:5 82:5 94:13
**based** 22:17 31:2 32:3 33:5 73:11 90:6 97:18
**basic** 20:2 38:10 93:23
**basis** 90:24
**beginning** 97:14 101:15
**behalf** 9:8 25:11 29:16 30:14 96:3

**believe** 7:22 9:9 19:8,16,21,23 20:6 21:24,25 23:8 29:16 30:14 37:13 38:15,16 47:13 47:13 49:8 52:16 53:9 61:14 66:6 91:15,17 94:5 99:11 101:22 101:23 102:13
**believed** 14:10
**best** 48:4 67:5 89:22 90:7
**better** 87:15
**billing** 25:19
**bit** 18:18 61:10 77:9 88:24 92:22 98:16
**black** 103:15
**blackburn** 1:8 1:8,18 2:18,19 2:20,21 4:1,17 4:20,20 5:1 6:1 6:13 7:1,9 8:1 8:21 9:1 10:1 11:1 12:1 13:1 13:12 14:1 15:1 16:1 17:1 18:1,9 19:1 20:1 21:1 22:1 23:1 24:1 25:1 25:25 26:1 27:1 28:1,4,14 29:1 30:1 31:1 31:15 32:1,13 33:1 34:1 35:1 36:1,25 37:1 38:1 39:1,14 40:1,7,14,18 41:1,2,11,12,15 42:1 43:1,6 44:1,3 45:1,5 46:1,5,13 47:1 47:4 48:1,23 49:1 50:1 51:1 52:1 53:1 54:1 54:25 55:1 56:1 57:1 58:1 59:1,17 60:1 61:1 62:1,16,21 62:23 63:1,7,17 63:18 64:1 65:1,13 66:1 67:1 68:1 69:1 70:1 71:1,22 72:1 73:1,20 74:1 75:1,17 76:1 77:1 78:1 79:1 80:1 81:1 82:1,12 83:1,5 83:7 84:1 85:1 85:6 86:1 87:1 88:1 89:1,9,14 89:20 90:1,23 91:1,25 92:1,3 92:9 93:1 94:1 95:1 96:1,5,8 96:24 97:1 98:1,5,22 99:1 100:1,10,19 101:1,6,18,21 102:1,3,13 103:1,10 104:1 105:1,2,12,22 106:1,23 107:1 107:3 108:15 110:7 111:3 113:3,21
**blackburn's** 10:21 36:14 109:10,15
**blood** 112:15
**board** 65:20 66:19
**body** 67:12,15 67:18 68:25 69:5 71:5 73:5
**brain** 19:14 66:13 68:7 75:21 83:21 85:10
**brazilian** 70:12
**break** 46:12
**breast** 70:9
**bring** 102:7
**broad** 23:21
**brooklyn** 2:21 6:18 47:16,21
**brought** 96:2
**brow** 72:3
**business** 6:17
**butt** 70:12

**c**

**c** 2:2 6:3,14 108:2 112:2,2
**calendar** 101:24 103:16
**calendars** 103:14
**california** 66:5
**call** 75:14 77:4 78:4 103:4
**called** 6:3 44:24
**cam** 28:11
**camera** 62:24
**campaign** 28:12 31:12 32:18
**capacity** 36:6 37:7
**care** 51:19 66:2
**carnes** 2:16 82:18
**carrier** 47:6
**cartagena** 1:3 2:5,14 19:6 20:24 28:13 29:2 31:13 44:6,21 94:3 95:2 96:23 98:4 113:2

**cartagena's** 7:2 28:20,25 109:7
**cartegena** 4:19 7:8 20:5 21:22 23:17,24 24:5 25:12 32:18 35:25 43:18 44:15
**cartegena's** 9:11 18:22 28:9 29:8
**case** 1:6 18:24 18:25 20:18,20 20:23,23 23:4 31:7 37:9 61:15 77:2,2,17 79:25 83:19 94:19,21,22 95:21 97:2,9 100:24 113:2
**cases** 14:7 17:10 20:10,12 20:12 23:16 94:10,12,12 96:6,16,20 100:21,23
**cause** 29:8 36:3 73:2 90:12
**caused** 29:2 43:12 44:8
**causing** 84:12
**cellulite** 70:14 70:21
**certain** 10:7
**certainly** 50:10 70:22
**certainty** 86:15
**certification** 3:8
**certified** 65:20 66:19
**certify** 108:4,8 112:8,13
**chad** 2:7 77:15
**chambers** 76:14 78:3 79:23
**change** 50:8 113:5
**check** 20:14 94:13
**checked** 8:12 19:21
**cheek** 72:18
**chemist** 8:4 99:17
**chimes** 55:8
**chin** 72:18
**chiusano** 1:23 5:7 112:6,22
**circumstances** 11:23
**cited** 49:9 53:17
**civil** 1:20 4:24
**claim** 27:14 28:5 49:3 85:23
**claimed** 59:5
**claiming** 54:9
**claims** 83:20
**clear** 21:18 26:13,15 104:25
**clerk** 76:11,20 77:4,10,16,20 78:2,11,13,20 79:3,19,21,24 80:13,20
**client** 64:23
**clients** 11:11,24 12:7 14:13,17 14:20 15:17,19 16:12,23 17:14 18:10 33:21 84:7 91:20
**clip** 45:7,18
**close** 61:16 104:8
**coercive** 28:17 31:18 32:23
**colleague** 27:12
**combining** 96:5
**come** 69:8
**coming** 26:2
**comments** 57:14 58:12
**commission** 113:25
**communicate** 42:5
**company** 8:25
**compensate** 26:14
**compensated** 25:9 26:9,12,16
**complaint** 7:3 9:11,15 28:10 28:19,20 29:5 29:15 30:6,8,13 31:20 109:7
**complete** 100:13
**completed** 61:22
**completely** 75:17 83:12 100:7
**complies** 5:20 10:25
**compounded** 90:4
**comprehend** 32:15
**comprised** 15:16
**compromised** 9:20
**concern** 85:20
**concerned** 14:16 23:2 90:14
**concerning** 29:17 30:15 90:13

