# Exhibit 2

**Topics that Defendant Tyrone Blackburn Refused or
Claimed He was Unable to Answer at his March 6, 2026 Deposition**

| Topic | Blackburn's Response |
|---|---|
| Whether Blackburn's medication prevents truthful testimony | "Possibly. I don't know. I mean, I'm not a – I'm not a chemist. I have no idea."<br><br>(Dixon Dep. Tr. at 7:25-8:4.) |
| Whether Mr. Cartagena's complaint names Blackburn personally and his firm as co-defendants | "I don't recall what the complaint says. I don't have it in front of me."<br><br>(Dixon Dep. Tr. at 9:14-16.) |
| Whether Blackburn's mental, physical and emotional well-being was compromised aside from what he previously stated | "I'm not really sure how the medication as well as being on local anesthesia...would actually impact that, but I've no idea."<br><br>(Dixon Dep. Tr. at 9:22-10:2.) |
| Whether Blackburn submitted a letter to Judge Semper on December 3, 2025 about his well-being | "I don't know."<br><br>(Dixon Dep. Tr. at 10:13.) |
| Whether Blackburn recalls writing the letter about depression/anxiety | "Not really. I don't know. I can't remember any of that."<br><br>(Dixon Dep. Tr. at 11:15-17.) |
| Whether Blackburn sees his letter about actively helping clients secure new representation | "Again, I don't recall."<br><br>(Dixon Dep. Tr. at 12:10.) |
| Whether Blackburn can see his digital signature on the letter | "I can't really see that and I don't recall writing this."<br><br>(Dixon Dep. Tr. at 12:24-25.) |
| Whether Blackburn recalls writing the letter to Judge Semper | "Again, I don't recall writing this."<br><br>(Dixon Dep. Tr. at 14:2-3.) |
| Why Blackburn told Judge Semper he was working to help clients get new representation while still representing Dixon | "I don't recall writing this letter, sir. So, I don't know—I can't—I can't answer to that."<br><br>(Dixon Dep. Tr. at 14:23-25.) |

1

| Topic | Blackburn's Response |
|---|---|
| Whether Blackburn withdrew from representing clients in New Jersey | "No. No. I never did. I don't think I did."<br><br>(Dixon Dep. Tr. at 16:24-17:2.) |
| Whether Blackburn shared with Dixon that he could not represent clients | "Well, again, like I said before: I don't recall writing this letter, so I don't think I would have had to have that conversation with Mr. Dixon."<br><br>(Dixon Dep. Tr. at 17:16-20.) |
| Whether Blackburn represents Dixon as a defendant | "I believe so, yes...I haven't—I mean, again, I'm on—the medication and the anesthesia's kind of messed up my brain, so I don't know."<br><br>(Dixon Dep. Tr. at 19:8-15.) |
| Whether Blackburn represents Dixon as a plaintiff in his lawsuit against Cartagena | "I—I think so. I believe so." / "So many cases, I don't know."<br><br>(Dixon Dep. Tr. at 20:6-10.) |
| Whether Blackburn recalls being at Dixon's deposition | "I even don't recall even being at the deposition."<br><br>(Dixon Dep. Tr. at 22:6-7.) |
| Whether Blackburn has been advising Dixon | "We talk about different things, but I don't know about specifics." / "I don't recall." / "I'm not sure."<br><br>(Dixon Dep. Tr. at 24:7-11.) |
| When Blackburn first met Dixon | "I—I don't recall that. It's such a long time ago."<br><br>(Dixon Dep. Tr. at 24:22-23.) |
| How Blackburn met his client, Dixon | "No."<br><br>"Don't recall that either."<br><br>(Dixon Dep. Tr. at 24:25-25:3.) |
| If anyone was present when Blackburn met Dixon | "I don't recall that, no."<br><br>(Dixon Dep. Tr. at 25:8.) |

