# Exhibit 4
## ([Link to Video])