# Exhibit 5
# ([Link to Video])