# Exhibit 6
# ([Link to Video](#))