UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH CARTAGENA

          Plaintiff,

-against-

TERRANCE DIXON,
TYRONE BLACKBURN,
and T.A. BLACKBURN
LAW, PLLC,

          Defendants.

25-cv-03552 (JLR)

**ORDER OF REFERENCE TO A
MAGISTRATE JUDGE**

---

JENNIFER L. ROCHON, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

[✔] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) Except for the sanctions motion at Dkt. 146.

[ ] Specific Non-Dispositive Motion/Dispute: _____

[ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

[ ] Settlement

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

Dated: March 25, 2026
      New York, New York

SO ORDERED.

_Jennifer Rochon_ _____
JENNIFER L. ROCHON
United States District Judge