**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH CARTAGENA,

                        Plaintiff,

             -against-

TERRANCE DIXON, et al.,

                      Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Motion for Sanctions. Dkt. No. 168. Per Local Civil Rule 6.1(b), Defendants must serve and file any opposing or responsive papers **within 14 days** of receipt of Plaintiff's motion filed on March 24, 2026. Any reply must be served **within seven days** after service of the opposing papers.

SO ORDERED.

DATED:    New York, New York
            March 30, 2026

                                  JENNIFER E. WILLIS
                              United States Magistrate Judge