

**Driving progress through partnership**

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 1, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

   **Re:**  *Cartagena v. Dixon*, **1:25-cv-03552 (S.D.N.Y.)**

Dear Judge Willis:

   Plaintiff Joseph Cartagena respectfully submits this letter pursuant to Rule I.B. of Your Honor's Individual Rules of Practice in Civil Cases to request clarification regarding the Court's Civil Management Plan and Scheduling Order ("**CMO**," ECF 91).

   The CMO requires that, no later than one week after the close of fact discovery, the parties (a) meet for at least one hour to discuss settlement; and (b) file a joint letter updating the Court on the status of the case. The CMO further requires that, before the post-discovery pretrial conference—currently scheduled for April 28, 2026—the parties submit a joint two-page letter proposing deadlines for pretrial submissions and trial dates, and that any party wishing to file a motion for summary judgment submit a letter.

   Following entry of the CMO, Mr. Cartagena filed a motion for sanctions seeking, among other relief, to reopen Mr. Dixon's deposition for an unimpeded examination. That motion remains pending. Accordingly, Plaintiff respectfully requests clarification as to: (1) whether the parties must still file their joint status letter by April 3, 2026; and (2) whether the April 28, 2026 post-discovery pretrial conference will be adjourned pending resolution of the sanctions motion.

   If the Court intends to proceed with the April 28, 2026 conference, Plaintiff's counsel will be out of state between April 28, 2026 and May 1, 2026. We respectfully request that the conference be held virtually or rescheduled to a date convenient for the Court.

   We thank the Court for its attention to this matter.

   Respectfully submitted,

   /s/ Jordan W. Siev

cc: All counsel by ECF

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON