**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE
NEW YORK, NY 10110
-----------
TELEPHONE: (212) 382-3300
FACSIMILE: (212) 382-0050

April 6, 2026

*By ECF*

The Honorable Jennifer E. Willis
United States District Court Judge for the
      Southern District of New York
40 Foley Square, Chambers 425
New York, NY 10007

Re:        *Dixon v. Cartagena*, 1:25-CV-05144-JLR (SDNY)
        *Cartagena v. Dixon*, 1:25-cv-03552-JLR (SDNY)

        *Letter Motion for Extension of Time, Consolidated Briefing Schedule,*
        *and Word Limits – Time Sensitive Clarification of Defendants' April 2 Letter*
        *Motion*

Dear Judge Willis:

      Defendants respectfully write to the Court in reference to the previous letter submitted on April 2, 2026 (ECF 86 at Docket 1:25-cv-05144 and ECF 178 at Docket 1:25-cv-03552), requesting an extension of time, consolidated briefing schedule, and word limits.

      After filing, Defendants realized that the letter inadvertently misstated the deadline to respond to the Amended Complaint as April 16, 2026. The correct deadline is *Thursday, April 9, 2026*.[1] In light of the imminent deadline, Defendants respectfully request that Court consider the pending letter motion on an expedited basis.

---

[1] Though Plaintiff was required to file his Amended Complaint no later than March 25, 2026, he did not file his amended pleading until the early hours of March 26, 2026. As such, Defendants' deadline to respond to the Amended Complaint is Thursday, April 9, 14 days from the early morning service of the March 26 amended pleading.

Respectfully submitted,

*/s/ Adam M. Bialek*

Adam M. Bialek

*Counsel for Defendants Peter Torres and Richard Jospitre*

Cc: All Counsel of Record via Email and ECF