April 2, 2026

*By ECF*

The Honorable Jennifer L. Rochon
United States District Court Judge for the
      Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

The Honorable Jennifer E. Willis
United States District Court Judge for the
      Southern District of New York
40 Foley Square, Chambers 425
New York, NY 10007

> The extension request, consolidated briefing plan, and proposed word limits are **GRANTED.**
> The Clerk of Court is requested to close Dkt. No. 180 and Dkt. Nos. 86 and 87 in consolidated case 25cv5144.
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> April 7, 2026

Re:        *Dixon v. Cartagena*, 1:25-CV-05144-JLR (SDNY)
           *Cartagena v. Dixon*, 1:25-CV-03552-JLR (SDNY)

           *Letter Motion for Extension of Time, Consolidated Briefing Schedule, and Word Limits*

Dear Judge Rochon and Judge Willis:

      Defendants respectfully move for entry of a consolidated briefing schedule and modified word limit for Defendants' anticipated motions to dismiss the Amended Complaint in the action *Dixon v. Cartagena, et al.* All Defendants currently have a response deadline of April 16, 2026, and each intends to move to dismiss. To avoid duplicative briefing, promote efficiency, and reduce the burden on the Court and parties, the Defendants jointly propose the following combined briefing schedule and word limits.

*Proposed Consolidated Briefing Schedule and Word Limits*

      The Defendants' propose that the motions be briefed on a consolidated basis to the fullest extent practicable, as follows:

    a.      Defendants *other than* Roc Nation, LLC ("Roc Nation") shall file a consolidated omnibus brief addressing common issues applicable to all such Defendants, together with any defendant-specific supplemental briefs addressing unique arguments, on or before May 15, 2026. The combined length of the omnibus and any supplemental briefs shall not exceed 21,250 words.

    b.      Plaintiff shall file a consolidated opposition brief, not to exceed 21,250 words, on or before June 30, 2026.

1

c.    Defendants *other than* Roc Nation shall file a consolidated reply brief, together with any defendant-specific supplemental replies, on or before July 31, 2026. The combined length of the reply submission shall not exceed 11,250 words.

d.    Roc Nation respectfully proposes to move forward on a parallel, but separate, track. Specifically, Roc Nation shall move to dismiss on May 15, 2026; Plaintiff shall file an opposition on June 30, 2026; and Roc Nation shall file a reply brief on or before July 31, 2026. Roc Nation's and Plaintiff's briefing shall comply with the Court's default word limit set forth in Section III.C (Judge Rochon) and Section II.A. (Judge Willis) of the Court's Individual Rules (8,750 words for opening and opposition briefs, and 3,500 words for replies).

This structure mirrors what the parties previously agreed to during the first round of motions to dismiss (*see Dixon v. Cartagena*, 1:25-CV-05144-JLR (SDNY) (ECF 54)) and will streamline the presentation of common issues, avoid repetitive briefing, and ensure that defendant-specific arguments are presented efficiently without unnecessary duplication.

*Plaintiff's Counsel Did Not Engage in Defendants' Efforts to Meet and Confer*

Defendants made multiple good faith efforts to obtain Plaintiff's position on this proposal. Specifically, on March 31, 2026, counsel circulated the proposal to Plaintiff's counsel. Follow-up emails were sent on April 1, 2026, and April 2, 2026. In addition, counsel tried to confer by telephone on April 2, 2026. Plaintiff's counsel has not responded.

Given Plaintiff's failure to engage despite repeated outreach, Defendants respectfully submit this motion so the briefing schedule may be set in an orderly and efficient manner. Defendants have not previously sought this relief.

Defendants respectfully request the Court enter the proposed briefing schedule and word limit.

We appreciate the Court's consideration of these requests.

Respectfully submitted,

FOR DEFENDANTS CARTAGENA, SLATE, INC., AND SNEAKER ADDICT TOURING LLC

REED SMITH LLP

By: */s/   Jordan W. Siev*
Jordan W. Siev
599 Lexington Avenue
New York, NY 10022
212-521-5400
*jsiev@reedsmith.com*

2

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, 35th Floor
New York, New York 10016
212-227-8877
jtacopina@tacopinalaw.com

*Attorneys for Defendants Joseph Antonio Cartagena, Slate, Inc., and Sneaker Addict Touring LLC*

FOR DEFENDANTS PETER TORRES AND RICHARD JOSPITRE

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/   Adam Bialek*
Adam Bialek
Phillip Schatz
500 Fifth Avenue
New York, NY 10036
212-382-3300
*abialek@wmd-law.com*
*pshatz@wmd-law.com*

*Attorneys for Defendants Peter Torres and Richard Jospitre*

FOR DEFENDANT ROC NATION, LLC

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/   Joanna Elizabeth Menillo*
Alex Spiro
Joanna Elizabeth Menillo
295 Fifth Avenue
New York, NY 10016
*alexspiro@quinnemanuel.com*
*joannamenillo@quinnemanuel.com*

*Attorneys for Defendant Roc Nation, LLC*

3

FOR DEFENDANT ERICA JULIANA MOREIRA

       GIBSON, DUNN & CRUTCHER LLP

       By: */s/   Michael L. Nadler*
       Reed Brodsky
       Michael L. Nadler
       200 Park Avenue
       New York, NY 10166
       rbrodsky@gibsondunn.com
       mnadler@gibsondunn.com

       *Attorneys for Erica Juliana Moreira*


Cc: Tyrone Blackburn, Esq.

4