UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

*Plaintiff,*

v.

TERRANCE DIXON,
TYRONE BLACKBURN, and
T.A. BLACKBURN LAW, PLLC,

*Defendants*.

Civil Action No. 25-cv-03552

NOTICE OF CROSS-MOTION FOR
SANCTIONS

PLEASE TAKE NOTICE that Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC will move this Court, before the Honorable Jennifer L. Rochon, at a date and time to be set by the Court, for an Order:

(1) holding Plaintiff and his counsel in contempt of this Court's Protective Order (ECF No. 105) for disclosing confidential deposition materials to national media on March 24–25, 2026.
(2) compelling Plaintiff to provide Defendants with certified copies of all deposition transcripts and recordings disclosed to third parties.
(3) awarding Defendants their reasonable attorneys' fees and costs caused by Plaintiff's motion and Protective Order violation.
(4) issuing a formal reprimand to Joseph Tacopina, Esq. and Chad Seigel, Esq. for their abusive conduct at the March 27, 2026, deposition; and
(5) issuing a standing order governing the conduct of all counsel at future depositions, binding both sides equally.

Defendants' Memorandum of Law is submitted herewith in support of this Cross-Motion and in opposition to Plaintiff's Motion for Sanctions.

PLEASE TAKE FURTHER NOTICE that this Cross-Motion is made contemporaneously with Defendants' opposition to Plaintiff's Motion for Sanctions and arises from the same underlying record, including Plaintiff's conduct in connection with the deposition proceedings and subsequent dissemination of protected materials.

Dated: April 8, 2026
Brooklyn, New York

Respectfully submitted,

*/s/ Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Telephone: (347) 342-7432
Email: tblackburn@tablackburnlaw.com