**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |

**DECLARATION OF JORDAN W. SIEV IN: (1) FURTHER SUPPORT OF PLAINTIFF JOSEPH CARTAGENA'S MOTION FOR SANCTIONS; AND (2) IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS TYRONE BLACKBURN AND T.A. BLACKBURN LAW, PLLC'S CROSS-MOTION FOR SANCTIONS**

I, Jordan W. Siev, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner at the law firm Reed Smith LLP. I make this declaration: (1) in further support of Plaintiff Joseph Cartagena's ("Plaintiff") Motion For Sanctions; and (2) in support of Plaintiff's Opposition to Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC's (collectively, Blackburn) Cross-Motion For Sanctions. I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would competently testify to the best of my knowledge to the matters set forth below.

2.  Attached as **Exhibit 1** is a list of representations that Defendants made in connection with their Memorandum of Law: (1) in Opposition to Plaintiff's Motion for Sanctions; and (2) Support of Defendants' Cross-Motion For Sanctions.

3.  Attached as **Exhibit 2** is a true and correct copy of an email from Ian M. Turetsky to Defendant Tyrone Blackburn, dated March 20, 2026.

4.  Attached as **Exhibit 3** is a hyperlink to a true and correct copy of a segment of the

1

video recording of the deposition of Defendant Tyrone Blackburn taken between 1:06PM and 1:08PM on March 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 15, 2026

/s/ Jordan W. Siev
Jordan W. Siev