# Exhibit 3
# ([Link to Video](#))