**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH CARTAGENA,

                        Plaintiff,                         **ORDER**

          -against-                    **25-CV-3552 (JLR) (JW)**

TERRANCE DIXON, et al.,

                        Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's Motion for Sanctions.  Dkt. No. 168.  The Court is also in receipt of Defendants' Cross Motion for Sanctions and Opposition to Plaintiff's Motion for Sanctions, Dkt. No. 183, and Plaintiff's Opposition to Defendants' Motion for Cross Sanctions and reply to Defendants' Opposition on Plaintiff's Motion for Sanctions.  Dkt. No. 186.  Any reply by Defendants to Plaintiff's Opposition to the Cross Motion for Sanctions must be filed by **April 22, 2026.**  No other briefing may be filed.

       The Court will hear oral argument on both Motions for Sanctions on **May 18, 2026 at 2:00 PM**.  The hearing will take place in Courtroom 228 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       SO ORDERED.

DATED:    New York, New York
           April 17, 2026

                                 *Jennifer E. Willis*
                              JENNIFER E. WILLIS
                          United States Magistrate Judge