

**Jordan W. Siev**
Direct Phone:  +1 212 205 6085
Email:  jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 13, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> **Re:**    *Cartagena v. Dixon et al.*, No. 25-cv-03552-JLR-JW

Dear Judge Rochon:

We write to bring to the Court's urgent attention yet another instance of Defendants Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC's willful refusal to comply with this Court's directives, this time Your Honor's Order dated April 24, 2026 (the "**Order**;" ECF 191).

In the Order, the Court held Defendants "in contempt for failing to appear at the Court-ordered depositions on February 6 and 9, 2026." ECF 191 at 3. The Court directed Defendants to "pay Plaintiff the reasonable costs incurred to pay the videographer and court reporter for the February 6 and 9, 2026 deposition dates" within ten days of receipt of their invoices. *Id.* Defendants have disregarded the Order entirely.

Pursuant to the Order, on April 27, 2026, Plaintiff sent Defendants a letter annexing invoices showing that Plaintiff incurred $2,585.45 in costs for the videographer and court reporter for the February 6 and 9, 2026 deposition dates. **Exhibit 1**. As required by the Order, Plaintiff demanded that Defendants pay the $2,585.45 via wire to Reed Smith's client trust account by May 7, 2026—ten days later. *Id*.

The Court's deadline has now passed, and Defendants have completely ignored both the Order and Plaintiff's demand. Plaintiff received neither payment from Defendants nor any response whatsoever to Plaintiff's letter. Although Plaintiff's counsel sent Defendants a follow-up email on May 11, 2026, Defendants once again failed to pay or even acknowledge their obligations. **Exhibit 2**. This pattern of deliberate non-compliance cannot be permitted to continue.

Defendants have flagrantly violated the Order and demonstrated their contempt for this Court's authority. Further contempt sanctions are not only warranted but necessary to compel Defendants' compliance and deter future noncompliance. Plaintiff therefore requests that the Court order Defendants to show cause why they should not be held in contempt for this additional violation and should not be subject to additional sanctions, including requiring Defendants to pay all of Plaintiff's fees and costs incurred in connection with this letter.

- 2 -

We thank the Court for its attention to this matter.

Respectfully submitted,


/s/ Jordan W. Siev


cc: All counsel of record (by ECF)