| | |
|---|---|
| **From:** | Turetsky, Ian M. |
| **To:** | Tyrone Blackburn |
| **Cc:** | Siev, Jordan W.; Chad Seigel; Joe Tacopina |
| **Subject:** | RE: Cartagena v. Dixon |
| **Date:** | Monday, May 11, 2026 5:10:11 PM |

Counsel:

We write to follow up on our April 27, 2026 letter demanding payment of $2,585.45 pursuant to the Court's April 24, 2026 Order. The May 7 deadline has passed, and we have not received a response or payment. Please remit payment immediately. If we do not receive payment promptly, Mr. Cartagena will proceed with seeking enforcement of the Court's Order and any appropriate additional relief.

Best,

Ian

---

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Monday, April 27, 2026 3:34 PM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** Cartagena v. Dixon

Counsel:

Please see the attached letter from Jordan Siev.

**Ian M. Turetsky**
Global Commercial Disputes

ituretsky@reedsmith.com
D: +1 212.549.0352
M: +1 917.514.8747

**Reed Smith**
599 Lexington Avenue
New York, NY 10022-7650
T: +1 212 521 5400
F: +1 212 521 5450
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021