UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                    Plaintiff,

        -against-

TERRANCE DIXON, TYRONE
BLACKBURN, and T.A. BLACKBURN
LAW, PLLC,

                  Defendants.

Case No. 1:25-cv-03552 (JLR)

**ORDER TO SHOW CAUSE**

JENNIFER L. ROCHON, United States District Judge:

On April 24, 2026, the Court held Defendants in contempt for failing to appear at the Court-ordered depositions on February 6 and 9, 2026. Dkt. 191 at 3. The Court ordered the Defendants to pay Plaintiff the reasonable costs incurred to pay the videographer and court reporter for the aforementioned deposition dates within ten days of receipt of Plaintiff's invoices. *Id.* On May 13, 2026, Plaintiff filed a letter informing the Court that Defendants have not complied with the Court's order. Dkt. 192.

Defendants are HEREBY ORDERED to show cause by **May 20, 2026,** as to why they should not be sanctioned for failing to comply with the Court's April 24, 2026 Order.

Dated: May 14, 2026
      New York, New York

                         SO ORDERED.

                         *Jennifer Rochon*
                         JENNIFER L. ROCHON
                         United States District Judge