**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"** <br><br> *Plaintiff,* <br><br> v. <br><br> **JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** <br><br> *Defendants*. | Civil Action No. 25-cv-05144 <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> **ORAL ARGUMENT REQUESTED** |

    **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support, and the Declaration of Jordan W. Siev, dated May 15, 2026, and the exhibits thereto, and all papers and proceedings had herein, Defendants Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict Touring LLC and Slate, Inc. will move this Court before the Hon. Jennifer L. Rochon, by the undersigned counsel, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 1007, at a date and time to be determined by this

Court, for an order dismissing Plaintiff Terrance Dixon's Amended Complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), and for such other and further relief as the Court deems just and proper.

Dated:   May 15, 2026
New York, New York

By:   */s/ Jordan W. Siev*
Jordan W. Siev
Ian M. Turetsky
**REED SMITH LLP**
599 Lexington, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
212-205-6085


Joseph Tacopina
Chad Seigel
**TACOPINA SEIGEL & DEOREO**
275 Madison Avenue, 35th Floor
New York, New York 10016
jtacopina@tacopinalaw.com
cseigel@tacopinalaw.com
212-227-8877

*Attorneys for Defendants Joseph
Antonio Cartagena, Slate, Inc.,
Sneaker Addict Touring LLC*

By:   */s/ David H. Wollmuth*
David H. Wollmuth
Adam M. Bialek
Phillip R. Schatz
Russell B. Filip
**WOLLMUTH MAHER &
DEUTSCH LLP**
500 Fifth Avenue
New York, NY 10110
dwollmuth@wmd-law.com
abialek@wmd-law.com
pschatz@wmd-law.com
rfilip@wmd-law.com

*Attorneys for Defendants Richard
Jospitre and Peter Torres*


By:   */s/ Reed Brodsky*
Reed Brodsky
Michael L. Nadler
**GIBSON, DUNN & CRUTCHER
LLP**
200 Park Avenue
New York, NY 10166
rbrodsky@gibsondunn.com
mnadler@gibsondunn.com

*Attorneys for Defendant Erica
Juliana Moreira*