**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JOSEPH CARTAGENA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,** <br><br> *Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"** <br><br> *Plaintiff*, <br><br> v. <br><br> **JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** <br><br> *Defendants*. | Civil Action No. 25-cv-05144 |

**DECLARATION OF JORDAN W. SIEV IN SUPPORT OF DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Jordan W. Siev, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner with the law firm Reed Smith LLP. I make this declaration in support of Defendants' Joseph Cartagena, Peter Torres, Richard Jospitre, Erica Moreira, Sneaker Addict Touring LLC And Slate Inc.'s Omnibus Motion To Dismiss Plaintiff Terrance Dixon's Amended Complaint. I have personal knowledge of the matters set forth herein, and if called upon to testify, I could and would competently testify to the best of my knowledge to the matters set forth below.

2.      Attached as **Exhibit A** are true and correct copies of the certificates of registration registered with the U.S. Copyright Office and available on the U.S. Copyright Office Public Records System for the songs *Congratulations*, *No Problems*, *Ice Cream*, *How Did We Get Here*, *(Ha Ha) Slow Down*, *Cupcake*, *Okay Okay*, *Music*, *Winding On Me*, *Money Over Bitches*, *Porn Star*, and *Blackout*. The certificates of registration were downloaded on May 11, 2026 from the U.S. Copyright Office's database, which can be found at https://publicrecords.copyright.gov/.

3.      Attached as **Exhibit B** is a true and correct copy of a March 23, 2025 Letter from Tyrone Blackburn to Defendant Joseph Cartagena.

4.      Attached as **Exhibit C** are true and correct copies of Sections 270 through 281 of the former New York Debtor & Creditor Law, which was downloaded on April 22, 2026 from Lexis's NY Consolidated Law Service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 15, 2026

*/s/ Jordan W. Siev*
Jordan W. Siev

2