**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSEPH CARTAGENA,

                    Plaintiff,

         -against-

TERRANCE DIXON, et al.,

                  Defendant.
------------------------------------------------------------------X

                            **ORDER**

                         **25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court will hear oral argument on the sanctions motions on May 18, 2026 at 2:00 PM. Plaintiff filed excerpts from Defendant Dixon's deposition dated February 24, 2026 but did not provide the full transcript. Dkt. No. 169-3. Plaintiff is to email the complete transcript to the Court and Defense counsel by **10:00 AM on May 18, 2026.**

      SO ORDERED.

DATED:    New York, New York
           May 15, 2026

                                *Jennifer E. Willis*
                              JENNIFER E. WILLIS
                      United States Magistrate Judge