UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **JOSEPH CARTAGENA**,<br>　　*Plaintiff*,<br><br>　　　　v.<br><br>**TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,**<br>　　*Defendants*. | Civil Action No. 25-cv-03552 |
| **TERRANCE DIXON, a/k/a "TA,"**<br>　　*Plaintiff*,<br><br>　　　　v.<br><br>**JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,**<br><br>　　*Defendants*. | Civil Action No. 25-cv-05144 |

## [~~proposed~~] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice by Counsel for Defendant Erica Moreira and the accompanying

Declaration of Michael Nadler,

IT IS HEREBY ORDERED that the noticed request to withdraw Michael Nadler as

counsel for Ms. Moreira is granted, and the appearance of Mr. Nadler is withdrawn as of the date

of this Order.

Dated:　May 18, 2026
　　　　New York, New York


　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　Honorable Jennifer L. Rochon
　　　　　　　　　　　　　　　　　　United States District Judge