# Exhibit A

 **Gmail**

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## Invoices 8998277, 9011897, 8999339 and 9014867

13 messages

---

**nheller@veritext.com** <cs-ny@veritext.com>                    Thu, May 14, 2026 at 3:36 PM
Reply-To: cs-ny@veritext.com
To: "tblackburn@tablackburnlaw.com" <tblackburn@tablackburnlaw.com>

Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Thu, May 14, 2026 at 3:38 PM
To: cs-ny@veritext.com

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:

Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

## Have you tried MyVeritext yet?

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:

Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Fri, May 15, 2026 at 4:26 PM
To: cs-ny@veritext.com

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or

network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432),

and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:

Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**nheller@veritext.com** <cs-ny@veritext.com>                              Fri, May 15, 2026 at 5:02 PM
Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer

Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

## Have you tried MyVeritext yet?

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷**Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                    Fri, May 15, 2026 at 5:09 PM
To: cs-ny@veritext.com

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷**Did We Spring Into Action?** 🌷**Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hello,
>
> We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



---

**nheller@veritext.com** <cs-ny@veritext.com>                    Fri, May 15, 2026 at 5:28 PM
Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients**

**can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hi Tyrone,
>
> I am still waiting to hear back from my billing team. I will follow up with them now.
>
> Thank you!
>
> 🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller
> Client Services-Northeast
> VERITEXT
> cs-ny@veritext.com
>
> **Have you tried MyVeritext yet?**
>
> **MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext,**

**clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext,**

**clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Mon, May 18, 2026 at 9:52 AM
To: cs-ny@veritext.com

Good morning,

Following up.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast

VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> I am checking with my billing team about this and will get back to you as soon as I hear back.
>
> Thank you!
>
> 🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller

Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.


Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hello,
>
> We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.
>
> Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**nheller@veritext.com** <cs-ny@veritext.com>                    Mon, May 18, 2026 at 10:18 AM
Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

Good morning Tyrone,

I am following up with my billing team now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients**

can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to **myveritext.com** to create your account today!



On May 18, 2026 at 9:52 AM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good morning,

Following up.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> My apologies for the delay. I have followed up with my billing team.
> I will let you know as soon as I hear back.
>
> 🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller
> Client Services-Northeast
> VERITEXT
> cs-ny@veritext.com
>
> **Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hi Tyrone,
>
> I am still waiting to hear back from my billing team. I will follow up with them now.
>
> Thank you!
>
> 🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller
> Client Services-Northeast
> VERITEXT
> cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                Mon, May 18, 2026 at 10:20 AM
To: cs-ny@veritext.com

I am really confused why this seems to be so difficult. Can you provide me with the head of the billing departments contact information?  I am literally trying to comply with a court order, and assume responsibility for these invoices, and you guys are making this more difficult than it should be.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____
Please note that using the Internet for communications with the firm will not establish an

attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 10:18 AM nheller@veritext.com <cs-ny@veritext.com> wrote:

Good morning Tyrone,

I am following up with my billing team now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**

On May 18, 2026 at 9:52 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good morning,

Following up.

Regards,


Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote**

**proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript &**

**exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



---

**nheller@veritext.com** <cs-ny@veritext.com>                    Mon, May 18, 2026 at 11:14 AM
Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

My billing team got back to me. They need the court order to review. Are you able to email that to me?

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**

On May 18, 2026 at 10:21 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I am really confused why this seems to be so difficult. Can you provide me with the head of the billing departments contact information?  I am literally trying to comply with a court order, and assume responsibility for these invoices, and you guys are making this more difficult than it should be.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received

this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 10:18 AM nheller@veritext.com <cs-ny@veritext.com> wrote:

Good morning Tyrone,

I am following up with my billing team now.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 18, 2026 at 9:52 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good morning,

Following up.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.


Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hello,
>
> We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.
>
> Thank you!
>
> 🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller
> Client Services-Northeast
> VERITEXT
> cs-ny@veritext.com
>
> **Have you tried MyVeritext yet?**
>
> **MyVeritext is Veritext's client-facing complimentary web portal. With**

**MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                          Tue, May 19, 2026 at 1:25 AM
To: cs-ny@veritext.com

See attached. The invoices are currently UNPAID. I called to confirm the charges and status. Please transfer the invoices to me so I can pay them. I will not pay anything off an account associated with the Reed Smith law firm.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____
Please note that using the Internet to communicate with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized

interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 11:14 AM nheller@veritext.com <cs-ny@veritext.com> wrote:

My billing team got back to me. They need the court order to review. Are you able to email that to me?

