# Exhibit B

← BACK TO VERITEXT HOMEPAGE | CONTACT US

# Veritext | Pay Invoice



Invoice Details     Secure Checkout     **Payment Confirmation**

## Payment Confirmed Successfully

Your transaction was a success! We appreciate your business and look forward to working with you again soon. If you have any other questions or concerns, please let us know.

| | |
|---|---|
| **Reference Number** | 701813435 |
| **Response Code** | 101 |
| **Authorization Code** | 074359 |
| **Transaction Date** | 2026-05-20 |
| **Transaction Time** | 06:44 PM |
| **Transaction Type** | SALE |
| **Message** | APPROVAL - Approved |
| **Amount** | $368.00 |
| **Card Holder's Name** | Tyrone Blackburn |
| **Invoices** | 9263034 |
| **Transaction ID** | 5871322 |



🖨 PRINT     ▭ PAY ANOTHER INVOICE

 Gmail                                      Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## VERITEXT LLC Transaction Receipt - Reference Number 701813435

1 message

**VERITEXT LLC** <notifications@paytrace.com>                    Wed, May 20, 2026 at 6:44 PM
Reply-To: ecorona@veritext.com
To: tblackburn@tablackburnlaw.com

VERITEXT LLC
290 W Mt Pleasant Avenue
Livingston, NJ 07039
5/20/2026 6:43:58 PM

| | |
|---|---|
| Reference Number: | 701813435 |
| Total: | $368.00 |
| Transaction Type: | Sale |
| Card Brand: | ■ |
| Card Number: | |
| Entry Method: | Keyed |
| Approval Code: | 074359 |
| Approval Message: | APPROVAL |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Name: | Tyrone Blackburn |
| Invoice: | 9263034 |

Veritext Help Phone Number: 973-410-4040