**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH CARTAGENA,<br><br>     Plaintiff,<br><br>     v.<br><br>TERRANCE DIXON, TYRONE BLACKBURN, and T.A. BLACKBURN LAW, PLLC,<br><br>     Defendants. | No. 25-CV-03552-JLR-JW<br><br><br>**NOTICE OF MOTION FOR SANCTIONS**<br><br>**(ORAL ARGUMENT REQUESTED)** |
| TERRANCE DIXON, a/k/a "TA,"<br><br>     Plaintiff,<br><br>     v.<br><br>JOSEPH ANTONIO CARTAGENA p/k/a "FAT JOE," PETER "PISTOL PETE" TORRES, RICHARD "RICH PLAYER" JOSPITRE, ERICA JULIANA MOREIRA, SNEAKER ADDICT TOURING LLC, SLATE, INC., ROC NATION, LLC, JOHN DOES 1-10, JANE DOES 1-10, AND ABC CORPORATIONS 1-10,<br><br>     Defendants. | No. 25-CV-05144-JLR-JW |

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support, and all prior papers and proceedings heretofore had herein, Defendant Roc Nation, LLC, will move this Court before the Honorable Jennifer L. Rochon, by the undersigned counsel, at the

Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, at a date and time to be determined by this Court, for an order dismissing Plaintiffs' Amended Complaint and awarding attorneys' fees and costs in this action pursuant to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's inherent authority, and for such other and further relief the Court deems just and proper.

DATED:  June 1, 2026
        New York, New York

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:        */s/ Alex Spiro*
        Alex Spiro
        Joanna E. Menillo
        295 5th Avenue, 9th Floor
        New York, New York 10016
        Phone:  (212) 849-7000
        alexspiro@quinnemanuel.com
        joannamenillo@quinnemanuel.com

        *Attorneys for Defendant Roc Nation, LLC*