**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH CARTAGENA,

                    Plaintiff,

         -against-

TERRANCE DIXON, et al.,

                    Defendant.
-----------------------------------------------------------------X

                    **ORDER**

               **25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Roc Nation's Motion for Sanctions against Dixon, Blackburn, and T.A. Blackburn Law, PLLC. Dkt. No. 203. Dixon, Blackburn, and T.A. Blackburn Law, PLLC, are to file an Opposition by **June 30, 2026**. Any reply is due by **July 21, 2026**.

    SO ORDERED.

DATED:    New York, New York
           June 2, 2026

                            *Jennifer E. Willis*
                          JENNIFER E. WILLIS
                     United States Magistrate Judge