

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

_____

MEMBER OF
NY & NJ BAR

_____

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

_____

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

July 6, 2026

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    **Re:** *Joseph Cartagena v. Terrance Dixon, Tyrone Blackburn, and T.A. Blackburn Law, PLLC*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

    This letter confirms that the 4 Veritext invoices that I was ordered to pay for the rescheduled depositions from February 6th and February 9th have been paid.

Respectfully,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.

 347-342-7432    ✉ tblackburn@tablackburnlaw.com    ⊕ TABlackburnlaw.com

 

# VERITEXT LLC Transaction Receipt - Reference Number 701813435

1 message

**VERITEXT LLC** <notifications@paytrace.com>                Wed, May 20, 2026 at 6:44 PM
Reply-To: ecorona@veritext.com
To: tblackburn@tablackburnlaw.com

VERITEXT LLC
290 W Mt Pleasant Avenue
Livingston, NJ 07039
5/20/2026 6:43:58 PM

| | |
|---|---|
| Reference Number: | 701813435 |
| Total: | $368.00 |
| Transaction Type: | Sale |
| Card Brand: | Visa |
| Card Number: | xxxxxxxxxxxx9648 |
| Entry Method: | Keyed |
| Approval Code: | 074359 |
| Approval Message: | APPROVAL |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Name: | Tyrone Blackburn |
| Invoice: | 9263034 |

Veritext Help Phone Number: 973-410-4040

 Gmail

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## VERITEXT LLC Transaction Receipt - Reference Number 703117227

1 message

**VERITEXT LLC** <notifications@paytrace.com>                Thu, May 28, 2026 at 7:43 PM
Reply-To: ecorona@veritext.com
To: tblackburn@tablackburnlaw.com

VERITEXT LLC
290 W Mt Pleasant Avenue
Livingston, NJ 07039
5/28/2026 7:42:10 PM

| | |
|---|---|
| Reference Number: | 703117227 |
| Total: | $588.00 |
| Transaction Type: | Sale |
| Card Brand: | Visa |
| Card Number: | xxxxxxxxxxxx9648 |
| Entry Method: | Keyed |
| Approval Code: | 084211 |
| Approval Message: | APPROVAL |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Name: | Tyrone Blackburn |
| Invoice: | 9263028 |

Veritext Help Phone Number: 973-410-4040

 Gmail

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

# VERITEXT LLC Transaction Receipt - Reference Number 707671168

1 message

**VERITEXT LLC** <notifications@paytrace.com>                                        Tue, Jun 30, 2026 at 3:55 AM
Reply-To: ecorona@veritext.com
To: tblackburn@tablackburnlaw.com

VERITEXT LLC
290 W Mt Pleasant Avenue
Livingston, NJ 07039
6/30/2026 3:54:47 AM

| | |
|---|---|
| Reference Number: | 707671168 |
| Total: | $917.05 |
| Transaction Type: | Sale |
| Card Brand: | Visa |
| Card Number: | xxxxxxxxxxxx9648 |
| Entry Method: | Keyed |
| Approval Code: | 025447 |
| Approval Message: | APPROVAL |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Name: | Tyrone Blackburn |
| Invoice: | 9263025 |

Veritext Help Phone Number: 973-410-4040

 Gmail

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

---

## VERITEXT LLC Transaction Receipt - Reference Number 707671411

1 message

---

**VERITEXT LLC** <notifications@paytrace.com>                                   Tue, Jun 30, 2026 at 3:58 AM
Reply-To: ecorona@veritext.com
To: tblackburn@tablackburnlaw.com

VERITEXT LLC
290 W Mt Pleasant Avenue
Livingston, NJ 07039
6/30/2026 3:57:41 AM

| | |
|---|---|
| Reference Number: | 707671411 |
| Total: | $736.84 |
| Transaction Type: | Sale |
| Card Brand: | Visa |
| Card Number: | xxxxxxxxxxxx9648 |
| Entry Method: | Keyed |
| Approval Code: | 025741 |
| Approval Message: | APPROVAL |
| AVS Result: | Full Exact Match |
| CSC Result: | Match |
| Customer Name: | Tyrone Blackburn |
| Invoice: | 9263032 |

Veritext Help Phone Number: 973-410-4040