UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Terrance Dixon, A/K/A "TA," <br>                                   Plaintiff, <br><br> v. <br><br> Joseph Antonio Cartagena P/K/A "Fat Joe," <br> Peter "Pistol Pete" Torres, <br> Richard "Rich Player" Jospitre, <br> Erica Juliana Moreira, <br> Sneaker Addict Touring LLC, <br> Slate, Inc., <br> Roc Nation, LLC, <br> John Does 1–10, <br> Jane Does 1–10, and <br> ABC Corporations 1–10, <br>                                   Defendants. | Case No. 1:25-cv-05144-JLR-JW <br><br> -and- <br><br> Case No. 1-25-cv-03552-JLR-JW <br><br> **Notice of Motion** |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, and consistent with Rules 1.7 and 1.16 of the New York Rules of Professional Conduct, undersigned counsel Tyrone A. Blackburn, Esq., of T.A. Blackburn Law, PLLC, will move this Court, before the Honorable Jennifer L. Rochon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an Order:

(1) Granting undersigned counsel, Tyrone A. Blackburn, Esq., and T.A. Blackburn Law, PLLC, leave to WITHDRAW as counsel of record for Defendant Terrance Dixon in the above-captioned action;

(2) STAYING all proceedings, deadlines, and obligations in this action as to Defendant Terrance Dixon for a period of sixty (60) days from the date of the Order, to afford Mr. Dixon a reasonable opportunity to (a) retain substitute counsel, (b) apply for pro bono counsel through this Court's Pro Se Office and Pro Bono Counsel Program, or (c) elect to proceed pro se;

(3) ADJOURNING the proceeding presently scheduled for July 7, 2026, and any other pending deadlines applicable to Defendant Terrance Dixon until the conclusion of the sixty (60) day stay; and

(4) Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Tyrone A. Blackburn, Esq., and T.A. Blackburn Law, PLLC, do not seek leave to withdraw as to themselves in their capacities as Defendants in this action. Mr. Blackburn and T.A. Blackburn Law, PLLC will continue to appear pro se as Defendants following the requested withdrawal as to Defendant Dixon.

This motion is necessitated by a non-waivable conflict of interest that has arisen and crystallized through events postdating undersigned counsel's appearance in this action, and by considerations of the personal safety and well-being of undersigned counsel. The grounds for the

motion are set forth in detail in the accompanying Declaration of Tyrone A. Blackburn, Esq. This motion is based upon this Notice of Motion, the accompanying Declaration and its Exhibits, the proposed Order submitted herewith, the pleadings and papers on file in this action, and such argument as the Court may permit.

Pursuant to Local Civil Rule 1.4, a copy of this Notice of Motion, the accompanying Declaration and Exhibits, and the proposed Order has been served upon Defendant Terrance Dixon at his last known address and upon all counsel of record.

Dated:  July 7, 2026
Brooklyn, New York

Respectfully submitted,

/s/ Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
Email: tblackburn@tablackburnlaw.com

Withdrawing counsel for Defendant
Terrance Dixon; continuing pro se as
to Defendants Tyrone Blackburn and
T.A. Blackburn Law, PLLC