# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

JOSEPH TACOPINA
Email: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

July 7, 2026

**By ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

**Re: Cartagena v. Dixon et al., No. 25-cv-03552-JLR (JW)**

Dear Judge Willis:

We write pursuant to Sections I.A and II.G of Your Honor's Individual Rules of Practice in Civil Cases and in accordance with Your Honor's Order dated June 23, 2026 (the "Order," ECF No. 206).

The Order directed Plaintiff to:

(1) email the Court an Excel sheet detailing the attorney's costs and fees, with opposing counsel copied, and file a letter on the docket providing the date and time the Excel sheet was emailed by July 7, 2026; and

(2) meet and confer with Defendant and file a joint letter with the Court confirming the date of Mr. Dixon's follow-up deposition by July 7, 2026.

With respect to Your Honor's first directive, Plaintiff's counsel emailed the Court an Excel sheet detailing the attorney's costs and fees, with opposing counsel copied on the email, at 4:30 p.m. on July 7, 2026.

As to the second directive, Plaintiff's counsel has diligently attempted to meet and confer with Mr. Blackburn regarding the scheduling of Mr. Dixon's follow-up deposition, to no avail. Specifically, Plaintiff's counsel emailed Mr. Blackburn on three separate occasions[1] seeking confirmation of Mr. Dixon's availability for July 28, 2026, at 10:00 a.m.: first, on June 25, 2026, at 10:45 a.m.; again on July 2, 2026, at 9:40 a.m.; and a third time on July 6, 2026, at 10:45 a.m. To date, Mr. Blackburn has not responded.

---

[1] A copy of the relevant email chain is attached hereto as Exhibit 1.

Hon. Jennifer E. Willis
July 7, 2026
Page 2

While Mr. Blackburn has failed to respond to Plaintiff's efforts to schedule Mr. Dixon's follow-up deposition, on June 29, 2026, at 7:26 p.m., he sent Plaintiff's counsel an email stating that he would be filing a letter with the Court the following morning, June 30th, advising of his withdrawal as counsel for Mr. Dixon in both matters. Mr. Blackburn has not been granted leave to withdraw as counsel in the current case, nor has he responded to Plaintiff's requests regarding Mr. Dixon's availability.

Your Honor's Order expressly found that Mr. Blackburn "impeded and frustrated Dixon's deposition" and that, consequently, "a second deposition is warranted." Order at 11, ¶ 2. In addition to ordering a follow-up deposition, the Court sanctioned Mr. Blackburn by directing him to pay attorneys' fees and referring him to the grievance committee based on his conduct during the pendency of this case. Despite that recent sanction, Mr. Blackburn has failed to comply with the Court's Order by ignoring Plaintiff's repeated requests to meet and confer regarding Mr. Dixon's availability, thereby risking further unnecessary delay and additional attorneys' fees in this litigation.

Accordingly, Plaintiff respectfully submits that Mr. Blackburn's failure to respond to Plaintiff's repeated requests should preclude any later objection to Plaintiff's proposed deposition date of July 28, 2026, at 10:00 a.m. Plaintiff therefore respectfully requests that the Court deem Mr. Dixon's follow-up deposition scheduled for July 28, 2026, at 10:00 a.m., or grant such other relief as the Court deems appropriate.

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, Fl 35
New York, NY 10016
*Counsel for Plaintiff Joseph Cartagena*

cc:    All counsel of record (by ECF)