# EXHIBIT 1

**From:** Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Sent:** Monday, July 6, 2026 10:45 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel,

Following up again on the below, please confirm whether Mr. Dixon is available for his second deposition on July 28, 2026 beginning at 10:00 AM.

Thank you.

**From:** Turetsky, Ian M.
**Sent:** Thursday, July 2, 2026 9:40 AM
**To:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; 'Chad Seigel' <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; 'Joe Tacopina' <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel,

Following up on the below, please confirm whether Mr. Dixon is available for his second deposition on July 28, 2026 beginning at 10:00 AM.

Thank you.

**From:** Turetsky, Ian M.
**Sent:** Thursday, June 25, 2026 10:45 AM
**To:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Cc:** Siev, Jordan W. <JSiev@ReedSmith.com>; Chad Seigel <cseigel@tacopinalaw.com>; Carnes, Rob <RCarnes@reedsmith.com>; Joe Tacopina <jtacopina@tacopinalaw.com>
**Subject:** RE: Cartagena v. Dixon

Counsel:

Pursuant to the Court's June 23, 2026 order, please confirm whether Mr. Dixon is available for his second deposition on July 28, 2026 beginning at 10:00 AM.

Additionally, we note that you have not responded to our March 7, 2026 and March 10, 2026 emails seeking to meet and confer about Plaintiff's redactions as required by the Court's March 4, 2026 order. As a result, Mr. Dixon has waived any objections to Plaintiff's redactions.

Thank you.

Ian