Exhibit B

OFFICE OF THE DISTRICT ATTORNEY

COUNTY OF KINGS

GRAND JURY UNIT
320 JAY ST
BROOKLYN, NY  11201

TYRONE BLACKBURN
1242 E. 80TH STREET
BROOKLYN, NY 11236

GJ CASE NO. 02161-2016

DOCKET NOS. CR-030524-25KN

PLEASE BE ADVISED THAT ON JUNE 18, 2026, A MATTER PENDING BEFORE THE GRAND JURY OF THE COUNTY OF KINGS ENTITLED PEOPLE VS. TYRONE BLACKBURN WAS DISMISSED BY THE GRAND JURY.

ASSISTANT DISTRICT ATTORNEY
IN CHARGE – GRAND JURY UNIT