Exhibit J

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

JOSEPH CARTAGENA                    )

   Plaintiff,                       )

v.                                  ) CASE NO.

TERRANCE DIXON, TYRONE              ) 1:25-cv-03552

BLACKBURN, and T.A. BLACKBURN       ) JLR-JW

LAW, PLLC.                          )

   Defendants.                      )

_____)

Remote Deposition of

██████████████

Tuesday, April 14, 2026

10:37 a.m. ET - 11:02 a.m. ET

Pages 1-25

REPORTED BY:  Ahuva Goldberger, Notary Public in

and for the State of Maryland

A P P E A R A N C E S

(VIA ZOOM)


ON BEHALF OF THE DEFENDANTS:

TYRONE BLACKBURN, ESQUIRE

T.A. Blackburn Law, PLLC

1242 E. 80th Street, 3rd Floor

Brooklyn, NY 11236

347-427-5999

tblackburn@tablackburnlaw.com

C O N T E N T S

EXAMINATION:                                              PAGE

By Mr. Blackburn                                            5


E X H I B I T S

(No exhibits were marked.)

---o0o---

PROCEEDINGS

THE REPORTER:  Good morning.  This is Ahuva Goldberger.  I am the court reporter for today.

I will first read the Rule 29 Stipulation into the record, and then after that I will swear in the witness.

The attorneys appearing in this deposition acknowledge that I am not physically present in the deposition room, that I will be reporting on this deposition remotely, and that I will administer the oath to the witness remotely.

The parties and their counsel further agree that while I'm a licensed notary, the witness may be in a state where I am not licensed. The parties stipulate that this deposition may be taken before me.

If any party does have an objection to this manner of reporting or anything stated above, please state your objection now.

(No response.)

THE REPORTER:  Hearing no objections, we can proceed.

Whereupon,

████████████████

called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. BLACKBURN:

Q. All right. So just for the record, I just want to confirm that Ms. ██████ ID'd herself through her New York state driver's license ID. She -- by placing it up to the camera, and I believe Madam Court Reporter ID'd that and witnessed it and can confirm that she did present her identification, so -- but that's just the beginning, so -- all right.

So please state your name for the record and spell your last name.

You're muted. I can't hear you. You're muted.

A. Sorry. My name is ██████████████.

Q. Can you spell the last name?

A. ██████ ████████.

Q. Okay. And your date of birth?

MR. BLACKBURN: And, Madam Court

Reporter, could you just redact this from the record.  So her date of birth, her address, and all that won't be on the record.

BY MR. BLACKBURN:

Q.   So yes, your date of birth?

A.   [Redacted]

Q.   And what city and state do you currently live in?

A.   Baldwin, New York.

Q.   And what is the highest level of education that you've completed?

A.   Bachelor.

Q.   Okay.  For what area?

A.   Psychology and sociology.

Q.   Okay.  Have you ever given testimony under oath before, before today?

A.   No.

Q.   Okay.  And you've never sat in a deposition before, correct?

A.   No.

Q.   Okay.  Do you understand that you're under oath today and must answer truthfully to the best of your ability?

A.   Yes.

Q.   Okay.  If at any time you do not

understand the question, will you let me know so I can rephrase it?

A.  Yes.

Q.  Okay.  Okay.  So we're going to go back to 19- -- the early 1990s.  Do you know the individual by the name of Joseph Cartagena?  He's a rapper.  He goes by Fat Joe.

A.  I did as a teenager, yes.

Q.  Okay.  And have you ever met Fat Joe?

A.  Yes.

Q.  Okay.  When was the first time you met him?

A.  It was early 1994.  It was probably around like spring, like late March/early April.  It was in Manhattan at a club called Velvet.

Q.  Okay.  And what were you doing at club Velvet at the time?

A.  I was there with my cousin and just doing -- just being -- you know, just being young and having fun and --

Q.  Okay.  And you said being young.  How old were you at the time?

A.  13.

Q.  You were 13?

A.  Yeah.

Q.    Okay.  And you said you were with your cousin.  Which cousin was this?

A.    It's my cousin ███    She is a dentist now, but she was with me at the time.

Q.    Okay.  And at the time, to the best of your recollection, how old was ███

A.    ███    is -- let's see.  If I was 13, she probably -- she had probably just turned 16.

Q.    Okay.

A.    Because -- yeah.

Q.    And at the age of 13, were you in junior high school?  High school?

A.    I was in the eighth grade.

Q.    Okay.  And when you were at club Velvet, I assume that you met Mr. Cartagena.  What was his -- what was he doing at the club at that time?

A.    I -- I really -- just sitting down, you know, like I really didn't even really notice him until he approached me, so I'm not really -- I don't know.

Q.    Okay.  So he wasn't performing or anything?

A.    No, no, no.

Q.    Okay.  And when you said he approached you, to the best of your recollection, could you

recall, you know, like what his appearance was? Was he heavy? Was he slim?

A.    Yes.  No, he was heavy.  He was heavy. He wasn't like -- well, like -- he was heavy, yeah.

Q.    Was he bald at that time, as well?

A.    Yeah.  Yeah, I would think so.  I can't recall -- yeah.

Q.    Okay.  And did he -- to the best of your knowledge, could you describe what he was wearing? Was he wearing like a jeans -- a jeans outfit?  A track suits?  Velvet suit?

A.    I don't -- I have no idea what he was wearing.  I only remember what I was wearing.

Q.    Okay.  What were you wearing?

A.    I was wearing like a white sweatshirt and a red bubble vest.  It wasn't something that I would normally wear.  It was like more of like a -- I don't know.  Like a low -- I tend to dress up, but I didn't -- I didn't even dress up that night.

Q.    Okay.  And your cousin, was she wearing something similar?  Did she dress up, or not really?

A.    No.  She never dressed -- she never

dresses up.  Like, no.  Yeah.

Q.    Okay.

A.    Especially back then.  Back then we had baggy clothes and, you know, it was wasn't -- it was a different trend than now.

Q.    Okay.  And you said that he approached you.  When he approached you, what did he say to you if you can recall?

A.    I'm pretty sure that it just -- it was probably no more than like, come here, you know. Or, you know, maybe a gesture or I -- I don't know.  He had a separate area in the back and there were a lot of --

Q.    Okay.  So was it like a VIP area?

A.    It -- I don't -- I wouldn't say so, because there was no one else in there.  And I feel like normally in a VIP area, there's other people.  So it seemed more of like a private area than like a VIP area.

Q.    Okay.

A.    If that makes sense.

Q.    Okay.  Was he drinking or smoking back there?

A.    I have never seen him smoke.  And to my knowledge, he doesn't drink.  I've never seen him

drink or smoke, which is -- yeah.

Q.   Okay.  Okay.  So when he brought you --
so when he approached you, what happened after
that?

A.   I don't know.  I was young and stupid
and -- you know, he started I guess, you know,
complimenting me, and I don't know, somehow -- I
hate to say it because it's -- but when he, you
know, pushed me or suggested me to give him oral
sex, I did.

Q.   Okay.  So you said that he suggested --
that he requested you to perform oral sex on him
at that time?

A.   Yeah.

Q.   Okay.  And did you do it in the club
while --

A.   Yes.

Q.   Okay.  And what part of the club?

A.   At the private area.

Q.   In the back where he was sitting?

A.   Yeah.  Yeah, it was -- I can visualize
the club.  And there's a lot of curtains and --
but he was just -- because I remember there was a
female that came and she was, you know, asking,
who is this?  And he said, oh, that's just my