# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

July 8, 2026

**VIA ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Chambers 425
New York, NY 10007

Re:  ***Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR)**
***Dixon v. Cartagena, et al.*, No. 25-cv-5144 (JLR)**

Your Honor:

I am counsel for Joseph Cartagena in the above-referenced actions and write, pursuant to Your Honor's Individual Practices II.E, to seek leave *nunc pro tunc* to file Mr. Cartagena's letter motion ("Letter Motion"), which is being contemporaneously filed under seal. As set forth in the Letter Motion, Mr. Cartagena seeks to strike from the public docket material that violates the Court's December 8, 2025 Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Docket No. 105 in Case No. 25-3552 at ¶ 20).

Given the emergency nature of the relief sought and the need to prevent further dissemination of material protected by the Protective Order, Plaintiff respectfully requests leave *nunc pro tunc* to maintain the Letter Motion under seal.

Sealing is appropriate because the Letter Motion necessarily discusses Highly Confidential – Attorneys' Eyes Only material protected by the Protective Order and seeks relief directed at preventing further public dissemination of that material.

Respectfully submitted,

Joseph Tacopina

cc:    All counsel by ECF