# ReedSmith

**Jordan W. Siev**
Direct Phone:  +1 212 205 6085
Email:  jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 1, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court Judge for the
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Defendants' requests to deem Defendants' motions to dismiss (Dkts. 89-90) unopposed and dismiss the case in its entirety are DENIED.

Dated: July 9, 2026
     New York, New York

**SO ORDERED.**

_Jennifer Rochon_

**JENNIFER L. ROCHON**
**United States District Judge**

Re:     *Dixon v. Cartagena*, 25 Civ. 05144 (S.D.N.Y.)
        *Cartagena v. Dixon*, 25 Civ. 03552 (S.D.N.Y.)

Dear Judge Rochon:

We write on behalf of Defendants Joseph Cartagena, Slate, Inc., Sneaker Addict Touring LLC, Roc Nation LLP, Peter Torres, Richard Jospitre, and Erica Moreira ("**Defendants**") regarding Defendants' motions to dismiss Plaintiff Terrance Dixon's Amended Complaint (the "**Motions**").

Under the Court's scheduling order, Plaintiff's opposition was due June 30, 2026. *Cartagena*, 25 Civ. 05144, Dkt. No. 88. He filed nothing: he did not oppose the motions; he did not seek an extension; and he did not move to amend.  The Court should deem the Motions unopposed and grant them for the reasons stated in Defendants' moving briefs.

This is not the first time Plaintiff neglected to respond to dispositive motions. Defendants Cartagena, Slate, Sneaker Addict, Torres, Jospitre, and Moreira filed motions to dismiss on November 10, 2025. *Cartagena*, Dkt. Nos. 61-66. Plaintiff missed the January 31, 2026 opposition deadline. He ignored Defendants' letter alerting the Court to that failure. *Cartagena*, Dkt. No. 75. Only after 40 days of silence did Plaintiff move to amend—and even then, the Court cautioned him: "Dixon is warned . . . that given his inexplicable delay in making this request to amend, and the fact that he has had ample time to consider the arguments in the present motions to dismiss, further amendment after renewed motions to dismiss are decided will likely not be permitted to address deficiencies that have already been highlighted in the present motions." *Cartagena*, 25 Civ. 05144, Dkt. No. 83 at p. 9.

On Monday, June 29, 2026, Plaintiff's counsel, Tyrone Blackburn, represented that he "will be filing a letter with the Court" on the morning of Tuesday, June 30, 2026 "advising of my withdrawal as counsel for Mr. Dixon in both matters." Mr. Blackburn never filed the promised letter with the Court, never sought an extension of the deadline to respond to the Motions, and remains counsel of record until relieved by the Court.

Accordingly, Defendants request that the Court deem the Motions unopposed and dismiss this case in its entirety for the reasons stated in Defendants' moving briefs.

**ReedSmith**

**Jordan W. Siev**
Direct Phone:  +1 212 205 6085
Email:  jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Respectfully submitted,


/s/ Jordan W. Siev (Reed Smith LLP)


/s/ Joseph Tacopina (Tacopina Seigel and DeOreo LLP)


cc: All counsel of record (by ECF)