UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

$\qquad$ Plaintiff,

-against-

TERRANCE DIXON; TYRONE
BLACKBURN; AND T.A. BLACKBURN
LAW, PLLC,

$\qquad$ Defendants.

Case No. 1:25-cv-03552 (JLR)

**SCHEDULING ORDER ON
MOTION TO WITHDRAW**

JENNIFER L. ROCHON, United States District Judge:

On **July 7, 2026**, counsel, Tyrone A. Blackburn, Esq., and the law firm of T.A. Blackburn Law, PLLC moved for leave of this Court to withdraw as counsel of record for Defendant Terrance Dixon.  (Docket No. 210).  It is hereby ORDERED that any opposition to counsel's motion (which may be consolidated with any opposition to the similar motion in 25-cv-5144) shall be filed by **July 14, 2026**.

A conference will be held on **July 21, 2026**, at **10:30 a.m.** remotely by Microsoft Teams video conference.  Mr. Blackburn's client, Terrance Dixon, shall appear at the conference. Counsel will receive log-in credentials at the email addresses on the docket.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 416 785 656.

No later than **July 10, 2026**, the law firm of T.A. Blackburn Law, PLLC shall serve a copy of all motion papers **and** this Order on Defendants and file proof of such service on the docket.

Dated: July 9, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge