# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

July 10, 2026

**VIA ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Chambers 425
New York, NY 10007

Re:   *Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR)
      *Dixon v. Cartagena, et al.*, No. 25-cv-5144 (JLR)

Your Honor:

I am counsel for Joseph Cartagena in the above-referenced actions and write, pursuant to Your Honor's Individual Practices II.E, to seek leave *nunc pro tunc* to file Mr. Cartagena's letter motion contemporaneously filed herewith ("Letter Motion") under seal.

In the Letter Motion, Mr. Cartagena respectfully requests that the Court commence criminal contempt proceedings against Tyrone Blackburn for willfully violating Your Honor's July 8, 2026 Order to Show Cause (entered July 9, 2026) and the Court's December 8, 2025 Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Docket No. 105 in Case No. 25-3552). Specifically, just over five hours after the Court entered its Order sealing Exhibit J to Mr. Blackburn's Motion to Withdraw as "highly confidential" and directing him to show cause why he should not be held in contempt for publicly disclosing it, Mr. Blackburn emailed that very exhibit to a member of the press.

Due to the current need to prevent further dissemination of material protected by the Protective Order, Mr. Cartagena respectfully requests leave *nunc pro tunc* to maintain the Letter Motion under seal. Sealing is appropriate because the Letter Motion necessarily discusses the "highly confidential" Motion Exhibit protected by the Protective Order.

Respectfully submitted,

Joseph Tacopina

cc:   All counsel by ECF