# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

July 10, 2026

**VIA ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Chambers 425
New York, NY 10007

Re:     ***Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR)**
        ***Dixon v. Cartagena, et al.*, No. 25-cv-5144 (JLR)**

Your Honor:

I am counsel for Joseph Cartagena in the above-referenced actions and write, pursuant to Your Honor's Individual Practices II.E, to respectfully seek leave, *nunc pro tunc*, to file Mr. Cartagena's second letter motion today, which Plaintiff is contemporaneously filing herewith ("Second Letter Motion") under seal.

In the Second Letter Motion, Mr. Cartagena respectfully requests that the Court seal filings that describe the contents of a document the Court has already determined is "highly confidential" pursuant to the Court's December 8, 2025 Stipulated Confidentiality Agreement and Protective Order ("Protective Order") (Docket No. 105 in Case No. 25-3552), and that was subsequently ordered sealed by the Court.

Because the Second Letter Motion necessarily discusses material the Court has already determined is protected by the Protective Order, Mr. Cartagena respectfully requests leave, *nunc pro tunc*, to maintain the Second Letter Motion under seal. Sealing is appropriate to avoid further disclosure of information the Court has already found to be "highly confidential."

Respectfully submitted,

Joseph Tacopina

cc:     All counsel by ECF