UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

                Plaintiff,

    -against-

TERRANCE DIXON; TYRONE
BLACKBURN; AND T.A. BLACKBURN
LAW, PLLC,

                Defendants.

Case No. 1:25-cv-03552 (JLR)

**<u>SCHEDULING ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for

**July 21, 2026,** at **10:30 a.m.**, is RESCHEDULED for **July 21, 2026,** at **12:30 p.m.** remotely by

Microsoft Teams video conference.  Mr. Blackburn's client, Terrance Dixon, shall appear at the

conference.  Counsel will receive log-in credentials at the email addresses on the docket.  The

public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone

Conference ID: 416 785 656.

Dated: July 15, 2026
      New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge