UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARTAGENA,

     Plaintiff,

  -against-          Case No. 1:25-cv-03552 (JLR)

TERRANCE DIXON; TYRONE       **ORDER**
BLACKBURN; AND T.A. BLACKBURN
LAW, PLLC,

      Defendants.

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that the conference on the motion to withdraw as counsel,

previously scheduled for **July 21, 2026**, at **12:30 p.m.** remotely by Microsoft Teams video

conference is ADJOURNED because the motion will be handled by Magistrate Judge Jennifer E.

Willis under the General Pretrial referral.  Judge Willis will determine next steps on the motion.

Dated: July 16, 2026
   New York, New York

           SO ORDERED.

          *Jennifer Rochon*
          JENNIFER L. ROCHON
          United States District Judge