Case 1:25-cv-03552-JLR-JW · Document 328 · Filed 09/03/26 · Page 1 of 8



# quotation mark *noun*

**:** one of a pair of punctuation marks " " or ' ' used chiefly to indicate the beginning and the end of a quotation in which the exact phraseology of another or of a text is directly cited

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** [Read More](#)

LaBarge frequently interrupts the telling to braid her narrative so tautly with those of others that their language blurs together, ***quotation marks*** vanishing, lines of demarcation eroding.

— *Literary Hub*, 18 June 2026

But when significant chunks of someone's writing appears word-for-word without ***quotation marks***, it is generally considered plagiarism, according to Edward Wasserman, a professor of journalism at the University of California, Berkeley.

— Bobby Allyn, *NPR*, 17 May 2026

In some ways it was set up to fail from the moment those infamous ***quotation marks*** around the title were revealed; an attempt by Fennell to get ahead of the very criticisms that have been published this week.

— Leah Dolan, *CNN Money*, 12 Feb. 2026

Cited in Dixon v Cartagena 25CV3552 Decided 7/10/26 · Archived on 7/13/26 · This document is protected by copyright. Further reproduction is prohibited without permission.

7/13/26, 2:27 PM
Case 1:25-cv-03552-JLR-JW
QUOTATION MARK Definition & Meaning Merriam-Webster
Document 228
Filed 09/03/26
Page 2 of 8

Dictionary

Thesaurus

— Alejandra Gularte, *Vulture*, 29 Jan. 2026

See All Example Sentences for *quotation mark*

## First Known Use

circa 1859, in the meaning defined above

## Time Traveler

**The first known use of *quotation mark* was circa 1859**

See more words from the same year

Cited in Dixon v Cartagena
2:CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | |
|---|---|
| arc | ark |
| bark | barque |
| dark | hark |
| lark | marc |
| marque | narc |
| quark | shark |

See All Rhymes for *quotation mark*

Case 1:25-cv-03552-JLR-JW Document 328 Filed 09/03/26 Page 3 of 8

‹

| Dictionary | Thesaurus |
| --- | --- |

quotation furniture          **quotation mark**          quotation noun

See All Nearby Words

**Test Your Punctuation Skills**
Do you really know how to use a semicolon?

**Style**    MLA

"Quotation mark." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/quotation%20mark. Accessed 13 Jul. 2026.

⧉ Copy Citation

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Dictionary                                          Thesaurus

: one of a pair of punctuation marks " " or ' ' used chiefly to indicate the beginning and the end of a direct quotation

Nglish: Translation of *quotation mark* for Spanish Speakers

Britannica.com: Encyclopedia article about *quotation mark*

Last Updated: 2 Jul 2026 - Updated example sentences

# Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

Cited in Dixon v. Cartagena
25-cv-3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Dictionary                                    Thesaurus

## Top Lookups

**1   existential**

**2   happy**

**3   enigma**

**4   culture**

**5   didactic**

**6   pedantic**

**7   love**

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**W O R D   O F   T H E   D A Y**

# implacable 🔊

<u>See Definitions and Examples</u> »

Get Word of the Day daily email!

Your email addre          **S U B S C R I B E**

Dictionary                                          Thesaurus

## 14 Phobias You Probably Haven't Heard Of

## The Longest Long Words List



Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

### Quordle
Can you solve 4 words at once?

Play

### Blossom
Pick the best words!

Play

Dictionary

Thesaurus



## The Missing Letter

A daily crossword with a twist

**Play**

## Contradictory Words Quiz

Pick out which word means one thing...and the opp...

**Take the quiz**

**See All**

Cited in Dixon v Cartagena
25Cv3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

Help  |  About Us  |  Advertising Info  |  Contact Us  |  Privacy Policy  |  Terms of Use

© 2026 Merriam-Webster, Incorporated

‹

|               Dictionary               |               Thesaurus               |
| :---: | :---: |

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26

Archived on 7/13/26

This document is protected by copyright.
Further reproduction is prohibited without permission.