QUOTED Definition & Meaning - Merriam-Webster



quoted    ✕    🔍

Dictionary                    Thesaurus

# quote   1 of 2   verb

ˈkwōt 🔊   *also*   ˈkōt 🔊

**quoted; quoting**

Synonyms of *quote* ›

**NEW**

**Simple Definition** ⬭   ⓘ

*transitive verb*

**1**  **a** : to speak or write (a passage) from another usually with credit acknowledgment

   **b** : to repeat a passage from especially in substantiation or illustration

   **c** : **BORROW sense 2a**

    *quoting* the motifs of past artists

**2** : to cite in illustration

   *quote* a similar case

**3**  **a** : to state (the current price or bid-offer spread) for a commodity, stock, or bond

   **b** : to give exact information on

**4** : to set off by quotation marks

*intransitive verb*

: to inform a hearer or reader that matter following is quoted

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

<

| Dictionary | Thesaurus |

# quote  2 of 2  noun

**1**  : **QUOTATION**

**2**  : **QUOTATION MARK** → often used orally to indicate the beginning of a direct quotation



**Verb**                                                                    **Relevance**

cite

reference                              mention

**Noun**

quotation

See All Synonyms & Antonyms in Thesaurus

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/10/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Verb

He began his speech by *quoting* Shakespeare.

The reporter *quoted* the police chief *as saying* that an investigation would be launched soon.

He *quotes* the Bible frequently.

Dictionary                    Thesaurus

## Recent Examples on the Web

(i) **Examples are automatically compiled from online sources to show current usage.** Read More

### Verb

Prices are typically *quoted* per troy ounce, which is slightly heavier than a standard ounce.

&ndash; Usa Today, *USA Today*, 8 July 2026

Volkswagen does have shares *quoted* on the stock market but its complicated control structure includes Porsche and Piech family shareholdings, the independent emirate of Qatar, the German state of Lower Saxony, and last but not least, unions.

&ndash; Neil Winton, *Forbes.com*, 7 July 2026

### Noun

An unreliable supplier is more costly than the difference between the two price *quotes*.

&ndash; Lyssanoel Frater, *USA Today*, 8 July 2026

Even when BookTok does rally around a *quote*-unquote serious writer—such as Sally Rooney or Ottessa Moshfegh—there is a veneer of genre favoritism and eerie self-identification.

&ndash; Brady Brickner-Wood, *New Yorker*, 8 July 2026

See All Example Sentences for *quote*

## Etymology

Cited in Dixon v. Cartagena 25CV3552 Decided 7/10/26 Archived on 7/13/26 This document is protected by copyright. Further reproduction is prohibited without permission.

<Dictionary                                                    Thesaurus

## First Known Use

### Verb

1582, in the meaning defined at transitive sense 1a

### Noun

1885, in the meaning defined at sense 1

## Time Traveler

**The first known use of *quote* was in 1582**

See more words from the same year

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

pull quote                                    quote as saying

quote someone on                              quote, unquote

quote you on that

bloat                                         boat

choate                                        coat

cote                                          dote



<table>
<tr><td>haute</td><td>moat</td></tr>
</table>

See All Rhymes for *quote*



| quotative | **quote** | quote as saying |
|---|---|---|

See All Nearby Words

Cited in Dixon v. Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Style**   MLA

"Quote." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/quote. Accessed 13 Jul. 2026.

⎙Copy Citation

Dictionary                                              Thesaurus

quoted, quoting

**1**  : to repeat (someone else's words) exactly

*quote* Shakespeare

**2**  : to give as an example

**3**  : to set off written material by quotation marks

# quote   2 of 2   noun

**1**  : **QUOTATION sense 3**

**2**  : **QUOTATION MARK**

Cited in Dixon v Cartagena 25CV3552 Decided 7/10/26 Archived on 7/13/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Nglish: Translation of *quote* for Spanish Speakers

Last Updated: 9 Jul 2026 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

Dictionary            Thesaurus

# Top Lookups

1 existential

2 happy

3 enigma

4 culture

5 didactic

6 pedantic

7 love

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26

Archived on 7/13/26

This document is protected by copyright.
Further reproduction is prohibited without permission.



**WORD OF THE DAY**

# implacable 🔊

## See Definitions and Examples »

Get Word of the Day daily email!

Your email addre     **SUBSCRIBE**

Dictionary

Thesaurus

**Is that lie 'bald-faced' or 'bold-faced'?**

**14 Phobias You Probably Haven't Heard Of**

**The Longest Long Words List**



Cited in Dixon v. Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

### Quordle
Can you solve 4 words at once?

Play

### Blossom
Pick the best words!

Play



Dictionary | Thesaurus

**The Missing Letter**
A daily crossword with a twist

Play

**Contradictory Words Quiz**
Pick out which word means one thing...and the opp...

Take the quiz

See All

Learn a new word every day.
Delivered to your inbox!

Your email address    SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2026 Merriam-Webster, Incorporated

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26
Archived on 7/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Dictionary             Thesaurus

Cited in Dixon v Cartagena
25CV3552 Decided 7/10/26

Archived on 7/13/26

This document is protected by copyright.
Further reproduction is prohibited without permission.