**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TERRANCE DIXON,

Plaintiff,

-against-

JOSEPH CARTAGENA et al.,

Defendant.

---------------------------------------------------------------X

JOSEPH CARTAGENA,

Plaintiff,

-against-

TERRANCE DIXON, et al.,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-5144 (JLR) (JW)**

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 3, 2026, this Court issued an order directing Tyrone A. Blackburn ("Blackburn") to refile his motion to withdraw, and all accompanying papers, by August 17, 2026, to comply with the instructions set forth in the Court's order. (No. 25 Civ. 5144, Dkt. No. 123, No. 25 Civ. 3552, Dkt. No. 230). Blackburn has not yet done so. As he knows, there is a conference regarding his motion to withdraw in front of this Court to be held on September 30, 2026.

By **August 26, 2026**, Blackburn must refile his motion, Affidavit, and accompanying exhibits in accordance with the Court's order, as well as serve them on Dixon: "[Blackburn] must redact any reference to the Jane Doe

deposition and may refile his exhibits, except for exhibit J, which is not to be refiled. Blackburn is to serve Dixon with a copy of his motion to withdraw, Affidavit, and accompanying exhibits. Blackburn is to also serve a copy of this Order on Dixon, who is required to appear at the hearing on the motion to withdraw." (No. 25 Civ. 5144, Dkt. No. 123, No. 25 Civ. 3552, Dkt. No. 230).

Any further untimeliness in complying with the Court's orders will not be tolerated. If Blackburn continues to shirk his obligations to the Court and to his client, the Court will consider further sanctions.

SO ORDERED.

DATED: New York, New York
August 21, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge