T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor, Brooklyn, New York 11236
Phone: 347-342-7432 | Email: tblackburn@tablackburnlaw.com

August 26, 2026

VIA ECF
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR) (JW);
*Dixon v. Cartagena, et al.*, No. 1:25-cv-05144 (JLR) (JW)
Letter Motion for a One-Week Extension of the August 26, 2026, Refiling Deadline

Dear Judge Willis:

I write respectfully, on my own behalf as counsel of record for Defendant Terrance Dixon and pro se for Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC, to request a one-week extension — up to and including September 2, 2026 — of the August 26, 2026, deadline set by the Court's Order dated August 21, 2026 (Dkt. 233 in No. 25-cv-3552; Dkt. 123 in No. 25-cv-5144) for the refiling of the Motion to Withdraw as Counsel, the accompanying Declaration, and the exhibits thereto, redacted and revised in accordance with that Order.

The reason for this request is unforeseen and outside undersigned counsel's control. The external hard drive on which the working files for the Withdrawal Motion — including the underlying source materials for the Declaration, the exhibits, and the redaction workpapers — are maintained has failed and is presently inaccessible. The drive is currently with a data-recovery vendor, which has advised that the data can be extracted but that the process will require several additional business days to complete. Without access to those files, undersigned counsel cannot responsibly complete the redactions and revisions required by the Court's August 21, 2026, Order in a manner consistent with the Court's directives.

Undersigned counsel is mindful of the Court's admonition regarding further untimeliness and does not make this request lightly. Counsel has been working diligently to comply with the August 26, 2026, deadline and would have met it but for the hard-drive failure described above.

No party will be prejudiced by the requested one-week extension. The conference in this matter remains scheduled for September 30, 2026, and the extension requested herein will not affect that date or any other deadline set by the Court. Upon regaining access to the files, undersigned counsel will refile the Motion, Declaration, and permitted exhibits, in redacted form and in full compliance with the August 21, 2026, Order, and will serve Defendant Terrance Dixon with the refiled papers and the Order as directed.

No prior request for an extension of the August 26, 2026, deadline has been made. The Court's consideration of this request is respectfully appreciated.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC

cc: All Counsel of Record (via ECF)
Defendant Terrance Dixon (via email/first-class mail)