Exhibit C

# EXHIBIT C

## SUMMARY TIMELINE — THE HUNT GROUP LLC PRIVATE INVESTIGATOR LICENSURE

## VERSUS AFFIDAVIT REPRESENTATION AT ECF NO. 20

*Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR) (JW) (S.D.N.Y.)

**Purpose.** This exhibit summarizes, in chronological order, the private investigator licensure record of The Hunt Group LLC as confirmed directly by the New York State Department of State, Division of Licensing Services, cross-referenced against the sworn representation made by Mr. James Hunt in the affidavit of service filed at ECF No. 20 in this action. The highlighted row identifies the operative discrepancy: the May 20, 2025, sworn representation that Mr. Hunt was "a licensed private investigator in the State of New York" acting through The Hunt Group LLC was made during a period in which no active private investigator license had been issued to The Hunt Group LLC.

| Date | Event | PI Licensure Status of The Hunt Group LLC | Source |
|---|---|---|---|
| Jan. 14, 2023 | First PI license issued to The Hunt Group LLC (UID No. 11000207807). | LICENSED (effective 1/14/2023 through 1/13/2025). | NYS Dept. of State, Div. of Licensing Servs. |
| Jan. 13, 2025 | First PI license (UID No. 11000207807) expires. | **LICENSE EXPIRED as of 1/13/2025.** | NYS Dept. of State, Div. of Licensing Servs. |
| May 12, 2025 | Underlying incident at 1242 East 80th Street, Brooklyn, N.Y. | **NO ACTIVE LICENSE.** | Ind. No. 75222-25 (Sup. Ct. Kings Cnty.); Dismissal Order dated 5/26/2026. |
| May 20, 2025 | Affidavit of Service filed by James Hunt in *Cartagena v. Dixon*, representing under oath that he is "a licensed private investigator in the State of New York" acting through The Hunt Group LLC. | **NO ACTIVE LICENSE — representation made while license was expired.** | ECF No. 20, Cartagena v. Dixon, No. 1:25-cv-03552 (JLR) (JW). |
| October 14, 2025 | James Hunt testified before the Kings County grand jury and swore under penalty of perjury that he was a New York State licensed Private Investigator. | **NO ACTIVE LICENSE — representation made while license was expired.** | Grand Jury Transcript. |

| Date | Event | PI Licensure Status of The Hunt Group LLC | Source |
|---|---|---|---|
| Feb. 13, 2026 | Second PI license issued to The Hunt Group LLC (UID No. 11000238749). | LICENSED (effective 2/13/2026 through 2/12/2028). | NYS Dept. of State, Div. of Licensing Servs. |
| May 26, 2026 | Hon. Dale Fong-Frederick dismisses Indictment No. 75222-25 pursuant to CPL § 210.35(5), with leave to re-present. | LICENSED (effective 2/13/2026 through 2/12/2028). | Dismissal Order, Ind. No. 75222-25. |
| June 18, 2026 | Second Kings County Grand Jury dismisses the matter; no indictment returned. | LICENSED (effective 2/13/2026 through 2/12/2028). | Kings Cnty. Dist. Attorney's Office letter. |

**Key Findings**

- **License Gap.** The Hunt Group LLC held no active New York State private investigator license between January 14, 2025, and February 12, 2026 (a period of approximately thirteen (13) months).
- **The May 20, 2025, Sworn Representation.** The affidavit filed at ECF No. 20 in this action, sworn on May 20, 2025, represents that Mr. James Hunt is "a licensed private investigator in the State of New York" acting through The Hunt Group LLC. That sworn representation was made **128 days** after the expiration of the first license (UID No. 11000207807) and **269 days** before the issuance of the second license (UID No. 11000238749).
- **May 12, 2025, Incident.** The underlying incident giving rise to Ind. No. 75222-25 (Sup. Ct. Kings Cnty.) likewise occurred during the license gap, eight (8) days before the sworn representation at ECF No. 20.

**Sources**

- New York State Department of State, Division of Licensing Services — licensure records for The Hunt Group LLC (UID Nos. 11000207807 and 11000238749), confirmed by direct communication with the Department.
- Affidavit of Service, *Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR) (JW) (S.D.N.Y.), ECF No. 20 (filed May 20, 2025).
- Decision and Order of the Honorable Dale Fong-Frederick, Acting Justice, Supreme Court of the State of New York, County of Kings, dated May 26, 2026, Ind. No. 75222-25.
- Letter from the Office of the Kings County District Attorney regarding the June 18, 2026, disposition of the re-presentment before a second Grand Jury.