Exhibit E

CUSTOMER #: 34396

TYRONE BLACKBURN ESQ

599703

*INVOICE*

DUPLICATE 1
PAGE 1

Mercedes-Benz of Brooklyn
1800 Shore Parkway Brooklyn, New York 11214
(718) 258-5101
www.mbofbrooklyn.com
NYS-DLR. LIC. NO. 7115363
NYC C/A LIC. #733230

SERVICE ADVISOR: 4306 GARY MARAJH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 21 | MB TRUCK GLE350W4 | 4JGFB4KB5MA504257 | | 100964/100964 | T6684 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 12JUN21 DD | | | WAIT 11JUN26 | | 499.99 | CASH | 11JUN26 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 11:41 11JUN26 | 14:50 11JUN26 | SOLD-STK:B211282 DLR:55172<br>ENG:2.0_Liter_Turbo |

LINE OPCODE TECH TYPE HOURS LIST NET TOTAL

A CUSTOMER REQUEST DEALER TO PULL PREVIOUS INFO FROM VEHICLE. CUSTOMER UNDERSTAND THE DEALER IS NOT HELD RESPONSIBLE IF THE FINDINGS ARE NOT UP TO WHAT IS EXPECTED. INCIDENT OCCURED 5-12-25 AROUND 80-90K MILES. CUSTOMER NEEDS ANY ALERTS FOR A COLLISON HAPPENING. IF ANY COMPUTERS ARE CLEARED IN THE PAST THIS INFOMATION CAN BE GONE.

CDIAG PERFORMED DIAGNOSTIC
5901 MCLAWRENCE,SHANE LIC#: 1
C 499.99 499.99

PARTS: 0.00 LABOR: 499.99 OTHER: 0.00 TOTAL LINE A: 499.99

100964 SCAN VEHICLE AND FOUND NO CODE TO MBUX OR COLLISION. CHECK ALL MESSAGES IN HERMES UNIT. THE EVENT IS TOO FAR BACK TO RECOVER. CONTACTED MERCEDES ME CONNECT IN ORDER TO RETRIEVE MESSAGES BUT THIS HAS FAILED. REVIEW MERCEDES ME APP WITH CUSTOMER THAT DOCUMENTED THE LAST PREVIOUS ACCIDENT REPORT ON THE VEHICLE THE SYSTEMS DOESN'T REFLECT ANYTHING BEFORE OR AFTER.

****************************************************

B PERFORMED DIAGNOSTIC
SRL SEE RELATED LINE/S
5901 MCLAWRENCE,SHANE LIC#: 1
ISP (N/C)

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00

****************************************************

C COMPLIMENTARY MULTI POINT INSPECTION
MPI COMPLIMENTARY MULTI POINT INSPECTION
5901 MCLAWRENCE,SHANE LIC#: 1
ISP (N/C)

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00

****************************************************

☐ CASH ☐ CREDIT CARD ☐ CHECK

IF YOU ARE NOT 100% SATISFIED WITH YOUR SERVICE EXPERIENCE, PLEASE SEE OR ASK FOR THE SERVICE MANAGER OR DIAL (929) 509-4820

**Service Hours:**

Monday to Saturday
8:00 am to 5:00 pm

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS COUPON/DISC | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC EMF SERVICE INVOICE - XS12C - 9698060 - IMAGING

CUSTOMER COPY

11:42 5G E

# Collision detection

**Collision Detected**

Updated on 06/11/2026 - 11:39 AM



| | |
|---|---|
| Area | Front (Slight Impact) |
| Time | 04/25/2025, 7:37 PM |

Delete Event