Exhibit H

**NEWS > NEW YORK NEWS**

# NYPD officer arrested after punching 3-year-old son during drunken fight with wife: report

By **LEE MORAN**

PUBLISHED: March 5, 2013 at 9:43 AM EST | UPDATED: January 10, 2019 at 9:25 AM EST

A decorated New York cop punched his three-year-old son in the face after a drunken fight with his wife, authorities said.

Jason Sharp, who served in the NYPD's Brooklyn gang unit, allegedly hit the toddler at the family home in Bellmore, L.I., in the early hours of Saturday morning.

bruising on his right eye, cheek and nose.

The 37-year-old decorated detective, who serves in the NYPD's Brooklyn gang unit, has now been suspended for 30 days from his post.



Court records state the attack came after an “inebriated fight” with his 38-year-old wife Michelle.

During the argument, Sharp’s wife reportedly went downstairs to call for help as her husband had been “recklessly drinking.”

“After a few minutes I went back upstairs and found my son Connor crying with two swollen eyes which were impairing his vision and his nose and face were swollen,” Sharp said.

The toddler himself, according to the records, told police, “My daddy punched me in the face.”




But Sharp said, “I had an argument with my wife and punched the wall, I had a few drinks today.”

Sharp, who has earned 14 awards in his 10-year NYPD career, has been charged with third-degree assault, endangering the welfare of a child and fourth-degree criminal mischief.


## MORE FROM OUR NEWSROOM



**Man fatally punched on Brooklyn street in clash with stranger who disrespected wife**
Sunday, July 5



**Woman, 60, fatally stabbed in Queens domestic incident; cops searching for woman who fled scene**
Saturday, July 4



**RICHARD JOHNSON: Prince Harry, Meghan Markle visit Portugal**
Sunday, July 5



**Queens woman joined in brutal kidnapping to get revenge in TikTok feud, jury finds**
Saturday, July 4



**Mamdani left ‘heartbroken’ over Queens protester’s decision to set himself on fire outside United...**
Saturday, July 4



**Suspect arrested for anti-gay hate crime for whipping boy with belt in NYC playground**
Sunday, July 5

Ad

4 NEW YORK

# Police Officer Accused of Punching 3-Year-Old Son in Face

Published March 4, 2013 • Updated on March 4, 2013 at 12:17 pm

A police officer is accused of punching his 3-year-old son in the face at their Long Island home.

Jason Sharp, of Bellmore, was charged with assault, endangering the welfare of a child

Open in the NBC New York app

The judge issued an order of protection, barring Sharp from harassing his wife, his son and a 5-year-old child.

Sharp is an officer on the Brooklyn police