Exhibit I

GENIUS Get Verified Featured Charts Videos Promote Your Music Sign Up Search lyrics & more




# She's My Mama

oe

cer

EETRUNNER

6 on

Me, Myself & I

Nov. 14, 2006 1 Viewer 20K Views

AdChoices

Ski



She's My Mama Lyrics

6 Contributors

See Fat Joe Live
Get tickets as low as $69

[Intro: Fat Joe]
You know one man's treasure is another man's trash
(Speak on it)
And you know the man who sleeps on the floor can't fall the fuck off the bed nigga
Pop your collar to this
It's grills mania, ya heard me
Owww

[Chorus: Fat Joe]
She's my Mammy
She's my baby
I love you so much
You driving me crazy
Wanna be down

Jump in the car
Rollin' wit me
I'll make you a star

[Verse 1]
Now she was only sixteen I had to nurture that
Give her some growth
Waited till I touch the cat
Told she going have to work if she going get ahead
Then she drove me berserk when she game me some head
She told me that she learnt that from the porno flicks
I said Mami stop talking, just suck on this dick
I ain't say her name yet so let's say she nothing
Now watch me turn this nothing into something
Get it
Mami, get in that kitchen
This is free base
Just cook it till its hard then cut it in eighths
Take the trip cross town to see True
Just get the money don't listen
That nigga think he cute
See all this money we got we going shopping
Louis Vitton & Pucci
We get it poppin'
We hit the club on some clico shit
See the respect that you get from just being my bitch
Look see 'em they sick
They wanna be in your shoes
That's the game that I hit her wit to leave her confused
I'm just using her for paper
She want a man
I'm bout to see my other bitch but
She understands

You might also like
MELTDOWN
Travis Scott
How's It Goin' Down (Album Version)
DMX
Life Goes On
Fat Joe

Fat Ass, Long Hair
Short like Nia Long
I knew she was a victim from the start
My G is strong
And then she said she ain't felt this good in ten summers
Gave me credit card and debit card with pin numbers
I'm lookin' at receipts
She spent G's on the kid
I'm pushin' her V
Even got keys to the crib
If I needed to bag up
I bought G's to the crib
I got knocked - What she did
Put up the deed to the crib
Now she got a new gig at Chase Manhattan
Look my niggas is wit Ma
Let's make it happen
So I burst through the door bout a quarter to four
Told every nosey bitch
Get the fuck on the floor
Then she opened up the bag
And started to fill 'em all
Making sure that she left the marked money in the drawer
Told security if you move
This goin' be your last night
I'm working with this Mack ten
You workin' with a flash light
I'm walking backwards
Nobody moved word to mother
Tryin' not look cause I don't want to blow her cover
That's when this bitch winks and blew a kiss at me
I don't believe this bitch took all them risks for me
That's why

[Chorus: Fat Joe]
She's my Mammy
She's my baby
I love you so much
You driving me crazy
Wanna be down
Jump in the car
Rollin' wit me
I'll make you a star
She's my Mammy
She's my baby
I love you so much
You driving me crazy
Wanna be down
Jump in the car
Rollin' wit me
I'll make you a star

[Outro: Fat Joe]
Owww
We on some bullshit right now
Hehe
Young murder capital
Corrupt money BX nigga
Coca

STREETRUNNER on this one
Cock suckas
Owww