**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Phone: 347-342-7432 | Email: tblackburn@tablackburnlaw.com

September 4, 2026

**VIA ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cartagena v. Dixon, et al.*, No. 1:25-cv-03552 (JLR) (JW); *Dixon v. Cartagena, et al.*, No. 1:25-cv-05144 (JLR) (JW)
Submission of Corroborating Documentation Regarding Hard-Drive Failure and Data-Recovery Efforts Pursuant to the Court's August 28, 2026 Order

Dear Judge Willis:

I write on my own behalf as counsel of record for Defendant Terrance Dixon and pro se for Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC, in response to the Court's Order dated August 28, 2026 (Dkt. 129 in No. 25-cv-05144; Dkt. 234 in No. 25-cv-03552), which directed undersigned counsel to submit documentation corroborating the described hard-drive failure and data-recovery efforts. Corroborating documentation is annexed hereto and described below.

The external hard drive containing the working files for the Withdrawal Motion failed prior to the August 26, 2026 deadline; undersigned counsel first brought the drive to Jean Computer Repair, and then to the Micro Center Knowledge Bar (service order SV2608291297), neither of which was able to recover the data. David Sinclair, a data-recovery specialist to whom undersigned counsel was referred by a friend, subsequently obtained specialized software on September 1, 2026, completed the transfer of the recovered files on September 3, 2026, and undersigned counsel filed the redacted Withdrawal Motion, Declaration, and permitted exhibits on that same date.

Annexed hereto as **Exhibit A** is text-message correspondence with Jean Computer Repair; annexed as **Exhibit B** is text-message correspondence with the Micro Center Knowledge Bar; and annexed as **Exhibit C** is the receipt for the specialized software used by Mr. Sinclair to effect the transfer.

The Court's consideration of this submission is respectfully appreciated.

Respectfully submitted,

/s/ Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.

**Tyrone A. Blackburn, Esq.**
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
tblackburn@tablackburnlaw.com

*Counsel of Record for Defendant Terrance Dixon and Pro Se for Defendants Tyrone Blackburn and T.A. Blackburn Law, PLLC*

cc: All Counsel of Record (via ECF)
Defendant Terrance Dixon (via email/first-class mail)

# EXHIBIT A

Text Correspondence — Jean Computer Repair


10:54
Phone
510
JP
Jean
Darwin Wilson (5)
DS_Store
Saturday 4:45 PM
Hey Jean don't forget to send me the name of the program please
Subject
Text Message • SMS

# EXHIBIT B

Text Correspondence — Micro Center Knowledge Bar


10:56
Phone
187
+1 (347) 508-7979
Welcome to the Micro Center Knowledge Bar! Your device is checked in with the service order number of: SV2608291297. Expect automated updates from us, as well as personal communication from your technician.
To stop receiving all text messages from us, including those from your technician, reply STOP. We'll switch to phone calls. [Automated Message]
Saturday 7:54 PM
Hello, this is Micro Center. The SanDisk drive does connect but the internal drive cannot be mounted on to read any data on the computer. The drive uses a proprietary plug so we cannot open it in house. We can send it out to the data lab we are partnered with, they quote you on their end but it can start at $1300 and go up from there.
Subject
Text Message • SMS


10:56
Phone
187
+1 (347) 508-7979
partnered with, they quote you on their end but it can start at $1300 and go up from there.
Saturday 9:00 PM
There is no way that you can transfer it?
Sunday 11:20 AM
No as we are unable to access the drive and read its contents. We can send it out to the data lab we are partnered with, they quote you on their end but it can start at $1300 and go up from there.
We're still waiting on your feedback regarding our questions. [Automated Message]
If you did not expect this message from an unknown sender, it may be spam.
Delete
Mark as Known
Subject
Text Message • SMS

# EXHIBIT C

Receipt — Disk Drill Data-Recovery Software

**David** [redacted]

| | |
|---|---|
| **From:** | david [redacted]> |
| **Sent:** | Thursday, September 3, 2026 11:06 AM |
| **To:** | David [redacted] |
| **Subject:** | Fw: Your receipt from CleverFiles |
| **Attachments:** | invoice_156-86850_CleverFiles.pdf |

STOP [redacted]

Report Suspicious

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Paddle" [redacted]
**To:** [redacted]
**Sent:** Tue, Sep 1, 2026 at 2:57 PM
**Subject:** Your receipt from CleverFiles

via paddle.com

# Thank you for your purchase!

Your full invoice is attached to this email.

Amount paid

**$146.00** (inc. tax)

Payment method

[redacted]



**Disk Drill** **$149.00**

Lifetime License QTY: 1

Discount

- $14.90

| | |
|---|---|
| Subtotal | **$149.00** |
| Discount | **-$14.90** |
| Tax | $11.90 |
| Amount paid* | **$146.00** |

*This payment will appear on your statement as: [redacted]

Need help with your purchase? Please contact us on paddle.net.