**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TERRANCE DIXON,

Plaintiff,

-against-

JOSEPH CARTAGENA et al.,

Defendant.

---------------------------------------------------------------X

**ORDER**

**25-CV-5144 (JLR) (JW)**

JOSEPH CARTAGENA,

Plaintiff,

-against-

TERRANCE DIXON, et al.,

Defendant.

---------------------------------------------------------------X

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On **September 30, 2026 at 10:30 AM**, the Court will address Tyrone A. Blackburn's ("Blackburn's") re-filed motion to withdraw as counsel for Terrance Dixon. 25-CV-3552 at Dkt. No. 236; 25-CV-5144 at Dkt. No. 130.

As a reminder, Terrance Dixon must be notified of the hearing and in attendance. 25-CV-3552 at Dkt. Nos. 230, 226, 219; 25-CV-5144 at Dkt. No. 123, 121, 114. Mr. Dixon's attendance at the hearing and awareness of the motion are necessary because if Blackburn's request to withdraw is granted, Mr. Dixon will be without counsel and will have limited time to obtain new counsel.

Because Judge Rochon originally scheduled the conference regarding withdrawal remotely, the conference on September 30 will also proceed remotely. The conference will take place on Microsoft Teams. Counsel will receive or have already received log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 462 264 592#.

SO ORDERED.

DATED: New York, New York
September 16, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge