Tacopina Seigel Trial Lawyers
TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

September 17, 2026

**By ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

**Re: Cartagena v. Dixon et al., No. 25-cv-03552-JLR (JW)**

Dear Judge Willis:

We write pursuant to Your Honor's September 10, 2026 Order (ECF No. 238) and Section II.G of Your Honor's Individual Practices in Civil Cases.

In accordance with the Court's Order, on September 17, 2026, at approximately 4:21 p.m., Plaintiff emailed to Your Honor's Chambers the updated Excel spreadsheet detailing the attorneys' fees and costs for which Plaintiff seeks an award, together with the supporting invoices for the court reporter and videographer expenses. All counsel of record, including opposing counsel, were copied on the email. Plaintiff has designated the updated Excel spreadsheets as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order entered at ECF No. 105.

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, Fl 35
New York, NY 10016
*Counsel for Plaintiff Joseph Cartagena*

cc: All counsel of record (by ECF)