Exhibit C

EMER MED

Re: Tyrone A. Blackburn

July, 29 2026

To Whom It May Concern:

This letter supplements my correspondence dated February 27, 2026, regarding my patient, Tyrone A. Blackburn. It is provided at Mr. Blackburn's request to further explain the procedures he underwent, the medications prescribed during his recovery, the anticipated effects of those medications, and to clarify the scope of the work restriction referenced in my earlier correspondence. My February 27, 2026 letter was brief and was not intended as a complete recitation of his treatment or of every medication prescribed.

In preparing this supplemental letter, I reviewed Mr. Blackburn's treatment records, operative records, prescription records, postoperative instructions, and follow-up documentation maintained in my office. The opinions expressed herein are based upon my education, training, and experience as a board-certified dermatologist, my treatment of Mr. Blackburn, and my review of his medical records.

Mr. Blackburn has been my patient since December 10, 2025. My letter of February 27, 2026, was prepared at a time when my only relationship with Mr. Blackburn was that of physician and patient. On or about April 29, 2026, several months after that letter was written, Mr. Blackburn agreed to represent me on a pro bono basis in an unrelated civil matter, and that representation is ongoing. I pay him no fee and he has no financial interest in that matter. I have no personal relationship with him. Neither that representation nor the circumstances in which it arose has any bearing on the opinions expressed in this letter, which are based solely upon my treatment of Mr. Blackburn, my review of his medical records, and my clinical training and experience.

EMER MED

Mr. Blackburn underwent procedures on January 23, 2026, and February 3, 2026. Each procedure was performed under local anesthesia. Following these procedures, I prescribed Oxycodone/Acetaminophen for postoperative pain management and Ambien (zolpidem) to address postoperative insomnia and sleep disturbance associated with his recovery. Based upon the quantities prescribed and the directions for use, the course of postoperative medication would have been expected to extend through approximately March 20, 2026.

Following these procedures, it would be expected for a patient to experience postoperative pain, tenderness, swelling, fluid retention, fatigue, and disruption of normal sleep during the recovery period. These symptoms commonly persist beyond the initial postoperative period and vary depending upon the patient's healing process and response to treatment.

My previous correspondence advised Mr. Blackburn to refrain from work for approximately two weeks following his procedures. That recommendation referred to the period during which complete work restriction was medically appropriate. It was not intended to indicate that his recovery had fully concluded after two weeks, that his pain/discomfort had resolved, that he had discontinued his prescribed medications, or that the expected physical or cognitive effects of postoperative recovery had ended at that time.

The point at which a patient is medically able to return to work is not necessarily the same point at which recovery is complete or the effects of postoperative pain and prescribed medications have resolved. It is common for patients to resume work while they continue to recover and while they continue to experience pain, fatigue, sleep disturbance, and the expected effects of medications prescribed during the healing process.

9201 W. Sunset Blvd, Suite 510
West Hollywood, CA 90069

Oxycodone/Acetaminophen is an opioid analgesic prescribed to control postoperative pain. It acts upon the central nervous system and, in my clinical experience, commonly causes drowsiness, fatigue, slowed thinking, reduced alertness, impaired concentration, and delayed reaction time during the period in which it is being taken. Ambien (zolpidem) is a sedative-hypnotic prescribed for sleep and taken at bedtime; patients commonly experience residual next-morning sedation, grogginess, and reduced alertness, and a patient may be less alert than he perceives himself to be. When an opioid analgesic and a sedative-hypnotic are prescribed during the same recovery period, their sedating effects may be additive.

Postoperative pain and disrupted sleep independently contribute to fatigue, reduced concentration, slowed cognitive processing, and diminished short-term memory. When those conditions are combined with an opioid analgesic and a sedative-hypnotic, these effects frequently become more pronounced. A patient may appear awake, converse appropriately, and perform routine activities while nevertheless experiencing meaningful impairment in concentration, in the formation of memory, and in the later recall of conversations and events. The degree of impairment may fluctuate over the course of a day depending upon the timing of medication, the severity of pain, fatigue, and the quality of sleep the preceding night.

It is also common during postoperative recovery for patients to experience irritability, emotional lability, reduced frustration tolerance, and increased emotional reactivity. These symptoms may result from the combined effects of postoperative pain, interrupted sleep, opioid analgesics, sedative medication, and the physical stress associated with recovery. Patients experiencing these combined effects may react more impulsively than they ordinarily would, become unusually impatient or irritable, or exhibit verbal outbursts or expressions of anger that are

EMER MED

inconsistent with their usual baseline behavior. In my clinical experience, these behavioral changes are generally temporary and improve as healing progresses, pain diminishes, normal sleep returns, and postoperative medications are no longer required.

Based upon my treatment of Mr. Blackburn and my review of his medical records, the symptoms described above are consistent with the expected postoperative course following his procedures and the medications prescribed during his recovery. It would not be medically unusual for a patient in his condition, during the period covered by the prescriptions described above, to experience intermittent difficulty recalling conversations, dates, events, or other occurrences, together with periods of increased irritability, emotional reactivity, and reduced frustration tolerance.

Nothing in Mr. Blackburn's postoperative course suggested an unusual or unexpected response to treatment. Rather, the symptoms described above are consistent with what I would ordinarily expect to see in a patient recovering from these procedures while taking Oxycodone/Acetaminophen and Ambien as prescribed.

Should additional clarification be needed, I would be pleased to provide it upon appropriate authorization.

Sincerely,

Jason Emer, M.D.
Board-Certified Dermatologist

9201 W. Sunset Blvd, Suite 510
West Hollywood, CA 90069