Exhibit D

T. A. BLACKBURN LAW
TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL DISTRICT COURT MEMBERSHIP
EDNY, NDNY, SDNY & DNJ

FEDERAL APPELLATE COURT MEMBERSHIP
SECOND CIRCUIT

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 5, 2026

VIA ECF
The Honorable Jennifer L. Rochon, USDJ
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** *Joseph Cartagena v. Terrance Dixon, et al.,*
Case No. 1:25-cv-03552 (JLR)

Dear Judge Rochon:

I write to advise the Court that I underwent two medical procedures on January 23, 2026, and a further procedure on February 3, 2026. I am currently prescribed multiple medications, including narcotics and antibiotics, to assist with the pain and recovery from the procedures. My doctors expect that I will remain on these medications for approximately six to eight weeks.

In light of these circumstances, I am presently unable to prepare for or attend the depositions scheduled in this matter. On February 3, 2026, prior to my last procedure, I informed Plaintiff's counsel of my condition by email. I respectfully request that the Court extend the discovery deadline by two months and permit the parties to confer and propose new deposition dates.

Respectfully submitted,

/s/ Tyrone A. Blackburn, Esq.
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

347-342-7432 tblackburn@tablackburnlaw.com TABlackburnlaw.com