**Tacopina Seigel** Trial Lawyers
TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

The Court is in receipt of Plaintiff's updated Excel spreadsheet submitted via email.

Blackburn must submit any material or documentation that he believes is relevant to the Court's determination of sanctions by **September 25, 2026.**

**SO ORDERED.**

JENNIFER E. WILLIS
United States Magistrate Judge
September 21, 2026

**By ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Courtroom 228
New York, NY 10007

**Re: Cartagena v. Dixon et al., No. 25-cv-03552-JLR (JW)**

Dear Judge Willis:

We write pursuant to Your Honor's September 10, 2026 Order (ECF No. 238) and Section II.G of Your Honor's Individual Practices in Civil Cases.

In accordance with the Court's Order, on September 17, 2026, at approximately 4:21 p.m., Plaintiff emailed to Your Honor's Chambers the updated Excel spreadsheet detailing the attorneys' fees and costs for which Plaintiff seeks an award, together with the supporting invoices for the court reporter and videographer expenses. All counsel of record, including opposing counsel, were copied on the email. Plaintiff has designated the updated Excel spreadsheets as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order entered at ECF No. 105.

We thank the Court for its attention to this matter.

Respectfully submitted,

Joseph Tacopina
Tacopina Seigel & DeOreo
275 Madison Avenue, Fl 35
New York, NY 10016
*Counsel for Plaintiff Joseph Cartagena*

cc: All counsel of record (by ECF)