**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
TERRANCE DIXON,

Plaintiff,

-against-

JOSEPH CARTAGENA *et al.*,

Defendant.
--------------------------------------------------------------X
JOSEPH CARTAGENA,

Plaintiff,

-against-

TERRANCE DIXON, *et al.*,

Defendant.
--------------------------------------------------------------X

**ORDER**

**25-CV-5144 (JLR) (JW)**

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Tyrone A. Blackburn's ("Blackburn") filing at 25-CV-3552, Dkt. No. 250 regarding the award and amount of sanctions as contemplated in Dkt. No. 206.[1] Blackburn's filing includes extensive and unredacted financial details that come from Plaintiff's spreadsheets on attorneys' fees and deposition costs. See Dkt. No. 241; submitted to the Court and Blackburn via email.

These spreadsheets were designated "as "Confidential" pursuant to the Stipulated Confidentiality Agreement and Protective Order entered at ECF No.

[1] Unless otherwise specified, all subsequent docket citations in this Order refer to the docket in Case No. 25-CV-3552.

105." Dkt. No. 241. The Court has reviewed the spreadsheets and the Protective Order and finds the Confidential designation to be proper, in part because the spreadsheets contain "previously non-disclosed financial information." Dkt. No. 105 at Definition 1.a.

Thus, **by October 15, 2026, Blackburn must refile his letter in a manner consistent with the Protective Order and Confidentiality Agreement.**

The Clerk of Court is respectfully directed to seal Dkt. No. 250 in Case No. 25-CV-3552 and Dkt. No. 142 in Case No. 25-CV-5144.

SO ORDERED.

DATED: New York, New York
October 9, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge