**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
TERRANCE DIXON,

Plaintiff,

-against-

JOSEPH CARTAGENA *et al.*,

Defendant.
---------------------------------------------------------------X
JOSEPH CARTAGENA,

Plaintiff,

-against-

TERRANCE DIXON, *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER ON MOTIONS TO SEAL**

**25-CV-5144 (JLR) (JW)**

**25-CV-3552 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff Joseph Cartagena's ("Cartagena's") various motions to seal. 25-CV-3552 at Dkt. Nos. 221, 223, and 224; corresponding to 25-CV-5144 at Dkt. Nos. 116, 117, and 119, respectively.[1] In Dkt. Nos. 221 and 223, Cartagena requests to seal his letter motions at Dkt. No. 222 and 224. Dkt. No. 222 is a motion to initiate criminal contempt proceedings against former counsel for Terrance Dixon, Tyrone A. Blackburn ("Blackburn"). Dkt. 224 is itself a request to seal directed at Dkt. No. 217 and the public description for Dkt. No. 212-11.

[1] Unless otherwise specified, all subsequent docket citations in this Order refer to the docket in Case No. 25-CV-3552.

Central to Cartagena's substantive arguments in both Dkt. 222 and 224 is detail regarding Exhibit J to Blackburn's original motion to withdraw at Dkt. No. 212. The Court has determined that Exhibit J, a transcript of an *ex parte* deposition of Jane Doe, is subject to the Parties' protective order and should be kept under seal. Dkt. No. 230 at 3-4. Thus, the requests to keep the letters at Dkt. No. 222 and 224 under seal are **GRANTED**.

On the requests in Dkt. No. 224: the Court agrees with Cartagena that a) the description of Exhibit J should be removed from public view at Dkt. No. 212-11, and b) Blackburn's letter at Dkt. No. 217, which discusses Exhibit J extensively, should be sealed. This is consistent with the Court's rulings at Dkt. Nos. 216 and 230 regarding Exhibit J. These requests are **GRANTED**.

**The Clerk of Court is respectfully directed to**:

1. Seal Dkt. No. 217 in 25-CV-3552 and Dkt. No. 110 in 25-CV-5144.
2. Redact or seal the description of Exhibit J to Blackburn's Motion to Withdraw from the public docket. Exhibit J is Dkt. No. 212-11 in 25-CV-3552 and Dkt. No. 105-11 in 25-CV-5144.
3. Terminate Dkt. Nos. 221, 223, and 224 in 25-CV-3552 and Dkt. Nos. 116, 117, and 119 in 24-CV-5144.

SO ORDERED.

DATED: New York, New York
October 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge