UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br>Plaintiff,<br><br>-against-<br><br>TERRANCE DIXON;<br>TYRONE BLACKBURN; and<br>T.A. BLACKBURN LAW, PLLC,<br>Defendants. | Case No. 1:25-cv-03552 (JLR) (JW)<br><br>Notice Of Motion for Limited Reconsideration of The October 6, 2026, Order |
| TERRANCE DIXON, A/K/A "TA",<br>Plaintiff,<br><br>-against-<br><br>JOSEPH ANTONIO CARTAGENA P/K/A "FAT JOE";<br>PETER "PISTOL PETE" TORRES;<br>RICHARD "RICH PLAYER" JOSPITRE;<br>ERICA JULIANA MOREIRA;<br>SNEAKER ADDICT TOURING LLC;<br>SLATE, INC.; and<br>ROC NATION, LLC,<br>Defendants. | Case No. 1:25-cv-05144 (JLR) (JW) |

PLEASE TAKE NOTICE that Tyrone A. Blackburn and T.A. Blackburn Law, PLLC (the "Blackburn Defendants") respectfully move before the Honorable Jennifer L. Rochon, United States District Judge, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 54(b), for limited reconsideration of the October 6, 2026, Order, Dkt. 251, concerning the request previously presented under 28 U.S.C. § 636(b)(1)(A).

The motion is based on the accompanying memorandum and the existing record, particularly Dkt. 243-6 at pages 5 and 22–23. The Blackburn Defendants request that the Court:

1. Reconsider Dkt. 251 to the limited extent that it disposed of the application without expressly addressing the request for discretionary reconsideration under § 636(b)(1)(A);
2. Exercise that discretion to undertake a focused review, under the clearly-erroneous-or-contrary-to-law standard, of the existing-record issues concerning refused medical corroboration and the deposition attribution identified in the previously submitted memorandum; and
3. Alternatively, clarify whether the Court considered and declined that discretionary request, as distinct from denying leave to file untimely Rule 72(a) objections.

This motion does not seek a finding that the September 22 objections were timely, an automatic extension of the expired objection period, immediate vacatur of the sanctions, or

adjudication of the separate recusal controversy. It requests no new evidentiary submission and no automatic stay. The previously denied stay and supplementation requests are not renewed through this motion.

Dated: October 20, 2026
Brooklyn, New York

Respectfully submitted,

**/s/ Tyrone A. Blackburn**
Tyrone A. Blackburn, Esq.
T.A. BLACKBURN LAW, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Telephone: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
On his own behalf and as counsel for T.A. Blackburn Law, PLLC