UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CARTAGENA,<br>Plaintiff,<br>-against-<br>TERRANCE DIXON; TYRONE BLACKBURN; AND T.A. BLACKBURN LAW, PLLC,<br>Defendants. | Case No. 1:25-cv-03552 (JLR) (JW)<br>**[PROPOSED] ORDER ON LIMITED RECONSIDERATION** |
| TERRANCE DIXON, A/K/A "TA",<br>Plaintiff,<br>-against-<br>JOSEPH ANTONIO CARTAGENA P/K/A "FAT JOE"; PETER "PISTOL PETE" TORRES; RICHARD "RICH PLAYER" JOSPITRE; ERICA JULIANA MOREIRA; SNEAKER ADDICT TOURING LLC; SLATE, INC.; AND ROC NATION, LLC,<br>Defendants. | Case No. 1:25-cv-05144 (JLR) (JW) |

It is hereby ORDERED:

1. The motion for limited reconsideration of the October 6, 2026 Order (Dkt. 251 in No. 25-cv-03552) is GRANTED to permit discretionary review under 28 U.S.C. § 636(b)(1)(A) of the existing-record issues identified in the Blackburn Defendants' October 23, 2026 memorandum, under the clearly-erroneous-or-contrary-to-law standard.
2. If necessary, the Court will separately direct identification and confidential service of the exact video submission previously considered, including any accompanying substantive material, and permit a limited response.
3. This Order does not decide the merits, deem the September 22 objections timely, grant a stay, or alter any deadline. The October 6 Order otherwise remains undisturbed.

SO ORDERED.

Dated: ____________________
New York, New York

____________________________
JENNIFER L. ROCHON
United States District Judge