**concluded** 107:12
**concludes** 46:18 76:7 106:22
**condition** 53:6
**conditions** 49:10
**conduct** 30:25 31:4,5,7,9 32:2 32:4,10,24 33:4 48:3
**confer** 69:17 71:9 98:10 104:14
**conference** 54:18 61:3 109:21 110:10
**confidently** 18:11
**confirm** 77:11
**confirmed** 65:24
**confirms** 51:16
**conflict** 29:17 30:15,20 103:21
**confused** 21:15
**confusing** 21:11
**connection** 20:4 22:22 28:7
**consider** 9:18
**considering** 15:21
**cont'd** 110:3
**contact** 78:3
**contained** 29:7
**contempt** 50:5 109:19
**content** 42:20 43:6
**contingency** 25:13
**continue** 4:13 18:19
**continued** 29:18 30:16
**continuing** 14:21
**conversation** 17:20
**conversations** 4:9
**coordinate** 61:19
**copy** 3:14,17 65:18
**corp** 8:25
**correct** 8:22 9:8 12:19 13:22,25 18:24 22:23 36:7 39:8 52:5 53:8 65:18 70:10 91:13 96:25 105:9,9,9,10,11 108:9
**cosmetic** 66:21 67:5 68:3
**counsel** 3:6,17 4:17 29:13 30:11 69:17 71:9
**county** 112:4
**couple** 22:10 40:17 93:12 104:3
**course** 24:2 82:20 83:5 86:7 87:13 92:10
**court** 1:2 3:13 4:22 5:6,16,18 5:21 6:8,15,20 7:15 14:11,17 39:5 43:3 48:6 48:13,25 49:2 49:10,14 52:8 54:7,8,21 55:8 55:23 59:5,8,12 59:16,17 60:2,5 61:7,12 62:22 63:4,13,14,21 63:23 64:14,15 64:17,22,23 65:2,6 66:10 70:4 75:14,25 76:3 82:21 86:19 88:24 90:16 91:3 95:22 98:9,13 99:4 107:8 110:15
**court's** 76:16
**courthouse** 87:17 88:22
**courts** 90:15
**created** 42:21 43:13
**credentials** 13:15
**cseigel** 2:9
**current** 24:6
**currently** 7:10 11:9 18:20 98:6,19,22
**cut** 38:9 92:2
**cv** 1:6 4:25 18:24 77:19

## d

**d** 3:2 108:2 111:2
**date** 1:12 43:8 56:13,24 89:5 101:4 103:6 104:14 106:6 113:3
**dated** 10:22 49:2 65:19 109:11
**dates** 60:17

**day** 35:15 80:22 108:18 112:19 113:22
**days** 3:16 9:25 63:8
**deadline** 49:12 52:10
**deal** 89:5
**dealing** 63:8
**december** 10:3 15:5 17:23 84:5
**defaming** 36:2
**defendant** 1:17 18:21 19:3 24:6 31:8 36:13,25 43:5 43:11 44:2,7,8 95:20 96:20 109:14
**defendants** 1:9 2:19 9:12 26:11 50:4 61:25 62:14 109:18
**definitely** 35:18 72:13
**demand** 7:3 28:13 29:14 30:12 31:14 32:19 109:8
**demanded** 7:4 109:8
**deoreo** 2:4,7 82:14
**deposed** 26:2 35:10
**deposition** 1:17 3:8,9,14 4:16 5:2 22:2,7,8,14 27:11,21 28:2 53:7,20 54:11 55:15,25 56:23 57:3,12 58:21 59:19 60:16 62:6,9 76:15,25 77:22 84:15,20 85:21 86:5,19 87:7,18,24 89:4 96:22 99:23 100:5 101:3 102:10 104:4 104:10,21 105:2 106:8 109:13 113:3
**depositions** 22:11 61:13 62:2,10,15 64:24
**depression** 11:9 11:20
**dermal** 75:5
**dermatological** 75:5
**dermatologist** 65:20 66:20,21 67:5
**dermatology** 75:6
**described** 66:20
**description** 109:4 110:5
**deserve** 11:13 12:2
**despite** 33:19 49:13 53:5,5
**details** 24:2
**deteriorated** 17:15
**detrimental** 10:9 11:7 52:23
**dexter** 76:11
**different** 16:7 22:9 24:7 34:19,21 60:10 78:17 93:3
**difficult** 13:8 15:20 33:18 50:17
**digital** 12:19
**disappointed** 62:3
**disbarred** 8:17
**discovery** 49:12 52:9 61:15,19 61:22 85:25 100:20 104:8
**discovery's** 62:7
**discuss** 105:23
**dispute** 83:24
**disrespect** 57:5 58:13
**distress** 29:3,11 35:25
**district** 1:2,2 4:22,22 10:5 47:18 84:4
**dixon** 1:8 2:19 4:19 9:13 14:22 17:12,20 18:21 19:2 20:3,17,25 21:20 22:3,14 22:22 23:5,7,15 24:21 26:10 27:22,25 28:11 28:12 29:9,18 30:16,24 31:12 31:24 32:17 33:3,22 35:10 44:16 45:9,20 53:20 83:23 84:2,22 91:12 92:9 93:19 94:2,18 95:3,12 95:24 96:3,17 96:23 97:9 109:12 113:2
**dixon's** 25:11 27:10 28:21 29:13 30:11 31:7 53:7 57:3

84:15
**doctor** 18:17 34:15 51:11 52:13 75:9 93:8
**doctors** 49:4 52:11
**document** 39:25 41:4
**documents** 61:19
**doing** 80:15 83:22 90:7
**doubt** 19:9
**dr** 51:11,16 65:9,19 66:19 67:4,20
**drop** 69:14
**duly** 6:4 108:5 112:10

**e**

**e** 2:2,2 3:2,2 6:3 6:12 45:23,25 108:2 109:2 110:3 111:2 112:2,2
**earlier** 7:20 99:9
**easier** 98:16
**east** 2:20 6:18
**effect** 3:12,15 10:9 11:7 91:20
**effects** 48:7,9 93:7
**eh** 46:3,3 55:11 55:11,19,19,22 55:22,23,23 56:21,21 72:4,4 75:12,12
**eight** 34:19,21 49:6 52:12,19 52:20 53:2 54:10 55:2 68:13 83:17 101:9
**either** 25:3 72:5 73:19 97:9
**elanzone** 2:10
**eleonora** 2:8 82:14
**ellie** 51:4
**emer** 51:11 65:9,20 66:19 67:4,20
**emer's** 51:16
**emergency** 77:22
**emotional** 9:19 10:10 11:8 17:15 29:3,10 35:25
**emotionally** 15:16 33:20
**english** 38:10
**enhance** 75:7
**enhanced** 70:14,21
**enhancement** 72:15
**entitled** 11:13 12:3
**entries** 93:15
**errata** 113:1
**error** 39:11
**escalated** 28:11 28:12 31:12 32:17
**esq** 1:18 2:6,7,7 2:8,15,16,21,24 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1,23 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:15 110:8
**essential** 14:12
**et** 113:2
**event** 84:25
**exactly** 95:15
**examination** 7:5 107:11 111:4 112:9,11
**examined** 6:6
**example** 23:24 69:19
**except** 3:21
**exception** 104:10
**exclusive** 52:17
**exhibit** 6:24 10:17,19 13:24 27:23,24 29:5

36:11,12 42:24 43:25 45:3 48:20 49:25 50:2,21 54:16 54:22 56:22 57:11 59:15 60:24 61:4 65:12,17 109:4 109:4,6,9,12,14 109:17,20 110:4,4,6,9
**exhibits** 13:12 109:3 110:15
**exilis** 74:21
**expected** 49:4 52:11
**expedited** 107:4
**experience** 11:20
**experienced** 10:8
**experiencing** 11:9
**expires** 113:25
**extortion** 27:13 28:5 31:14,22 33:11
**extortionate** 28:13 32:19
**eyelid** 72:15
**eyes** 62:25