| Topic | Blackburn's Response |
|---|---|
| How Blackburn is being compensated for representing Dixon as plaintiff | "I—I don't—I don't know. I don't have my retainer in front of me." <br><br> (Dixon Dep. Tr. at 25:14-16.) |
| Whether Blackburn is billing Dixon hourly | "Again, I can't—I don't want to answer incorrectly. I don't have my retainer in front of me, so I don't know." <br><br> (Dixon Dep. Tr. at 25:20-22.) |
| Understanding questions about conflict of interest | "I—I don't even know what you're talking about." <br><br> "I don't even understand what you're asking in that question." <br><br> (Dixon Dep. Tr. at 29:19-20; 30:18-19.) |
| Names of the medications Blackburn is taking | "The words—the names of the medication? I don't recall the names." <br><br> (Dixon Dep. Tr. at 34:11-12.) |
| Whether Blackburn was on the same medications at Dixon's deposition | "I don't remember. I don't—I don't know if I took anything that day or not." <br><br> (Dixon Dep. Tr. at 35:13-15.) |
| Whether Blackburn owns the @tyroneblackburn Instagram handle | "I don't recall." <br><br> (Dixon Dep. Tr. at 39:3.) |
| Whether Blackburn recalls posting that Cartagena "ordered a hit job" against Dixon | "No. Not at all." <br><br> (Dixon Dep. Tr. at 44:18-19.) |
| Whether Blackburn recalls saying on a podcast that he gave a clip of "Pistol Pete" threatening Dixon | "No." <br><br> "I don't remember any e-mails or anything that I sent or gave out." <br><br> (Dixon Dep. Tr. at 45:13-24.) |
| Whether Blackburn advised his malpractice carrier when sued | "I don't remember if I did." <br><br> (Dixon Dep. Tr. at 47:8.) |

3

| Topic | Blackburn's Response |
|---|---|
| Whether Blackburn's doctor told him to refrain from work for two months | "He may have. I don't know." <br><br> (Dixon Dep. Tr. at 50:13-14.) |
| Whether Blackburn sat for Dixon's deposition on February 24th | "I believe I did. I don't remember. I can't—I can't remember what happened last week." <br><br> (Dixon Dep. Tr. at 53:9-12.) |
| Whether Blackburn remembers Judge Rochon saying his claim about medication appeared not to be accurate | "I don't—I don't remember that, no." <br><br> (Dixon Dep. Tr. at 54:14-15.) |
| Whether Blackburn was at the February 24th deposition and was vocal | "eh-eh." (no) <br><br> (Dixon Dep. Tr. at 55:19.) |
| Whether Blackburn remembers being asked about medication during Dixon's deposition | "No." <br><br> (Dixon Dep. Tr. at 56:10.) |
| Whether Blackburn remembers asking Mr. Seigel about "transition surgery" | "No, I don't remember that." <br><br> (Dixon Dep. Tr. at 56:19.) |
| Whether he recalls saying "Don't ever disrespect me. I'm not your husband." | "No. No. I don't recall saying that." <br><br> (Dixon Dep. Tr. at 57:8-9.) |
| Whether Blackburn remembers saying he would send the pills to the court | "I don't recall saying that, no." <br><br> (Dixon Dep. Tr. at 59:14.) |
| Whether Blackburn sent the pills or list of narcotics to the court | "I don't remember if I did." <br><br> (Dixon Dep. Tr. at 60:6.) |
| Whether Blackburn had to fly to California for the medical procedure | "I think I did. I believe so." / "My brain is a little foggy because of the medication, but I think—I think I did." <br><br> (Dixon Dep. Tr. at 66:6, 13-14.) |
| What Dr. Emer does | "I—I don't know what he does." <br><br> (Dixon Dep. Tr. at 66:23.) |

4

| Topic | Blackburn's Response |
|---|---|
| What medical procedure Blackburn underwent with Dr. Emer | "I don't—I don't remember."<br><br>(Dixon Dep. Tr. at 67:22.) |
| Whether Blackburn recalls the type of procedure that would keep him out for two weeks | "No. I don't remember, no."<br><br>"I wish I had. I just don't recall it."<br><br>(Dixon Dep. Tr. at 68:16-22.) |
| Whether any of the specific cosmetic procedures on Dr. Emer's website (HD liposuction, fat transfer, breast augmentation, Brazilian butt lift, cellulite reduction, wrinkle treatments, face/neck lift, brow lift, eyelid enhancement, chin/cheek, various laser treatments, etc.) were what he had | "I don't even know what that is"<br><br>"I don't know"<br><br> "I don't remember"<br><br>"No" (for each procedure listed)<br><br>(Dixon Dep. Tr. at 69:2-75:10.) |