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 18, 2026 at 10:21 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening

attachments, clicking links, or responding to this email.

I am really confused why this seems to be so difficult. Can you provide me with the head of the billing departments contact information? I am literally trying to comply with a court order, and assume responsibility for these invoices, and you guys are making this more difficult than it should be.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 10:18 AM nheller@veritext.com <cs-ny@veritext.com> wrote:
Good morning Tyrone,

I am following up with my billing team now.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 18, 2026 at 9:52 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good morning,

Following up.

Regards,


Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷 **Did We Spring Into Action?**🌷  **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:

I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷 **Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

## Have you tried MyVeritext yet?

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hello,

We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to** myveritext.com **to create your account today!**



📄 **Order regarding fees for court reporter and videographer..pdf**
204K

---

**nheller@veritext.com** <cs-ny@veritext.com>                    Tue, May 19, 2026 at 10:14 AM
Reply-To: cs-ny@veritext.com
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

Good morning Tyrone,

Thank you for sending the court order. Attached, please find the invoices rebilled to your firm.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer

Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 19, 2026 at 1:25 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

See attached. The invoices are currently UNPAID. I called to confirm the charges and status. Please transfer the invoices to me so I can pay them. I will not pay anything off an account associated with the Reed Smith law firm.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____

_____

Please note that using the Internet to communicate with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 11:14 AM nheller@veritext.com <cs-ny@veritext.com> wrote:

My billing team got back to me. They need the court order to review. Are you able to email that to me?

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**

**RECENTLY UPDATED!**
**Instant MyVeritext Meeting Links**
*For a Seamless Scheduling & Rescheduling Experience!*

**START SCHEDULING NOW AT: WWW.MYVERITEXT.COM**

On May 18, 2026 at 10:21 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I am really confused why this seems to be so difficult. Can you provide me with the head of the billing departments contact information?  I am literally trying to comply with a court order, and assume responsibility for these invoices, and you guys are making this more difficult than it should be.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____
Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the

law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

On Mon, May 18, 2026 at 10:18 AM nheller@veritext.com <cs-ny@veritext.com> wrote:

Good morning Tyrone,

I am following up with my billing team now.

Thank you!

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 18, 2026 at 9:52 AM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good morning,

Following up.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:28 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
My apologies for the delay. I have followed up with my billing team.
I will let you know as soon as I hear back.

🌷**Did We Spring Into Action?**🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 5:09 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Please I would like to begin paying them.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Fri, May 15, 2026 at 5:03 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
Hi Tyrone,

I am still waiting to hear back from my billing team. I will follow up with them now.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 15, 2026 at 4:26 PM EDT tblackburn@tablackburnlaw.com wrote:

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Following up on this.

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:50 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
I am checking with my billing team about this and will get back to you as soon as I hear back.

Thank you!

🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**

Nick Heller
Client Services-Northeast
VERITEXT
cs-ny@veritext.com

**Have you tried MyVeritext yet?**

**MyVeritext is Veritext's client-facing complimentary web portal. With MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!**



On May 14, 2026 at 3:39 PM EDT tblackburn@tablackburnlaw.com wrote:

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I have to pay them. That's why.


Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

On Thu, May 14, 2026 at 3:36 PM nheller@veritext.com <cs-ny@veritext.com> wrote:
> Hello,
>
> We spoke earlier about the above invoices. I just wanted to get some clarification as to why you needed these invoices transferred to a new account. Please advise so I can pass on your inquiry to my billing team.
>
> Thank you!
>
> 🌷 **Did We Spring Into Action?** 🌷 **Please let my Manager know how I am doing, on our 1-min** Customer Satisfaction Survey **Please don't forget to mention my name in the Comments!**
>
> Nick Heller
> Client Services-Northeast
> VERITEXT
> cs-ny@veritext.com
>
> **Have you tried MyVeritext yet?**
>
> **MyVeritext is Veritext's client-facing complimentary web portal. With**

MyVeritext, clients can schedule and edit depositions, download transcript & exhibit files, and search across all assignments and documents and access remote proceedings and exhibit sharing tools. Go to myveritext.com to create your account today!