**f**

**f** 3:2 112:2
**face** 67:8,11 71:2,11,18 72:20 73:4
**faced** 85:2,18
**facelift** 72:2
**fact** 17:13 49:15 50:9 52:18 54:6 55:14 61:15
**fair** 96:4
**false** 28:16,22 28:24 31:16 32:21 37:10 38:20 39:7
**familiar** 41:5
**far** 33:23 64:10
**fat** 69:23 70:3,6
**featuring** 41:14 41:16
**february** 27:11 35:9 49:2,13 51:18 52:7 53:8,18 54:8,21 55:15 56:2 59:4,6,9 60:11 60:20 62:16,17 62:18,20 63:12 64:2,9,17,19 65:8,19 66:2 84:12,16 101:8 102:5,6
**federal** 1:20 39:5 43:2
**feeling** 48:6,9
**felt** 17:13
**file** 27:13 28:4
**filed** 4:21 34:15
**files** 64:11
**filing** 3:7 23:23 29:15 30:13
**financially** 5:12
**fine** 77:16
**finished** 30:7
**firm** 5:8 8:20 9:8,12 13:14 29:9 105:3,7,13
**first** 6:4 24:20 30:6 36:15 65:14 66:3 80:2 83:4,10 88:8 95:2 100:4 101:6,7 108:5 109:15
**five** 7:19 86:22 99:8
**floor** 1:22 2:5 2:14
**fly** 66:4
**foggy** 66:13 68:8 75:22 83:21 85:10
**followers** 42:6
**following** 51:25
**follows** 6:7
**force** 3:15
**forced** 28:17 31:17 32:22
**foregoing** 108:8
**forget** 15:13 60:21
**form** 3:21
**forth** 112:10
**forum** 89:7 104:21
**forward** 85:4 85:17 86:4 100:22,23,24
**forwards** 100:21
**four** 7:18,19 62:11 99:7,8 101:5,13,13
**frivolous** 28:15 31:16 32:21
**front** 9:15 13:12,22 17:5 20:15 25:16,22 39:23 58:22 87:7 94:15
**full** 73:9,9
**fully** 7:13,23 8:7 93:4 98:25 99:13
**funny** 18:3
**further** 3:20 28:20 104:22 105:16,22 108:8 112:13

**futile** 85:16
**fuzzy** 85:10

**g**

**gay** 57:22,22,25 58:7,8
**getting** 23:25 27:2,4,5,7
**give** 5:23 24:12 59:22 65:22 77:2 78:22 79:10 100:3,17 102:19
**given** 14:12,15 29:12 30:10 102:4 106:23 108:10 112:12
**gives** 104:18
**giving** 12:13 24:3 90:5
**gladiator** 67:18
**go** 4:14 12:16 13:6 20:13 21:13 36:19 40:25 46:16 63:6 68:25 69:2,5,13,16 71:2,4,10 76:5 81:19 85:17 86:4 89:15 94:13 96:13 99:18 105:18
**god** 5:25
**goes** 67:6
**going** 4:4 18:16 32:12 46:11,12 46:15 47:22 48:15 50:18 55:13 57:13 60:8 61:24 68:11 76:4 78:6,21 79:25 80:4 85:3 89:13 93:17 98:15 100:3 102:23 103:25 104:9 106:13
**good** 4:2 41:17 79:15 80:22
**great** 63:23 80:7 81:8,10
**guess** 9:2,2 42:3 53:22,25 75:7 95:10 100:9
**guys** 106:19

**h**

**h** 109:2 110:3
**hand** 5:19 62:5 112:19
**handing** 39:24
**handle** 36:5 37:3,6 38:12,23 38:24 39:2,5,15
**handling** 79:24
**happened** 53:12,14 68:9
**happens** 80:9
**harassment** 28:12 31:13 32:18 33:11
**hard** 34:6 46:9
**hd** 69:20
**he'll** 85:22,24
**head** 18:6 54:4
**healed** 93:5
**health** 9:18
**hear** 66:11 70:5 88:3 89:8 106:2
**heard** 73:25 87:22 88:4
**hearing** 54:8 88:4
**held** 1:20
**helium** 74:24
**hello** 76:11,17 78:11 79:19 81:3,4
**help** 5:25 12:6 14:19 68:23 76:22
**hereinbefore** 108:11 112:10
**hereto** 65:17
**hereunto** 112:18
**hey** 78:12
**hi** 76:12,23 78:12,13 79:21 81:6
**hill** 76:11
**hit** 44:15
**hold** 77:8 78:7 89:11 97:21 98:17
**holding** 76:21
**homophobic** 57:20,21 58:7
**homophobics** 57:16
**honestly** 88:2 91:22
**honor** 62:24 81:6,12,13,17 82:11,22 84:24 85:3,19 86:8,18 86:20,24 87:14 88:3,23 89:10 89:19,21 93:16 95:8,17 96:8 97:5,17,25 98:16 99:19 100:2 102:20 102:24 103:8 104:24 105:19
**hopefully** 63:18
**hosts** 44:10
**hour** 85:5
**hourly** 25:19
**hum** 8:11 17:4 22:15 25:18

26:25 38:7,25 44:19 45:13
**husband** 57:6 57:15 58:14

**i**

**ian** 2:15 82:16
**idea** 8:4 10:2 68:14 99:17
**impact** 9:25 52:24
**impacting** 48:18
**impacts** 93:7
**inability** 11:10 11:21
**included** 43:17
**including** 49:5 51:22 85:12
**inclusive** 73:12
**incorrectly** 25:21
**inflicting** 35:24
**infliction** 29:10
**influence** 7:11 98:23
**inform** 48:6 78:21
**initiate** 28:15 31:16 32:20
**instagram** 36:5 36:8 37:2,13,16 37:24 38:8,11 40:8,10 41:23 41:25 42:7,19 43:6,17 44:4,14
**instance** 44:12 48:8
**insult** 58:7 71:23
**insults** 57:16,20
**int** 92:21
**intended** 57:16
**intentional** 29:10
**intentionally** 35:24
**interest** 29:17 30:15,20
**interested** 5:12 100:23 112:16
**interfering** 92:21
**intervention** 76:16
**involved** 75:25 81:23 86:8
**issue** 58:10 61:23
**issues** 83:19 86:12 103:5
**ituretsky** 2:16

**j**

**james** 2:24 5:5
**january** 42:17 43:7 51:18 60:16,23 61:2 61:17,22 62:4,9 62:19 64:7,13 64:22,25 65:25 110:9
**jason** 65:9,19 67:4
**jennifer** 48:22 110:7
**jersey** 8:15 10:5 15:18 16:12,23 33:20 84:5
**job** 44:16
**joe** 81:11
**joking** 59:23
**jordan** 2:24 37:4
**joseph** 1:3 2:5 2:6,14 4:18 7:2 7:7,8 43:18 44:6 98:2,3 109:6 113:2
**josh** 50:23
**jtacopina** 2:8
**judge** 3:13 10:4 10:21 11:18 12:5 14:8,9,18 17:5 33:19 48:22 49:2 52:10 54:8,24 60:15 66:18 76:13,24 80:2,4 81:4,5,8,15,24 82:23 84:4 86:16,21 87:2,6 87:10,10,12,21 87:25 88:14,18 89:2,16 90:22 91:9 92:5,8,12 93:9,14 95:11 96:9,21 97:2,10 97:18 99:21 100:12,15,19 101:17,20 102:2,15 103:2 103:9,17,22 105:5,11,15,21 105:25 106:5 106:11 109:10 110:6
**jurisdiction** 8:18
**jury** 7:3 109:8
**justice** 14:14