**TA Blackburn Law PLLC.pdf**
67K

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Tyrone Blackburn | |
| | TA Blackburn Law PLLC | |
| | 1242 East 80th Street | |
| | 3rd Floor | |
| | Brooklyn, NY, 11236 | |

| | |
|---|---|
| **Invoice #:** | **9263025** |
| **Invoice Date:** | **5/19/2026** |
| **Balance Due:** | **$903.50** |

| **Case: Cartagena, Joseph v. Dixon, Terrence, et al. (25cv03552)** | **Proceeding Type: EUO/Statement** |
|---|---|

Job #: 7874356   |   Job Date: 2/6/2026   |   Delivery: Expedited

| | |
|---|---|
| Location: | New York, NY |
| Billing Atty: | Tyrone Blackburn |
| Scheduling Atty: | Rob Carnes | Reed Smith LLP |

| **Witness: Terrance Dixon** | **Amount** |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $355.00 |
| Professional Attendance | $464.00 |
| Exhibits | $4.50 |
| Logistics, Processing & Electronic Files | $80.00 |

| Notes: | **Invoice Total:** | **$903.50** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$903.50** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  9263025** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   5/19/2026** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $903.50** |

Pay by Credit Card: www.veritext.com

275041

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Tyrone Blackburn
TA Blackburn Law PLLC
1242 East 80th Street
3rd Floor
Brooklyn, NY, 11236

| | |
|---|---|
| **Invoice #:** | **9263028** |
| **Invoice Date:** | **5/19/2026** |
| **Balance Due:** | **$588.00** |

| | |
|---|---|
| **Case: Cartagena, Joseph v. Dixon, Terrence, et al. (25cv03552)** | **Proceeding Type: EUO/Statement** |

Job #: 7874356   |   Job Date: 2/6/2026   |   Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | Tyrone Blackburn |
| Scheduling Atty: | Rob Carnes \| Reed Smith LLP |

| Witness: Terrance Dixon | Amount |
|---|---|
| Video - Cancellation | $368.00 |
| Professional Attendance | $220.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$588.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$588.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  9263028**

**Invoice Date:   5/19/2026**

**Balance Due:   $588.00**

Pay by Credit Card: www.veritext.com

275041

**Veritext, LLC - Northeast Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tyrone Blackburn | | | |
|---|---|---|---|---|
| | TA Blackburn Law PLLC | | **Invoice #:** | **9263032** |
| | 1242 East 80th Street | | **Invoice Date:** | **5/19/2026** |
| | 3rd Floor | | **Balance Due:** | **$725.95** |
| | Brooklyn, NY, 11236 | | | |

| **Case: Cartagena, Joseph v. Dixon, Terrence, Et Al. (25cv03552)** | **Proceeding Type: EUO/Statement** |
|---|---|

Job #: 7874377    |    Job Date: 2/9/2026    |    Delivery: Normal

| Location: | New York, NY |
|---|---|
| Billing Atty: | Tyrone Blackburn |
| Scheduling Atty: | Rob Carnes \| Reed Smith LLP |

| Witness: Tyrone Blackburn , statement | Amount |
|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | $355.00 |
| Rough Draft | $21.45 |
| Professional Attendance | $220.00 |
| Exhibits | $3.50 |
| Logistics, Processing & Electronic Files | $126.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$725.95** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$725.95** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  9263032** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   5/19/2026** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $725.95** |

Pay by Credit Card: www.veritext.com

275041

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



|  |  |
|---|---|
| **Invoice #:** | **9263034** |
| **Invoice Date:** | **5/19/2026** |
| **Balance Due:** | **$368.00** |

Bill To: Tyrone Blackburn
TA Blackburn Law PLLC
1242 East 80th Street
3rd Floor
Brooklyn, NY, 11236

| **Case: Cartagena, Joseph v. Dixon, Terrence, Et Al. (25cv03552)** | **Proceeding Type: EUO/Statement** |
|---|---|

Job #: 7874377    |    Job Date: 2/9/2026    |    Delivery: Normal

Location:          New York, NY

Billing Atty:      Tyrone Blackburn

Scheduling Atty:   Rob Carnes | Reed Smith LLP

| **Witness: Tyrone Blackburn , statement** | **Amount** |
|---|---|
| Video - Cancellation | $368.00 |

Notes:

|  |  |
|---|---|
| **Invoice Total:** | **$368.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$368.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 9263034**

**Invoice Date:   5/19/2026**

**Balance Due:   $368.00**

Pay by Credit Card: www.veritext.com

275041