**k**

**k** 6:3,14
**karyn** 1:23 5:7 112:6,22
**keep** 68:12
**kind** 19:14 92:21
**kindly** 6:9,16
**knew** 25:25
**knock** 72:25
**know** 8:2 10:13 10:14 11:16 14:24 15:23

18:4,7,25 19:15 20:10,24 21:9 21:10,19 23:6 23:10 24:8,24 25:4,14,17,22 29:19,21 30:3 33:23 35:14 39:12 46:10 48:14 50:14,15 57:22 60:8 62:18 64:5,12 66:23,24 68:4 69:4,22 70:18 70:24,25 71:3 71:17,24,25 72:4,6,19 73:7 73:10,16,19,22 74:5,10,16,18 74:22 75:2,3,8 83:13 84:23 85:12,18,20,21 88:17 90:9 92:24 93:6 95:7 99:15 100:8,20 101:11 104:7

**l**

**l** 3:2,2 6:3,14 48:22 108:2 110:7
**labor** 28:17 31:17 32:22
**lanzone** 2:8 51:5 69:12,15 78:18 82:14
**laptop** 13:19
**laser** 67:10 72:22
**late** 62:7
**law** 1:8 2:18,20 4:21 8:14,17,20 8:21 13:14 29:9 76:11,20 77:4,10,16,20 78:2,11,13,20 79:3,19,21,24 80:13,20 105:3 105:6,13
**lawsuit** 18:22 19:6 20:5 21:21 23:23 25:12 26:11 84:23 94:2 96:3
**lawsuits** 28:15 31:16 32:21
**lawyer** 23:15 24:4
**lawyers** 22:21
**legacy** 73:21
**legal** 23:22 26:22 27:6 29:2 31:3 32:3 33:6,10
**letter** 10:4,12 10:21 11:5,19 12:9,12,21 13:21,24 14:7 14:24 15:3,13 15:22 16:4,7,16 16:19 17:19,23 31:25 34:10,15 48:22,25 49:14 51:16 52:8 53:18 54:25 59:4 65:7,18 84:8 85:13 92:24 101:7 102:5 109:10 110:6
**letters** 28:14 29:15 30:13 31:14 32:19
**lexington** 1:22 2:14 5:3
**liability** 8:25
**licensed** 8:10 8:13
**lift** 70:12 71:19 72:2,3
**limited** 8:24
**line** 27:22 56:23 61:5,6 113:5
**lines** 50:25 54:22 57:2 59:16
**liposuction** 67:17 69:20
**list** 60:5 67:6
**literally** 63:8 86:13
**litigation** 18:22 19:3,4 28:8,23
**little** 18:18 21:15 61:10 66:13 77:9 88:24 92:22 98:15
**llc** 113:1
**llp** 1:21 2:13 5:3
**local** 9:23 18:2 51:7,20 92:25
**located** 65:21
**location** 5:2
**lock** 103:20
**long** 24:23 62:13
**longer** 75:16
**look** 10:23 11:3 70:15 88:21 100:10 102:21
**looking** 102:2
**looks** 14:3,3,4 39:17 40:2,2,3 41:5 42:4 62:14
**losses** 10:7 11:6
**lot** 20:11,12 22:24 23:3 32:8 39:16,17 67:7 90:18

91:19 94:10,11 94:12

**m**

**made** 39:10,10 44:5,9,20 83:20 84:19 85:9
**madison** 2:5
**magistrate** 86:20 87:8,12
**mails** 45:23,25
**maintain** 36:4 37:23
**maintained** 59:10
**maintains** 37:2
**make** 21:18 53:23 57:19 58:6 98:15 104:9 106:6
**making** 33:9
**male** 67:17
**malpractice** 47:5
**man** 80:24
**management** 52:2,3
**manner** 89:25 90:19
**march** 1:12 4:5 50:3,22,24 65:6 101:14 102:7,8 102:10,17 103:11 104:6 104:15 106:7 109:17 112:19
**marked** 6:25 10:20 27:25 36:13 48:21 50:3 54:17 60:25 109:6,9 109:12,14,17 109:20 110:6,9
**marriage** 112:15
**matt** 82:14
**matter** 4:18 14:22 24:6 54:6 59:20 76:25 112:17
**matters** 22:20 90:15
**matthew** 2:7
**mcafee** 2:24 5:5
**mdeoreo** 2:9
**mean** 8:3 19:12 20:21 21:8,9 26:18 38:2 40:11,13 50:7 52:19 53:21 57:21 58:7,11 59:22 66:9 68:2 87:13 92:2 95:6,23 96:2 99:16
**meaning** 18:22
**means** 9:3
**media** 4:15 42:10,14,16 46:18,25 76:7 82:8 106:25
**medical** 49:10 51:17 53:6,17 59:6 60:19 63:2 64:16,21 65:8,25 66:5 67:19,23 84:11 86:12 90:10
**medically** 84:6
**medication** 7:11,16,17,17 7:22 8:6 9:23 15:9,10 18:2,15 18:17 19:13 34:4,12 46:8 49:5 50:9,15 52:12,18 54:4 54:10 55:2 56:3,6 59:21 60:9,10 66:14 73:2 83:20 91:2,4,5,5 98:23 99:5,6,6 99:11
**medications** 35:12 47:23 48:17 51:12,22 52:23 53:17 59:7 102:12
**meds** 34:7
**meet** 24:20 104:14
**member** 9:6
**members** 9:4
**mental** 9:19 10:9 11:7 17:15
**mentally** 15:15 33:21
**mention** 52:13 63:25
**mentioned** 8:21 52:22 83:9
**mentioning** 64:15
**menu** 69:14
**messed** 19:14 54:4 75:22
**messing** 18:6
**met** 24:24 25:5
**meta** 37:14
**microphones** 4:7
**mine** 43:20
**minute** 45:7,18 51:15 100:17
**minutes** 30:2 86:22
**misconduct** 28:24
**misspoke** 37:20 37:21
**moment** 92:6 102:3

**monday** 47:12 48:9
**money** 26:24 27:6
**month** 49:11 52:9 68:18 84:11
**months** 17:25 18:13 50:11 62:8 73:3
**morning** 4:3 34:22 91:6
**motion** 50:5 109:18
**move** 32:16 100:21 102:25
**moving** 100:20 100:23
**multi** 34:5
**multiple** 34:5 44:21 51:21 75:18 84:18 93:2
**mute** 4:10

**n**

**n** 2:2 3:2 6:3,3 6:12,14 108:2 111:2
**nah** 46:3 70:13
**name** 5:5 6:9 6:13 7:7 98:2 113:2,3
**names** 9:11 34:11,12,18 90:10
**narcotic** 51:22
**narcotics** 34:17 49:5 59:11,23 60:5 68:13 75:23 83:15 85:9 92:16,20 93:3 101:4
**neck** 71:19 72:2
**need** 61:9 63:4 70:3,6 75:14 76:13,16,24 77:3,10 78:14 87:16 105:19 105:23 107:5
**needs** 86:10 87:19
**never** 16:10,11 16:25 58:6 73:25 87:21,22 88:4
**new** 1:2,22,22 1:24 2:6,6,15 2:15,21 4:23 5:4,4 6:5,19 8:15,15 10:5 12:7 14:20 15:17,19 16:12 16:23 33:20 63:10 64:18 84:4 112:3,4,7 113:1
**news** 44:10
**nope** 8:9,19
**notary** 1:23 6:5 108:21 112:6 113:25
**note** 4:6
**notice** 47:7
**notices** 62:6,9
**november** 42:18 43:9
**number** 4:24 18:24,25 36:20 42:24 43:25 46:19 47:2 76:8 77:3,17 78:14,18 79:8 79:11 80:6 82:9 106:25 109:4 110:5

**o**

**o** 3:2 6:3,12 108:2
**oath** 3:12 5:10
**objections** 3:21
**obligations** 14:12,17
**obviously** 9:7 15:24 22:20 42:6 48:17 53:16
**office** 45:6,19 82:13
**offices** 1:21
**oh** 11:2 13:20 26:25 41:16 43:21 55:5 67:16 70:20 79:12 80:18 81:20 98:11,11
**okay** 6:20,22 7:21 8:5 9:6,17 10:3,15 12:18 13:2,21 14:5 15:7,12 18:5 20:16 21:17 22:13,16 23:12 23:14 24:20 25:2,23 26:5 27:4 28:3 29:24 30:4 31:10 33:15 35:16,23 37:18 37:21 39:2 40:5,25 42:5,17 43:2 44:12,20 46:10 47:11,17 47:22 48:8,15 49:9 50:10,18 51:6,14 52:4,7 53:3,16 54:6,20 55:24 56:22 57:2,11,24 59:15 60:3,7,14 61:4 63:21,23 65:5 66:25 67:14 68:10,23

Case 1:25-cv-03552-JLR-JW Document 169-1 Filed 03/24/26 Page 129 of 141



69:13,18,23 70:8,20 71:10 71:18 72:2,15 74:14,19,23 75:11 77:4,10 77:16 78:2,3,5 78:16,22 79:3,7 80:7,19 81:16 82:11,23,24 86:16 88:14,18 89:16,18,20 92:12 93:9 96:15 97:3,10 97:24 98:11,12 98:18 99:10 100:15 101:17 102:15 103:9 103:17 105:15 106:5,9,14
**once** 80:3
**one's** 88:8
**ongoing** 62:7
**oops** 73:15
**opportunity** 104:19
**opposition** 50:4 109:18
**ordered** 26:6 44:15 64:23
**organ** 68:2
**original** 3:9,17
**outcome** 5:13 112:16
**outlets** 44:10
**overall** 9:18
**own** 20:4 21:21 23:23 36:4,8 37:11,13,16 40:9 41:6,24
**owned** 37:14 42:2
**owns** 37:2

**p**

**p** 2:2,2 3:2
**pa** 12:20
**page** 10:23 12:17,21,23 27:22 29:4 42:24 43:22 50:25 54:22 56:23 57:12 59:16 61:5,5 65:13 109:4 110:5 111:4 113:5
**paid** 26:19 27:2 27:4,5,7
**pain** 51:23 52:2 52:2,2
**paragraph** 10:24 28:8 29:5 50:25 65:14
**paragraphs** 36:21
**pardon** 47:19
**particular** 10:23 43:16
**parties** 3:7 4:14 61:14,14 112:14
**partner** 77:15
**party** 5:11
**pause** 80:8
**pen** 79:16
**people** 22:24 23:3
**percent** 35:20 35:22
**person** 52:24 77:11 96:11
**personal** 36:6 37:7 44:4
**personally** 9:12 29:12 30:10 42:21 43:13
**pete** 45:8,19
**pharmacist** 34:14
**phone** 80:6 89:12
**phones** 4:10
**photo** 40:23 41:13,18
**physical** 9:19 10:9 11:8 28:25 97:19
**physically** 15:16 49:19
**physician** 49:15 65:7
**pick** 4:8
**picture** 41:12
**pictures** 39:16
**pills** 59:11,24 60:4
**pistol** 45:7,19
**place** 4:13 62:11 87:24 96:22 104:5,11 108:11
**placed** 13:22 51:7,20
**plaintiff** 1:4,19 2:13 6:25 20:4 20:18,20 21:21 23:17 25:11 44:6 94:2,18 95:13,14,18,25 96:18 109:6
**plaintiff's** 6:24 10:19 24:4 27:24 36:12,15 48:20 50:2,4 54:16 60:24 109:3,15,18
**plaintiffs** 2:4 4:18 100:22 104:12,18
**plan** 63:20
**plasma** 74:24
**please** 4:6,10 5:19 6:10

10:17 27:18 36:11 37:5 61:11 69:6,7 74:20 76:2 79:16 81:15 93:15 96:12 100:17 102:18 102:21 104:13 106:6
**pllc** 1:8 2:18,20 4:21 8:22
**plus** 85:5
**podcast** 44:4,10 44:22,24 45:12
**point** 7:19 54:24 60:18 64:9 75:14 77:25 93:18 99:8
**points** 43:22
**portion** 50:19
**possess** 37:23 37:25 38:2
**possession** 38:3 38:5
**possible** 80:17 107:6
**possibly** 7:25 99:14
**post** 42:9,20 83:16
**posted** 43:6,11 44:13
**postponed** 86:11
**posts** 41:14 43:12
**potential** 29:16 30:14
**potentially** 30:25 31:25 33:4
**pounded** 45:9 45:21
**practice** 8:14 8:17
**prepared** 56:4
**preplanned** 59:19
**prescribed** 18:18 34:16 47:24 51:12,21
**present** 2:23 25:5 43:8 82:2 82:12
**pretty** 91:8
**prevent** 7:12,22 53:19 98:24 99:12
**preventing** 34:8 86:12
**previously** 6:25 10:20 27:25 36:13 48:21 50:3 54:17 60:25 77:5 104:7 109:6,9 109:12,14,17 109:20 110:6,9
**private** 4:8 62:25
**probably** 7:18 48:12 99:7 101:14
**problem** 70:16 80:21 83:2,3 85:3,19 106:10
**procedure** 1:20 7:20 49:18 53:17 59:6 60:19 63:25 64:6,8,16,21 65:8 66:5 67:19,24 68:11 68:15 75:9 84:11 90:11 93:5 99:9
**procedures** 51:17,20,25 65:25 67:7 72:10,24 73:5
**proceed** 48:10 75:16 77:25 82:10 97:15
**proceeding** 54:21
**process** 86:2 100:21
**produced** 61:21
**professional** 8:24
**profile** 41:13
**profoundly** 10:8 11:7
**provide** 11:11 11:24 73:14
**provided** 63:2
**provider** 63:3 92:25
**provides** 34:16 73:10
**public** 1:24 6:5 43:17 44:5,20 108:21 112:6 113:25
**publication** 28:22
**published** 43:12,16 44:3,7 44:8,9
**pulled** 39:14
**purposes** 52:3
**pursuant** 1:19
**put** 10:15 27:17 36:11 39:23 45:2 47:7 48:19 65:10 67:2 69:11 81:13

**q**

**qualifying** 19:24 93:22

**quality** 11:12 11:25 12:2
**question** 15:21 16:8 20:2,17 21:16 30:8,9,17 30:19 33:2,14 33:16 35:3 65:4 83:11 86:14 88:9,10 93:21,24 94:6,9 94:16,17 95:4 95:23 96:4 97:24 98:2,7,21 99:10 100:5
**questions** 48:16 85:7 89:22,25 90:3,3,10 92:15 97:14,16 100:2
**quicker** 88:25
**quickly** 87:20
**quoting** 27:19

**r**

**r** 2:2 3:2 6:3,3 6:12,14 108:2 112:2
**raise** 5:19
**rambled** 30:2 32:7
**rambling** 30:5
**rape** 28:16 31:17 32:22
**rather** 62:6
**rcarnes** 2:17
**reach** 76:2 78:15 80:2,3,4 80:5 86:21
**reached** 79:23
**reaching** 87:19
**read** 31:10,19 32:12 40:6 43:24 50:18 51:2 57:13 64:3,14 73:18 74:9,14 85:14 93:12,17 97:12
**reading** 11:5 30:5,7 41:9 71:21 94:23
**ready** 6:21,21
**really** 9:22 11:15 12:24 22:15 23:2 41:19 42:9,9,13 46:9 62:12 68:8 83:2 85:16
**realtime** 1:16
**reason** 8:6 14:6 62:12 113:5
**recall** 9:14 10:11 11:14 12:10,25 14:2 14:23 15:2,21 16:18 17:18,22 22:5,6,13 24:11 24:22 25:3,8 33:25 34:12 39:3 44:17 45:11,15 46:14 48:18 55:10,17 57:7,9,18 58:17 58:19,23 59:14 68:5,10,21 71:14 72:12 73:6 85:8 88:7 90:7 97:6
**recalling** 83:8
**recalls** 85:23
**received** 51:21
**receiving** 50:16
**recess** 46:20 76:9,18 78:9,25 79:17 80:25
**recollection** 69:3 72:8 75:20
**record** 4:4,14 5:15 7:9 27:23 41:8 43:24 46:16,23 50:20 75:18 76:5 81:14,19 82:6 83:9 85:14 98:5,21 106:17 106:21 112:11
**recorded** 4:16
**recording** 4:12
**records** 20:14 94:14
**recovering** 62:19
**recovery** 51:25 63:9 83:16
**reduction** 70:20,21
**reed** 1:21 2:13 5:3 82:15
**reedsmith.com** 2:16,17
**referring** 31:6 32:5,10
**refrain** 49:16 49:22 50:11 51:24 52:14,20
**refresh** 69:3 72:7
**regard** 77:21
**regarding** 23:22 24:4 33:10 43:18 44:6 83:3,11,24 93:18 96:22
**regardless** 75:8
**related** 5:10 112:14
**relevant** 50:19 90:12
**relief** 104:20
**relievers** 51:23
**rem** 91:10
**remain** 49:4
**remember** 11:17 16:3

18:11 34:18 35:13 45:22,25 47:8,9 53:10,11 53:13 54:2,5,13 54:14 55:24 56:8,12,19,20 59:13 60:6,22 64:10 67:22,23 68:8,17 72:17 75:10 83:18,23 83:25 84:3,8,10 84:14,18 85:11 89:24 91:11,13 92:23
**remembering** 34:9
**remote** 54:17 109:21
**render** 25:10
**rendered** 11:11
**rendering** 11:23
**reply** 62:22
**report** 44:25
**reporter** 5:6,16 5:18,21 6:8,15 6:20 55:23 66:10 70:4 82:22 98:9,13 107:8 110:15
**reporting** 113:1
**represent** 7:8 14:21 15:17 16:12 17:14 18:10,20 19:2 20:3,17 33:21 84:6 91:11 92:8 93:25 94:17 95:18,24 98:3
**representation** 11:12,25 12:2,8 14:20 26:10 29:18 30:16 93:19
**represented** 82:15 84:2 95:2
**representing** 15:19 16:23 19:17,19 20:24 21:7,20 22:4 33:22 35:11 53:19 96:17 105:6
**represents** 84:22 95:12 97:8
**request** 36:18 42:23 43:3 56:5 104:11,19
**requested** 87:4 87:6
**requests** 36:15 109:16
**required** 59:7 104:8
**reschedule** 89:3 101:2 102:17 104:16
**rescheduled** 102:9
**reserved** 3:22
**reset** 75:25 86:6
**respect** 9:17
**respective** 3:6
**respond** 83:6
**responding** 58:3
**response** 36:14 36:17 42:23 43:3 56:4 109:15
**responses** 90:25
**result** 12:4
**retained** 110:15
**retainer** 25:15 25:22
**return** 63:10 64:18
**reviews** 39:25 41:4
**right** 5:19 10:18 12:20 13:16 20:14 21:2,2 22:16 23:6 24:16 25:6 26:3 31:3 33:22 34:6,7 38:9 39:18,23 40:6 42:16 46:5,13 47:12 49:17,24 53:20 55:17,18 56:7 58:22 63:11 64:4 66:22 68:6 69:10 70:16,23 74:11 77:23 78:4,17 78:23 79:8,9 80:8,15 89:2 92:13 94:13 95:22 97:4,11 97:21 99:21 100:12 102:16 103:2,3,24 104:22 105:7 106:11
**rob** 2:16 82:18
**rochon** 48:22 49:2 52:10 54:9 60:15 66:18 76:24 81:4,5,8,15,24 82:23 86:16 87:2,6,10,21 88:14,18 89:2 89:16 90:22 91:9 92:5,8,12 93:9,14 95:11 96:9,21 97:2,10 97:18 99:21 100:12,15,19

101:17,20 102:2,15 103:2 103:9,17,22 105:5,11,15,21 105:25 106:5 106:11 110:7
**rochon's** 76:13
**rough** 107:4
**rounds** 34:5
**rules** 1:20
**ruling** 83:3
**run** 82:25

**s**

**s** 2:2 3:2,2 109:2 110:3 113:5
**safe** 52:25 64:20
**sanctions** 50:5 109:19
**sat** 55:14
**saying** 33:25 34:15 35:21 36:23 42:23 45:11 54:13 55:6 56:8 57:7 57:9,18 58:18 58:19 59:13,14 84:5 92:17
**says** 9:15 40:6 40:12,13 63:13 63:22 95:9 98:8 102:5
**schedule** 63:2
**scheduled** 47:11 60:20 61:16 63:9 64:8,16,18,21 101:19
**scoot** 97:23
**screen** 41:10,22
**scroll** 69:7
**sculpting** 67:15
**sealing** 3:7
**second** 7:2 10:24 15:14 28:9 36:3 51:10 54:23 78:22 82:4 89:11 97:22 98:17 102:20 109:7
**secure** 12:7 14:20
**security** 94:25
**see** 12:9,11,24 13:5,7,9 39:20 39:21 57:23 59:24 64:13 73:13 74:12 78:4
**seeking** 52:8 104:20
**seem** 75:4
**seems** 72:21 73:12
**seigel** 2:4,7 27:12 55:25 56:9,13 57:4,24 77:13,15 82:13
**seigel's** 57:15
**selected** 60:17
**semper** 10:5,21 11:18 12:5 14:8,9,18 17:5 84:4 109:10
**send** 59:11,24 60:4 62:9,24
**sending** 28:13 29:14 30:12 31:13 32:18
**sensitive** 4:7
**sent** 13:14 31:24 39:13 45:23 46:2 62:6 101:7
**sentence** 10:24 65:14
**series** 41:14
**service** 3:16
**services** 25:10 69:18 73:10
**set** 36:15 45:9 45:20 109:15 112:10,19
**severe** 11:9,20 29:2
**sex** 28:17 31:18 32:23
**sexual** 33:11
**share** 17:12
**shared** 7:14 99:3
**sheet** 113:1
**short** 46:20 76:9,18 78:9,25 79:17 80:25
**show** 5:14 40:24
**showed** 40:21 40:23
**showing** 12:20 39:19
**sic** 4:18
**siev** 2:24
**sign** 106:13
**signature** 12:17 12:19 14:4 34:10 112:22
**signed** 3:10,12 3:15
**significance** 18:12
**sir** 14:24 16:19 21:13 39:18 66:11 70:5
**sit** 53:7 54:11 55:3 68:15 80:9
**sitting** 19:5
**six** 49:5 52:12 52:19,20 53:2 54:10 55:2

101:9 102:6
**skin** 67:13 72:22 75:7
**sleep** 11:10,21
**slide** 89:13
**smith** 1:21 2:13 5:3 82:15
**snippet** 27:17
**social** 42:10,13 42:16 94:25
**sole** 9:6
**soon** 80:16 107:6
**sorry** 11:4 15:8 16:5 21:12,17 30:4 35:17 42:11 55:7 79:20 81:20,21 87:2 91:25 96:9,10 105:25
**sort** 75:5
**sotto** 69:17 71:9 98:10
**sounds** 30:18
**southern** 1:2 4:22
**speak** 9:7 83:4 96:11
**speaking** 59:2
**specific** 32:4 93:18
**specifically** 32:8,9 42:19 61:18
**specifics** 24:8 24:12
**specified** 108:11
**spelling** 6:10
**spoke** 77:12
**ss** 112:4
**standby** 81:18
**star** 44:24
**start** 31:21 46:25 47:12 82:8
**state** 1:24 6:5 15:17 17:15 97:19 112:3,7
**stated** 11:22 14:5 56:5 66:17 75:18
**statement** 39:7
**statements** 28:23 43:15,18 44:3,5,7,9,21 84:19
**states** 1:2 4:21
**stating** 85:9
**statutory** 28:16 31:17 32:22
**stenographic** 5:15
**stipulated** 3:5 3:20
**street** 2:20 6:18
**struggling** 46:14
**stuff** 68:25 72:21
**su** 10:11
**submitted** 10:4
**submitting** 10:11 14:6
**subpoena** 1:19
**subscribed** 108:17 113:22
**substances** 7:12 98:24
**substantive** 83:18
**sued** 31:22 47:5
**suggesting** 103:6
**supposed** 101:19,21,24
**supposedly** 14:15
**sure** 9:22 19:18 20:9,19 21:4 22:17 23:20 24:17,18 32:14 53:23 66:8 77:18 84:21 87:14 91:22 94:8,9,11,19 95:5 97:7 106:6
**surgeon** 67:5
**surgery** 56:14 56:25 57:15 59:2 83:16
**surgical** 73:5
**suspended** 8:16
**swear** 5:16,22
**sworn** 3:10 6:4 108:5,17 112:10 113:22

**t**

**t** 3:2,2 6:3,12 108:2 109:2 110:3 112:2,2
**t.a.** 1:8 2:18,20 4:20 8:21
**tablackburnla...** 2:22
**taco** 96:13
**tacopina** 2:4,6 6:22 7:6,7 10:15 11:2 12:16 13:3,6,11 13:16 16:5 21:12 27:16 36:10,19 37:4 41:8,19 42:11 43:23 45:2 46:10 47:3 49:25 50:23 51:3,9 55:5,21 61:9 65:10 67:2,9,11 69:5 69:13 71:4,10 73:15 74:20 75:13 76:12,23 77:6,14,18,24

78:6,12,16,19 78:23 79:6,10 79:14,20 80:7 80:18,23 81:3,6 81:10,11,16,20 82:3,10,18,24 86:17 87:3,5,9 87:11 88:2,15 88:20 89:10,18 91:23 92:6,7 93:11,13,16 95:16 96:7,14 96:15,25 97:4 97:17,20 98:3 98:10,11 99:18 99:22,25 100:13,18 102:16,19 103:7 104:23 104:24 105:8 105:14,16,17 106:4,14,18 107:5 111:5
**tacopinalaw....** 2:8,9,9,10
**take** 4:13 46:12 62:10 68:2 78:4 79:16 87:24 96:22 102:20 104:5 104:10
**taken** 1:18 4:17 46:21 76:10,19 78:10 79:2,18 81:2 92:19
**talk** 24:7 61:24
**talking** 23:3 29:20,21 40:20 89:13
**taxing** 49:20
**tblackburn** 2:22
**team** 29:2
**telephone** 61:2 110:10
**tell** 14:18 50:10 52:10 57:24 63:11 81:25 93:8
**telling** 33:19
**tend** 52:23
**tender** 26:22 27:6
**tendered** 7:4 10:22 28:2 36:16 48:24 50:6 54:19 61:3
**terms** 104:20
**terrance** 1:8 2:19 4:19
**terrence** 27:25 109:12 113:2
**testified** 6:6
**testify** 8:7 83:12 86:11 88:11 108:5
**testifying** 7:12 7:23 17:21 98:25 99:12
**testimony** 5:22 58:22 106:23 108:6,10 112:12
**thank** 6:22 31:11 41:20 47:3 60:3 76:20 78:8,24 80:11,11,19 89:16 93:9 96:24 98:20 100:15 106:12 106:14,19 107:7
**thanks** 80:23 80:23
**thermage** 74:17
**thermibreast** 74:15
**thermirf** 74:4
**thermismooth** 74:2
**thing** 54:23 61:8,12 87:3
**things** 18:3 22:10 24:7 32:8 34:6,17,18 34:20,21 46:14 59:4 73:17 74:6 87:15 102:25 104:3
**think** 11:4 17:2 17:19 19:22 20:6,7,7 21:23 21:23,23 22:8 22:11 23:9,10 23:13 30:5 34:15,19,20 37:12 43:22 47:16,21 48:2 59:23 60:7,12 66:6,7,15,15 73:8 75:13,15 75:24 86:3,17 87:16,18 90:11 91:18 92:20 94:4,6 96:4 101:15,18,24 105:19
**third** 10:24 12:21 29:8 64:21
**thought** 56:17
**threatening** 28:15 31:15 32:20 45:8,19
**threats** 28:23
**three** 17:25 22:12
**throwaway** 88:9
**time** 1:13 3:22 4:11 6:21 8:12 19:20 24:23 32:13 43:9

46:17,24 56:3 60:21 61:21 76:6 82:7 100:14 106:24 108:10
**times** 75:18
**today** 7:13,24 8:8 19:6 26:2 34:8 35:4,19 46:5 48:10,19 60:9 68:15 75:20,22 82:2 83:8,13,21 85:10 86:4 88:5 92:15,20 99:2,13 105:4
**today's** 93:20 106:22
**told** 11:18 12:5 14:9 15:25 46:7 54:3 57:4 64:17
**tomorrow** 107:9
**took** 34:21 35:15,18 60:10 83:15,17 91:5
**trafficking** 28:18 31:18 32:23
**transcript** 27:18 54:7,18 54:20 60:25 61:5 91:24
92:4 93:15,20 94:24 95:9 97:8,13 98:13 108:9,9 109:21 110:9
**transfer** 69:24 70:3,6
**transition** 56:7 56:14,16,25 57:15 58:16
**transitioned** 56:17
**transitioning** 59:3
**transparency** 14:11,16
**treated** 65:7
**treating** 49:14
**treatments** 67:17 71:13,17 72:22,23 75:6
**trial** 3:22 7:3 47:12,15 48:3 48:11 85:20 109:8
**tried** 61:18 77:6
**trouble** 33:15 83:7
**true** 45:14,17 65:18 89:23 108:9 112:11
**truth** 5:23,24 5:25 108:5
**truthful** 46:4
**truthfully** 7:13 7:23 8:7 17:22 83:12 88:12 98:25 99:13 100:6
**try** 21:18 48:4
**trying** 45:8,20 71:22 89:21
**turetsky** 2:15 13:20 79:4,7,12 82:16,17,17
**twice** 9:24
**two** 18:12 22:18 30:2 49:11,16,24 50:11 51:24 52:9,14 54:23 68:12 72:25 73:2
**type** 68:11
**types** 93:3
**typo** 98:8
**tyrone** 1:8,18 2:19,21 4:1,16 4:20 5:1 6:1,11 7:1 8:1 9:1 10:1,20 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1,14,25 37:1 38:1 39:1 40:1 40:7,14,17 41:1 41:11 42:1 43:1,5 44:1,2 45:1 46:1 47:1 48:1,23 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1,23 107:1 108:15 109:10 109:14 110:7 111:3 113:3,21

**tyroneblackb...** 36:6 37:7 38:12 39:6 43:7

**u**

**u** 3:2 6:3,14
**uber** 35:6,7
**uh** 70:13,13 74:3,3
**ultra** 74:21
**um** 17:4 22:15 25:18 26:25 38:7,25 44:19 45:13
**unable** 11:11 11:24 33:21 60:18 92:14
**uncertain** 22:3
**under** 7:10 18:23 51:7,19 51:20 56:3 66:2 68:12 98:6,22
**undergo** 59:5 67:20
**understand** 28:8 30:18,23 30:24 31:23 33:3,7,13,13 49:21 61:23 65:3 90:18 97:5 103:22 105:8
**understanding** 33:16
**understood** 103:23
**underwent** 51:17 65:24
**unfit** 84:6
**unit** 4:15 46:18 47:2 76:7 82:9 106:25
**united** 1:2 4:21
**unsigned** 3:14
**uploaded** 43:13
**use** 42:9,13 103:16
**used** 3:14 42:19 75:21
**useless** 85:22

**v**

**v** 113:2
**venous** 73:21 73:24
**veritext** 5:8 13:14 113:1
**versa** 73:24
**versus** 4:19 20:24 96:23
**video** 4:12,16
**videographer** 2:24 4:2 5:6 13:13,17 46:15 46:22 76:4 81:18,22 82:5 82:21 106:16 106:20
**videotaped** 1:16
**vile** 28:24
**violence** 28:25
**virtual** 59:8 60:14
**vocal** 55:16
**voce** 69:17 71:9 98:10

**w**

**w** 2:24
**wait** 79:4
**waited** 62:8,13
**waived** 3:9
**want** 24:10 25:20 27:16 53:23 54:24 59:25 62:23 69:15 86:18 93:11 99:19 103:5,19
**wanted** 59:12 87:14
**wants** 65:23 83:6
**waste** 85:5 100:14
**way** 9:20 26:20 27:5,8 48:19 49:24 112:16
**we've** 77:8
**website** 66:20 67:3 71:22 73:12
**wednesday** 84:24
**week** 22:2,10 22:11 27:12 35:9 47:23 48:3 53:12,14 62:18,19,20 84:15 102:10 102:17 104:6 104:15,17 106:7
**weeks** 7:18,19 49:6,16,24 51:25 52:12,15 52:19,21 53:2 54:11 55:2 62:11 68:12,13 72:25 99:7,8 101:5,9 102:6
**whatsoever** 88:7
**whereof** 112:18
**whispering** 4:8
**wish** 68:20
**withdraw** 14:7 16:22
**withdrawn** 17:8
**witness** 3:10,16 3:18 5:17,20

6:2,4,11,17 10:25 15:8 35:17 39:25 41:4,17 88:6 91:14 92:10,18 95:15 103:12 103:18 105:24 106:3,9 107:11 111:3 112:9,12 112:18
**witnesses’** 113:3
**wonderful** 6:8 6:15
**words** 34:11 37:19 43:19 75:22
**work** 49:16,23 50:11 51:24 52:14,20
**working** 12:6 14:19
**works** 104:15
**world's** 67:4
**worries** 79:22
**wrinkle** 71:12 71:17
**writing** 11:14 12:25 14:2,23 15:2,22 16:3,18 17:18,22 84:3
**written** 103:15
**wrong** 57:23
**wrote** 18:12 34:9 38:13,19 39:4

**x**

**x** 1:3,10 109:2 110:3 111:2

**y**

**y** 6:3,12
**yeah** 8:12 15:6 16:9 20:8 21:8 22:25 23:8,9,11 24:14 25:7,24 26:4,4,7,17 33:17 34:23 35:8 37:22 40:4,19 42:3 46:6 47:14,18 47:25 49:20 50:24 51:5,13 52:6 53:4 58:24 66:12,16 67:21 68:19 77:7 80:8,13 81:24 87:9 88:19 92:11 94:7 95:6 102:22 105:11
**year** 7:20 56:2 99:9
**yep** 8:23 22:12 80:20
**york** 1:2,22,23 1:24 2:6,6,15 2:15,21 4:23 5:4,4 6:6,19 8:15 15:19 63:10 64:18 112:3,4,7 113:1

**z**

**zoom** 51:3 74:20
**zoomed** 61:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.